| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
|   | BWilson@mofo.com |
| 2 | KENNETH A. KUWAYTI (CA SBN 145384) |
|   | KKuwayti@mofo.com |
| 3 | ARTURO J. GONZALEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 4 | DIEK O. VAN NORT (CA SBN 273823) |
|   | DVanNort@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 6 | Palo Alto, California  94304-1018 |
|   | Telephone: 650.813.5600 |
| 7 | Facsimile: 650.494.0792 |
| 8 | ARTURO J. GONZALEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 9 | DIEK O. VAN NORT (CA SBN 273823) |
|   | DVanNort@mofo.com |
| 10 | MORRISON & FOERSTER LLP |
|    | 425 Market Street |
| 11 | San Francisco, California 94105-2482 |
|    | Telephone: 415.268.7000 |
| 12 | Facsimile: 202.887.0763 |
| 13 | MARY PRENDERGAST (CA SBN 272737) |
|    | MPrendergast@mofo.com |
| 14 | MORRISON & FOERSTER LLP |
|    | 2100 L Street, NW, Suite 900 |
| 15 | Washington, District of Columbia 20037 |
|    | Telephone: 202.887.1500 |
| 16 | Facsimile: 415.268.7522 |
| 17 | Attorneys for Plaintiff |
|    | APPLE INC. |
| 18 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 22 | APPLE INC., a California corporation, | Case No.   5:22-cv-2637-EJD |
| 23 | Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 24 | v. | |
| 25 | RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA, | |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

Pursuant to Civil Local Rule 6-1(a), plaintiff Apple Inc. ("Apple") and defendant Bhasi Kaithamana hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about April 29, 2022, Apple filed the Complaint in this action; and

WHEREAS, on or about May 7, 2022, Apple served its Complaint upon Mr. Kaithamana;

IT IS HEREBY STIPULATED by and between Apple and Mr. Kaithamana that the deadline for Mr. Kaithamana to answer or otherwise respond to the Complaint is extended until June 30, 2022.

Dated: May 16, 2022          Respectfully submitted,

MORRISON & FOERSTER LLP

By:   */s/ Bryan Wilson*
      Bryan Wilson

Attorney for Plaintiff
APPLE, INC.

Dated: May 16, 2022          SILICON VALLEY LAW GROUP

By:   */s/ Stephen Wu*
      Stephen Wu

Attorney for Defendant
BHASI KAITHAMANA

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT. In compliance with Local Rule 5-1(h)(3), I hereby attest that Stephen Wu has concurred in this filing.

Dated:   May 16, 2022          By:   */s/ Bryan Wilson*
      Bryan Wilson