STEPHEN WU (SBN 205091)
ssw@svlg.com
MARC G. VAN NIEKERK (SBN 201329)
mvn@svlg.com
SILICON VALLEY LAW GROUP
1 North Market Street, Suite 200
San Jose, California 95113
Telephone: 408.573.5700
Facsimile:  408.573.5701

Attorneys for Defendant
BHASI KAITHAMANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA<br><br>                    Defendants. | Case No.  5:22-cv-02637-EJD<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that Stephen S. Wu of Silicon Valley Law Group hereby appears as counsel on behalf of defendant Bhasi Kaithamana in the above-entitled case pursuant to Civil Local Rule 5-1(c)(2)(A).  All pleadings and documents served on Mr. Kaithamana should also be directed to the attention of Stephen S. Wu, as follows:

Stephen S. Wu
SILICON VALLEY LAW GROUP
1 North Market Street, Suite 200
San Jose, CA 95113
ssw@svlg.com

Dated: May 16, 2022            SILICON VALLEY LAW GROUP


By: */s/ Stephen Wu*
     Stephen Wu

Attorneys for Defendant
BHASI KAITHAMANA