AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| APPLE INC., a California corporation,<br>*Plaintiff(s)*<br>v.<br>RIVOS, INC., a Delaware corporation; a<br>WEN, SHIH-CHIEH a/k/a RICKY WEN, and<br>BHASI KAITHAMANA<br>*Defendant(s)* | Civil Action No. 5:22-cv-2637 NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Shih-Chieh "Ricky" Wen
1379 Bretmoor Way
San Jose, CA 95129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bryan Wilson
BWilson@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: May 2, 2022

Gina Agustine
*Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Bryan Wilson | SBN: 138842<br>Morrison & Foerster LLP<br>755 Page Mill Road  Palo Alto, CA 94304<br>TELEPHONE NO.: 650-813-5600 | E-MAIL ADDRESS *(Optional)*: BWilson@mofo.com<br>ATTORNEY FOR *(Name)*: Plaintiff: | FOR COURT USE ONLY |
|---|---|
| **United States District Court**<br>STREET ADDRESS: 280 South First Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Northern District of California | |
| PLAINTIFF/PETITIONER: Apple Inc. etc.<br>DEFENDANT/RESPONDENT: Rivos, Inc. etc. et al. | CASE NUMBER:<br>5:22-cv-02637-NC |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>10684-738-4047 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff Apple Inc.'s Certificate of Interested Entities or Parties; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Notice of a Lawsuit and Request to Waive Service of a Summons (Blank); Waiver of the Service of Summons (Blank); Standing Order for All Judges of the Northern District of California; Civil Standing Order for Magistrate Judge Nathanael M. Cousins; Civil Case Standing Order Re: Self-Represented Litigants; Settlement Conference Standing Order for Magistrate Judge Nathanael M. Cousins**

PARTY SERVED: **Shih-Chieh a/k/a Ricky Wen**
DATE & TIME OF DELIVERY: **5/3/2022
7:05 PM**
ADDRESS, CITY, AND STATE: **1379 Bretmoor Way
San Jose, CA 95129**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: **$ 183.25**
County: **SANTA CLARA**
Registration No.: **PS #1743**
**Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 10684-738-4047**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 05, 2022**

Signature: *[signature]*
**ROSA ALMA CHAVEZ**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                 Order#: P193742/General