| | |
|---|---|
| BRYAN WILSON (CA SBN 138842)<br>BWilson@mofo.com<br>KENNETH A. KUWAYTI<br>(CA SBN 145384)<br>KKuwayti@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br><br>ARTURO J. GONZALEZ<br>(CA SBN 121490)<br>AGonzález@mofo.com<br>DIEK O. VAN NORT (CA SBN 273823)<br>DVanNort@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>MARY PRENDERGAST<br>(CA BAR NO. 272737)<br>MPrendergast@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, District of Columbia 20037<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763<br><br>Attorneys for Plaintiff<br>APPLE INC. | STEPHEN WU<br>(CA SBN 205091)<br>ssw@svlg.com<br>MARC G. VAN NIEKERK<br>(CA SBN 201329)<br>mvn@svlg.com<br>SILICON VALLEY LAW GROUP<br>1 North Market Street, Suite 200<br>San Jose, California 95113<br>Telephone: 408.573.5700<br>Facsimile: 408.573.5701<br><br>Attorneys for Defendant<br>BHASI KAITHAMANA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br> v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA<br><br>    Defendants. | Case No. 5:22-cv-02637-EJD<br><br>[~~PROPOSED~~] STIPULATED ORDER REGARDING DOCUMENT PRESERVATION AND FORENSICS INSPECTION |

1     Plaintiff Apple Inc. ("Apple") and Defendant Bhasi Kaithamana ("Mr. Kaithamana"), by
2 and through their respective counsel, stipulate to entry of an Order as follows:
3     WHEREAS, Apple filed its Complaint in this matter on April 29, 2022, and the
4 Complaint's requests for relief include among other things a forensics inspection and
5 investigation; and
6     WHEREAS, Apple and Mr. Kaithamana will enter an agreed-upon forensics inspection
7 and investigation protocol by stipulation; and
8     WHEREAS, the parties anticipate that this order, and the forensics inspection and
9 investigation protocol, will make it unnecessary for Apple to request further interim relief from
10 the Court against Mr. Kaithamana;
11     IT IS HEREBY STIPULATED AND ORDERED THAT:

1. Mr. Kaithamana shall immediately return to Apple, through Apple's undersigned counsel, any Apple confidential information of which he is aware or becomes aware as being in his possession, including but not limited to Apple confidential information stored on any devices, drives, computers, tablets, phones, electronic media, emails and email accounts, and cloud storage.

2. Mr. Kaithamana is enjoined from accessing, using, or disclosing, for any purposes, Apple confidential information including but not limited to any Apple confidential information that may be stored on any devices, drives, computers, tablets, phones, electronic media, emails and email accounts, and cloud storage.

3. Mr. Kaithamana is enjoined from altering, destroying, erasing, or otherwise disposing of any evidence or other material, in any form, relating to this action, that may be in Mr. Kaithamana's possession including but not limited to: (a) Apple's confidential information, including but not limited to information regarding Apple's past, current, and future systems-on-chip ("SoCs"); and (b) any devices, drives, computers, tablets, phones, electronic media, emails and email accounts, and cloud storage that currently contain, or previously contained, Apple's confidential information.

4. By stipulating to entry of this Order, Mr. Kaithamana does not make any admission of liability or wrongdoing, or an admission that he does in fact have Apple confidential information in his possession.

5. Apple reserves the right to move for interim relief if necessary.

6. Counsel for Apple and Mr. Kaithamana shall meet and confer with the goal of selecting a neutral third party. No later than May 20, 2022 the parties shall appoint a neutral third party to conduct a forensics investigation pursuant to a further stipulation of such parties and joint instructions to be provided by such parties.

7. Such neutral shall be compensated by Apple.

Dated: May 16, 2022          MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*
      Bryan Wilson

Attorneys for Plaintiff
APPLE INC.

Dated: May 16, 2022          SILICON VALLEY LAW GROUP

By: */s/ Stephen Wu*
      Stephen Wu

Attorneys for Defendant
BHASI KAITHAMANA

**ORDER**

So Ordered.

Dated: May 17, 2022

UNITED STATES DISTRICT COURT JUDGE

|   |   |
|---|---|
| 1 | **ATTESTATION OF CONCURRENCE** |
| 2 | I, Bryan Wilson, am the ECF User whose ID and password are being used to file this |
| 3 | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT. In compliance with |
| 4 | Local Rule 5-1(h)(3), I hereby attest that Stephen Wu has concurred in this filing. |

Dated:    May 16, 2022                    By:   */s/ Bryan Wilson*
                                                  Bryan Wilson