BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA,<br><br>Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATIONS IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE** |

Pursuant to Civil Local Rules 7-11(a) and 79-5, and this Court's Standing Order on Administrative Motions to File Under Seal, Plaintiff Apple Inc. requests that the Court permit Apple to file portions of the Declarations of Daniel Murray, Daniel Roffman (including Appendix B), Bryan Wilson, and Exhibits F-G and O-Q to the Declaration of Bryan Wilson in Support of Apple's *Ex Parte* Motion for a Temporary Restraining Order, Expedited Discovery, and an Order to Show Cause under seal for the reasons described herein and in the accompanying Declaration of Mary Prendergast in Support of Apple's Administrative Motion to File Under Seal.

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| | Declaration of Daniel Murray in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order, Expedited Discovery, and Order to Show Cause | Highlighted portions. | This document contains confidential Apple information including details of technology Apple has asserted as a trade secret. *See* Murray Declaration ¶¶ 16-23. Public disclosure of this information would cause harm to Apple. *Id.*; *see* Prendergast Declaration. |
| | Declaration of Daniel Roffman in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order, Expedited Discovery, and Order to Show Cause | Highlighted portions and Appendix B. | The highlighted portions and Appendix B contain confidential Apple information including details of technology Apple has asserted as a trade secret, and also contain technical details, forensic analysis, and personally identifying information of unnamed individuals. Public disclosure of this information would cause harm to Apple and could cause harm to unnamed individuals. *See* Prendergast Declaration. |
| | Declaration of Bryan Wilson in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order, Expedited Discovery, and Order to Show Cause | Highlighted portions. | The highlighted portions contain or refer to personally identifying information of individuals not named in the Complaint. Public disclosure of this information could potentially cause harm to these unnamed individuals. *See* Prendergast Declaration. |
| | Exhibits F-G and O-Q to Declaration of Bryan Wilson in Support of Plaintiff's *Ex Parte* Motion for a Temporary | Highlighted portions. | The highlighted portions contain or refer to personally identifying information of individuals not named in the Complaint. Public |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
|  | Restraining Order, Expedited Discovery, and Order to Show Cause |  | disclosure of this information could cause harm to these unnamed individuals. *See* Prendergast Declaration. |

Good cause exists to warrant sealing the highlighted portions of the Declarations of Daniel Murray, Daniel Roffman (including Appendix B), Bryan Wilson, and Exhibits F-G and O-Q to the Declaration of Bryan Wilson in Support of Apple's *Ex Parte* Motion for Temporary Restraining Order, Expedited Discovery, and an Order to Show Cause. As explained in the accompanying Declaration of Mary Prendergast, the Declarations of Daniel Murray and Daniel Roffman (including Appendix B) contain detailed descriptions of Apple's trade secrets and other confidential technical and forensic information. Courts routinely seal documents that contain trade secret and confidential information. *See Prolifiq Software Inc. v. Veeva Sys. Inc.*, No. C 13-03644 SI, 2014 WL 2527148, at *3 (N.D. Cal. June 4, 2014) (granting a motion to seal "because the documents contain proprietary and confidential information that includes Prolifiq's purported trade secrets."); *see also Pohly v. Intuitive Surgical, Inc.*, No. 15-CV-04113-MEJ, 2017 WL 878019, at *4 (N.D. Cal. Mar. 6, 2017) (same).

Apple also seeks confidential treatment of the Declaration of Daniel Murray because it contains information that, as explained in the accompanying Declaration of Mary Prendergast, if made public, would harm Apple's competitive standing by revealing confidential commercial information. Such information warrants sealing. *See Dugan v. Lloyds TSB Bank, PLC*, No. 12-cv-2549-WHA (NJV), 2013 WL 1435223, at *2 (N.D. Cal. Apr. 9, 2013) ("There may be 'good cause' to seal records that . . . contain . . . development or commercial information, or if disclosure of the information might harm a litigant's competitive standing") (citation omitted); *see also Verinata Health, Inc. v. Sequenom, Inc.*, No. C 12-00865 SI, 2014 WL 12789020, at *1 (N.D. Cal. Aug. 8, 2014) (granting motion to seal information that poses a substantial risk of negatively impacting relationships and competitive interests).

Similarly, the Declaration of Daniel Roffman contains and refers to forensic information regarding the internal operations, structure, and workflow of Apple's business, including

technical details and the organization of Apple's highly confidential engineering projects. The Declaration and Appendix B also identify forensic details revealing Apple's proprietary project names, internal data policies, and organizational structure. Such information warrants sealing. As explained in the Declaration of Mary Prendergast, if made public, this information would harm Apple's competitive standing by revealing its internal operations and proprietary projects and, therefore, warrants sealing. *See, e.g.*, *Bofi Fed. Bank v. Erhart*, No. 15-cv-02353-BAS, 2016 WL 4595536, at *2-3 (S.D. Cal. June 22, 2016) (granting motion to seal digital forensics declaration containing file names which revealed confidential information regarding business operations and movant's technology infrastructure); *see also, e.g.*, *In re Google Inc. Gmail Litig.*, No. 13-MD-02430-LHK, 2013 WL 5366963 (N.D. Cal. Sept. 25, 2013) (granting motion to seal sensitive materials relating to how Google technology operates); *Transperfect Global, Inc. v. Motionpoint Corp.*, No. C 10-2590 CW, 2013 WL 209678 (N.D. Cal. Jan. 17, 2013) (granting motion to seal exhibits that contained proprietary information about the sealing party's internal business operations and technology).

Apple additionally seeks to seal portions of the Wilson Declaration and its exhibits to protect personally identifying information of individuals not presently named in Apple's Complaint. Specifically, Apple seeks to seal the names, addresses, and personal phone numbers of current and former Apple employees—none of whom are or were Apple officers or directors— not named in the Complaint. The "public interest in" the identities of employees "is minimal" and that redactions that "protect the individuals' compelling interest in their privacy, outweigh the public's interest in knowing this particular information, [and] are narrowly tailored" justify sealing. *Music Grp. Macao Com. Offshore Ltd. v. Foote*, No. 14-CV-03078-JSC, 2015 WL 3993147, at *3 (N.D. Cal. June 30, 2015); *see also In re Rocket Fuel Inc. Sec. Litig.*, No. 14-CV-03998-PJH, 2017 WL 344983, at *7 (N.D. Cal. Jan. 24, 2017) (finding good cause to seal "the names of Rocket Fuel employees who are not officers, directors, or named defendants in this matter").

For the foregoing reasons, Apple respectfully requests that this Court order the highlighted portions of the Declarations of Daniel Murray, Daniel Roffman (including Appendix B, to be

sealed in its entirety), Bryan Wilson, and Exhibits F-G and O-Q to the Declaration of Bryan Wilson in Support of Apple's *Ex Parte* Motion for a Temporary Restraining Order, Expedited Discovery, and an Order to Show Cause be filed under seal.

Dated: May 20, 2022                                          MORRISON & FOERSTER LLP

By:   */s Bryan Wilson*
         Bryan Wilson
         Attorneys for Plaintiff
         APPLE INC.