UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA,<br><br>            Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATIONS IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE** |

Having considered the Declarations of Daniel Murray, Daniel Roffman (including Appendix B), and Bryan Wilson, and Exhibits F-G and O-Q to the Declaration of Bryan Wilson in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order, Expedited Discovery, and an Order to Show Cause, Apple's Administrative Motion to File Under Seal, and the Prendergast Declaration in Support of Plaintiff's Administrative Motion to File Under Seal, as summarized below:

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| | Declaration of Daniel Murray in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order, Expedited Discovery, and Order to Show Cause | Highlighted portions. | This document contains confidential Apple information including details of technology Apple has asserted as a trade secret. Public disclosure of this information would cause harm to Apple. |
| | Declaration of Daniel Roffman in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order, Expedited Discovery, and Order to Show Cause | Highlighted portions and Appendix B. | The highlighted portions and Appendix B contain confidential Apple information including details of technology Apple has asserted as a trade secret, and also contain technical details, forensic analysis, and personally identifying information of unnamed individuals. Public disclosure of this information would cause harm to Apple and could cause harm to unnamed individuals. |
| | Declaration of Bryan Wilson in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order, Expedited Discovery, and Order to Show Cause | Highlighted portions. | The highlighted portions contain or refer to personally identifying information of individuals not named in the Complaint. Public disclosure of this information could potentially cause harm to these unnamed individuals. |
| | Exhibits F-G and O-Q to Declaration of Bryan Wilson in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order, Expedited Discovery, and Order to Show Cause | Highlighted portions. | The highlighted portions contain or refer to personally identifying information of individuals not named in the Complaint. Public disclosure of this information could cause harm to these unnamed individuals. |

1  IT IS HEREBY ORDERED that Apple's Administrative Motion is GRANTED. The
2  Clerk of the Court shall file under seal the identified documents.
3
4  Dated: _____
5
            Honorable Edward J. Davila
            United States District Judge