1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile:  650.494.0792

6  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
7  DIEK O. VAN NORT (CA SBN 273823)
   DVanNort@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile:  415.268.7522

11 MARY PRENDERGAST (CA SBN 272737)
   MPrendergast@mofo.com
12 MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
13 Washington, District of Columbia 20037
   Telephone: 202.887.1500
14 Facsimile:  202.887.0763

15 Attorneys for Plaintiff
   APPLE INC.

16

17                UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                     SAN JOSE DIVISION

20 APPLE INC., a California corporation,          Case No.   5:22-CV-2637-EJD

21                  Plaintiff,                     **APPLE'S *EX PARTE* MOTION
                                                   FOR TEMPORARY
22        v.                                       RESTRAINING ORDER,
                                                   EXPEDITED DISCOVERY, AND
23 RIVOS, INC., a Delaware corporation; WEN        ORDER TO SHOW CAUSE**
   SHIH-CHIEH a/k/a RICKY WEN, and BHASI
24 KAITHAMANA,                                     Date:  **
                                                   Time:  **
25                  Defendants.                    Courtroom:  4, 5th Floor
                                                   Judge:  Hon. Edward J. Davila
26
                                                   Action Filed:  April 29, 2022
27

28

Pursuant to Federal Rule of Civil Procedure 65 and Civil Local Rules 7-10 and 65-1, Apple Inc. ("Apple") hereby moves *ex parte* for a Temporary Restraining Order and Order to Show Cause against Defendant Shih-Chieh aka Ricky Wen ("Wen"), along with Expedited Discovery from both Wen and Rivos Inc. ("Rivos").

Apple requests that the Court issue a temporary restraining order against Wen (1) enjoining Wen, and all persons in active concert or participation with him, from accessing, using, or disclosing, for any purposes, Apple's trade secret and confidential information; and (2) requiring Wen to immediately return to Apple, through Apple's undersigned counsel, all Apple trade secret and confidential information taken with him upon leaving Apple's employ, as outlined further in the proposed order submitted with this motion.

Apple requests that the Court further order Wen to appear before this Court at a date, time, and place to be set, to show cause why a preliminary injunction consistent with the temporary restraining order should not be granted.

Apple further requests that the Court issue an order for expedited discovery from both Wen and Rivos so that Apple may determine the extent of the misappropriation and promptly take steps necessary to prevent further misuse. Apple's proposed discovery requests are submitted concurrently with this motion as Exhibits R-V to the Declaration of Bryan Wilson.

This motion is supported by Apple's Complaint (ECF No. 1), the accompanying Memorandum of Points and Authorities, the Declaration of Bryan Wilson and supporting exhibits, the Declaration of Daniel Roffman and supporting appendices, the Declaration of Donna Cerny and supporting exhibits, the Declaration of Daniel Murray, and the proposed Temporary Restraining Order, Expedited Discovery, and Order to Show Cause.

Apple has been exchanging correspondence with counsel for Wen and Rivos since May 6, in which Apple has attempted to negotiate proposed expedited discovery and a stipulated order requiring Wen to return Apple's information and cease using it. Despite Apple's attempts to avoid seeking relief from the Court, the parties have reached an impasse. Pursuant to Civil L.R. 65-1(b), on May 20, counsel for Apple advised counsel for Wen and Rivos of the emergency reasons requiring Apple to seek a temporary restraining order and expedited discovery. Counsel

for Apple will also serve Wen and Rivos via email with this motion, all supporting papers, and the proposed order.  Counsel for Apple will also notify Wen and Rivos when a time and date for a hearing on this Motion is set by the Court.

Dated:  May 20, 2022                               Respectfully submitted,

                                                   MORRISON & FOERSTER LLP


                                          By:   /s *Bryan Wilson*
                                                   Bryan Wilson

                                                   Attorneys for Plaintiff
                                                   APPLE INC.