| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
|   | BWilson@mofo.com |
| 2 | KENNETH A. KUWAYTI (CA SBN 145384) |
|   | KKuwayti@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile:  650.494.0792 |
| 6 | ARTURO J. GONZALEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 7 | DIEK O. VAN NORT (CA SBN 273823) |
|   | DVanNort@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 9 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 10 | Facsimile:  415.268.7522 |
| 11 | MARY PRENDERGAST (CA SBN 272737) |
|   | MPrendergast@mofo.com |
| 12 | MORRISON & FOERSTER LLP |
|   | 2100 L Street, NW, Suite 900 |
| 13 | Washington, District of Columbia 20037 |
|   | Telephone: 202.887.1500 |
| 14 | Facsimile:  202.887.0763 |
| 15 | Attorneys for Plaintiff |
|   | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No. 5:22-CV-2637-EJD |
| Plaintiff, | **DECLARATION OF DONNA CERNY IN SUPPORT OF APPLE INC.'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE** |
| v. | |
| RIVOS, INC., a Delaware corporation; WEN, SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA, | |
| Defendants. | Date: ** |
|  | Time: ** |
|  | Courtroom: 4, 5th Floor |
|  | Judge: Hon. Edward J. Davila |
|  | Action Filed: April 29, 2022 |

I, Donna Cerny, declare as follows

1. I am a Director of Human Resources for Apple Inc. As part of my role, I am knowledgeable about onboarding and offboarding of certain Apple employees and assist with implementing policies to protect Apple's confidential information. The facts stated in this declaration are true and correct based on my personal knowledge, review of documents, and/or based on information provided to me by others, where noted.

2. Apple diligently protects and defends its proprietary and trade secret designs and investments in research and development. One of the critical agreements for protecting Apple's proprietary and trade secret information is the Intellectual Property Agreement ("IPA"). Each of the Individual Defendants executed IPAs at the outset of their employment.

3. The executed IPA for Bhasi Kaithamana is attached hereto as Exhibit A.

4. The executed IPA for Ricky Wen is attached hereto as Exhibit B.

5. Employees with access to certain particularly-sensitive trade secrets, including certain Hardware Technologies ("HWT"), are subject to additional protective measures. For instance, during employee exit interviews for these HWT Apple employees, including the Individual Defendants, Apple provides a "Checklist for HWT Departing Employees" to "help employees leaving Apple understand their responsibility to preserve confidentiality of intellectual property."

6. The executed Checklist for HWT Departing Employees for Bhasi Kaithamana is attached hereto as Exhibit C.

7. The executed Checklist for HWT Departing Employees for Ricky Wen is attached hereto as Exhibit D.

8. Apple also provides HWT employees with rules and guidelines on how to preserve the confidentiality of Apple's proprietary information. These materials specifically forbid distribution of Apple's confidential information to others except on a need-to-know basis. To further secure its proprietary information from public dissemination Apple also requires its vendors, customers, partners, and contractors to sign confidentiality agreements and non-disclosure agreements when confidential information must be disclosed to them during the

ordinary course of Apple's business.

9. Apple policies prohibit the use of Google Drives for storing, among other things, Apple proprietary and trade secret information because that information can be accessed from any computer over the internet without Apple's knowledge.

10. To date, a total of 44 Apple employees are known to have departed Apple and taken positions at Rivos. These employees largely come from Apple's Silicon Engineering Group, which is responsible for the design and development of Apple's processors, and include higher-level managers within the group. Most recently, an additional five employees left Apple for Rivos in April 2022, and Apple has learned of at least one additional departure in May 2022.

11. I have reviewed the personnel records for Mr. Bhasi Kaithamana. Mr. Kaithamana was hired by Apple in September 2013 to work as a CPU implementation engineer. Mr. Kaithamana accepted his employment offer from Rivos in early August 2021. Shortly thereafter, on August 10, he took a vacation day. Mr. Kaithamana gave his notice to Apple on August 13, 2021 and was terminated on August 16, 2021. On August 18, 2021, Mr. Kaithamana completed his Checklist for HWT Departing Employees.

12. I have reviewed the personnel records for Mr. Ricky Wen. Mr. Wen was originally hired by Apple in April 2008 to work as a CPU design engineer. Mr. Wen accepted his employment offer from Rivos on July 23, 2021. He gave his notice to Apple on August 3, 2021 and Apple conducted an exit interview that same day. On August 5, 2021, Mr. Wen signed his Checklist for HWT Departing Employees. Mr. Wen was terminated on August 6, 2021.

I declare under penalty of perjury under that the foregoing is true and correct. Executed this 18th day of May, 2022, at Morgan Hill, California.

_____
Donna Cerny