# EXHIBIT C



# Checklist for HWT Departing Employees

The following checklist was created to help employees leaving Apple understand their responsibility to preserve confidentiality of intellectual property. Departing employees should acknowledge each point and sign this checklist.

### Intellectual Property Rights and Trade Secrets

When you joined Apple you signed an Intellectual Property Agreement that includes an obligation not to use or disclose Apple confidential information. We want all departing employees to understand the importance of safeguarding confidential information even when they are no longer Apple employees. Accordingly, please review the following checklist as you prepare to leave Apple:

- [x] Upon joining Apple, you signed an Intellectual Property Agreement (IPA) that does not expire after you leave Apple. The IPA includes a provisions that says you will not use or share Apple confidential information while you are an Apple employee and after you leave Apple. Everything you worked on at Apple stays here. Do you understand this obligation?

### Return of Apple Confidential Information and Apple Devices

All employees must return all Apple confidential information prior to leaving Apple. Please review the following checklist to confirm you are not inadvertently leaving with any Apple confidential information:

- [x] Confirm that you have done a diligent search of spaces you could have stored Apple property. Have you checked the following?

  - [x] Personal computer(s) or laptop(s)
  - [x] Smartphone(s)
  - [x] Tablet(s)
  - [x] Personal email
  - [x] External hard drive(s)
  - [x] Flash drive(s)
  - [x] CDs or DVDs
  - [x] Server(s) or cloud storage (e.g., iCloud)
  - [x] Home office (e.g., desk, file cabinet, etc.)
  - [ ] Other storage locations

- [x] Confirm you have returned or destroyed all Apple confidential information prior to leaving Apple.
- [x] Confirm you have returned all Apple Owned Devices (AOU) and have not wiped any AOU.

### Non-Solicit Agreements

- [x] Your IPA may include a non-solicit agreement. You agreed that for 12 months after you leave Apple you would not use Apple confidential information to directly or indirectly recruit or solicit Apple co-workers. Do you understand this obligation?

Name of People Business Partner: Paul Turnpaugh · Jim Vash (manager of employee) representing

Name of Employee: Shih-Chieh Wen

Date: 8/5/21

Signature of Employee: /s/ Shih-Chieh Wen

**Apple Confidential - For Internal Purposes Only**