BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS, INC., a Delware Corporation; WEN, SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA,<br><br>Defendants. | Case No.   5:22-CV-2637-EJD<br><br>**DECLARATION OF DANIEL MURRAY IN SUPPORT OF APPLE'S *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE**<br><br>Date: **<br>Time: **<br>Courtroom: 4, 5th Floor<br>Judge:  Hon. Edward J. Davila<br><br>Action Filed:  April 29, 2022 |

**REDACTED PUBLIC VERSION**

I, Daniel Murray, declare as follows:

1. I am a Vice President of the Silicon Engineer Group (SEG) at Apple Inc. I joined Apple almost 14 years ago as a Senior Manager and have continuously lead development of Apple's silicon chips since joining. My responsibilities initially focused on developing Apple's mobile chips. More recently, my responsibilities expanded to include development of Apple's new laptop and desktop chips as well. Based on my personal knowledge of the documents set forth below, they represent some of Apple's "crown jewel" trade secrets and technologies. If called and sworn as a witness, I will testify competently to the facts that I explain below.

### A. Apple's System-on-Chip Technology

2. For over a decade, Apple has been making substantial investments totaling in the billions of dollars into designing its own system-on-chips (SoCs) and other chips that are at the heart of its iPhone, iPad, Watch, and Mac product lines. The SoCs consist of interconnected component designs that include high performance application processors (CPU cores), graphics processors (GPU cores), security processors, memories, and/or artificial intelligence accelerators.

3. Apple's chip-related investments have resulted in its products consistently outperforming its competitors' products by significant margins. One reason for the success of Apple's SoCs is that it custom designs the SoCs in-house, unlike many of its competitors that purchase third-party designs. By custom designing its SoCs and related components, Apple tunes its SoCs to achieve tighter integration among components, which reduces chip area, provides extreme performance, and lowers power consumption. Apple further customizes its SoCs to provide the best performance possible when used in its products (e.g., iPhone, iPad, Mac, Watch, etc.). A recent example of Apple's SoCs are the M1 family of SoCs (including the M1 Pro, M1 Max, and M1 Ultra chips) that were released starting in November 2020 and are the first ARM-based chips to power Apple's Mac laptop and desktop computers.

4. ███████████████████████████████████████████████████████████

1  ████████████████████████████████████████████████████████████
2  ████████████████████████████████████████████████████████████
3  ██████████████████████████████████████████████████████
4  ████████████████████████████████████████████████████████
5  ████████████████████████████████████████████████████████████
6  ████████████████████

7       5.      Apple views its chip specifications, source code for designs implementing those
8  specifications, and other materials describing the development and testing of SoCs and their
9  components as among its most valuable trade secrets. Given the importance of these technologies
10 to Apple and their value to competitors, Apple protects its SoC trade secrets (including the
11 materials I describe above) with high levels of secrecy and security. For example, Apple uses
12 internal code names to refer to the SoCs and their components, such as CPU cores. Apple's
13 policy is not to use internal code names publicly. The public confirmation of Apple's code names
14 via disclosure of Apple confidential documents would remove one layer of protection for Apple's
15 confidential information and projects. Apple also restricts access to materials for SoC projects on
16 a project-by-project basis. Apple grants access to SoC materials for a particular project only to
17 employees who need access in connection with their job functions and manufacturing partners
18 whose knowledge is essential for the design and manufacture of the SoCs. Apple's protections
19 include technological and contractual restrictions that span Apple employees and manufacturing
20 partners.

21       6.    ████████████████████████████████████████████
22 ████████████████████████████████████████████████████████████
23 ████████████████████████████████████████████████████████████
24 ████████████████████████████████████████████████████████████
25 ██████████████████████████████████████████████████████
26 ████████████████████████████████████████████████████████
27 ████████████████████████████████████████████████████████████
28 ████████████████████████████████████████████████████████████

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4 ▓▓▓▓▓▓▓▓▓

7. Apple SEG employees know the materials and documents they can access through ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ qualify as Apple "Proprietary Information" under the Apple Intellectual Property Agreement. All SEG Apple employees must sign this agreement when they join Apple.

### B. Appendix B Includes Documents Containing Some of Apple's Most Highly Confidential and Valuable Information

8. I have reviewed the list of documents in Appendix B to Dan Roffman's declaration, which were provided to me by Apple's counsel. I understand that the list was prepared by Mr. Roffman, who is a forensic analyst that Apple retained to assist in this matter. This list contains many documents that are considered by Apple to be highly confidential and trade secret. The documents in Appendix B include chip specifications for various parts of Apple's SOCs as well as the SoCs themselves. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9. A chip designer can make a virtually unlimited number of design choices when designing a SoC. Apple's chip specifications explain many of these choices and specify the components, connections, parameters, and other characteristics that make its chips some of the highest performing chips in the industry.

10. ███████████████████████████████████████████████████

████████████████████████████ and are marked "Apple Registered Confidential – Do Not

Distribute." They also state:

> This material contains certain trade secrets and confidential and proprietary information of Apple Inc. Use, reproduction, disclosure, or distribution by any means are prohibited, except pursuant to a written license from Apple.

11. Even without these markings, Apple engineers in SEG would readily recognize that these types of documents contain Apple's "crown jewels" of SoC design and cannot be distributed or taken outside of Apple. It takes the coordinated effort of hundreds of Apple engineers across SEG to create a final chip specification for a new SoC. The document listing in Appendix B is rife with these types of critical Apple documents and extends to materials not in "specification" form.

