BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA,<br><br>Defendants. | Case No. 5:22-cv-2637-EJD<br><br>**DECLARATION OF DANIEL ROFFMAN IN SUPPORT OF APPLES'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE**<br><br>Date: **<br>Time: **<br>Courtroom: 4, 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>Action Filed: April 29, 2022 |

**FILED UNDER SEAL**

DANIEL ROFFMAN DECL. ISO APPLE'S *EX PARTE* MOTION FOR TRO, EXPEDITED DISCOVERY, AND OSC
CASE NO. 5:22-CV-2637-EJD

I, Daniel Roffman, declare as follows:

1. I am a Vice President in the Forensic Services Practice at Charles River Associates, Inc. ("CRA"). I have over 20 years of digital forensics and information security consulting experience, helping clients protect their most valuable information, and investigating allegations of cyber incidents. My primary job duties involve leading digital forensic investigations and providing expert advice or testimony for clients.

2. In my previous employments, I was a Senior Managing Director at FTI Consulting in their digital forensics practice for the last 15 years. I also previously worked in the High Technology Investigations Unit of the Criminal Division of the US Department of Justice. At the DOJ, I assisted in investigations and developed software that was used to track IP addresses and websites that the DOJ investigators analyzed. I have extensive testimony experience and have served as a court-appointed neutral expert in matters involving deletion, alteration, and recovery of emails. I am a recognized thought leader in the industry; a frequently requested speaker at conferences; an author of numerous articles and whitepapers on digital forensics, cybersecurity, and trade secret theft; and an innovator in developing unique technical solutions for our clients.

3. I hold a bachelor's degree in Information Systems from the University of Maryland, as well as the EnCase Certified Examiner certification for complex computer investigations and analysis. I have been recognized seven times by Who's Who Legal, an organization that identifies the foremost legal practitioners and consulting experts based upon comprehensive, independent research. My curriculum vitae, attached as **Appendix A**, further describes my professional credentials, including publications, prior expert reports, and testimony.

I.   **BACKGROUND**

4. CRA was retained by Morrison & Foerster LLP on behalf of their client, Apple Inc. ("Apple") in connection with an investigation into the departure of over 40 former Apple employees who have joined Rivos, Inc. ("Rivos"). I have led CRA's investigation since the inception of the matter. CRA is being compensated on an hourly basis at rates ranging between $446.25 and $705.50 an hour for our time and our compensation is not tied to the outcome of the investigation.

**A.     Bhasi Kaithamana**

5.  I was asked by Apple's Counsel to conduct a digital forensic investigation of Bhasi Kaithamana's Apple-issued MacBook Pro, serial number ▇▇▇▇▇▇▇▇ (the "Kaithamana MacBook"). My analysis was conducted on a forensic image of the Kaithamana MacBook that was captured on September 9, 2021, by Apple.

6.  My analysis of the Kaithamana MacBook revealed that on or about August 10, 2021 at 1:49 PM CDT, Mr. Kaithamana created a folder in his "Downloads" folder which he initially named "WORK" and which he renamed to "WORK_DOCS" shortly thereafter. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ amongst others, to this newly created folder on or about August 10, 2021 at 1:59:12 PM.

7.  Mr. Kaithamana continued copying files into this folder until August 15, 2021. I understand that Mr. Kaithamana resigned from Apple on August 13, 2021. On or before August 14, 2021 at 9:47 PM , Mr. Kaithamana renamed his folder APPLE_WORK_DOCS. By the time his computer was last used on August 16, 2021, there were at least 1,897 files in the APPLE_WORK_DOCS folder. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

8.  While copying Apple files to the APPLE_WORK_DOCS folder, Mr. Kaithamana also connected a USB device to the Kaithamana MacBook (the "Kaithamana USB").[1]

9.  On August 14, 2021 at 8:06 PM, Mr. Kaithamana connected the Kaithamana USB. At 8:22 PM, Mr. Kaithamana opened a file named "Book2.xlsx" from the Kaithamana USB. This naming convention is used by Microsoft Excel for untitled spreadsheets (e.g. the first spreadsheet one opens is titled Book1.xlsx, the second is titled Book2.xlsx, and so on). At 8:26 PM, Mr.

