1  lBRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile:  650.494.0792

6  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
7  DIEK O. VAN NORT (CA SBN 273823)
   DVanNort@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile:  415.268.7522

11 MARY PRENDERGAST (CA SBN 272737)
   MPrendergast@mofo.com
12 MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
13 Washington, District of Columbia 20037
   Telephone: 202.887.1500
14 Facsimile:  202.887.0763

15 Attorneys for Plaintiff
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:22-CV-2637-EJD |
| Plaintiff, | **DECLARATION OF BRYAN WILSON IN SUPPORT OF APPLE INC.'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE** |
| v. | |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA, | |
| Defendants. | Date: ** <br> Time: ** <br> Courtroom: 4, 5th Floor <br> Judge:  Hon. Edward J. Davila |
| | Action Filed:  April 29, 2022 |

**FILED UNDER SEAL**

I, Bryan Wilson, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto. I submit this declaration in support of Apple's *Ex Parte* Motion for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause.

3. Attached as **Exhibit A** is a true and correct copy of an online article dated August 30, 2021 and titled "Rivos Inc | A Chip Off The Old Block? New RISC-V Startup Garners Many Senior CPU Architects From Apple, Google, Marvell, Qualcomm, Intel, and AMD."

4. Attached as **Exhibit B** is a true and correct copy of a letter sent by Apple to the CEO of Rivos on July 9, 2021. Apple did not receive a response to that letter.

5. On April 29, 2022, after the filing of the complaint in this case, I sent letters to the named individual defendants Ricky Wen and Bhasi Kaithamana via email and FedEx. Attached as **Exhibit C** is a true and correct copy of the letter to Mr. Wen, and attached as **Exhibit D** is a true and correct copy of the letter to Mr. Kaithamana.

6. Attached as **Exhibit E** is a true and correct copy of Mr. Kaithamana's LinkedIn page as of May 10, 2022.

7. On May 4, 2022, I received an email from Stephen Wu of the Silicon Valley Law Group, counsel for Mr. Kaithamana in this matter. Mr. Wu informed me that Mr. Kaithamana had left Rivos on April 27, 2022. Apple and Mr. Kaithamana have reached agreement on a Stipulated Order Regarding Document Preservation and Forensics Inspection that has been filed as ECF Document 19.

8. Also on April 29, 2022, I sent letters to 42 individuals who had left their employment at Apple and joined Rivos in the period beginning in June 2021. These letters were served via FedEx, and also by email where the individuals' personal email addresses were known to Apple. A subset of the individuals received letters that noted that those individuals took certain actions such as wiping data from Apple-issued devices prior to their return, or retaining Apple information after their termination. All of the letters reminded the individuals of their obligations

1  to return, and not misuse, Apple's proprietary and trade secret information. Attached as
2  **Exhibit F** is a true and correct copy of the letter sent to ▆▆▆▆, one of the 42 individuals.

3    9.  Later in the day on April 29, ▆▆▆ responded to my letter. Attached as
4  **Exhibit G** is a true and correct copy of our email correspondence. On May 2, ▆▆▆ directed
5  us to communicate with Rivos's corporate counsel, copying a Rivos email address, and we ceased
6  direct communication with ▆▆▆. That same day, I sent copies of all individual letters to the
7  email address ▆▆▆ had copied.

8    10.  Also on April 29, 2022, after the complaint was filed in this case, I sent a letter to
9  Puneet Kumar, CEO of Rivos, via email and FedEx. Attached as **Exhibit H** is a true and correct
10  copy of this letter. Copies of all of the letters sent to the individuals were also sent to Rivos at
11  this time.

12   11.  On May 4, I received a response from Brian Wallenfelt, internal counsel for Rivos.
13  A true and correct copy of that response, and our follow up correspondence is attached as
14  **Exhibit I**.

15   12.  On May 6, I received a letter from Stephen Swedlow of Quinn Emanuel Urquhart
16  & Sullivan LLP, outside counsel for Rivos. A true and correct copy of that letter is attached as
17  **Exhibit J**.

18   13.  Attached as **Exhibit K** is a true and correct copy of Apple's May 9, 2022
19  responsive letter to Mr. Swedlow.

20   14.  Attached as **Exhibit L** is a true and correct copy of Mr. Swedlow's May 11, 2022
21  letter responding to Apple's May 9 letter.

22   15.  Attached as **Exhibit M** is a true and correct copy of Apple's responsive letter
23  dated May 13, 2022.

24   16.  Attached as **Exhibit N** is a true and correct copy of Mr. Swedlow's May 17, 2022
25  letter responding to Apple's May 13 letter.

26   17.  On May 20, Apple informed counsel for Rivos and Mr. Wen of its intention to
27  move for a temporary restraining order, expedited discovery and an order to show cause. Apple
28  will serve a copy of the motion and supporting papers on counsel for Rivos and Mr. Wen

1  immediately after filing.

2      18.    Attached as **Exhibit O** is a true and correct copy of an excerpt of an iMessage
3  thread between ▬▬▬▬▬ and ▬▬▬▬▬ on October 9, 2021. Personally
4  identifying information from this thread has been redacted in Exhibit O.

5      19.    Attached as **Exhibit P** is a true and correct copy of an excerpt of a Slack message
6  thread between ▬▬▬▬▬ and ▬▬▬▬▬ dated July 2, 2021.

7      20.    Attached as **Exhibit Q** is a true and correct copy of an excerpt of an iMessage
8  thread between ▬▬▬▬▬ and ▬▬▬▬▬ on October 13, 2021. Personally
9  identifying information from this thread has been redacted in Exhibit Q.

10      21.    Attached as **Exhibits R-U** are written discovery requests that Apple seeks to
11  propound on Defendants Rivos Inc. and Ricky Wen.

12      22.    Attached as **Exhibit V** is Apple's proposed 30(b)(6) notice of deposition to Rivos.

13      23.    Attached as **Exhibit W** is a true and correct copy of Mr. Swedlow's May 20, 2022
14  letter to Apple.

16  I declare under penalty of perjury that the foregoing is true and correct. Executed at
17  Palo Alto, California, this 20th day of May, 2022.

                                                             */s/ Bryan Wilson*
                                                             Bryan Wilson