# EXHIBIT B



July 9, 2021

**Via Federal Express**

Rivos CEO
2811 Mission College Ave, Floor 7
Santa Clara, CA 95054
and
3500 S. Dupont Hwy
Dover, DE 19901

      Re:    Ongoing Legal Obligations

Dear Rivos CEO:

On behalf of Apple Inc. ("Apple"), I write regarding Rivos Inc.'s ("Rivos") hiring of a number of former Apple employees. The purpose of this letter is to inform Rivos of the obligations that survive the termination of their employment with Apple. Apple takes the protection of its trade secrets and the enforcement of its intellectual property rights very seriously, and undertakes stringent efforts to maintain confidentiality of its information.

Upon hire, Apple employees sign and agree to the terms of an Apple Intellectual Property Agreement (the "IPA"). The IPA applies while individuals are employed by Apple and certain obligations continue even after they separate from Apple. Specifically, the IPA prohibits former Apple employees from using or disclosing to anyone, including to their new or future employer, any of the confidential and proprietary information and trade secrets they learned or obtained in the course of their employment with Apple. Apple's confidential and proprietary information and trade secrets include information and materials relating to past, present, or future inventions, product road map, marketing plans, manufacturing plans, business strategies, financial information, and forecasts, as well as Apple's engineering process, any information concerning Apple's personnel, including specific details concerning such personnel (e.g. their qualifications, training, compensation, performance, job responsibilities, and other personal information), and information concerning Apple products both released and unreleased, their characteristics, evolution, design, design process, technical specifications and pricing.

In addition, any materials, records, computer files, personnel documents, or other materials generated or used by Apple employees (whether in hard copy or electronic format) in the course of their employment with Apple are the property of Apple and should not be provided to anyone or used in any manner even after they leave Apple. To the extent any former Apple employees are in possession of Apple property, this should be returned to Apple immediately.

Finally, pursuant to the IPA, for a period of one year following their separation of employment from Apple, former employees are prohibited from using any Apple confidential information to directly or indirectly solicit, encourage, recruit or take any

Apple Inc.
One Apple Park Way
Cupertino CA 95014

2

action to induce Apple employees or contractors to terminate their relationship with Apple.

We expect all former Apple employees, including those hired by Rivos, will abide by all of the terms of the IPA they signed.  Please note that violation of this agreement could result in irreparable harm to Apple requiring legal action.  Apple specifically reserves all rights with respect to the matters set forth in this letter.

If you or anyone else at Rivos becomes aware of any possible breach of Apple's IPA by any former Apple employee or any possible misuse of Apple's trade secrets or confidential information, please take steps to quarantine it, and contact me immediately.

Sincerely,

*[signature]*

Isela Perez
Senior Counsel, Employment Law
Apple Inc.