# EXHIBIT E

## Contact

www.linkedin.com/in/bhasik (LinkedIn)

## Top Skills

Static Timing Analysis
ARM
Timing Closure

# Bhasi Kaithamana

CPU Implementation Lead (We are hiring!! Send me a message for details)
Austin

## Experience

**Rivos Inc**
CPU Implementation Lead
August 2021 - Present (10 months)

**Apple**
8 years

Senior Engineering Manager (CPU Design)
September 2019 - August 2021 (2 years)

Engineering Manager (CPU Design)
September 2014 - September 2019 (5 years 1 month)

Hardware Engineer
September 2013 - August 2014 (1 year)

**Calxeda, Inc.**
Engineering Manager (SoC Design)
December 2011 - September 2013 (1 year 10 months)

**Texas Instruments**
8 years 1 month

ARM Cores Implementation Manager
September 2007 - November 2011 (4 years 3 months)

MGTS
November 2003 - August 2007 (3 years 10 months)

**AMD**
MTS Engineer
2002 - 2003 (1 year)

**EMC**
Principal Design Engineer
2001 - 2002 (1 year)

Page 1 of 2

Texas Instruments
MGTS
1995 - 2001 (6 years)

Mentor Graphics
Design Engineer
1994 - 1995 (1 year)

---

## Education

Rutgers, The State University of New Jersey-New Brunswick
MS, ECE · (1994)

Osmania University
BE, ECE · (1991)