# EXHIBIT G

| | |
|---|---|
| **From:** | |
| **To:** | Wilson, Bryan |
| **Cc:** | Han, Chris; mdh@rivosinc.com |
| **Subject:** | Re: [EXT] Re: Correspondence from Apple Inc. |
| **Date:** | Monday, May 2, 2022 5:08:42 PM |
| **Attachments:** | image001.png |

**External Email**

Dear Mr. Wilson,

Please direct further communications on this matter to Rivos' corporate lawyers.

Regards,

On Mon, May 2, 2022 at 6:17 PM Wilson, Bryan <BWilson@mofo.com> wrote:

> Sent on behalf of Bryan Wilson:
>
> Dear ▓▓▓▓▓,
>
> We appreciate you reaching out to resolve this matter. To clarify, Apple has not accessed the contents of your iCloud Drive. Rather, your Apple-issued work computer included a listing of iCloud Drive files at the time of your departure that showed Apple proprietary and confidential information remained in your iCloud Drive.
>
> As stated in our April 29 letter, we would like to enter into a mutually acceptable plan for the return to Apple of all proprietary and trade secret information in your possession in a manner that will ensure the preservation of the information and all of the metadata associated with it. Will you agree to do so?
>
> If you have retained counsel, please let us know so that we can communicate directly with them.
>
> Sincerely,
>
> Bryan Wilson
>
> **Cyndi Fix** (she/her/hers)
> Secretary to Bryan Wilson
>
>    @mofo.com

cfix

T +1 (650) 813-5843

M +1 (408) 891-3767

Morrison Foerster

755 Page Mill Road

Palo Alto, CA 94304-1018



mofo.com | LinkedIn | Twitter

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, April 29, 2022 7:37 PM
**To:** Wilson, Bryan <BWilson@mofo.com>
**Cc:** Han, Chris <CHan@mofo.com>
**Subject:** [EXT] Re: Correspondence from Apple Inc.

Dear Mr.Wilson,

Thanks for reaching out to me. Here's my response to the questions from the letter.

regarding · **You deleted at least 95 GB of data from your Apple-issued computer immediately prior to termination.**

the deleted files are:

1) files with my personal information, such as scan of IDs etc., I did delete those on purpose prior to departure, but they should not account for 95GB

2) I use the iMac issued by the company to run simulations as a part of my job. Those simulations generate large log files so that I had to delete them regularly in order to free up storage space. My employment at Apple terminated on the same day as I informed my manager my intention to leave the company, so the 95 GBs in questions are most likely caused by my aforementioned workflow days prior to my departure.

regarding · **Your personal iCloud Drive had Apple files within it at the time of your**

**termination.**

The desktop and documents folder contains files from my work at Apple. The files are in my iCloud because I synced those two folders on my apple laptop by accident.

But they do not reveal any Apple secret, and I have good justification that I synced those two fold by accident, on the following grounds:

1) I examined all the files, and I can confirm that there is no design document, source code, nor other sensitive materials.

2) The files in iCloud are random screenshots of charts, assemblies , etc. for making reports, and binary tests files; none of those reveals information about Apple's trade-secret

3) More importantly, all of the files are older than February 2021, because I switched to company issued iMac for work at that point, and I didn't sync my personal account. This indicated that I did not move Apple files to my iCloud on purpose, nor I had the intention to keep Apple secret in my drive. Otherwise, the files would be up to date, and they wouldn't be just random screenshots.

I haven't modified or deleted the content of iCloud in question since I left Apple, one can verify my claim.

I'd like to resolve this issue with the client you are representing in a constructive manner, even though I believe accessing my personal iCloud without my consent violates my privacy, user agreement, etc.

Regards,



On Fri, Apr 29, 2022 at 7:15 PM Wilson, Bryan <BWilson@mofo.com> wrote:

> On behalf of Bryan Wilson, please see the attached correspondence.
>
> **Cyndi Fix** (she/her/hers)
>
> Secretary to Bryan Wilson
>
> cfix@mofo.com
>
> T +1 (650) 813-5843
>
> M +1 (408) 891-3767
>
> Morrison Foerster
>
> 755 Page Mill Road
>
> Palo Alto, CA 94304-1018

**MORRISON FOERSTER**

[mofo.com](mofo.com) | [LinkedIn](LinkedIn) | [Twitter](Twitter)

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](Privacy Policy).
.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](Privacy Policy).
.