# EXHIBIT H

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
PALO ALTO, SAN DIEGO, SAN FRANCISCO,
SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

Writer's Direct Contact
+1 (650) 813-5603
BWilson@mofo.com

April 29, 2022

*Via Federal Express and Electronic Mail*

Puneet Kumar
CEO, Rivos Inc.
2811 Mission College Ave, Floor 7
Santa Clara, CA 95054
puneet@rivosinc.com

Dear Mr. Kumar:

  We represent Apple Inc. Apple filed a complaint today in the United States District Court for the Northern District of California naming Rivos and certain Rivos employees as defendants. Apple filed this suit seeking the return of its confidential and trade secret information and to prevent Rivos from exploiting Apple's confidential and trade secret information to compete with Apple unlawfully and unfairly.

  Apple wrote to Rivos on July 9, 2021, informing Rivos that the former Apple employees Rivos had hired were subject to Apple's Intellectual Property Agreement, and are prohibited from retaining, using, or disclosing Apple confidential and trade secret information. The letter requested further that any such information in the possession of Apple's former employees be returned immediately. Rivos never responded to that letter.

  As set forth in the attached complaint, it now appears that there are multiple former Apple employees working for Rivos who retained Apple proprietary and trade secret information relating to Apple's SoC designs and technology after their resignation from Apple. You are on notice that you need to take immediate steps to preserve all evidence relating to your storage and use of Apple proprietary and trade secret information on or from any device or storage drive, including but not limited to any external hard drives, cloud backups, Time Machine backups, laptops, personal computers or tablets, mobile phones, instant messaging applications, and email. This includes preservation of all metadata associated with these actions and these devices. At this point, because a lawsuit has been filed, you may not delete these items. We expect that Rivos will take these steps as well with respect to any individual employees at Rivos who may have relevant evidence.

  In addition to preserving this information, Apple demands that you: (1) immediately cease the use of all Apple proprietary and trade secret information, and confirm in writing

SF-4795056

MORRISON | FOERSTER

April 29, 2022
Page Two

that you have done so and that Rivos has not made use of any such proprietary or trade secret information; (2) agree to a mutually agreeable plan with Apple to return to Apple all proprietary and confidential information in a manner that will preserve the information and all metadata associated with it; (3) agree to an inspection by a third-party digital forensics analyst of any device or storage drive that contained or was used to access Apple proprietary and trade secret information, including but not limited to any external hard drives, cloud backups, Time Machine backups, laptops, personal computers or tablets, mobile phones, instant messaging applications, and email; and (4) agree to a search of any Rivos network location where any Apple proprietary and trade secret information may have been transferred or stored.

      Please confirm in writing by no later than May 4, 2022 whether you will agree to the requests above. Should you have any questions, we can be reached by email at bwilson@mofo.com.

Sincerely,

*Bryan Wilson*
Bryan Wilson

Enclosure

SF-4795056