# EXHIBIT I



Rivos Inc.
331 Fairchild Drive
Mountain View, CA 94043

Writer's Direct Contact
+1 (507) 358-9628
wallenfelt@rivosinc.com

May 4, 2022

*Via Electronic Mail*

Bryan Wilson
Morrison Foerster
755 Page Mill Road
Palo Alto, CA 94304

Dear Mr. Wilson:

    I am internal counsel at Rivos Inc. I am writing to acknowledge receipt of your letters dated April 29, 2022, and the complaint filed by Apple Inc. on the same date.

    This letter is intended as an initial response from Rivos and each of the employees of Rivos to whom you sent letters. Rivos respects the intellectual property of others and takes its obligations to not use, access, or disclose proprietary information or trade secrets of others seriously.

    Rivos intends to comply fully with its data preservation obligations in view of your complaint and letters, and we have also conveyed to our employees the importance of complying with these obligations. In addition, we are investigating the allegations in the complaint and your letters. We are currently in the process of hiring counsel to assist with this litigation and will respond to your letters more fully in due course.

Sincerely,

*Brian Wallenfelt*

Brian Wallenfelt
Counsel and Technical Staff

1