# EXHIBIT N

quinn emanuel trial lawyers | chicago

191 N. Wacker Drive, Suite 2700, Chicago, Illinois 60606-1881 | TEL (312) 705-7400 FAX (312) 705-7401

WRITER'S DIRECT DIAL NO.
(312) 705-7488

WRITER'S EMAIL ADDRESS
stephenswedlow@quinnemanuel.com

May 17, 2022

Bryan Wilson
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5603
bwilson@mofo.com

Re:     Apple Inc. v. Rivos, Inc. et al, Case No. 5:22-cv-02637-NC (N.D. Cal.)

Counsel,

We write in response to your May 13, 2022 letter.

Apple's request that Rivos respond to Apple's shifting demands set forth in your letter in less than one week is unreasonable. Rivos must first complete its investigation relating to the 43 former Apple employees currently employed by Rivos to whom Apple sent letters. As we indicated in our May 11, 2022 letter, Rivos' investigation is underway. To date, our investigation has not revealed any facts suggesting that Rivos or any Rivos employee has misappropriated any Apple proprietary or trade secret information. To the contrary, our investigation indicates that Apple's allegations in its letters and Complaint mischaracterize the actions of Rivos and the former Apple employees who now work at Rivos.

We again note that Apple still has not pointed to any facts regarding any Rivos-specific conduct to support its trade secret misappropriation claim against Rivos. In response to our suggestion that Rivos is not a proper defendant in this case, Apple (for its part) provides two words – "It is." That is not particularly persuasive. As we said previously, Apple's allegations directed to Rivos are limited to allegations such as "Apple has reason to believe" and similar "information and belief"-type allegations. *See* Complaint ¶¶ 4, 34, 37, 79-80. We therefore reiterate our request that Apple identify any other basis it has to claim that Rivos is a proper defendant in this case beyond the allegations in its Complaint.

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Sincerely,

*/s/ Stephen Swedlow*
Stephen Swedlow