# EXHIBIT O

**Chat Participants:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, +1408▓▓▓▓▓▓▓, +1408▓▓▓▓▓▓▓
**Chat Start Date:** 10/09/21, 02:48:26 AM GMT
**Chat End Date:** 10/09/21, 20:59:58 PM GMT
**Service(s):** iMessage

October 09, 2021

+1408▓▓▓▓▓▓▓

> Zelda

Sent: 10/09/21, 02:48:26 AM GMT
Service: iMessage

> ?

Sent: 10/09/21, 02:49:47 AM GMT

> **Was restoring some tools**
> Sent: 10/09/21, 03:28:20 AM GMT
> Service: iMessage

> **I'll take a shower and head over**
> Sent: 10/09/21, 16:30:18 PM GMT
> Service: iMessage

+1408▮

> ▮ just asked me why ▮ is still sleeping 😆

Sent: 10/09/21, 16:30:50 PM GMT
Service: iMessage

+1408▮

> I'm inviting you to install Signal! Here is the link:

Sent: 10/09/21, 20:48:12 PM GMT
Service: iMessage

+1408▮

> https://signal.org/install/

Sent: 10/09/21, 20:48:14 PM GMT
Service: iMessage

+1408▮

> I saw you now

Sent: 10/09/21, 20:49:23 PM GMT
Service: iMessage

+1408▮

> I'm going to share your signal to Belli

Sent: 10/09/21, 20:49:38 PM GMT

Service: iMessage

+1408 ███

> You may want to enable notification for signal

Sent: 10/09/21, 20:58:48 PM GMT
Service: iMessage

+1408 ███

> And you know deadlines: 10/15 and 11/2

Sent: 10/09/21, 20:59:38 PM GMT
Service: iMessage

+1408 ███

> 10/15 is Apple vesting

Sent: 10/09/21, 20:59:58 PM GMT
Service: iMessage