# EXHIBIT P

Personal messages ▮▮▮▮▮ and ▮▮▮▮▮ - 2021-07-02 (UTC)　　　Private 🔒　　　7/2/2021, 12:01 AM

▮▮▮▮▮ and ▮▮▮▮▮

**Has Edits**

---

▮▮▮▮▮
tbh, this annoys me…   7/2/2021, 12:01 AM

▮▮▮▮▮
why is that   7/2/2021, 12:02 AM

▮▮▮▮▮
it is too tempting   7/2/2021, 12:03 AM

▮▮▮▮▮
ha   7/2/2021, 12:03 AM

you and me both   7/2/2021, 12:03 AM

it definitely made it hard to for me to focus today   7/2/2021, 12:03 AM

▮▮▮▮▮
yeah…   7/2/2021, 12:04 AM

•(ᴗ ~ ᴗ) ┘⌒└   7/2/2021, 12:05 AM

▮▮▮▮▮
you gotta tell me if you pull the trigger   7/2/2021, 12:05 AM

▮▮▮▮▮
you too.   7/2/2021, 12:06 AM

▮▮▮▮▮
:thumbs1::skin-tone-2:   7/2/2021, 12:06 AM

▮▮▮▮▮
I won't deny I'm seriously thinking about it.   7/2/2021, 12:06 AM

▮▮▮▮▮
me too   7/2/2021, 12:06 AM

I feel like reaching out to him on the same day might be a little much haha   7/2/2021, 12:07 AM

but I don't really know anything   7/2/2021, 12:07 AM

wish I could learn a little more   7/2/2021, 12:07 AM

Ha  7/2/2021, 1:04 AM

I feel I have another gear up honestly  7/2/2021, 1:04 AM

But yes I do  7/2/2021, 1:04 AM

try it  7/2/2021, 1:04 AM

switching gear is an art that needs practice  7/2/2021, 1:05 AM

signal 😄  7/2/2021, 6:11 PM

he could literally say ▇▇▇ said anything there is no way to verify  7/2/2021, 6:12 PM

farewell party! farewell party!  7/2/2021, 6:13 PM

networking event! 🤣  7/2/2021, 6:13 PM

I found you on signal  7/2/2021, 6:14 PM

😄  7/2/2021, 6:14 PM

oh  7/2/2021, 6:14 PM

haha  7/2/2021, 6:14 PM

yes  7/2/2021, 6:14 PM

well, there are things should not be recorded through apple's interface now 😄  7/2/2021, 6:14 PM

i dont have phone near me but :thumbs1::skin-tone-2: :thumbs1::skin-tone-2:  7/2/2021, 6:14 PM

i will read after meeting  7/2/2021, 6:15 PM

I just said hi  7/2/2021, 6:15 PM

😄  7/2/2021, 6:15 PM

haha ok  7/2/2021, 6:15 PM