# EXHIBIT P

**Chat Participants:** ██████████████████████████ , +1408██████ , +1408██████
**Chat Start Date:** 10/13/21, 17:08:56 PM GMT
**Chat End Date:** 10/13/21, 17:39:56 PM GMT
**Service(s):** iMessage

October 13, 2021

> Hi

Sent: 10/13/21, 17:08:56 PM GMT
Service: iMessage

+1408██████

> Hey

Sent: 10/13/21, 17:39:11 PM GMT
Service: iMessage

+1408██████

> Did Belli reached out?

Sent: 10/13/21, 17:39:19 PM GMT
Service: iMessage

> **Not here, ▮!**
> Sent: 10/13/21, 17:39:30 PM GMT
> Service: iMessage

+1408▮

> **Oh shit**
> Sent: 10/13/21, 17:39:37 PM GMT
> Service: iMessage

+1408▮

> **I deleted it**
> Sent: 10/13/21, 17:39:51 PM GMT
> Service: iMessage

+1408▮

> **Does it even work?**
> Sent: 10/13/21, 17:39:55 PM GMT
> Service: iMessage

+1408▮

> **Ha**
> Sent: 10/13/21, 17:39:56 PM GMT
> Service: iMessage