# EXHIBIT W

**quinn emanuel** trial lawyers | chicago

191 N. Wacker Drive, Suite 2700, Chicago, Illinois 60606-1881 | TEL (312) 705-7400 FAX (312) 705-7401

WRITER'S DIRECT DIAL NO.
(312) 705-7488

WRITER'S EMAIL ADDRESS
stephenswedlow@quinnemanuel.com

May 20, 2022

Bryan Wilson
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5603
bwilson@mofo.com

Re:   Apple Inc. v. Rivos, Inc. et al, Case No. 5:22-cv-02637-NC (N.D. Cal.)

Counsel,

We write to provide an update on our investigation into Apple's allegations.

Our interviews of former Apple employees and our forensic examination of Rivos' system are ongoing. We have interviewed a majority of the employees who received a letter from Apple. To date, we have not identified any evidence that Rivos is using Apple proprietary or trade secret information. We will provide a further update once the initial phase of our internal investigation is complete, which we anticipate will be by the end of the month.

Sincerely,

/s/ Stephen Swedlow
Stephen Swedlow

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH