# EXHIBIT Q

**Chat Participants:** ███████████████████████ ,
███ +1408 ████████ , +1408 ██████

**Chat Start Date:**   10/13/21, 17:08:56 PM GMT

**Chat End Date:**   10/13/21, 17:39:56 PM GMT

**Service(s):**   iMessage

---

October 13, 2021



Hi

Sent: 10/13/21, 17:08:56 PM GMT
Service: iMessage

+1408 ██████

Hey

Sent: 10/13/21, 17:39:11 PM GMT
Service: iMessage

+1408 ██████

Did Belli reached out?

Sent: 10/13/21, 17:39:19 PM GMT
Service: iMessage



Not here, ███ !

Sent: 10/13/21, 17:39:30 PM GMT
Service: iMessage

+1408 ████

Oh shit

Sent: 10/13/21, 17:39:37 PM GMT
Service: iMessage

+1408 ████

I deleted it

Sent: 10/13/21, 17:39:51 PM GMT
Service: iMessage

+1408 ████

Does it even work?

Sent: 10/13/21, 17:39:55 PM GMT
Service: iMessage

+1408 ████

Ha

Sent: 10/13/21, 17:39:56 PM GMT
Service: iMessage