# APPENDIX B

# FILED UNDER SEAL