1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Stephen Swedlow (*Pro hac vice forthcoming*)
2    stephenswedlow@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
3  Chicago, Illinois 60606
   Telephone:    (312) 705-7400
4  Facsimile: (312) 705-7401

5    David Eiseman (Bar No. 114758)
     davideiseman@quinnemanuel.com
6    Victoria B. Parker (Bar No. 290862)
     vickiparker@quinnemanuel.com
7  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
8  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700

9
   Attorneys for Defendants Rivos, Inc. and Wen
10 Shih-Chieh a/k/a Ricky Wen

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14

15 | APPLE INC.,                              | Case No. 5:22-CV-2637-EJD
16 |         Plaintiff,                       | **NOTICE OF APPEARANCE OF DAVID EISEMAN**
17 |     vs.                                  | Trial Date:       None Set
18 | RIVOS, INC., WEN SHIH-CHIEH a/k/a
   | RICKY WEN and BHASI KAITHAMANA,
19 |
   |         Defendants.
20

21

22

23

24

25

26

27

28

Case No. 5:22-CV-2637-EJD
                                              NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that David Eiseman of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears on behalf of Defendants Rivos, Inc. and Wen Shih-Chieh a/k/a Ricky Wen.  Copies of all future pleadings, papers, correspondence, and electronic filing notices should be served upon Quinn Emanuel Urquhart & Sullivan, LLP at the address indicated below:

David Eiseman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700
Email:  davideiseman@quinnemanuel.com

DATED:  May 23, 2022                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By _____*/s/ David Eiseman*_____
DAVID EISEMAN

Attorneys for Defendants Rivos, Inc. and Wen Shih-Chieh a/k/a Ricky Wen