UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>RIVOS, INC., et al.,<br><br>              Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 23 |

On May 20, 2022, Plaintiff Apple moved *ex parte* for a temporary restraining order. Having reviewed the motion, and Defendants' notice regarding the motion, the Court declines to rule on the motion *ex parte*. Defendants shall file an opposition by **June 3, 2022**. Plaintiff may file a reply by **June 10, 2022**. The Parties are ordered to appear for a hearing on the motion on **June 16, 2022, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: May 23, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-02637-EJD
ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

1