BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA,<br><br>Defendants. | Case No.   5:22-CV-2637-EJD<br><br>**DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE**<br><br>Date: June 16, 2022<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>Action Filed: April 29, 2022 |

I, Kenneth A. Kuwayti, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto. I submit this declaration in support of Apple's Reply in Support of its Motion for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause.

3. Attached as **Exhibit A** is a true and correct copy of a letter Morrison & Foerster sent to Apple's former employee Laurent Pinot on April 29, 2022.

4. Attached as **Exhibit B** is a true and correct copy of a letter Morrison & Foerster sent to Rivos's counsel on May 25, 2022.

5. Attached as **Exhibit C** is a true and correct copy of an email sent by Morrison & Foerster to Rivos's counsel on June 7, 2022 regarding the return of Ricky Wen's hard drive.

6. Attached as **Exhibit D** is a true and correct copy of Apple's Trade Secret Disclosure which was served on counsel for Rivos and Wen on June 1, 2022.

7. I attended a meet and confer call with counsel for Defendants Rivos and Wen, Stephen Swedlow and Vicki Parker on June 9, 2022. During that call I asked Defendants' counsel whether any of the documents that were listed in Appendix B to the declaration of Apple's forensic expert, Daniel Roffman (ECF No. 22-5), were found on Mr. Wen's devices. (In the declaration Mr. Roffman submitted in support of Apple's motion, Mr. Roffman describes Appendix B as a listing of Apple files contained in folders that Mr. Wen appeared to have copied onto a personal device during his last days of employment at Apple. (*See* ECF No. 22-4 ¶¶ 19-20).) Defendants' counsel initially told me that he did not know and would have to ask Defendants' forensic vendor. After some further discussion, Defendants' counsel admitted that some of the files listed in Appendix B were found on Mr. Wen's devices, but stated that he did not know whether all of them were there because the list contained so many files. I asked Defendants' counsel whether they would provide us with a file listing report that would list the files on Mr. Wen's device. Defendants' counsel refused.

8. During the call we also asked Defendants' counsel whether they represented the individual former Apple employees who are now working at Rivos, apart from Mr. Wen.

Defendants' counsel responded that he could not say at this time, but stated that we were not permitted to contact these former Apple employees.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Palo Alto, California, this 10th day of June, 2022.

*/s/ Kenneth A. Kuwayti*
Kenneth A. Kuwayti

**ATTESTATION OF E-FILED SIGNATURE**

I, Bryan Wilson, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mary Prendergast has concurred in this filing.

Dated: June 10, 2022

*/s/ Bryan Wilson*
Bryan Wilson