# EXHIBIT B

# MORRISON FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
PALO ALTO, SAN DIEGO, SAN FRANCISCO,
SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

May 25, 2022

Writer's Direct Contact
+1 (650) 813-5603
BWilson@mofo.com

By email
stephenswedlow@quinnemanuel.com

Stephen Swedlow
Quinn Emanuel Urquhart& Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL  60606-1881

Re:     *Apple Inc. v. Rivos, Inc., et al.*, Case No. 5:22-cv-02637-NC (N.D. Cal.)

Dear Mr. Swedlow:

We write in response to your letter of May 23 regarding Mr. Wen.  That letter once again ignores our request that Mr. Wen return the Apple confidential documents that he retained.  Mr. Wen signed an Intellectual Property Agreement with Apple requiring him to return any Apple confidential information upon his departure from Apple.  He has no right to keep any Apple documents, and you do not need an identification of all of the confidential documents in Mr. Wen's possession (or the specific technical trade secrets they contain) to be able to return them.

In any event, if you do need additional information you can find it in the declaration of Dan Roffman.  Mr. Roffman's declaration describes in detail the events relating to Mr. Wen's last days at Apple and, based on information that Apple has to date, the information that he wrongfully retained.  (*See* 5/20/22 Roffman Decl. ¶¶ 14-24).  The declaration describes how Mr. Wen connected a hard drive to his iMac (the Wen Macintosh HD1) beginning on July 26 and the volume of information that the hard drive contained on August 3, 2021 when Mr. Wen resigned.  *(Id.* ¶¶ 14-17).  The declaration specifically identifies application files copied to the Wen Macintosh HD1, explains how contents of the "Desktop" and "Downloads" folders appear to have been copied to the Wen Macintosh HD1, and identifies in Appendix B to the declaration a list of files in the Desktop and Downloads folders that are Apple Files.  (*Id.* ¶¶ 18-20).  The declaration also describes how Mr. Wen left Apple confidential files on his personal iCloud drive, and specifically identifies at least two confidential files that remained on that drive when he left Apple.  (*Id.* ¶¶ 22-23).  Further, the declaration describes how Mr. Wen transferred files associated with Apple SoC development projects to his personal Google Drive, and how, despite the fact that Mr. Wen removed some of the confidential information from his Google Drive, at least one confidential document

SF-4841970

**MORRISON FOERSTER**

Stephen Swedlow
May 25, 2022
Page Two

remained. (*Id.* ¶ 24.) We note that you have been in possession of much of this information since the complaint was filed on April 29, over three weeks ago, and should have been searching his devices since that time. (*See* Compl. ¶¶ 48-57.)

You should not require anything further from Apple to collect and return the Apple confidential documents that Mr. Wen retained in violation of his Intellectual Property Agreement with Apple. Mr. Wen and you are in a position to determine the full extent of what Mr. Wen has retained. That is particularly true since Mr. Wen deleted a significant amount of information from his Apple devices and online and cloud storage devices just before he left Apple. (*See* Roffman Decl. ¶ 14.) Yet you demand in your letter to receive still more information, while refusing to provide any information from either Mr. Wen or Rivos. Apple has offered to provide you with search terms, and has said from the start that it is willing to provide additional information if additional information would assist a mutually agreed upon forensic inspection by an independent vendor. Apple has also offered to engage in expedited discovery as an alternative. Apple repeats those offers here. But Apple will not agree to a process that entails only Apple providing further information to Rivos and Mr. Wen without Mr. Wen and Rivos providing information to Apple in return.

Sincerely,

Bryan Wilson

cc:   David Eiseman

SF-4841970