# EXHIBIT D

BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Plaintiff,
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA<br><br>Defendants. | Case No.   5:22-CV-2637-EJD<br><br>**PLAINTIFF APPLE'S TRADE SECRET DISCLOSURE FOR APPLE'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE**<br><br>Date:    June 16, 2022<br>Time:   9:00 a.m.<br>Ctrm:   4, 5th floor |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Plaintiff Apple Inc. ("Apple") hereby identifies the trade secrets at issue for purposes of its *Ex Parte* Motion for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause, based on the information that it has to date.

The trade secrets are Apple's confidential documents describing Apple's SoC designs and SoC component designs for the projects with code names ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌. The trade secret documents consist of the specific files listed in Appendix B to the Declaration of Daniel Roffman in Support of *Ex Parte* Motion for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause (Dkt. No. 25) and the following confidential documents concerning the above projects:

1. <u>Chip Specifications.</u>  Apple describes its SoC designs and SoC component designs for the projects listed above in a series of chip specifications that include descriptions of the micro-architecture, connections, parameters, characteristics, functionalities, and extensions implemented in Apple's SoCs.  Files of this type in the document list on Appendix B include ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ which describes an Apple SoC's architectures and designs for its CPU core.

2. <u>Hardware Description Source Code Files.</u>  Hardware description source code files implement abstract models for portions of the SoC designs and SoC component designs described in Apple chip specifications for the projects listed above.  Files of this type in the document list in Appendix B include ▌▌▌▌▌▌▌▌ which implements functional models for portions of an Apple SoC design.

3. <u>Documents Memorializing the Results of Simulations, Evaluations, and Engineering Analyses.</u>  Apple engineers memorialize the results of simulations, evaluations, and other analyses of Apple's SoC designs and SoC component designs for the projects listed above in engineering analysis documents.  These documents describe the effects of SoC design parameters on SoC power, SoC area, SoC performance, and other SoC metrics.  They also specify the range of SoC design parameters that are appropriate for

particular designs.  Files of this type in the document list in Appendix B include ▮▮▮▮▮ and ▮▮▮▮▮ which describe clocking parameters for two Apple SoC designs.

4. <u>SoC Roadmaps and Status Reports.</u> These documents provide details about the development of Apple's SoC designs for the projects listed above, development timelines, feature status, identification of development problems and solutions to those problems, and future designs and the features those designs will include.  Files of this type in the document list in Appendix B include ▮▮▮▮▮ which describes the implementation status and features of an Apple SoC and ▮▮▮▮▮ which describes roadmap and feature information for an Apple SoC design.

Dated:  June 1, 2022                    MORRISON & FOERSTER LLP

                                        By:   /s/ *Bryan Wilson*
                                              Bryan Wilson

                                              Attorneys for Petitioner
                                              APPLE INC.

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on June 1, 2022, I served a copy of:

**PLAINTIFF APPLE'S TRADE SECRET DISCLOSURE FOR APPLE'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE**

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| David Eiseman, IV<br>Victoria B. Parker<br>Quinn Emanuel Urqhart & Sullivan<br>50 California Street, 22d Floor<br>San Francisco, CA 94111<br>Email:<br>davideiseman@quinnemanuel.com;<br>vickiblohm@quinnemanuel.com | *Attorneys for Defendants Rivos, Inc. and Shih-Chieh Wen a/k/a Ricky Wen* |
| Stephen A. Swedlow<br>Quinn Emanuel Urqhart & Sullivan<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Email:<br>stephenswedlow@quinnemanuel.com | |
| Stephen S. Wu<br>Silicon Valley Law Group<br>1 North Market Street, Suite 200<br>San Jose, CA 95113<br>Email: ssw@svlg.com | *Attorneys for Defendant Bhasi Kaithamana* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 1st day of June, 2022.

| Diek O. Van Nort | */s/ Diek O. Van Nort* |
|---|---|
| (typed) | (signature) |