QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Stephen Swedlow (*Admitted Pro hac vice*)
  stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile: (312) 705-7401

  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendants Rivos Inc. and Wen Shih-Chieh a/k/a Ricky Wen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN and BHASI KAITHAMANA, <br><br> Defendants. | Case No. 5:22-CV-2637-EJD <br><br> **DECLARATION OF VICTORIA B. PARKER IN SUPPORT OF DEFENDANTS RIVOS INC. AND WEN SHIH-CHIEH'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Hearing Date: June 16, 2022 <br> Time:          9:00 a.m. <br><br> Trial Date:    None Set |

**DECLARATION OF VICTORIA B. PARKER**

I, Victoria B. Parker declare:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Rivos Inc., ("Rivos") and Wen Shih-Chieh a/k/a Ricky Wen ("Wen") in this above-referenced action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Defendants' Sur-Reply in Opposition to Plaintiff Apple Inc.'s ("Apple") *Ex Parte* Motion for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause.

3. Defendants respectfully request that the Court seal the portions of the Sur-Reply in Opposition to Plaintiff Apple Inc.'s ("Apple") *Ex Parte* Motion for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause and exhibits to the supporting declaraton of Michael Kunkel that reflect, or summarize information Plaintiff Apple Inc. has identified as its alleged trade secrets and thus designated as Confidential or Highly Confidential – Attorneys' Eyes Only under the terms of the Northern District of California's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets.

4. I understand that as the designating party, Apple will file a declaration establishing that the materials Apple designated as confidential are sealable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of June, 2022 at San Francisco, California.

By:  */s/ Victoria B. Parker*
     Victoria B. Parker

-1-
Case No. 5:22-CV-2637-EJD
DECLARATION OF VICTORIA B. PARKER IN SUPPORT OF MOTION TO SEAL

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5.1(i)(3), the undersigned hereby attests that concurrence in the filing of this **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** has been obtained from counsel for Victoria B. Parker. and is electronically signed with the express permission of Victoria B. Parker.

Date:  June 15, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/  Stephen Swedlow
        Stephen Swedlow
        Defendants Rivos Inc. and Wen Shih-Chieh
        a/k/a Ricky Wen