```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN and BHASI KAITHAMANA,<br><br>        Defendants. | Case No. 5:22-CV-2637-EJD<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date:      June 16, 2022<br>Time:     9:00 a.m.<br><br>Trial Date:   None Set |

**[PROPOSED] ORDER**

Before the Court is Defendants Rivos Inc. and Wen Shih-Chieh a/k/a Ricky Wen's Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Motion") in connection with Defendants' Sur-Reply in Opposition to Plaintiff Apple Inc.'s ("Apple") *Ex Parte* Motion for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause. Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** the following shall remain under seal:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Sur-Reply | Portions Highlighted in Grey | Apple |
| Kunkel Declaration | Portions Highlighted in Grey | Apple |
| Kunkel Declaration Ex. B | Entirety | Apple |
| Kunkel Declaration Ex. C | Entirety | Apple |

**SO ORDERED.**

DATED: _____

HON. EDWARD J DAVILA
United States District Judge