1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., | Case No. 5:22-CV-2637-EJD |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS RIVOS INC. AND WEN SHIH-CHIEH'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO APPLE'S *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE** |
| vs. | |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN and BHASI KAITHAMANA, | |
| Defendants. | |

Before the Court is Defendants Rivos Inc. and Wen Shih-Chieh ("Defendants")'s Motion for Leave to File a Sur-Reply in Opposition to Apple's *ex parte* Motion for a Temporary Restraining Order, Expedited Discovery, and Order to Show Cause (the "Motion").

Having considered the Motion, and good cause having been shown, the Court hereby GRANTS Defendants' Motion.

**IT IS SO ORDERED**.

DATED:

_____
Hon. Edward Davila
United States District Judge