QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Stephen Swedlow (*Admitted pro hac vice*)
  stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile: (312) 705-7401

  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Defendants Rivos Inc. and Wen Shih-Chieh a/k/a Ricky Wen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:22-CV-2637-EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | Date:   June 16, 2022<br>Time:   9:00 a.m. |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN and BHASI KAITHAMANA, | Trial Date:   None Set |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action. My business address is 50 California St., 22nd Floor, San Francisco, CA 94111.  On June 15, 2021, I served **SEALED VERSION OF DEFENDANTS' SUR-REPLY IN OPPOSITION TO APPLE'S *EX PARTE* MOTION, SEALED VERSION OF KUNKEL DECLARATION IN SUPPORT OF DEFENDANTS' SUR-REPLY, AND SEALED VERSION OF EXHIBITS B & C TO THE DECLARATION OF KUNKEL** on the persons listed below via electronic mail to the email addresses as follows:

Bryan Wilson
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5603
BWilson@mofo.com

Arturo Gonzalez
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7020
AGonzalez@mofo.com

Mary Prendergast
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, D.C. 20037
(202) 887-8757
mprendergast@mofo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1  Executed on June 15, 2022, in San Francisco, CA.

By: */s/ Victoria B. Parker*
Victoria B. Parker