| | |
|---|---|
| STEPHEN SWEDLOW<br>(*Admitted Pro Hac Vice*)<br>stephenswedlow@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: 312.705.7400<br>Facsimile:  312.705.7401<br><br>DAVID EISEMAN<br>(CA SBN 114758)<br>davideiseman@quinnemanuel.com<br>VICTORIA B. PARKER<br>(CA SBN 290862)<br>vickiparker@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br><br>Attorneys for Defendants RIVOS INC. and WEN SHIH-CHIEH a/k/a RICKY WEN | BRYAN WILSON (CA SBN 138842)<br>BWilson@mofo.com<br>KENNETH A. KUWAYTI<br>(CA SBN 145384)<br>KKuwayti@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650.813.5600<br>Facsimile:  650.494.0792<br><br>ARTURO J. GONZALEZ<br>(CA SBN 121490)<br>AGonzález@mofo.com<br>DIEK O. VAN NORT (CA SBN 273823)<br>DVanNort@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>MARY PRENDERGAST<br>(CA BAR NO. 272737)<br>MPrendergast@mofo.com<br>MORRISON & FOERSTER LLP<br>2100  L Street, NW, Suite 900<br>Washington, District of Columbia 20037<br>Telephone: 202.887.1500<br>Facsimile:  202.887.0763<br><br>Attorneys for Plaintiff<br>    APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>      Plaintiff,<br><br>      vs.<br><br>RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN and BHASI KAITHAMANA,<br><br>      Defendants. | Case No. 5:22-CV-2637-EJD<br><br>**STIPULATED ORDER REGARDING DOCUMENT PRESERVATION AND FORENSICS INSPECTION** |

Plaintiff Apple Inc. ("Apple") and Defendant Wen Shih-Chieh a/k/a Ricky Wen ("Mr. Wen"), by and through their respective counsel, stipulate to entry of an Order as follows:

WHEREAS, Apple filed its Complaint in this matter on April 29, 2022, and the Complaint's requests for relief include among other things a forensics inspection and investigation; and

WHEREAS, Apple and Mr. Wen will enter an agreed-upon forensics inspection protocol by stipulation for a neutral third party forensic investigator to review Mr. Wen's iCloud and Google Drive accounts and any other cloud accounts that were used to store Apple confidential information (the "Accounts") and to review the Wen iMac identified in the Roffman Declaration (Dkt. No. 22-4), the external hard drives that Mr. Wen references in paragraph 5 of his declaration (Dkt. No. 40-2), the devices identified the Kunkel Declaration (Dkt. No. 47-9), to the extent different from those identified by Mr. Wen, and any other storage devices in his possession, custody, or control that have ever been used to store or transmit Apple confidential information (the "Other Devices"); and

WHEREAS, this Agreed Order, and the third party forensics inspection protocol, render unnecessary the pending Apple request for a temporary restraining order and order to show cause;

IT IS HEREBY STIPULATED AND ORDERED THAT:

1. Mr. Wen shall immediately return to Apple, through Apple's undersigned counsel, any Apple confidential information of which he is aware or becomes aware as being in his possession, including but not limited to Apple confidential information stored on any devices, drives, computers, tablets, phones, electronic media, emails and email accounts, and cloud storage.

2. Mr. Wen shall not access, use, or disclose, for any purposes, Apple confidential information including but not limited to any Apple confidential information that may be stored on any devices, drives, computers, tablets, phones, electronic media, emails and email accounts, and cloud storage – other than for purposes of identification and return to Apple.

3. Mr. Wen shall not alter, destroy, erase, or otherwise dispose of any evidence or other material, in any form, relating to this action, that may be in Mr. Wen's possession including but not limited to: (a) Apple's confidential information, including but not limited to information regarding Apple's past, current, and future systems-on-chip ("SoCs"); and (b) any devices, drives, computers, tablets, phones, electronic media, emails and email accounts, and cloud storage that currently contain, or previously contained, Apple's confidential information.

4. Counsel for Apple and Mr. Wen shall meet and confer to select a neutral third party to be appointed no later than June 24, 2022 to conduct a forensics investigation of the Accounts and the Devices pursuant to a further stipulation of such parties and joint instructions to be provided by such parties.  The forensics investigation, and any reports or communications regarding the forensics investigation, will be treated as "Highly Confidential – Attorneys' Eyes Only" under the N.D. California Model Protective Order.

5. Mr. Wen shall provide to the neutral third party forensics investigator access to the Accounts and will otherwise cooperate in enabling the neutral third party forensics investigator to perform an analysis of those accounts and the Devices to identify Apple information stored in them.

6. By stipulating to entry of this Order, Mr. Wen does not make any admission of liability or wrongdoing, or an admission that he does in fact have Apple confidential information in his possession.

7. Apple reserves the right to move for interim relief if necessary after meeting and conferring in good faith with counsel for Mr. Wen.

8. The entry of this Order shall moot Apple's request for a temporary restraining order and order to show cause in Apple's *Ex Parte* Motion for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause (Dkt. No. 23).  This Stipulation and Order does not affect Apple's motion for expedited discovery.

| | | |
|---|---|---|
| 1 | DATED: June 17, 2022 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | |
| 4 | | By   */s/ Bryan Wilson*<br>BRYAN WILSON<br>Attorneys for Plaintiff APPLE INC. |
| 5 | | |
| 6 | DATED: June 17, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | | |
| 8 | | |
| 9 | | By   */s/ Stephen Swedlow*<br>STEPHEN SWEDLOW<br>Attorneys for Defendant<br>Wen Shih-Chieh a/k/a Ricky Wen |
| 10 | | |
| 11 | | |
| 12 | | |

**ORDER**

So Ordered.

DATED: June ___, 2022                                   _____
                                                        UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION OF CONCURRENCE**

I, Stephen Swedlow, am the ECF User whose ID and password are being used to file this **[PROPOSED] STIPULATED ORDER REGARDING DOCUMENT PRESERVATION AND FORENSICS INSPECTION**. In compliance with Local Rule 5-1(h)(3), I hereby attest that Bryan Wilson has concurred in this filing.

DATED: June 17, 2022                    By   *Stephen Swedlow*
                                             STEPHEN SWEDLOW