UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>RIVOS, INC., et al.,<br><br>        Defendants. | Case No.  5:22-cv-02637-EJD<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE COUSINS**<br><br>Re: Dkt. No. 23 |

Because the resolution of Dkt. No. 23's request for expedited discovery depends on the resolution of a discovery dispute between the Parties, the Court REFERS the motion to Judge Cousins's pursuant to Federal Rule of Civil Procedure 72 and N.D. Cal. Civil Local Rule 72-1.

**IT IS SO ORDERED.**

Dated: June 27, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-02637-EJD
ORDER REFERRING MOTION TO MAGISTRATE JUDGE COUSINS
1