1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
3  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
4  DIEK O. VAN NORT (CA SBN 273823)
   DVanNort@mofo.com
5  MORRISON & FOERSTER LLP
   755 Page Mill Road
6  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
7  Facsimile: 650.494.0792

8  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
9  DIEK O. VAN NORT (CA SBN 273823)
   DVanNort@mofo.com
10 MORRISON & FOERSTER LLP
   425 Market Street
11 San Francisco, California 94105-2482
   Telephone: 415.268.7000
12 Facsimile: 202.887.0763

13 MARY PRENDERGAST (CA SBN 272737)
   MPrendergast@mofo.com
14 MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
15 Washington, District of Columbia 20037
   Telephone: 202.887.1500
16 Facsimile: 415.268.7522

17 Attorneys for Plaintiff
   APPLE INC.

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:22-cv-2637-EJD |
| Plaintiff, | **STIPULATION TO SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, and BHASI KAITHAMANA,, | |
| Defendant. | |

STIP. TO SECOND EXT. OF TIME TO RESPOND TO COMPLAINT
CASE NO. 5:22-CV-2637-EJD

Pursuant to Civil Local Rule 6-1(a), plaintiff Apple Inc. ("Apple") and defendant Bhasi Kaithamana hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about April 29, 2022, Apple filed the Complaint in this action; and

WHEREAS, on or about May 7, 2022, Apple served its Complaint upon Mr. Kaithamana;

WHEREAS, on or about May 16, 2022, Apple and Mr. Kaithamana first stipulated to an extension of time until June 30, 2022, for Mr. Kaithamana to answer or otherwise respond to the Complaint; and

WHEREAS, a further extension will not affect any court deadlines;

IT IS HEREBY STIPULATED by and between Apple and Mr. Kaithamana that the deadline for Mr. Kaithamana to answer or otherwise respond to the Complaint is extended until July 26, 2022.

Dated: June 28, 2022

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*
    Bryan Wilson

Attorney for Plaintiff
APPLE INC.

Dated: June 28, 2022

SILICON VALLEY LAW GROUP

By: */s/ Stephen Wu*
    Stephen Wu

Attorney for Defendant
BHASI KAITHAMANA

STIP. TO SECOND EXT. OF TIME TO RESPOND TO COMPLAINT
CASE NO. 5:22-CV-2637-EJD

1

**ATTESTATION OF CONCURRENCE**

    I, Bryan Wilson, am the ECF User whose ID and password are being used to file this STIPULATION TO SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT.  In compliance with Local Rule 5-1(h)(3), I hereby attest that Stephen Wu has concurred in this filing.

Dated: June 28, 2022                                              */s/ Bryan Wilson*
                                                                          Bryan Wilson