QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Stephen Swedlow (*Admitted Pro hac vice*)
  stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile: (312) 705-7401

  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> RIVOS INC.; WEN SHIH-CHIEH A/K/A RICKY WEN; BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT' PRABHU RAJAMANI; and KAI WANG, <br><br> Defendants. | Case No. 5:22-CV-2637-EJD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> Judge:      The Hon. Edward J. Davila <br><br> Trial Date:           None Set |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Apple Inc. ("Apple") and Defendants Rivos Inc. ("Rivos"), Wen Shih-Chieh a/k/a/ Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about April 29, 2022, Apple filed the Complaint in this action;

WHEREAS, on or about July 14, 2022, Apple filed a First Amended Complaint, adding as defendants Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang;

WHEREAS, on or about July 18, 2022, Quinn Emanuel Urquhart & Sullivan, LLP agreed to accept service of the First Amended Complaint on behalf of Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang;

IT IS HEREBY STIPULATED by and between Apple, Rivos, Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang that the deadline for Rivos, Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang to answer or otherwise respond to the Complaint is extended until August 31, 2022.

DATED: July 22, 2022	Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By	*/s/ Victoria Parker*
STEPHEN SWEDLOW
DAVID EISEMAN
VICTORIA PARKER

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang

1  DATED: July 22, 2022                    MORRISON & FOERSTER LLP

                                           By    */s/ Diek O. Van Nort*
                                              DIEK O. VAN NORT

                                           Attorney for Plaintiff Apple Inc.

**ATTESTATION OF CONCURRENCE**

I, Victoria Parker, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT. In compliance with Local Rule 5-1(h)(3), I hereby attest that Diek O. Van Nort has concurred in this filing.

DATED: July 22, 2022

By   */s/ Victoria Parker*
　　　VICTORIA PARKER