1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792

6  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
7  DIEK O. VAN NORT (CA SBN 273823)
   DVanNort@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile: 202.887.0763

11 MARY PRENDERGAST (CA SBN 272737)
   MPrendergast@mofo.com
12 MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
13 Washington, District of Columbia 20037
   Telephone: 202.887.1500
14 Facsimile: 415.268.7522

15 Attorneys for Plaintiff
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendants. | Case No.   5:22-cv-2637-EJD<br><br>**STIPULATION TO EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

1  Pursuant to Civil Local Rule 6-1(a), plaintiff Apple Inc. ("Apple") and defendant
2  Bhasi Kaithamana (collectively herein "the Parties") hereby stipulate through their
3  respective counsel of record as follows:
4  WHEREAS, on or about April 29, 2022, Apple filed the Complaint in this action;
5  WHEREAS, on or about May 7, 2022, Apple served its Complaint upon Mr.
6  Kaithamana;
7  WHEREAS, on May 16, 2022, the Parties agreed and stipulated to extend the
8  time for Mr. Kaithamana to respond to Apple's Complaint by June 30, 2022 [Document
9  No. 13];
10 WHEREAS, on June 28, 2022, the Parties agreed and stipulated to a second
11 extension of time for Mr. Kaithamana to respond to Apple's Complaint by July 26, 2022
12 [Document No. 62];
13 WHEREAS, on or about July 14, 2022, Apple filed its First Amended Complaint,
14 adding defendants Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai
15 Wang;
16 IT IS HEREBY STIPULATED by and between Apple and Mr. Kaithamana that the
17 deadline for Mr. Kaithamana to answer or otherwise respond to the First Amended Complaint is
18 extended until August 31, 2022.
19 //
20
21 //
22
23 //
24
25 //
26
27 //
28

Dated: July 27, 2022                         Respectfully submitted,

                                           MORRISON & FOERSTER LLP

                                           By:  */s/ Bryan Wilson*
                                                  Bryan Wilson

                                           Attorney for Plaintiff
                                           APPLE, INC.

Dated: July 27, 2022                         SILICON VALLEY LAW GROUP

                                           By:  */s/ Stephen Wu*
                                                  Stephen Wu

                                           Attorney for Defendant
                                           BHASI KAITHAMANA

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTENSION OF TIME TO RESPOND TO COMPLAINT. In compliance with Local Rule 5-1(h)(3), I hereby attest that Stephen Wu has concurred in this filing.

Dated:   July 27, 2022                         */s/ Bryan Wilson*
                                                         Bryan Wilson