BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzález@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARY PRENDERGAST (CA BAR NO. 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>             Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

Plaintiff Apple Inc. ("Apple" or "Plaintiff") and Defendants Rivos Inc.; Wen Shih-Chieh A/K/A Ricky Wen; Bhasi Kaithamana; Jim Hardage; Weidong Ye; Laurent Pinot; Prabhu Rajamani; and Kai Wang (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. Defendants consent to Apple filing an amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure by August 30, 2022.

2. Defendants shall have until September 27, 2022 to file an Answer or responsive motion.

**IT IS SO STIPULATED.**

Dated: August 30, 2022                MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*
Bryan Wilson

Attorneys for Plaintiff
APPLE INC.

Dated: August 30, 2022                QUINN EMMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Victoria Parker*
Victoria Parker

Attorneys for Defendants RIVOS INC., RICKY WEN, JIM HARDAGE, WEIDONG YE, PRABHU RAJAMANI, KAI WANG, and LAURENT PINOT

Dated: August 30, 2022                SILICON VALLEY LAW GROUP

By: */s/ Stephen Wu*
Stephen Wu

Attorneys for Defendant
BHASI KAITHAMANA

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-EJD
SF-4917799

1

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Victoria Parker and Stephen Wu.

August 30, 2022              */s/ Bryan Wilson*
                              Bryan Wilson

**ORDER**

IT IS SO ORDERED.

Dated: _____    _____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT
CASE NO. 5:22-CV-02637-EJD
SF-4917799

3