1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile:  650.494.0792

6  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzález@mofo.com
7  DIEK O. VAN NORT (CA SBN 273823)
   DVanNort@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile: 415.268.7522

11 MARY PRENDERGAST (CA BAR NO. 272737)
   MPrendergast@mofo.com
12 MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
13 Washington, District of Columbia 20037
   Telephone: 202.887.1500
14 Facsimile:  202.887.0763

15 Attorneys for Plaintiff
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

Plaintiff Apple Inc. ("Apple" or "Plaintiff") and Defendants Rivos Inc.; Wen Shih-Chieh A/K/A Ricky Wen; Bhasi Kaithamana; Jim Hardage; Weidong Ye; Laurent Pinot; Prabhu Rajamani; and Kai Wang (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. Defendants consent to Apple filing an amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure by August 30, 2022.

2. Defendants shall have until September 27, 2022 to file an Answer or responsive motion.

**IT IS SO STIPULATED.**

Dated: August 30, 2022                    MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*
    Bryan Wilson

Attorneys for Plaintiff
APPLE INC.

Dated: August 30, 2022                    QUINN EMMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Victoria Parker*
    Victoria Parker

Attorneys for Defendants RIVOS INC., RICKY WEN, JIM HARDAGE, WEIDONG YE, PRABHU RAJAMANI, KAI WANG, and LAURENT PINOT

Dated: August 30, 2022                    SILICON VALLEY LAW GROUP

By: */s/ Stephen Wu*
    Stephen Wu

Attorneys for Defendant
BHASI KAITHAMANA

## ATTESTATION OF CONCURRENCE

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Victoria Parker and Stephen Wu.

August 30, 2022     /s/ Bryan Wilson
                                            Bryan Wilson

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT
CASE NO. 5:22-CV-02637-EJD
SF-4917799

2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. |
| 3 | |
| 4 | Dated: August 31, 2022 |
| 5 | _____ |
| | UNITED STATES DISTRICT JUDGE |

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT
CASE NO. 5:22-CV-02637-EJD
SF-4917799

3