| | |
|---|---|
| BRYAN WILSON (CA SBN 138842) <br> BWilson@mofo.com <br> KENNETH A. KUWAYTI (CA SBN 145384) <br> KKuwayti@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California 94304-1018 <br> Telephone: 650.813.5600 <br> Facsimile: 650.494.0792 | STEPHEN SWEDLOW <br> (*Admitted Pro Hac Vice*) <br> stephenswedlow@quinnemanuel.com <br> QUINN EMANUEL URQUHART & <br> SULLIVAN, LLP <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, Illinois 60606 <br> Telephone: 312.705.7400 <br> Facsimile: 312.705.7401 |
| ARTURO J. GONZALEZ (CA SBN 121490) <br> AGonzalez@mofo.com <br> DIEK O. VAN NORT (CA SBN 273823) <br> DVanNort@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 202.887.0763 | DAVID EISEMAN <br> (CA SBN 114758) <br> davideiseman@quinnemanuel.com <br> VICTORIA B. PARKER <br> (CA SBN 290862) <br> vickiparker@quinnemanuel.com <br> QUINN EMANUEL URQUHART & <br> SULLIVAN, LLP <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111-4788 <br> Telephone: 415.875.6600 <br> Facsimile: 415.875.6700 |
| MARY PRENDERGAST (CA SBN 272737) <br> MPrendergast@mofo.com <br> MORRISON & FOERSTER LLP <br> 2100 L Street, NW, Suite 900 <br> Washington, District of Columbia 20037 <br> Telephone: 202.887.1500 <br> Facsimile: 415.268.7522 | Attorneys for Defendants RIVOS INC. and WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENCE PINOT; PRABHU RAJAMANI; and KAI WANG |
| Attorneys for Plaintiff <br> APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENCE PINOT; PRABHU RAJAMANI; and KAI WANG, <br><br> Defendants. | Case No.   5:22-cv-02637-EJD <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN EXHIBIT** <br><br> Courtroom: 4 <br> Judge:  Hon. Edward J. Davila <br><br> Action Filed:  April 29, 2022 |

1    Plaintiff Apple Inc. ("Apple") and Defendant Rivos Inc. ("Rivos"), by and through their
2    respective counsel, stipulate to and respectfully request that the Court grant the Parties leave to
3    file an exhibit to the Parties' joint discovery statement regarding the deposition of Rivos CEO
4    Puneet Kumar as follows:

5    WHEREAS the Civil Standing Order of Magistrate Judge Nathanael Cousins ("the
6    Order") requires that if the parties are unable to reach a resolution after first holding a meet and
7    confer to attempt to resolve a discovery dispute, "they must file a joint statement of five pages or
8    less that: (1) describes each unresolved issue; and (2) states each party's proposed compromise
9    with respect to each unresolved issue" (Civil Standing Order of March 15, 2019 at 1);

10   WHEREAS the Order does not allow parties to attach exhibits to a discovery joint
11   statement absent leave of Court (*id.*);

12   WHEREAS, the parties have held a meet and confer to attempt to resolve their discovery
13   dispute regarding Mr. Kumar's deposition but remain unable to reach a resolution;

14   WHEREAS, the parties addressed the dispute regarding Mr. Kumar's deposition in a
15   single letter to the Court;

16   WHEREAS, the Parties now jointly request to attach excerpts from Mr. Kumar's
17   deposition transcript as an exhibit to the Parties' joint statement;

18   NOW THEREFORE, the Parties hereby stipulate to and request that the Court grant the
19   parties leave to file an exhibit to the Parties' Joint statement consisting of excerpts from Mr.
20   Kumar's deposition transcript.

| | | |
|---|---|---|
| Dated: September 23, 2022 | | Respectfully submitted, |
| | | MORRISON & FOERSTER LLP |
| | | By: */s/ Bryan Wilson* |
| | |     Bryan Wilson |
| | | Attorney for Plaintiff |
| | | APPLE INC. |
| Dated: September 23, 2022 | | QUINN EMMANUEL URQUHART & SULLIVAN, LLP |
| | | By: */s/ Victoria B. Parker* |
| | |     Victoria B. Parker |
| | | Attorneys for Defendants Rivos Inc. and Wen Shih-Chieh a/k/a Ricky Wen; Jim Hardage; Weidong Ye; Laurence Pinot; Prabhu Rajamani; and Kai Wang |

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Victoria B. Parker.

Dated: September 23, 2022    By: */s/ Bryan Wilson*
    Bryan Wilson

**ORDER**

IT IS SO ORDERED.

Dated: _____    _____
UNITED STATES DISTRICT JUDGE