BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 202.887.0763

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

STEPHEN SWEDLOW
(*Admitted Pro Hac Vice*)
stephenswedlow@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: 312.705.7400
Facsimile:  312.705.7401

DAVID EISEMAN
(CA SBN 114758)
davideiseman@quinnemanuel.com
VICTORIA B. PARKER
(CA SBN 290862)
vickiparker@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415.875.6600
Facsimile: 415.875.6700

Attorneys for Defendants RIVOS INC. and
WEN SHIH-CHIEH a/k/a RICKY WEN; JIM
HARDAGE; WEIDONG YE; LAURENCE
PINOT; PRABHU RAJAMANI; and KAI
WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENCE PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendants. | Case No.    5:22-cv-02637-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN EXHIBIT**<br><br>Courtroom:  4<br>Judge:  Hon. Edward J. Davila<br><br>Action Filed:  April 29, 2022 |

1   Plaintiff Apple Inc. ("Apple") and Defendant Rivos Inc. ("Rivos"), by and through their

2   respective counsel, stipulate to and respectfully request that the Court grant the Parties leave to

3   file an exhibit to the Parties' joint discovery statement regarding the deposition of Rivos CEO

4   Puneet Kumar as follows:

5   WHEREAS the Civil Standing Order of Magistrate Judge Nathanael Cousins ("the

6   Order") requires that if the parties are unable to reach a resolution after first holding a meet and

7   confer to attempt to resolve a discovery dispute, "they must file a joint statement of five pages or

8   less that: (1) describes each unresolved issue; and (2) states each party's proposed compromise

9   with respect to each unresolved issue" (Civil Standing Order of March 15, 2019 at 1);

10   WHEREAS the Order does not allow parties to attach exhibits to a discovery joint

11   statement absent leave of Court (*id.*);

12   WHEREAS, the parties have held a meet and confer to attempt to resolve their discovery

13   dispute regarding Mr. Kumar's deposition but remain unable to reach a resolution;

14   WHEREAS, the parties addressed the dispute regarding Mr. Kumar's deposition in a

15   single letter to the Court;

16   WHEREAS, the Parties now jointly request to attach excerpts from Mr. Kumar's

17   deposition transcript as an exhibit to the Parties' joint statement;

18   NOW THEREFORE, the Parties hereby stipulate to and request that the Court grant the

19   parties leave to file an exhibit to the Parties' Joint statement consisting of excerpts from Mr.

20   Kumar's deposition transcript.

21

22

23

24

25

26

27

28

1    Dated:        September 23, 2022              Respectfully submitted,

2                                                 MORRISON & FOERSTER LLP

3

4                                                 By: */s/ Bryan Wilson*
                                                       Bryan Wilson
5
                                                  Attorney for Plaintiff
6                                                 APPLE INC.

7    Dated:        September 23, 2022              QUINN EMMANUEL URQUHART &
                                                  SULLIVAN, LLP
8

9                                                 By: */s/ Victoria B. Parker*
                                                       Victoria B. Parker
10
                                                  Attorneys for Defendants
11                                                Rivos Inc. and Wen Shih-Chieh a/k/a Ricky
                                                  Wen; Jim Hardage; Weidong Ye; Laurence
12                                                Pinot; Prabhu Rajamani; and Kai Wang

13

14

15                          **ATTESTATION OF CONCURRENCE**

16
          I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the
17
     filing of this document has been obtained from Victoria B. Parker.
18
          Dated:  September 23, 2022       By:    */s/ Bryan Wilson*
19                                                  Bryan Wilson

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          IT IS SO ORDERED.

3

4     Dated:   September 26, 2022

          UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28