| | |
|---|---|
| 1 | STEPHEN WU (SBN 205091) |
| | ssw@svlg.com |
| 2 | MARC G. VAN NIEKERK (SBN 201329) |
| | mvn@svlg.com |
| 3 | SILICON VALLEY LAW GROUP |
| | 1 North Market Street, Suite 200 |
| 4 | San Jose, California 95113 |
| | Telephone: 408.573.5700 |
| 5 | Facsimile:  408.573.5701 |
| 6 | Attorneys for Defendant |
| | BHASI KAITHAMANA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:22-cv-2637-EJD |
| Plaintiff, | **STIPULATION TO EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| v. | |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | |

1  Pursuant to Civil Local Rule 6-1(a), plaintiff Apple Inc. ("Apple") and defendant
2  Bhasi Kaithamana (collectively herein "the Parties") hereby stipulate through their
3  respective counsel of record as follows:
4  WHEREAS, on or about April 29, 2022, Apple filed the Complaint in this action;
5  WHEREAS, on or about May 7, 2022, Apple served its Complaint upon Mr.
6  Kaithamana;
7  WHEREAS, on May 16, 2022, the Parties agreed and stipulated to extend the
8  time for Mr. Kaithamana to respond to Apple's Complaint by June 30, 2022 [Document
9  No. 13];
10 WHEREAS, on June 28, 2022, the Parties agreed and stipulated to a second
11 extension of time for Mr. Kaithamana to respond to Apple's Complaint by July 26, 2022
12 [Document No. 62];
13 WHEREAS, on or about July 14, 2022, Apple filed its First Amended Complaint,
14 adding defendants Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai
15 Wang; [Document No. 79]
16 WHEREAS, on July 27, 2022, the Parties agreed and stipulated to extend the time
17 for Mr. Kaithamana to respond to Apple's First Amended Complaint by August 31, 2022
18 [Document No. 89];
19 WHEREAS, on or about August 30, 2022, Apple filed its Second Amended
20 Complaint, against defendants Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu
21 Rajamani, and Kai Wang; [Document No. 93];
22 IT IS HEREBY STIPULATED by and between Apple and Mr. Kaithamana that the
23 deadline for Mr. Kaithamana to answer or otherwise respond to the Second Amended Complaint
24 is extended until October 28, 2022.
25 //
26
27 //
28

Dated: September 27, 2022         Respectfully submitted,

                                  MORRISON & FOERSTER LLP

                                  By:   /s/ Diek O. Van Nort
                                        Diek O. Van Nort

                                  Attorney for Plaintiff
                                  APPLE, INC.

Dated: September 27, 2022         SILICON VALLEY LAW GROUP

                                  By:   /s/ Stephen S. Wu
                                        Stephen S. Wu

                                  Attorney for Defendant
                                  BHASI KAITHAMANA

**ATTESTATION OF CONCURRENCE**

I, Stephen S. Wu, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT. In compliance with Local Rule 5-1(h)(3), I hereby attest that Diek Van Nort has concurred in this filing.

Dated:   September 27, 2022       By:      /s/ Stephen S. Wu
                                           Stephen S. Wu