UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENCE PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>    Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**[PROPOSED] ORDER REGARDING JOINT DISCOVERY LETTER BRIEF**<br><br>Courtroom: 4<br>Judge: Hon. Edward J. Davila<br><br>Action Filed: April 29, 2022 |

[Proposed] Order Granting
Case No. 5:22-cv-02637-EJD

Before the Court is the parties' Joint Discovery Letter Brief (Dkt. 96). Having considered all the Parties' positions, the Court orders Rivos Inc.'s ("Rivos") CEO Mr. Puneet Kumar to appear for another deposition to respond fully to Apple Inc.'s ("Apple") questions regarding the topics in his declaration (Dkt. 40-1), including:

1. Whether any Rivos employees retained Apple information after leaving Apple (Dkt. No. 40-1 ¶ 13);
2. Whether there is any Apple information on Rivos' internal document system (Dkt. No. 40-1 ¶ 16);
3. Whether the employees Mr. Kumar described in paragraph 16 of his declaration (Dkt. 40-1) were asked if they possessed any Apple confidential information;
4. What steps, if any, Rivos takes if an employee brings third-party confidential information to Rivos (Dkt. No. 40-1 ¶ 14);
5. The status of Rivos' ongoing investigation into whether Apple's former employees have retained, disclosed, accessed, or used Apple confidential information (Dkt. No. 40-1 ¶ 17);
6. Rivos' investigation of Apple's claims against Ricky Wen (Dkt. No. 40-1 ¶¶ 13-14); ;
7. Rivos' investigation of Apple's claims against Weidong Ye (Dkt. No. 40-1 ¶¶ 13-14);
8. Rivos' investigation of Apple's claims against Jim Hardage (Dkt. No. 40-1 ¶¶ 13-14); and
9. Whether Rivos investigated if its employees have synced their iCloud accounts to Rivos-issued devices (Dkt. No. 40-1 ¶¶ 13).

**IT IS SO ORDERED.**

Dated:     October __, 2022

_____
Magistrate Judge of the United States District Court