BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

Attorneys for Plaintiff,
APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:22-cv-2637-EJD |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO ENLARGE TIME FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS** |
| RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | |

Pursuant to Civil L.R. 6-2 and 7-12, and subject to the Court's approval, Plaintiff Apple Inc. ("Apple") and Defendants Rivos Inc., Wen Shih-Chieh (a/k/a Ricky Wen), Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang (collectively, "Defendants") submit this Joint Stipulation to Enlarge Time for Briefing on Defendants' Motions to Dismiss.

WHEREAS, Defendant Rivos filed a Motion to Dismiss Apple's Second Amended Complaint on September 27, 2022 (Dkt. 100);

WHEREAS, Defendants Wen Shih-Chieh (a/k/a Ricky Wen), Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang filed a Motion to Dismiss Apple's Second Amended Complaint on September 27, 2022 (Dkt. 101);

WHEREAS, the deadline for Apple to file its Oppositions to Defendants' Motions to Dismiss is currently set for October 11, 2022;

WHEREAS, the deadline for Defendants to file their Replies in support of their Motions to Dismiss is currently set for October 18, 2022;

WHEREAS, the hearing on Defendants' Motions to Dismiss is set for March 2, 2023;

WHEREAS, the Court's Case Management Order has not set any deadlines until May 15, 2023;

WHEREAS, the parties would benefit from additional time to prepare their briefs;

WHEREAS, the parties' proposed modifications to the briefing schedule still leave approximately two and a half months between the filing of Defendants' Replies and the hearing date;

WHEREAS, Apple and defendants Rivos and Wen have previously stipulated to extend time for Rivos and Wen to respond to the Complaint and First Amended Complaint (Dkt. 21, 88), pursuant to Civil L.R. 6-1(a);

WHEREAS, Apple and defendant Bhasi Kaithamana have previously stipulated to extend time for Kaithamana to respond to the Complaint, First Amended Complaint, and Second Amended Complaint (Dkt. 13, 62, 89, 99), pursuant to Civil L.R. 6-1(a);

WHEREAS, the parties' proposed modifications to the briefing schedule will not affect or alter any other scheduled dates, events, or deadlines in this case; and

1  WHEREAS, the parties thus believe there is good cause for the schedule changes proposed below
2  and that their impact on the overall case schedule will be minimal;
3  IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel,
4  subject to the Court's approval, that:

- the deadline for Apple to file its Oppositions in response to Defendants' Motions to Dismiss is extended to November 18, 2022; and
- the deadline for Defendants to file their Replies in response to Apple's Oppositions and in support of their Motions to Dismiss is extended to December 21, 2022.

**IT IS SO STIPULATED.**

Dated: October 7, 2022                     MORRISON & FOERSTER LLP

By:   /s/ Bryan Wilson

Bryan Wilson
BWilson@mofo.com
Kenneth A. Kuwayti
KKuwayti@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.0792

Arturo J. Gonzalez
AGonzalez@mofo.com
Diek O. Van Nort
DVanNort@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

Mary Prendergast
MPrendergast@mofo.com
Morrison & Foerster LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia  20037
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Plaintiff
APPLE INC.

| | |
|---|---|
| Dated: October 7, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: /s/ Victoria B. Parker |
| | Stephen Swedlow (*Admitted Pro hac vice*)<br>stephenswedlow@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| | David Eiseman (Bar No. 114758)<br>davideiseman@quinnemanuel.com<br>Victoria B. Parker (Bar No. 290862)<br>vickiparker@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| | Attorneys for Defendants<br>RIVOS INC., WEN SHIH-CHIEH A/K/A RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI AND KAI WANG |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Edward J. Davila
United States District Judge

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

*/s/* Bryan Wilson