UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>           Plaintiff,<br><br>     vs.<br><br>RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI and KAI WANG ,<br><br>           Defendants. | Case No. 5:22-CV-2637-EJD<br><br>**[PROPOSED] ORDER RE MOTION FOR ADMINISTRATIVE RELIEF ON REQUEST FOR CLARIFICATION OF OCTOBER 5, 2022 ORDER GRANTING FURTHER DEPOSITION OF PUNEET KUMAR**<br><br>Action Filed:  April 29, 2022<br>Trial Date:    None Set |

**[PROPOSED] ORDER**

Before the Court is Defendant Rivos Inc.'s ("Rivos") Administrative Motion seeking clarification of the October 5, 2022 Order (Dkt. 104) granting a further deposition of Puneet Kumar. The Court hereby provides the following clarifications to its October 5, 2022 Order:

1. The further deposition of Mr. Kumar will be limited to an additional 90 minutes;

2. The further deposition of Mr. Kumar shall be limited to facts Mr. Kumar knew as of the date of his June 3, 2022 declaration; and

3. Consistent with Federal Rule of Evidence 502(d), there shall be no waiver of the attorney-client or work product privileges with respect to conversations with Rivos' counsel or counsel's ongoing investigation in this case in connection with discovery conducted or provided pursuant to the Court's October 5, 2022 Order. Thus, the production of, or testimony regarding, privileged or work product protected information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

**SO ORDERED.**

DATED: _____

HON. NATHANAEL M. COUSINS
United States Magistrate Judge