BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 202.887.0763

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENCE PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendants. | Case No. 5:22-cv-02637-EJD<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBITS** |

Plaintiff Apple Inc. ("Apple") respectfully requests that the Court grant Apple leave to file exhibits to the parties' joint discovery statements (1) regarding Rivos' responses to Apple's written discovery requests (Dkt. 115); (2) regarding Ricky Wen's responses to Apple's written discovery requests (Dkt. 116); and (3) regarding Defendants' motion for a protective order and Apple's cross-motion on its written discovery requests (Dkt. 114) (collectively, "Joint Statements").

The parties have filed the Joint Statements in accordance with the Civil Standing Order of Magistrate Judge Nathanael Cousins, which permits "a joint statement of five pages or less that: (1) describes each unresolved issue; and (2) states each party's proposed compromise with respect to each unresolved issue." (Civil Standing Order of March 15, 2019 at 1.) Apple understands that the Standing Order does not allow parties to attach exhibits to a discovery joint statement absent leave of Court. (*Id.*) Accordingly, Apple hereby seeks the Court's leave to attach exhibits to the Joint Statements.

The exhibits consist solely of two things: 1) the actual discovery responses that are at issue on these motions; and 2) limited excerpts from the most recent Court-ordered deposition of Rivos' CEO, Puneet Kumar (Dkt. 109). Apple believes that these proposed exhibits will be helpful to the Court when ruling on the parties' disputes. For example, Apple believes that having access to the discovery responses themselves, which could not be included verbatim at length within the five-page briefs, will be useful for the Court in considering the adequacy of those responses. And the excerpts from the deposition testimony of Mr. Kumar provide relevant context to the motions and include information that Apple believes should have been included in the discovery responses themselves. In addition, the parties dispute the characterization of the testimony, and having access to the transcript will allow the Court to make a determination from the record for itself.

Apple has sought to work with Defendants to jointly stipulate to the filing of these exhibits. Apple included placeholder citations to these exhibits throughout the parties' drafting process for the Joint Statement. (Wilson Decl. ¶ 3.) Defendants were thus aware of Apple's intent to seek leave to attach exhibits. (*Id.*) But when Apple requested on November 10 that Defendants jointly stipulate, they refused. (*Id.*) Apple sought Defendants' cooperation again on November 14, noting that the exhibits were not as voluminous as Defendants had assumed, but they again refused, asking

Apple to note in filing this administrative motion that they oppose it.  (*Id.*)  Defendants requested, however, that Apple include in both proposed Kumar transcript exhibits the excerpt at 154:2-5, which Apple has done.  (*Id.*)

      Accordingly, in lieu of a stipulation, Apple submits this motion, accompanying declaration, and proposed order under Civil L.R. 7-11.

Dated: November 15, 2022                               Respectfully submitted,

                                                            MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*
      Bryan Wilson

Attorney for Plaintiff
APPLE INC.