# WILSON DECL.

# EXHIBIT 2

# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

```
APPLE INC., a California    )
corporation,                )
                            )
            Plaintiff,      )
vs.                         ) Case No. 5:22-cv-02637-EJD
                            )
RIVOS INC., a Delaware      )
corporation; WEN SHIH-CHIEH )
a/k/a RICKY WEN; BHASI      )
KAITHAMANA; JIM HARDAGE;    )
WEIDONG YE; LAURENT PINOT;  )
PRABHU RAJAMANI; and KAI    )
WANG,                       )
                            )
            Defendants.     )
_____)
```

VOLUME 2

Videotaped Deposition of PUNEET KUMAR

Wednesday, November 2, 2022

1:04 p.m.


Held at:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive
Fifth Floor
Redwood Shores, California


Job No.: 469610

Pages: 108 - 201

Reported by: Susan DiFilippantonio,

RPR, CCR No. B-2125

Page 137

```
 1   Q.      And you mentioned the one experiment regarding
 2   timestamps.  Is there anything else ongoing to your
 3   knowledge?
 4   A.      Yes.
 5   Q.      What -- what is ongoing?
 6   A.      The investigations of any data related to any of
 7   the letters that were sent to Rivos' employees.
 8   Q.      Has the investigation to date identified any
 9   Apple information that was retained by any former Apple
10   employees who are now working at Rivos?
11                   MR. EISEMAN:  Objection as to form.
12                   THE WITNESS:  I have to answer that with
13        an explanation if you will allow me to.
14   BY MR. WILSON:
15   Q.      Sure.
16   A.      I'm not aware of any Apple information; however,
17   I do believe that the investigation has.  Based on
18   search terms that we used, they have located four files
19   in our systems that there -- that are under further
20   investigation.
21   Q.      What are those four files?
22   A.      I don't know.
23   Q.      Do you know when they were located?
24   A.      I don't know the exact date.
25   Q.      What's the approximate date?
```

```
 1   A.        Sometime between May and August.
 2   Q.        Do you know where they were located?
 3   A.        On our file system.
 4   Q.        Do you know if they were associated with any
 5   specific individual?
 6   A.        No.
 7   Q.        Do you know the general subject matter?
 8   A.        No.
 9   Q.        Do you know the size of the files?
10   A.        No.
11   Q.        Do you know what types of files they are?
12   A.        No.
13   Q.        Do you have any other information about those
14   files?
15   A.        All I know is that they matched the terms, and
16   they are being investigated.
17   Q.        Are the terms that you referred to the terms
18   that were provided by Apple, do you know?  Or some other
19   search terms?
20   A.        No, I believe it was Quinn Emanuel's search
21   terms.
22   Q.        Have those files been removed from the servers?
23   A.        I don't know that.  I can offer, though, that
24   they have been what is called isolated, however, I don't
25   know if that has been done.
```

```
 1   at, is whether there is any Apple information on Rivos'
 2   internal document system.  My question to you is:  Do
 3   you know one way or the other if there is any Apple
 4   information on Rivos' internal document system?
 5   A.      No.
 6   Q.      You mentioned the four files earlier.  Are
 7   you -- are -- are those files on Rivos' internal
 8   document system?
 9   A.      Internal storage systems.
10   Q.      What -- does -- what's the difference between an
11   internal -- Rivos' internal storage system and Rivos'
12   internal document system?
13   A.      Our documents are mostly written using Google
14   Docs and so most documents, if not all, reside in Google
15   Cloud storage.  Our other files that employees generate
16   are stored in a storage system.
17   Q.      What's the structure of the storage system?
18                MR. EISEMAN:  Objection as to form.
19                THE WITNESS:  It's a standard NFS file
20        system.
21   BY MR. WILSON:
22   Q.      A standard NFS office, you said?
23   A.      File system.
24   Q.      Who administers the NFS system?
25   A.      The IT group.
```