# WILSON DECL.

# EXHIBIT 7

# EXHIBIT B

1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Stephen Swedlow (*Admitted pro hac vice f*)
2     stephenswedlow@quinnemanuel.com
    191 N. Wacker Drive, Suite 2700
3   Chicago, Illinois 60606
    Telephone:     (312) 705-7400
4   Facsimile: (312) 705-7401

5     David Eiseman (Bar No. 114758)
      davideiseman@quinnemanuel.com
6     Victoria B. Parker (Bar No. 290862)
      vickiparker@quinnemanuel.com
7   50 California Street, 22nd Floor
    San Francisco, California 94111-4788
8   Telephone:     (415) 875-6600
    Facsimile:     (415) 875-6700

9
    Attorneys for Defendants Rivos Inc. and Wen
10  Shih-Chieh a/k/a Ricky Wen

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15  APPLE INC.,                          Case No. 5:22-CV-2637-EJD

16            Plaintiff,                  **DEFENDANT WEN SHIH-CHIEH A/K/A
                                          RICKY WEN'S OBJECTIONS AND
17        vs.                             RESPONSES TO APPLE INC.'S FIRST
                                          SET OF REQUESTS FOR PRODUCTION**
18  RIVOS INC., a Delaware corporation; WEN
    SHIH-CHIEH a/k/a RICKY WEN and BHASI
19  KAITHAMANA,                          Courtroom: 4

20            Defendants.                 Judge: Hon. Edward J. Davila

                                          Date Action Filed: April 29, 2022
21

22

23

24

25

26

27

28

Case No. 5:22-CV-2637-EJD

DEFENDANT WEN SHIH-CHIEH A/K/A RICKY WEN'S OBJECTIONS AND RESPONSES TO
APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION

1    Wen's investigation is ongoing.  Wen reserves all rights to amend or supplement his

2  objections and/or responses as his investigation continues.

3  **REQUEST FOR PRODUCTION NO. 3:**

4    All Documents and Communications with Rivos regarding Apple confidential documents

5  and information (excluding personnel documents, such as compensation memoranda and

6  performance evaluations).

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

8    Wen incorporates by reference his General Objections.  Wen further objects to this Request

9  on the grounds it is overbroad, unduly burdensome, vague, and ambiguous, including without

10  limitation through its use of the undefined term "Apple confidential documents and information."

11  Wen further objects to this Request to the extent it seeks Privileged Information.  Wen further

12  objects to this Request to the extent it seeks information that is not relevant to any claim or

13  defense currently in this case and not proportional to the needs of the case.  Wen further objects to

14  this Request to the extent it seeks information that is not in Wen's possession, custody, or control.

15  Wen further objects to this Request as premature, including because Defendants have not

16  responded to Apple's complaint, and the parties have not conducted a Rule 26(f) Conference.

17    Subject to and without waiving the foregoing objections, Wen responds as follows:  Wen

18  will produce Rivos' policies prohibiting the use of third party confidential information in

19  connection with work at Rivos.

20    Wen's investigation is ongoing.  Wen reserves all rights to amend or supplement his

21  objections and/or responses as his investigation continues.

22  **REQUEST FOR PRODUCTION NO. 4:**

23    All Documents and Communications regarding Rivos from the date of your first

24  communication with Rivos and through August 6, 2021, including Communications about Your

25  potential or actual employment by Rivos and Communications made via encrypted messaging

26  apps such as Signal.

27

28

-7-                          Case No. 5:22-CV-2637-EJD
DEFENDANT WEN SHIH-CHIEH A/K/A RICKY WEN'S OBJECTIONS AND RESPONSES TO
APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

  Wen incorporates by reference his General Objections.  Wen further objects to this Request on the grounds it is overbroad, unduly burdensome, vague, and ambiguous, including without limitation through its use of the undefined term "Apple confidential documents and information." Wen further objects to this Request to the extent it seeks Privileged Information.  Wen further objects to this Request to the extent it seeks information that is not relevant to any claim or defense currently in this case and not proportional to the needs of the case.  Wen further objects to this Request to the extent it seeks information that is not in Wen's possession, custody, or control. Wen further objects to this Request as premature, including because Defendants have not responded to Apple's complaint, and the parties have not conducted a Rule 26(f) Conference.

DATED:  June 15, 2022       QUINN EMANUEL URQUHART & SULLIVAN, LLP


              By  _____*/s/ Stephen Swedlow*_____
                STEPHEN SWEDLOW
                DAVID EISEMAN
                VICTORIA B. PARKER

                Attorneys for Defendants Rivos Inc. and Wen Shih-Chieh a/k/a Ricky Wen