1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

| | |
|---|---|
| 11  APPLE INC., a California corporation, | Case No.   5:22-cv-02637-EJD |
| 12               Plaintiff, | |
| 13         v. | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBITS** |
| 14  RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENCE PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| 17               Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

Plaintiff Apple Inc. ("Apple") requests that the Court grant Apple leave to file exhibits to the parties' three joint discovery statements filed on November 15, 2022 (Dkt. 114, 115, 116).

Apple requests leave to file the exhibits identified in its Administrative Motion for Leave to File Exhibits and attached as Exhibits 1-13 of the accompanying Wilson Declaration.

Upon consideration of Apple's motion, the Court hereby **GRANTS** Apple leave to file the above exhibits.

**IT IS SO ORDERED.**

Dated: _____   _____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge