BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia  20037
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Plaintiff,
APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:22-cv-2637-EJD |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |
| RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | Courtroom:  4<br>Judge:  Hon. Edward J. Davila<br><br>Action Filed:  April 29, 2022 |
| Defendants. | |

1       Pursuant to Civil L.R. 6-2 and 7-12, and subject to the Court's approval, Plaintiff Apple Inc.

2 ("Apple") and Defendants Rivos Inc., Wen Shih-Chieh (a/k/a Ricky Wen), Jim Hardage, Weidong Ye,

3 Laurent Pinot, Prabhu Rajamani, and Kai Wang (collectively, "Defendants") submit this Joint Stipulation

4 to Revise the Briefing Schedule for Defendants' Motions to Dismiss.

5       WHEREAS, Defendant Rivos filed a Motion to Dismiss Apple's Second Amended Complaint on

6 September 27, 2022 (Dkt. 100);

7       WHEREAS, Defendants Wen Shih-Chieh (a/k/a Ricky Wen), Jim Hardage, Weidong Ye, Laurent

8 Pinot, Prabhu Rajamani, and Kai Wang filed a Motion to Dismiss Apple's Second Amended Complaint on

9 September 27, 2022 (Dkt. 101);

10       WHEREAS, the deadline for Apple to file its Oppositions to Defendants' Motions to Dismiss is

11 currently set for November 18, 2022 (Dkt. 105);

12       WHEREAS, the deadline for Defendants to file their Replies in support of their Motions to Dismiss

13 is currently set for December 21, 2022 (Dkt. 105);

14       WHEREAS, the hearing on the Motions to Dismiss is currently scheduled for March 2, 2023;

15       WHEREAS, the parties would benefit from additional time to prepare their briefs and therefore

16 propose to modify the briefing schedule without altering the hearing date; and

17       WHEREAS, the parties' proposed modifications to the briefing schedule will not affect or alter any

18 other scheduled dates, events, or deadlines in this case;

19       IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel,

20 subject to the Court's approval, that:

21       • the deadline for Apple to file its Oppositions in response to Defendants' Motions to Dismiss is

22          extended to January 17, 2023;

23       • the deadline for Defendants to file their Replies in response to Apple's Oppositions and in

24          support of their Motions to Dismiss is extended to February 17, 2023; and

25       • the hearing date for the Motions to Dismiss shall remain unchanged.

26

27

28

1 **IT IS SO STIPULATED.**

2

3 Dated: November 16, 2022     MORRISON & FOERSTER LLP

4

5           By: */s/ Bryan Wilson*

6             Bryan Wilson
             BWilson@mofo.com

7             Kenneth A. Kuwayti
             KKuwayti@mofo.com

8             Morrison & Foerster LLP
             755 Page Mill Road

9             Palo Alto, California  94304-1018
             Telephone: 650.813.5600

10            Facsimile:  650.494.0792

11            Arturo J. Gonzalez
            AGonzalez@mofo.com

12            Diek O. Van Nort
            DVanNort@mofo.com

13            Morrison & Foerster LLP
            425 Market Street

14            San Francisco, California  94105-2482
            Telephone: 415.268.7000

15            Facsimile:  415.268.7522

16            Mary Prendergast
            MPrendergast@mofo.com

17            Morrison & Foerster LLP
            2100 L Street, NW, Suite 900

18            Washington, District of Columbia  20037
            Telephone: 202.887.1500

19            Facsimile:  202.887.0763

20            Attorneys for Plaintiff
            APPLE INC.

21

22

23

24

25

26

27

28

1

Dated. November 16, 2022                          QUINN EMANUEL URQUHART & SULLIVAN, LLP

2

3                                                 By:   */s/ Victoria B. Parker*

4                                                       Stephen Swedlow (*Admitted Pro hac vice*)
                                                        stephenswedlow@quinnemanuel.com
5                                                       191 N. Wacker Drive, Suite 2700
                                                        Chicago, Illinois 60606
6                                                       Telephone: (312) 705-7400
                                                        Facsimile: (312) 705-7401
7

8                                                       David Eiseman (Bar No. 114758)
                                                        davideiseman@quinnemanuel.com
9                                                       Victoria B. Parker (Bar No. 290862)
                                                        vickiparker@quinnemanuel.com
10                                                      50 California Street, 22nd Floor
                                                        San Francisco, California 94111-4788
11                                                      Telephone: (415) 875-6600
                                                        Facsimile: (415) 875-6700
12
                                                        Attorneys for Defendants
13                                                      RIVOS INC., WEN SHIH-CHIEH A/K/A RICKY
                                                        WEN, JIM HARDAGE, WEIDONG YE,
14                                                      LAURENT PINOT, PRABHU RAJAMANI AND
                                                        KAI WANG
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4   Dated: _____        _____

5                                          Honorable Edward J. Davila
                                           United States District Judge

6

7

8   <u>**ATTESTATION OF CONCURRENCE IN FILING**</u>

9        Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has

10  been obtained from each of the signatories listed above.

11

12                                         */s/ Bryan Wilson*
                                           Bryan Wilson

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28