1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile:  650.494.0792

6  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
7  DIEK O. VAN NORT (CA SBN 273823)
   DVanNort@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile:  415.268.7522

11 MARY PRENDERGAST (CA SBN 272737)
   MPrendergast@mofo.com
12 MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
13 Washington, District of Columbia 20037
   Telephone: 202.887.1500
14 Facsimile:  202.887.0763

15 Attorneys for Plaintiff
   APPLE INC.

16

17                 UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                      SAN JOSE DIVISION

20 APPLE INC., a California corporation,        | Case No.      5:22-CV-2637-EJD

21                 Plaintiff,                    | **DECLARATION OF BRYAN WILSON
                                                 | IN SUPPORT OF JOINT
22            v.                                 | STIPULATION TO REVISE THE
                                                 | BRIEFING SCHEDULE FOR
23 RIVOS INC., a Delaware corporation; WEN      | DEFENDANTS' MOTIONS TO
   SHIH-CHIEH a/k/a RICKY WEN; BHASI            | DISMISS**
24 KAITHAMANA; JIM HARDAGE; WEIDONG             |
   YE; LAURENT PINOT; PRABHU RAJAMANI;          | Courtroom:  4
25 and KAI WANG,                                 | Judge:  Hon. Edward J. Davila

26                 Defendants.                   | Action Filed:  April 29, 2022

27

28

I, Bryan Wilson, declare as follows:

1.      I am an attorney at the law firm of Morrison & Foerster LLP.  I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto.  I submit this declaration in support of the parties' Joint Stipulation to Revise the Briefing Schedule for Defendants' Motions to Dismiss, pursuant to Civil Local Rule 6-2.

2.      Defendant Rivos filed a Motion to Dismiss Apple's Second Amended Complaint on September 27, 2022 (Dkt. 100), and Defendants Wen Shih-Chieh (a/k/a Ricky Wen), Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang filed a Motion to Dismiss Apple's Second Amended Complaint on September 27, 2022 (Dkt. 101).

3.      The current deadline for Apple to file its Oppositions to Defendants' Motions to Dismiss is November 18, 2022.  The current deadline for Defendants to file their Replies in support of their Motions to Dismiss is December 21, 2022.  (Dkt. 105.)  The hearing on the motion is currently set for March 2, 2023.

4.      The parties are jointly stipulating to extend the deadlines for the opposition and reply briefs to January 17, 2022, and February 17, 2022, respectively.  The parties believe that they will benefit from the additional time to brief the issues presented in Defendants' Motions to Dismiss.

5.      The previous time modifications in this case have been stipulated extensions of time under Civil Local Rule 6-1(a) for the parties to brief Defendants' motions to dismiss (Dkt. 105), for Defendants Rivos and Wen to respond to the Complaint and First Amended Complaint (Dkt. 21, 88), and for Defendant Bhasi Kaithamana (who has not filed or joined a Motion to Dismiss) to respond to the Complaint, First Amended Complaint, and Second Amended Complaint (Dkt. 13, 62, 89, 99, 111).

6.      The proposed modifications to the briefing schedule will not affect any other dates in the case schedule.  The hearing on Defendants' Motions to Dismiss is set for March 2, 2023 and will reamin unchanged.  The next date in the case schedule, set by the Court's Case Management Order is not until May 15, 2023.  Thus, there will be no impact of the proposed modifications to the the overall case schedule.

Wilson Decl. ISO Joint Stipulation to Revise Briefing Schedule
Case No. 5:22-cv-2637-EJD
SF-4975628

1

1        I declare under penalty of perjury that the foregoing is true and correct.   Executed at

2    Palo Alto, California, this 16th day of November, 2022.

3

4                                */s/ Bryan Wilson*
                               Bryan Wilson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28