1    BRYAN WILSON (CA SBN 138842)
     BWilson@mofo.com
2    KENNETH A. KUWAYTI (CA SBN 145384)
     KKuwayti@mofo.com
3    MORRISON & FOERSTER LLP
     755 Page Mill Road
4    Palo Alto, California  94304-1018
     Telephone: 650.813.5600
5    Facsimile:  650.494.0792

6    ARTURO J. GONZALEZ (CA SBN 121490)
     AGonzalez@mofo.com
7    DIEK O. VAN NORT (CA SBN 273823)
     DVanNort@mofo.com
8    MORRISON & FOERSTER LLP
     425 Market Street
9    San Francisco, California  94105-2482
     Telephone: 415.268.7000
10   Facsimile:  415.268.7522

11   MARY PRENDERGAST (CA SBN 272737)
     MPrendergast@mofo.com
12   MORRISON & FOERSTER LLP
     2100 L Street, NW, Suite 900
13   Washington, District of Columbia  20037
     Telephone: 202.887.1500
14   Facsimile:  202.887.0763

15   Attorneys for Plaintiff,
     APPLE INC.

16

17                   **UNITED STATES DISTRICT COURT**

18                  **NORTHERN DISTRICT OF CALIFORNIA**

19

20   APPLE INC., a California corporation,        Case No. 5:22-cv-2637-EJD

21                   Plaintiff,

22            v.                                  **JOINT STIPULATION AND
                                                  [PROPOSED] ORDER TO REVISE
23   RIVOS INC., a Delaware corporation; WEN SHIH-   THE BRIEFING SCHEDULE FOR
     CHIEH a/k/a RICKY WEN; BHASI              DEFENDANTS' MOTIONS TO DISMISS**
24   KAITHAMANA; JIM HARDAGE; WEIDONG
     YE; LAURENT PINOT; PRABHU RAJAMANI;         Courtroom:  4
25   and KAI WANG,                                Judge:  Hon. Edward J. Davila

26                   Defendants.                  Action Filed:  April 29, 2022

27

28

1      Pursuant to Civil L.R. 6-2 and 7-12, and subject to the Court's approval, Plaintiff Apple Inc.

2 ("Apple") and Defendants Rivos Inc., Wen Shih-Chieh (a/k/a Ricky Wen), Jim Hardage, Weidong Ye,

3 Laurent Pinot, Prabhu Rajamani, and Kai Wang (collectively, "Defendants") submit this Joint Stipulation

4 to Revise the Briefing Schedule for Defendants' Motions to Dismiss.

5      WHEREAS, Defendant Rivos filed a Motion to Dismiss Apple's Second Amended Complaint on

6 September 27, 2022 (Dkt. 100);

7      WHEREAS, Defendants Wen Shih-Chieh (a/k/a Ricky Wen), Jim Hardage, Weidong Ye, Laurent

8 Pinot, Prabhu Rajamani, and Kai Wang filed a Motion to Dismiss Apple's Second Amended Complaint on

9 September 27, 2022 (Dkt. 101);

10      WHEREAS, the deadline for Apple to file its Oppositions to Defendants' Motions to Dismiss is

11 currently set for November 18, 2022 (Dkt. 105);

12      WHEREAS, the deadline for Defendants to file their Replies in support of their Motions to Dismiss

13 is currently set for December 21, 2022 (Dkt. 105);

14      WHEREAS, the hearing on the Motions to Dismiss is currently scheduled for March 2, 2023;

15      WHEREAS, the parties would benefit from additional time to prepare their briefs and therefore

16 propose to modify the briefing schedule without altering the hearing date; and

17      WHEREAS, the parties' proposed modifications to the briefing schedule will not affect or alter any

18 other scheduled dates, events, or deadlines in this case;

19      IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel,

20 subject to the Court's approval, that:

21    • the deadline for Apple to file its Oppositions in response to Defendants' Motions to Dismiss is

22      extended to January 17, 2023;

23    • the deadline for Defendants to file their Replies in response to Apple's Oppositions and in

24      support of their Motions to Dismiss is extended to February 17, 2023; and

25    • the hearing date for the Motions to Dismiss shall remain unchanged.

26

27

28

1    **IT IS SO STIPULATED.**

2

3     Dated: November 16, 2022                    MORRISON & FOERSTER LLP

4

5                                                 By:  */s/ Bryan Wilson*
                                                       _____

6                                                      Bryan Wilson
                                                       BWilson@mofo.com
7                                                      Kenneth A. Kuwayti
                                                       KKuwayti@mofo.com
8                                                      Morrison & Foerster LLP
                                                       755 Page Mill Road
9                                                      Palo Alto, California  94304-1018
                                                       Telephone: 650.813.5600
10                                                     Facsimile:  650.494.0792

11                                                     Arturo J. Gonzalez
                                                       AGonzalez@mofo.com
12                                                     Diek O. Van Nort
                                                       DVanNort@mofo.com
13                                                     Morrison & Foerster LLP
                                                       425 Market Street
14                                                     San Francisco, California  94105-2482
                                                       Telephone: 415.268.7000
15                                                     Facsimile:  415.268.7522

16                                                     Mary Prendergast
                                                       MPrendergast@mofo.com
17                                                     Morrison & Foerster LLP
                                                       2100 L Street, NW, Suite 900
18                                                     Washington, District of Columbia  20037
                                                       Telephone: 202.887.1500
19                                                     Facsimile:  202.887.0763

20                                                     Attorneys for Plaintiff
                                                       APPLE INC.

21

22

23

24

25

26

27

28

1    Dated: November 16, 2022                QUINN EMANUEL URQUHART & SULLIVAN, LLP

2

3                                            By:  /s/ Victoria B. Parker

4                                                 Stephen Swedlow (*Admitted Pro hac vice*)
                                                  stephenswedlow@quinnemanuel.com
5                                                 191 N. Wacker Drive, Suite 2700
                                                  Chicago, Illinois 60606
6                                                 Telephone: (312) 705-7400
                                                  Facsimile: (312) 705-7401
7
                                                  David Eiseman (Bar No. 114758)
8                                                 davideiseman@quinnemanuel.com
                                                  Victoria B. Parker (Bar No. 290862)
9                                                 vickiparker@quinnemanuel.com
                                                  50 California Street, 22nd Floor
10                                                San Francisco, California 94111-4788
                                                  Telephone: (415) 875-6600
11                                                Facsimile: (415) 875-6700

12                                                Attorneys for Defendants
                                                  RIVOS INC., WEN SHIH-CHIEH A/K/A RICKY
13                                                WEN, JIM HARDAGE, WEIDONG YE,
                                                  LAURENT PINOT, PRABHU RAJAMANI AND
14                                                KAI WANG

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4
Dated:     November 17, 2022

5
Honorable Edward J. Davila
United States District Judge

6

7

8
**ATTESTATION OF CONCURRENCE IN FILING**

9
       Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has

10
been obtained from each of the signatories listed above.

11

12
*/s/ Bryan Wilson*
Bryan Wilson

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28