QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Stephen Swedlow (*Admitted Pro hac vice*)
  stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile: (312) 705-7401

  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:22-CV-2637-EJD (NMC) |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFF APPLE INC.'S MATERIALS SHOULD BE SEALED** |
| vs. | |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI and KAI WANG | Action Filed:  April 29, 2022<br>Trial Date:   None Set |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang (together, the "Rivos Defendants") respectfully move this Court to consider whether Exhibits 1-2 to the Declaration of David Eiseman in Support of Response to Apple Inc.'s Administrative Motion for Leave to File Exhibits ("Eiseman Declaration") should be sealed. Pursuant to Civil Local Rules 79-5(f), the Rivos Defendants identify the following as containing information that Plaintiff Apple Inc. ("Apple") has designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Eiseman Declaration | ==Yellow== Highlighted Portions | Apple |
| Exhibit 2 to the Eiseman Declaration | All | Apple |

In compliance with Civil Local Rule 79-5(d), unredacted versions of the above listed documents accompany this Administrative Motion. Pursuant to Civil Local Rule 79-5(f), THE Rivos Defendants expects Apple, as the Designating Party, will file a declaration in support of this Administrative Motion.

DATED: November 18, 2022

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____/s/ David Eiseman_____
STEPHEN SWEDLOW
DAVID EISEMAN
VICTORIA B. PARKER

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang