QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Stephen Swedlow (*Admitted Pro hac vice*)
  stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile: (312) 705-7401

  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:22-CV-2637-EJD (NMC) |
| Plaintiff, | **RESPONSE TO APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBITS** |
| vs. | |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI and KAI WANG | Action Filed:  April 29, 2022<br>Trial Date:   None Set |
| Defendants. | |

Pursuant to the Court's November 17, 2022 Order (Dkt. No. 121), Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang (together, the "Rivos Defendants") respectfully submit this Response to Plaintiff Apple Inc.'s ("Apple") Administrative Motion for Leave to File Exhibits.

Based on the Court's Civil Standing Order, the Rivos Defendants understand that it is the Court's preference that parties not submit exhibits in connection with discovery letter briefs.[1] Despite this guidance from the Court, Apple seeks to submit 13 exhibits, totaling nearly 100 pages, to what would otherwise be brief, five-page submissions. The Rivos Defendants believe Apple's request is unnecessary given the scope of the issues presented by the pending letter briefs.

If the Court is willing to consider exhibits, however, the Rivos Defendants submit that the Court should also consider Apple's Updated Trade Secret Disclosure for Discovery ("TSD"), dated September 14, 2022, in connection with the Rivos Defendants' motion for protective order. Because Apple's TSD encompasses over 1,000 pages of appendices, the Rivos Defendants submit only Appendices E and G as exemplars for the Court's consideration.

DATED: November 18, 2022

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ David Eiseman*
STEPHEN SWEDLOW
DAVID EISEMAN
VICTORIA B. PARKER

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

---

[1] Specifically, the Court's Civil Standing Order provides: "If the parties are unable to reach a resolution, they must file a joint statement of 5 pages or less that: (1) describes each unresolved issue; and (2) states each party's proposed compromise with respect to each unresolved issue. ***The parties may not attach declarations, exhibits, proposed orders, etc. to the statement absent leave of Court.***" (emphasis added).