QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Stephen Swedlow (*Admitted Pro hac vice*)
  stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile: (312) 705-7401

  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:22-CV-2637-EJD (NMC) |
| Plaintiff, | **DECLARATION OF DAVID EISEMAN IN SUPPORT OF RESPONSE TO APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBITS** |
| vs. | |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI and KAI WANG | Action Filed: April 29, 2022<br>Trial Date:   None Set |
| Defendants. | |

## DECLARATION OF DAVID EISEMAN

I, David Eiseman, declare:

1. I am a member of the bar of the State of California and am admitted to practice in this Court. I am a partner in the law firm Quinn Emanuel Urquhart & Sullivan, LLP and I represent Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang (the "Rivos Defendants") in this case.

2. I make this declaration in support of the Rivos Defendants' Response to Plaintiff Apple Inc.'s ("Apple") Administrative Motion for Leave to File Exhibits. The facts stated in this declaration are true and correct based on my personal knowledge and, if called and sworn in as a witness, I could and would testify competently to those facts.

3. On September 14, 2022, Apple served Plaintiff Apple's Updated Trade Secret Disclosure for Discovery, which incorporated by reference the Declaration of Daniel Roffman regarding Forensic Information (the "Roffman Declaration"). Appendices A through I to the Roffman Declaration consist of 1,071 pages of file paths and folder names. To avoid burdening the Court, the Rivos Defendants submit only Appendices E and G to the Roffman Declaration as exemplars for the Court's consideration. Should the Court wish to see any other appendices, the Rivos Defendants will provide them in hard or soft copy, based on the Court's preference.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff Apple's Updated Trade Secret Disclosure for Discovery, dated September 14, 2022.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Daniel Roffman regarding Forensic Information (and accompanying Appendices E and G), dated September 14, 2022, which is incorporated by reference into Apple's Updated Trade Secret Disclosure for Discovery.

//
//
//
//

1    I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct.  Executed this 18th day of November, 2022 at San Francisco,
3 California.
4
5
6                                                    */s/ David Eiseman*
                                                     DAVID EISEMAN