```
1  STEPHEN WU (SBN 205091)
   ssw@svlg.com
2  MARC G. VAN NIEKERK (SBN 201329)
   mvn@svlg.com
3  SILICON VALLEY LAW GROUP
   1 North Market Street, Suite 200
4  San Jose, California 95113
   Telephone: 408.573.5700
5  Facsimile:  408.573.5701

6  Attorneys for Defendant
   BHASI KAITHAMANA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>　　　　　Defendants. | Case No.   5:22-cv-2637-EJD<br><br>**STIPULATION TO EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

1  Pursuant to Civil Local Rule 6-1(a), plaintiff Apple Inc. ("Apple") and defendant
2  Bhasi Kaithamana (collectively herein "the Parties") hereby stipulate through their
3  respective counsel of record as follows:
4  WHEREAS, on or about April 29, 2022, Apple filed the Complaint in this action;
5  WHEREAS, on or about May 7, 2022, Apple served its Complaint upon Mr.
6  Kaithamana;
7  WHEREAS, on May 16, 2022, the Parties agreed and stipulated to extend the
8  time for Mr. Kaithamana to respond to Apple's Complaint by June 30, 2022 [Document
9  No. 13];
10  WHEREAS, on June 28, 2022, the Parties agreed and stipulated to a second
11  extension of time for Mr. Kaithamana to respond to Apple's Complaint by July 26, 2022
12  [Document No. 62];
13  WHEREAS, on or about July 14, 2022, Apple filed its First Amended Complaint,
14  adding defendants Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai
15  Wang; [Document No. 79]
16  WHEREAS, on July 27, 2022, the Parties agreed and stipulated to extend the time
17  for Mr. Kaithamana to respond to Apple's First Amended Complaint by August 31, 2022
18  [Document No. 89];
19  WHEREAS, on or about August 30, 2022, Apple filed its Second Amended
20  Complaint, against defendants Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu
21  Rajamani, and Kai Wang; [Document No. 93];
22  WHEREAS, on September 27, 2022, the Parties agreed and stipulated to extend
23  the time for Mr. Kaithamana to respond to Apple's Second Amended Complaint by
24  October 28, 2022 [Document No. 99];
25  WHEREAS, on October 27, 2022, the Parties agreed and stipulated to extend the
26  time for Mr. Kaithamana to respond to Apple's Second Amended Complaint by
27  November 30, 2022 {Document No. 111];
28  IT IS HEREBY STIPULATED by and between Apple and Mr. Kaithamana that the

deadline for Mr. Kaithamana to answer or otherwise respond to the Second Amended Complaint is extended until December 30, 2022.

Dated: November 29, 2022         Respectfully submitted,

MORRISON & FOERSTER LLP

By:   /s/ Bryan Wilson
         Bryan Wilson

Attorney for Plaintiff
APPLE, INC.

Dated: November 29, 2022         SILICON VALLEY LAW GROUP

By:   /s/ Stephen S. Wu
         Stephen S. Wu

Attorney for Defendant
BHASI KAITHAMANA

**ATTESTATION OF CONCURRENCE**

I, Stephen S. Wu, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT. In compliance with Local Rule 5-1(h)(3), I hereby attest that Bryan Wilson has concurred in this filing.

Dated:   November 29, 2022         By:   /s/ Stephen S. Wu
                                                    Stephen S. Wu