UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, <br><br> Defendants. | Case No. 5:22-cv-2637-EJD <br><br> **ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFF APPLE'S MATERIALS SHOULD BE SEALED** |

Before the Court is Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang's (collectively "Defendants") Administrative Motion to Consider Whether Plaintiff Apple Inc.'s ("Apple") Materials Should Be Sealed ("Administrative Motion to Seal") (Dkt. 122).

Having found certain identified portions of Exhibits 1 and 2 to the Declaration of David Eiseman in Support of Response to Apple Inc.'s Administrative Motion for Leave to File Exhibits contain material that is sealable pursuant to Local Rule 79-5, Defendants' Administrative Motion to Seal is hereby **GRANTED** in part.  The yellow highlighted portions of Exhibit 1 as set forth by Defendants (Dkt. 122-2) shall be sealed, and the yellow highlighted portions of Exhibit 2 as set forth by Apple in Exhibit A to the December 7, 2022 Declaration of Kenneth A. Kuwayti shall be sealed.

**IT IS SO ORDERED**.

DATED: December 8, 2022

_____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge

[GRANTED stamp signed by Judge Nathanael M. Cousins]