UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENCE PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBITS** |

1  Plaintiff Apple Inc. ("Apple") requests that the Court grant Apple leave to file exhibits to
2  the parties' three joint discovery statements filed on November 15, 2022 (Dkt. 114, 115, 116).
3  Apple requests leave to file the exhibits identified in its Administrative Motion for Leave
4  to File Exhibits and attached as Exhibits 1-13 of the accompanying Wilson Declaration.
5  Upon consideration of Apple's motion, the Court hereby **GRANTS** Apple leave to file the
6  above exhibits.

10  **IT IS SO ORDERED.**

12  Dated:   December 23, 2022                  _____
13                                              HON. NAT
                                                United State
                                                
*GRANTED — Judge Nathanael M. Cousins*