1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     David Eiseman (Bar No. 114758)
2    davideiseman@quinnemanuel.com
     Victoria B. Parker (Bar No. 290862)
3    vickiparker@quinnemanuel.com
     Elle Xuemeng Wang (Bar No. 328839)
4    ellewang@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone:   (415) 875-6600
6  Facsimile:   (415) 875-6700

7  Attorneys for Defendants Rivos Inc., Wen Shih-
   Chieh a/k/a Ricky Wen, Jim Hardage, Weidong
8  Ye, Laurent Pinot, Prabhu Rajamani, and Kai
   Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:22-CV-2637-EJD |
| Plaintiff, | **NOTICE OF APPEARANCE OF ELLE XUEMENG WANG** |
| vs. | Trial Date:      None Set |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN; BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | |

Case No. 5:22-CV-2637-EJD
NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Elle Xuemeng Wang of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears on behalf of Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang. Copies of all future pleadings, papers, correspondence, and electronic filing notices should be served upon Quinn Emanuel Urquhart & Sullivan, LLP at the address indicated below:

Elle Xuemeng Wang
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700
Email:  ellewang@quinnemanuel.com

DATED:  January 9, 2023                     Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By   /s/ Elle Xuemeng Wang
ELLE XUEMENG WANG

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang