| | |
|---|---|
| BRYAN WILSON (CA SBN 138842)<br>BWilson@mofo.com<br>KENNETH A. KUWAYTI (CA SBN 145384)<br>KKuwayti@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br><br>ARTURO J. GONZALEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>DIEK O. VAN NORT (CA SBN 273823)<br>DVanNort@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 202.887.0763<br><br>MARY PRENDERGAST (CA SBN 272737)<br>MPrendergast@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, District of Columbia 20037<br>Telephone: 202.887.1500<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiff<br>APPLE INC. | STEPHEN WU (SBN 205091)<br>ssw@svlg.com<br>MARC G. VAN NIEKERK (SBN 201329)<br>mvn@svlg.com<br>SILICON VALLEY LAW GROUP<br>1 North Market Street, Suite 200<br>San Jose, California 95113<br>Telephone: 408.573.5700<br>Facsimile: 408.573.5701<br><br>Attorneys for Defendant<br>BHASI KAITHAMANA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENCE PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>        Defendants. | Case No. 5:22-cv-02637-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>*AS MODIFIED* |

WHEREAS, on April 29, 2022, Plaintiff Apple Inc. ("Apple") filed a Complaint for breach of contract and misappropriation of trade secrets against, among others, Defendant Bhasi Kaithamana ("Kaithamana");

WHEREAS, Apple and Kaithamana (collectively, the "Parties") stipulated to entry of an order enjoining Defendant "from accessing, using, or disclosing, for any purposes, Apple confidential information including but not limited to any Apple confidential information that may be stored on any devices, drives, computers, tablets, phones, electronic media, emails and email accounts, and cloud storage" (Dkt. No. 19 (the "May 17, 2022 Stipulated Order") at ¶ 2) and subsequently entered into a Settlement Agreement, which includes an acknowledgment that Kaithamana cooperated with a forensics investigation, has returned to Apple or deleted permanently Apple confidential information that Kaithamana had in his possession, and to the extent he finds Apple confidential information he retained in the future will notify Apple, and delete under Apple's supervision, any Apple confidential information that Kaithamana may have in his possession and the lawsuit will be dismissed with prejudice;

WHEREAS Kaithamana denies liability;

NOW, THEREFORE, it is hereby STIPULATED by and between Apple and Kaithamana (collectively, the "Parties") and hereby ORDERED by this Court that:

1. The claims against Kaithamana in the above-captioned case are hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);
2. Kaithamana shall not disclose, communicate, transfer, or use any Apple confidential information, consistent with the May 17, 2022 Stipulated Order (Dkt. No. 19) addressing the same; and
3. This Court shall retain exclusive and continuing jurisdiction over the Parties for purposes of enforcing and adjudicating any violations of this Order and the Stipulated Order (Dkt. No. 19).

| | |
|---|---|
| Dated: January 11, 2023 | Respectfully submitted, |
| | MORRISON & FOERSTER LLP |
| | By: /s/ Bryan Wilson |
| | Bryan Wilson |
| | Attorney for Plaintiff<br>APPLE, INC. |
| Dated: January 11, 2023 | SILICON VALLEY LAW GROUP |
| | By: /s/ Stephen S. Wu |
| | Stephen S. Wu |
| | Attorney for Defendant<br>BHASI KAITHAMANA |

**PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendant Bhasi Kaithamana is Dismissed from this action with prejudice.**

Dated: January 12, 2023

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

# ATTESTATION OF CONCURRENCE

I, Bryan Wilson, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE. In compliance with Local Rule 5-1(h)(3), I hereby attest that Stephen Wu has concurred in this filing.

Dated: January 11, 2023     By:  /s/ Bryan Wilson