| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
|   | BWilson@mofo.com |
| 2 | KENNETH A. KUWAYTI (CA SBN 145384) |
|   | KKuwayti@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
| 6 | ARTURO J. GONZALEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 7 | DIEK O. VAN NORT (CA SBN 273823) |
|   | DVanNort@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 9 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 10 | Facsimile: 202.887.0763 |
| 11 | MARY PRENDERGAST (CA SBN 272737) |
|   | MPrendergast@mofo.com |
| 12 | MORRISON & FOERSTER LLP |
|   | 2100 L Street, NW, Suite 900 |
| 13 | Washington, District of Columbia 20037 |
|   | Telephone: 202.887.1500 |
| 14 | Facsimile: 415.268.7522 |
| 15 | Attorneys for Plaintiff |
|   | APPLE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation, | | Case No.   5:22-cv-02637-EJD |
| | Plaintiff, | **NOTICE OF WITHDRAWAL OF DIEK O. VAN NORT AS COUNSEL OF RECORD FOR APPLE INC.** |
| | v. | |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | | Courtroom: 4 |
| | | Judge: Hon. Edward J. Davila |
| | | Date Action Filed: April 29, 2022 |
| | Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Diek O. Van Nort, formerly of Morrison & Foerster LLP, hereby withdraws as counsel of record for Plaintiff Apple Inc. Accordingly, it is hereby requested that Mr. Van Nort's name be removed from the case docket and from the court's e-notification system in this matter. All other counsel of record from Morrison & Foerster LLP will continue to represent Apple Inc. in this matter. As such, the withdrawal of Mr. Van Nort will cause no prejudice to any party.

Dated:  January 24, 2023

MORRISON & FOERSTER LLP

By: /s/ Diek O. Van Nort
    Diek O. Van Nort

Attorney for Plaintiff
APPLE INC.