BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR LEAVE TO FILE SUR-REPLY** |

Pursuant to Civil Local Rules 7-11 and 79-5, and this Court's Civil Standing Order, Plaintiff Apple Inc. requests that the Court permit Apple to file under seal portions of Exhibits A and B to the Declaration of Bryan Wilson in Support of Apple's Motion for Leave to File Sur-Reply.  The reasons for sealing are described herein and in the accompanying Declaration of Mary Prendergast in Support of Apple's Administrative Motion to File Under Seal.

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
|  | Exhibit A to Declaration of Bryan Wilson in Support of Apple's Motion for Leave to File Sur-Reply | Highlighted portions of pages 3-4. | The highlighted portions contain confidential file names that relate to technology Apple has asserted as trade secrets, and include confidential project code names that Apple uses internally to refer to that technology. *See* Prendergast Declaration. |
|  | Exhibit B to Declaration of Bryan Wilson in Support of Apple's Motion for Leave to File Sur-Reply | Yellow-highlighted portions of PDF pages 4-6, 23-24, 37-39. | The highlighted portions contain confidential file names and document excerpts that relate to proprietary technology Apple has asserted as trade secrets.  These file names and excerpts include confidential project code names that Apple uses internally to refer to that technology, as well as sensitive technical and organizational details about how Apple develops the technology. *See* Prendergast Declaration. |

3.    Good cause exists to warrant sealing the highlighted portions of Exhibits A and B to the Declaration of Bryan Wilson.  These portions reflect technical details of Apple's business, including confidential file names and document excerpts that relate to proprietary technology Apple has asserted as trade secrets.  The highlighted portions include information regarding the

internal operations, structure, and workflow of Apple's business, including internal project code names and details of the organization of Apple's highly confidential engineering projects. Such information warrants sealing. As explained in the Declaration of Mary Prendergast, if made public, this information would harm Apple's competitive standing by revealing detail regarding its proprietary projects. *See, e.g.*, *Bofi Fed. Bank v. Erhart*, No. 15-cv-02353-BAS, 2016 WL 4595536, at *2-3 (S.D. Cal. June 22, 2016) (granting motion to seal declaration containing file names which revealed confidential information regarding business operations and movant's technology infrastructure); *see also, e.g.*, *In re Google Inc. Gmail Litig .*, No. 13-MD-02430-LHK, 2013 WL 5366963 (N.D. Cal. Sept. 25, 2013) (granting motion to seal sensitive materials relating to how Google technology operates); *Transperfect Global, Inc. v. Motionpoint Corp.*, No. C 10-2590 CW, 2013 WL 209678 (N.D. Cal. Jan. 17, 2013) (granting motion to seal exhibits that contained proprietary information about the sealing party's internal business operations and technology).

    For the foregoing reasons, Apple respectfully requests that this Court order the highlighted portions of Exhibits A and B to the Declaration of Bryan Wilson be filed under seal.

Dated:  February 24, 2022    MORRISON & FOERSTER LLP

By:  /s/ Bryan Wilson
     Bryan Wilson

Attorneys for Plaintiff
APPLE INC.