BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 22-cv-02637-EJD |
| Plaintiff, | |
| v. | **DECLARATION OF MARY PRENDERGAST IN SUPPORT OF APPLE'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR LEAVE TO FILE SUR-REPLY** |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | |

I, Mary Prendergast, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto. I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Apple's Administrative Motion for Leave to File Sur-Reply.

2. Apple seeks to seal information that relates to its asserted trade secrets and other Apple confidential information, is narrowly tailored, and is not generally known by the public. In accordance with Civil Local Rule 79.5, below is an identification of the confidential information Apple seeks to seal on that basis:

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| | Exhibit A to Declaration of Bryan Wilson in Support of Apple's Motion for Leave to File Sur-Reply | Highlighted portions of pages 3-4. | The highlighted portions contain confidential file names that relate to proprietary technology Apple has asserted as trade secrets, and include confidential project code names that Apple uses internally to refer to that technology. |
| | Exhibit B to Declaration of Bryan Wilson in Support of Apple's Motion for Leave to File Sur-Reply | Yellow-highlighted portions of PDF pages 4-6, 23-24, 37-39. | The highlighted portions contain confidential file names and document excerpts that relate to proprietary technology Apple has asserted as trade secrets. These file names and excerpts include confidential project code names that Apple uses internally to refer to that technology, as well as sensitive technical and organizational details about how Apple develops the technology. |

3. I have reviewed Exhibits A and B to the Declaration of Bryan Wilson in Support of Apple's Administrative Motion for Leave to File Sur-Reply, and confirm that the highlighted portions of the documents contain confidential file names and document excerpts that relate to

proprietary technology Apple has asserted as trade secrets. These highlighted portions include information regarding the internal operations, structure, and workflow of Apple's business, including internal project code names and details of the organization of Apple's highly confidential engineering projects. Such information warrants sealing. If made public, this information would harm Apple's competitive standing by revealing detail regarding its proprietary projects. *See, e.g.*, *Bofi Fed. Bank v. Erhart*, No. 15-cv-02353-BAS, 2016 WL 4595536, at *2-3 (S.D. Cal. June 22, 2016) (granting motion to seal declaration containing file names which revealed confidential information regarding business operations and movant's technology infrastructure); *see also, e.g.*, *In re Google Inc. Gmail Litig.*, No. 13-MD-02430-LHK, 2013 WL 5366963 (N.D. Cal. Sept. 25, 2013) (granting motion to seal sensitive materials relating to how Google technology operates); *Transperfect Global, Inc. v. Motionpoint Corp.*, No. C 10-2590 CW, 2013 WL 209678 (N.D. Cal. Jan. 17, 2013) (granting motion to seal exhibits that contained proprietary information about the sealing party's internal business operations and technology).

      I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, District of Columbia on this 24th day of February, 2023.

*/s/ Mary Prendergast*
Mary Prendergast

**ATTESTATION OF E-FILED SIGNATURE**

I, Bryan Wilson, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mary Prendergast has concurred in this filing.

Dated: February 24, 2022

*/s/ Bryan Wilson*
Bryan Wilson