1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11  | APPLE INC., a California corporation, | Case No.   5:22-cv-02637-EJD |

12  |              Plaintiff,               |                              |

13  |                v.                     | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR LEAVE TO FILE SUR-REPLY** |

14  | RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |

17  |              Defendants.              | |

Having considered Apple's Administrative Motion to File Under Seal, and the Declaration of Mary Prendergast in Support of Apple's Administrative Motion to File Under Seal, as summarized below:

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| | Exhibit A to Declaration of Bryan Wilson in Support of Apple's Motion for Leave to File Sur-Reply | Highlighted portions of pages 3-4. | The highlighted portions contain confidential file names that relate to technology Apple has asserted as trade secrets, and include confidential project code names that Apple uses internally to refer to that technology. *See* Prendergast Declaration. |
| | Exhibit B to Declaration of Bryan Wilson in Support of Apple's Motion for Leave to File Sur-Reply | Yellow-highlighted portions of PDF pages 4-6, 23-24, 37-39. | The highlighted portions contain confidential file names and document excerpts that relate to proprietary technology Apple has asserted as trade secrets. These file names and excerpts include confidential project code names that Apple uses internally to refer to that technology, as well as sensitive technical and organizational details about how Apple develops the technology. *See* Prendergast Declaration. |

IT IS HEREBY ORDERED that Apple's Administrative Motion is GRANTED. The Clerk of the Court shall file under seal the identified documents.

Dated: _____

_____
Honorable Edward J. Davila
United States District Judge