12. The files with a ".v" suffix in Appendix B are RTL files written the Verilog hardware description language. As I explained above, RTL designs are a step in the process of converting a chip specification to a physical chip design ready for manufacturing. These Verilog files specify abstract models of the hardware components that will be used to implement a SoC and its components, as well as the connections between the components. ████████████ ████████████████████████████████████████████████████████████████████████

13. Many files in Appendix B record the results of engineering simulations and other analyses. These files also contain sensitive Apple trade secrets. ████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████

14. Appendix B also includes multiple files that disclose Apple's development roadmap and status for various projects. ████████████████████████████████████ ████████████████████████████████████████████████████████████████████

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15. I have reviewed the list of SEG engineers that have left Apple for Rivos. Almost all of them are design engineers that worked on Apple's past, current, and future SoC designs, including CPU cores, GPU cores, and overall SoC integration. They would all have had access to most of Apple's SoC design materials.

### C.     Harm to Apple if Its SoC Trade Secrets Are Disclosed

16. The materials I describe above are highly sensitive and extremely valuable and include some of Apple's core trade secret technology. If any of this information were to be disclosed publicly or to Apple's competitors, it would cause immense harm to Apple that would go far beyond the mere monetary value of the information that the materials include. Collectively, these materials represent many years of effort and the culmination of billions of dollars worth of research. As described above, Apple's SoC designs and resulting performance are among key features that differentiate Apple from its competitors. Continuing to differentiate its products is critical to Apple's success.

17. The documents listed in Appendix B contain information about Apple's past, current, and future, unreleased SoCs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Information about current designs and even designs several years old are still extremely valuable to Apple and Apple competitors and are thus protected at Apple. Apple's SoCs are years and generations ahead of competitor's SoCs.

Disclosure of present designs (or even designs from the preceding couple of generations) would still disclose SoC designs that are significantly more advanced than those available commercially from third-parties. Furthermore, Apple's SoC design process is iterative such that each successive SoC generation builds on what Apple engineers learned in the previous SoCs generation and the technologies they built to enable those SoCs. This means that past design information is still extremely valuable and would give a competitor a significant head start in creating custom SoCs that could catch up with and compete with Apple's current SoCs.

18. These materials would enable a competitor to develop their own SoCs for mobile, desktop, or datacenter applications far more quickly and allow them to compete more effectively with Apple's own SoCs by copying Apple's designs and innovations, with substantially less investment than Apple has made to develop its own SOCs. This would be true even if designing an SoC based on an instruction set architecture (ISA) different that the ARM architecture on which Apple's SoCs are based (e.g., a SoC based on the RISC-V ISA) because many of the innovations are transferable to a different architecture.

19. Information about the design of future SoCs, of the type found in documents listed in Appendix B, is also among the most sensitive and confidential information at the company. Disclosure of future design information would reveal Apple's newest trade secret design elements that have never been disclosed and are not even embodied in products shipping to the public. Access to these materials would give significant insight into Apple's plans for its SoCs and products for the future and would help competitors create next generation products using Apple's own innovations to compete against it.

20. If the information in Apple's SoC materials of the type listed in Appendix B, such as chip specifications, RTL files, and engineering simulations, is disclosed outside Apple, that would effectively give competitors a blueprint to follow in copying Apple's SoC designs. The information in Apple's chip specifications goes well beyond what can be determined from analyzing a completed Apple's SoC present in Apple's commercial products. As described above, Apple's chip specifications explain many of the design choices that Apple made and specify the components and characteristics that differentiate its chips from its competitors. Even

the presence or absence of certain information in Apple's chip specifications provides critical information about which components, connections, parameters, and other characteristics are important or unimportant.

21. Access by a competitor to the engineering simulations and analyses of Apple's SoC power characteristics would also provide them with an enormous advantage. For example, a SoC's power characteristics are some of its most important parameters. A competitor with Apple engineering analysis of power characteristics, especially combined with other Apple confidential information, would have a tremendous head start in developing and targeting a new SOC for lower power applications while maintaining a high level of performance.

22. Further, as described above, the RTL files contain highly confidential information key to converting the SoC chip specification into a physical product. They include information relating to the implementation of the SoCs, the modeling of hardware components, and the connections between components. And Appendix B contains numerous other files that provide insight into Apple's design choices and its SoC development process. The combination of all of this information would provide a competitor with insight into Apple's current and future products, and how to develop those products, that it would otherwise never have, and would save that competitor years of effort and research. Even worse, if Apple's trade secret information was disclosed publicly, it would be impossible for Apple to prevent others from exploiting it at Apple's detriment.

23. Appendix B does not just contain a handful of isolated documents about Apple's SoC chip specifications and designs, but a vast amount of confidential information of different types across a wide range of products, including Apple's current and future designs. There is no amount of money that could fully compensate Apple for the disclosure and use of this information by its competitors. Apple's ability to continue to maintain, and expand, its market share is dependent on its ability to differentiate its products from its competitors, in a highly competitive, innovative environment. The use of Apple's SoC information by a competitor or competitors to compete against it risks undermining that differentiation and would allow its competitors to

"catch up" on Apple's head start. This could impact Apple for years to come and in future generations of its products across multiple product lines.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2022 in Campbell, California.

_____
Daniel Murray