---

[1] The unified logs show the vendor ID 0x58f and product ID 0x6387. According to https://usb-ids.gowdy.us/read/UD/058f/6387, this USB device may be a Transcend JetFlash Flash Drive.

DocuSign Envelope ID: 0DE09AE0-1E76-4EEF-92E7-6996C6657306

1  Kaithamana opened Book3.xlsx from the Kaithamana USB and shortly thereafter disconnected the Kaithamana USB.

10. Next, on or before 8:41 PM, Mr. Kaithamana interacted with a file named "Untitled.key" in his iCloud Drive. Untitled.key is the default name for an untitled presentation in Keynote. At 8:41 PM, he cleared his list of recently opened Keynote files. At 8:42 PM, a thumbnail was created by Quicklook, a Mac OS service that generates thumbnails of documents for applications on MacOS, such as the MacOS file browser, Finder. This thumbnail appears to be of a Keynote file based on the Apple Keynote template that contains an "Apple Proprietary & Confidential" footer. At 8:44 PM, the Kaithamana USB was reconnected. At 8:45 PM, he opened "Untitled.key" from the Kaithamana USB. At 8:46 PM, he disconnected the Kaithamana USB. The "Untitled.key" file in Mr. Kaithamana's iCloud Drive was not found on his computer when it was turned in at his August 16, 2021, termination from Apple. I was not provided access to Mr. Kaithamana's iCloud drive, nor have I accessed it.

11. Between 9:06 PM and 9:43 AM, Mr. Kaithamana cleared the list of recently opened OmniGraffle files (diagram files), Keynote files (presentations), Numbers files (spreadsheets), Preview files (PDFs and images), and Pages (word processing). He cleared the Keynote and Numbers recently opened file lists twice in this period.

12. At 10:52 PM, Mr. Kaithamana reconnected the Kaithamana USB and opened a file named "Book1.xlsx" from the Kaithamana USB at 10:54 PM. The Kaithamana USB was disconnected at or before 4 AM. The Kaithamana USB was reconnected at 11:14 PM and disconnected at 11:28 PM.

13. At or about August 15, 2021 at 12:13 AM, Mr. Kaithamana connected the Kaithamana USB again and opened Untitled.Numbers at 12:21 AM and Book4.xlsx at 12:25 AM. Both of these files are untitled spreadsheets from Numbers and Microsoft Excel, respectively. At 12:36 AM, the last file was added to the APPLE_WORK_DOCS folder. Then, at or before 12:47 AM, Mr. Kaithamana disconnected the Kaithamana USB for the final time. When Mr. Kaithamana departed Apple on August 16, 2021, the last "move and copy" destination recorded

by his MacBook was to the Kaithamana USB. He also cleared his browsing history and deleted many emails before leaving.

### B.    Ricky Wen

14.    I was also asked by Apple's Counsel to conduct a digital forensic investigation of Ricky Wen's Apple-issued iMac, serial number ▮▮▮▮▮▮▮▮▮▮ (the "Wen iMac"), as well as several other devices associated with Mr. Wen. My analysis of the Wen iMac was conducted on a forensic image of the Wen iMac that was captured on September 3, 2021, by Apple. My analyses of this device and Wen's other devices indicated that Wen deleted his recent iMessage, and iChat histories as well as numerous folders and files in online and cloud storage drives just before he left Apple.

15.    My analysis of the Wen iMac revealed that on or before July 26, 2021 at 8:15 AM PDT, a hard drive was mounted with a volume name of "Macintosh HD 1." The default naming convention for a MacOS hard drive is Macintosh HD. When two or more of the same named volumes are mounted on a MacOS system, the second device has a number appended to it. Thus, I infer that Mr. Wen connected a second hard drive to the Wen iMac that had MacOS installed on it (referred to as the "Wen Macintosh HD 1").

16.    I reviewed daily disk logs that indicate the available space on this volume through August 2, 2021. These logs indicate that as of July 26 at 8:15 AM, when this volume was first mounted, it had 539 GBs used out of 931 available GBs. Put another way, there were 392 GBs of free space on the Wen Macintosh HD 1. As of July 27 at 8:10 AM, there were 668 GBs used, suggesting that 129 GBs of data had been added to the Wen Macintosh HD 1 in roughly 24 hours. As of July 28 at 8:20 AM, there were 738 GB used, suggesting that 70 GBs of data had been added to the Wen Macintosh HD 1 in roughly 24 hours. As of July 29, 2021 at 8:10 AM, the hard drive was filled to capacity, suggesting another 193 GBs of data had been added to the Wen Macintosh HD 1 in roughly 24 hours. The Wen Macintosh HD 1 stayed at capacity until after August 2, at 8:12 AM after which it no longer appeared in the daily disk log, ostensibly because it was disconnected. As of his termination, the Wen iMac included at least 400 gigabytes of Apple confidential information. It also had only about 200 gigabytes of photos and movies that I believe

are personal in nature. Accordingly, this personal data cannot account for all of the data transferred to the Wen Macintosh HD 1.

17. I understand that on the following day, August 3, 2021, Mr. Wen resigned from Apple. In the days leading up to Mr. Wen's resignation, my conclusion is that he copied approximately 392 GBs of data from the Wen iMac to the Wen Macintosh HD 1.

18. I conducted further analysis to attempt to determine which files were copied from the Wen iMac to the Wen Macintosh HD 1 before Mr. Wen's resignation. I conducted a keyword search of the Wen iMac and looked for the phrase Macintosh HD 1. I uncovered hits in database files related to the "launch services daemon," a feature within MacOS that handles management of applications and other services that run on a scheduled routine. The keyword hits I observed contain paths to application files, consistent with the function of the launch services daemon. For example, I found the following hits pertaining to App files:

Volumes/Macintosh HD 1/iMac-2021/iCloud_Desktop/Desktop - iMac (4)/Radar.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Apple Directory.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Apple Directory.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Compensation Planning 2.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Compensation Planning 3.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Compensation Planning 4.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Compensation Planning 5.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Compensation Planning 6.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Compensation Planning-2.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Compensation Planning-3.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Compensation Planning.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 10.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 11.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 12.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 13.app
Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 14.app

1 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 15.app
2 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 16.app
3 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 17.app
4 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 2.app
5 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 20.app
6 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 21.app
7 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 3.app
8 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 4.app
9 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 5.app
10 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 6.app
11 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 7.app
12 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 8.app
13 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin 9.app
14 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin-2.app
15 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin-5.app
16 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Merlin.app
17 | Volumes/Macintosh HD 1/iMac-2021/iMac_Downloads/Talent.app

19. I note that the above folder paths reference an "iMac-2021" and either a "iCloud_Desktop/Desktop - iMac (4)" or "iMac_Downloads" sub-folder. I compared the above keyword hits to the contents of the "Desktop"[2] and "Downloads" folder on the Wen iMac. I found each of the above App files in the corresponding "Desktop" or "Downloads" folder of the Wen iMac. This evidence suggests the contents of the "Desktop" and "Downloads" folders were copied to the Wen Macintosh HD 1 in a folder named "iMac-2021" at or before August 6, 2021 at 11:12 AM (based on the modification timestamp associated with the launch services daemon database). Moreover, the files found appear to relate to Apple corporate apps – I understand from Apple that Merlin is their time tracking software and compensation planning tool used by

---

[2] This folder corresponds to the folder path "\Users\shwen\iCloud Drive (Archive) - 1\Desktop\Desktop - iMac (4)\" on the Wen iMac.

DANIEL ROFFMAN DECL. ISO APPLE'S *EX PARTE* MOTION FOR TRO, EXPEDITED DISCOVERY, AND OSC
CASE NO. 5:22-CV-2637-EJD

6

employees in relation to understanding their stock option-based compensation, and Radar is used to track work on software improvements. Based on the number of Apple corporate App files found in common between the "iMac-2021/iMac_Downloads" folder that was present on the Wen Macintosh HD 1 and the "Downloads" folder on the Wen iMac, it is likely that the entire Downloads folder was copied from the Wen iMac to the Macintosh HD 1. This would be far more plausible than copying just these individual App files, which would have little use to anyone outside of Apple or to a former employee of Apple post-termination.

20. At the time that Wen turned in the Wen iMac on August 6, 2021, the Desktop and Downloads folders contained thousands of files. Appendix B is a listing of files in the Desktop and Downloads folders that appear to be Apple files based on my preliominary review. Many of these files have names using Apple code names and include markings indicating that they are confidential. ████████████████████████████████████████████████████████████████████████████ This file was created on July 21, 2021, less than two weeks before Wen's resignation, and contained a Keynote presentation file with a footer that stated, "Apple Confidential – Internal Use Only."

21. Based on the findings of my analysis, I conclude that Mr. Wen copied Apple confidential files to the Macintosh HD 1.

22. My analysis of the Wen iMac also uncovered that Mr. Wen left Apple confidential files in his personal iCloud Drive leading up to his termination. Mr. Wen appears to have used iCloud Drive on the Wen iMac from November 17, 2018 until August 3, 2021. When he turned off synchronization of his iCloud Drive on August 3, 2021, he was prompted with a message asking whether to keep a local archive of his iCloud Drive data. The presence of the archive folder on the Wen iMac suggests that he selected the prompt option to keep this iCloud Drive archive. Mr. Wen re-enabled and then later disabled synchronization at least three more times on the Wen iMac, leaving behind three additional archives of his iCloud drive. I was not provided access to Mr. Wen's iCloud drive, nor have I accessed it.

23. Together, these four archives provide a snapshot of Mr. Wen's iCloud drive at each date that he disabled synchronization (August 3, 2021 at 1:52 PM, August 4, 2021 at 11:56

1  PM, August 5, 2021 at 11:10 PM, and August 6, 2021 at 11:26 AM). My analysis of these archive folders suggests that Mr. Wen took steps to remove many Apple files from his iCloud Drive prior to August 6, 2021 at 11:26 AM. █████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████ Based on my understanding of iCloud Drive, I believe that Mr. Wen would have been able to access these files following his departure from Apple on August 6, 2021, unless Mr. Wen took steps to remove them from his iCloud Drive after August 6, 2021 at 11:26 AM.

24.  In addition to iCloud Drive, Mr. Wen also had a Google Drive folder on the Wen iMac. While at Apple, Wen also transferred files associated with Apple SoC development projects to Google Drive. I understand that Apple policy does not allow employees to store Apple confidential files in Google Drive. As part of my analysis, I also analyzed and observed Google Drive folders on other Apple-issued computers used by Ricky Wen, including a MacBook Pro, Serial number ██████████. My analysis of the MacBook Pro suggests that Mr. Wen took steps to remove Apple confidential files prior to his termination. However, it appears that he did not remove all of the Apple confidential files as of August 6, 2021 at 2:23 AM, the last time this folder appears to have been updated. ████████████████████████

████████████████████████████████████████

███████████████████████████ Based on my understanding of Google Drive, I believe that Mr. Wen would have been able to access these files following his departure from Apple on August 6, 2021, unless Mr. Wen took steps to remove them from his Google Drive after August 6, 2021 at 2:23 AM.

        **C.**     **Other former Apple Employees**

25.  I have conducted an initial analysis of over 40 former Apple employees' Apple-issued computers. I understand that these former employees took positions at Rivos following their departure from Apple. My examination of these computers is ongoing, and I reserve the right to amend my findings and opinions of these devices. At present though, my analysis has

1  determined that the following devices, which were associated with nine different employees, were
2  factory reset, had their operating system re-installed, the entirety of the user profile was deleted,
3  or were otherwise wiped:

4  ██████████████████████████
5  ██████████████████████████
6  ██████████████████████████
7  ████████████████████████████
8  ██████████████████████████████
9  ██████████████████████████████
10 ████████████████████████
11 ██████████████████
12 ██████████████████████████
13 ██████████████████████████
14 ████████████████████████
15 ████████████████████████████
16 ████████████████████████████
17 ██████████████████████████████
18 ████████████████████
19 ████████████████████████████
20 ████████████████████████████
21 ██████████████████████████████

22       26.     For each of the above listed devices, the former employee's actions have (1)
23 prevented me from analyzing the contents of their computers, (2) prevented me from
24 understanding whether USB devices were used, (3) prevented me from learning whether the
25 employee improperly used cloud storage, and (4) prevented me from determining if the employee
26 exfiltrated data through other means. Put simply, the employees effectively covered up any
27 copying or downloading of Apple files that may have taken place.  I note that ██████ recently
28 departed in April 2022.

27. In addition, my analysis has determined that at least one former employee, ▓▓▓▓, used Time Machine to backup his entire Apple computer to an unencrypted Time Capsule on his last day of employment. I understand that Apple policy forbids unencrypted backups, such as the one that ▓▓▓▓ made on August 24, 2021 at 8:01 AM PDT. My analysis of the /Library/Preferences/com.apple.TimeMachine.plist file on the Apple-issued MacBook Pro used by ▓▓▓▓, serial number ▓▓▓▓, showed that ▓▓▓▓ made 55 backups of the MacBook Pro between December 18, 2020 and his termination on August 24, 2021. The file also revealed that ▓▓▓▓ received a warning that the backup was unencrypted on December 18, 2020. Further, the private/var/log/daily.out file indicated that as of the night prior to ▓▓▓▓ last backup, the Time Capsule contained 1.4 TB of data. Based on my review of the MacBook Pro, and my analysis as described above, I conclude that ▓▓▓▓ retained Apple confidential files in an unencrypted Time Capsule following his termination from Apple.

28. My analysis has also uncovered other examples of data exfiltration and possible devices that could contain Apple confidential data. For example, I analyzed the Apple-issued MacBook Pro used by ▓▓▓▓, ▓▓▓▓ and determined that ▓▓▓▓ connected a Seagate FreeAgent GoFlex USB in the days before his resignation, used Apple's AirDrop feature to wirelessly transfer four Python files to himself, and left Apple confidential files in his iCloud Drive when he turned in the MacBook. I was not provided access to ▓▓▓▓ iCloud drive, nor have I accessed it. The forensic artifacts contained on the Apple-issued MacBook Pro provide limited visibility into the potential data that was transferred to the USB device; thus, a forensic examination of the device would be necessary to determine if Apple confidential files were copied to the external drive.

29. My analysis of the Apple-issued MacBook Pro used by ▓▓▓▓, serial number ▓▓▓▓, shows that she signed her offer letter from Rivos on July 26, 2021 at 10:08 PM PDT. Just over two days later, on July 29, 2021 at 2:44 AM, the private/var/log/daily.out file shows that ▓▓▓▓ connected a 2 Terabyte hard drive with 1.3 Terabytes of available storage. My analysis thus far has not uncovered how ▓▓▓▓ used the 2 Terabyte hard drive. A forensic examination of the 2 Terabyte hard drive would be necessary to

determine all files that were transferred to the device, since the forensic artifacts contained on the Apple-issued MacBook Pro do not provide visibility into the data transferred, including potential Apple confidential files.

30. In addition, my analysis showed that on July 1, 2021 at 11:47 AM, ▓▓▓▓▓▓ searched Google.com using the Safari web browser for "what is that you can't poach people after a year leaving company" and visited a web page moments later titled "Employee Poaching: Know Your Legal Rights." Similarly, on July 21 2021 at 7:38 PM, ▓▓▓▓▓▓ searched Google for "when you lost a lawsuit what do you have to pay" and then visited a website moments later titled "Attorney Fees: Does the Losing Side Have to Pay? | Nolo".

31. Similarly, on the Apple-issued MacBook Pro issued to ▓▓▓▓▓▓, serial number ▓▓▓▓▓▓, I observed that ▓▓▓▓▓▓ connected to a Synology network attached storage ("NAS") device. This device allows one to copy files over a network connection to a storage device (as opposed to copying files directly to a locally attached USB device. Furthermore, the most recent four "move and copy" locations recorded on this system were to folders on a volume named "allBackups" which may reside on the Synology NAS device. A forensic examination of the Synology NAS device would be necessary to determine all files that were transferred to the device, since the forensic artifacts contained on the Apple-issued MacBook Pro provide limited visibility into the potential data transferred. While at least some of these move and copy folders appear to be personal in nature, it is unclear whether Apple confidential files were also transferred to the "allBackups" volume. On the Apple-issued MacBook Pro issued to ▓▓▓▓▓▓, serial number ▓▓▓▓▓▓, I observed that ▓▓ ▓▓ connected a Western Digital My Passport hard drive (SN: ▓▓▓▓▓▓) on October 19, 2021 at 3:55 PM CDT and 4:06 PM, ▓▓▓▓▓▓ final day of employment at Apple. I also observed that ▓▓▓▓▓▓ connected a SanDisk Cruzer Glide USB storage device (SN: ▓▓▓▓▓▓) on October 19, 2021 at 4:08 PM. In the midst of connecting these devices, ▓▓▓▓▓▓ also printed his HWT Departing EE Checklist.pages file at 4:02 PM. A forensic examination of the Western Digital hard drive and SanDisk Cruzer Glide USB devices themselves would need to be conducted to determine all the files that were transferred, because

the information stored on the Apple-issued computers provides limited visibility into the potential data that was transferred. While at least some artifacts suggest the Western Digital hard drive may contain personal files, without forensic examination of the devices themselves, it is unclear whether Apple confidential files were copied to either of these USB devices.

32. On the Apple-issued MacBook Pro issued to ▮▮▮▮▮▮, serial number ▮▮▮▮▮▮, I observed the connection of a Seagate hard drive on October 18, 2021 at 1:29 AM CDT. ▮▮▮▮▮▮ final day using the computer was October 19, 2021. A forensic examination of the Seagate hard drive would need to be conducted to determine all of the files that were transferred, because the forensic artifacts contained on the Apple-issued MacBook Pro does not provides limited visibility into what was transferred to the device. While at least some artifacts suggest this hard drive may have contained a "personal" folder, it is unclear whether there were Apple confidential files on the Seagate hard drive. My analysis has uncovered, however, that ▮▮▮▮▮▮ stopped synchronizing his iCloud Drive and chose to keep a local archive on his Apple-issued MacBook on October 18, 2021 at 11:50 PM. ▮▮▮▮▮▮ ▮▮▮▮▮▮ I also observed 19 Numbers spreadsheets in ▮▮▮▮▮▮ iCloud Drive archive that appear to relate to Apple hardware. Based on my understanding of iCloud Drive, I believe that ▮▮▮▮▮▮ would have been able to access these Apple confidential files following his departure from Apple on October 19, 2021, unless ▮▮▮▮▮▮ took steps to remove them from his iCloud Drive after October 18, 2021 at 11:50 PM. I was not provided access to ▮▮▮▮▮▮ iCloud drive, nor have I accessed it.

33. On the Apple-issued MacBook Pro issued to ▮▮▮▮▮▮, serial number ▮▮▮▮▮▮, I observed that ▮▮▮▮▮▮ connected a SanDisk Corp. Cruzer Micro U3 USB storage device (SN: ▮▮▮▮▮▮) three times on May 28, 2021 between 7:28 PM and 9:33 PM CDT. Approximately three days later, on June 1, 2021, ▮▮▮▮▮▮ told his manager that he was leaving Apple. A forensic examination of the USB device itself would need to be conducted to determine all the files that were transferred, because the information stored on the Apple-issued

1  computer provides limited visibility into the potential data that was transferred. Without further
2  forensic examination of the USB device, my analysis thus far has not uncovered whether there
3  were Apple confidential files copied to this USB device.

4      34.     Similarly, on the Apple-issued MacBook Pro issued to ▮▮▮▮▮▮, serial
5  number ▮▮▮▮▮▮, I observed that ▮▮▮▮ connected a Silicon Motion / Feiya
6  Technology Flash Drive five times between June 10, 2021 at 4:29 PM and June 11, 2021 at 2:36
7  PM, his last day at Apple. A forensic examination of the USB device itself would need to be
8  conducted to determine all of the files that were transferred, because the information stored on the
9  Apple-issued computer provides limited visibility into the potential data that was transferred.
10  Based on my analysis of the It is unclear whether there were Apple confidential files copied to
11  this USB device.

12      35.     On the Apple-issued MacBook Pro issued to ▮▮▮▮▮▮, serial number
13  ▮▮▮▮▮▮, I observed that ▮▮▮▮ connected two USB flash drives (serial numbers
14  ▮▮▮▮ and ▮▮▮▮▮▮) between October 17, 2021 at 4:31 PM CDT and
15  October 18 at 10:58 AM, the last day ▮▮▮▮▮ Apple-issued computer was used. Further, a
16  review of the unified logs on this system shows references to the following folders or to system
17  files contained within these folders on October 17, 2021:

[redacted list]

24      36.     I also determined that the last "move and copy destination" on the Apple-issued
25  MacBook Pro was to /Volumes/USB DISK/AAA/. This suggests that ▮▮▮▮▮ copied data
26  from the Apple-issued MacBook Pro to the AAA folder on the USB flash drive. Further, the
27  directories above from the Unified Logs show a subfolder "MBP," which may be a reference to
28  ▮▮▮▮▮ Apple-issued MacBook Pro. To determine what files might be in the folders

above, I identified a folder named ▓▓▓ (which is the same name as a folder in the MBP folder on the USB flash drive) that ▓▓▓ accessed on his Apple-issued MacBook Pro on October 17, 2021. I reviewed the ▓▓▓ folder on the Apple-issued MacBook and observed Apple confidential files within it. Based on (1) evidence of a recent move or copy to this USB disk, (2) the reference to a MacBook Pro in the folder paths associated with the USB disk ("MBP"), and (3) the similarities in naming of the ▓▓▓ folder on the Apple-issued MacBook Pro and on the USB disk, it is likely that ▓▓▓ transferred the ▓▓▓ folder containing Apple confidential files from the Apple-issued MacBook Pro to the USB flash drive on or about October 17, 2021. A forensic examination of both USB devices themselves would need to be conducted to determine all of the files that were transferred, because the information stored on the Apple-issued computer provides limited visibility into the potential data that was transferred. My analysis of the Apple-issued computers is ongoing. However, the information stored on the Apple-issued computers only provides a small glimpse of the potential data on the USB devices. To better understand the data on the USB devices, the USB devices should be forensically imaged and analyzed by a digital forensic expert.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2022, at Baltimore, Maryland.

*DocuSigned by:*
*Dan Roffman*
9D3E1DE694F0432...

Daniel Roffman