# EXHIBIT 3

1                    UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4


5

     APPLE INC., a California      )
6    corporation,                  )
                                    )
7                    Plaintiff,     )
     vs.                            ) Case No. 5:22-cv-02637-EJD
8                                   )
     RIVOS INC., a Delaware         )
9    corporation; WEN SHIH-CHIEH    )
     a/k/a RICKY WEN; BHASI         )
10   KAITHAMANA; JIM HARDAGE;       )
     WEIDONG YE; LAURENT PINOT;     )
11   PRABHU RAJAMANI; and KAI       )
     WANG,                          )
12                                  )
                     Defendants.    )
13   _____)

14


15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16                 VIDEOTAPED DEPOSITION OF

17                      SHIH-CHIEH WEN

18               FRIDAY, MARCH 17, 2023

19               Redwood Shore, California

20                     9:37 a.m. PST

21                          to

22                     7:14 p.m. PST

23   Stenographically Reported by:
     Burgundy B. Ryan, RPR,
24   CSR No. 11373
     Job No. 484751
25   Pages 1-296

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                                      6

| | | |
|---|---|---|
| 1 | 555 Twin Dolphin Drive, Redwood Shores, California. | 09:37:52 |
| 2 | Would Counsel please voice-identify | 09:37:54 |
| 3 | themselves and state whom they represent? | 09:37:56 |
| 4 | MR. KUWAYTI:  Ken Kuwayti for the | 09:38:00 |
| 5 | Plaintiff, Apple Incorporated. | 09:38:02 |
| 6 | MR. EISEMAN:  David Eiseman and Melissa | 09:38:04 |
| 7 | Neri, and Elle Wang participating by real-time, on | 09:38:06 |
| 8 | behalf of the Defendants, Rivos and various | 09:38:13 |
| 9 | individual defendants, including Mr. Wen.  And we | 09:38:14 |
| 10 | are from Quinn Emanuel. | 09:38:17 |
| 11 | Also here is Brian Wallenfelt, who is | 09:38:19 |
| 12 | in-house counsel for Rivos. | 09:38:20 |
| 13 | MR. KUWAYTI:  And I should say that for at | 09:38:23 |
| 14 | least part of the deposition, including now, Dan | 09:38:25 |
| 15 | Roffman, who's a forensic expert from Charles Rivers | 09:38:27 |
| 16 | Associates, is on the real-time transcript. | 09:38:30 |
| 17 | THE VIDEOGRAPHER:  The court reporter today | 09:38:35 |
| 18 | is Brooke Ryan, representing Planet Depos. | 09:38:36 |
| 19 | Would the reporter please swear in the | 09:38:39 |
| 20 | witness? | 09:38:41 |
| 21 | (Whereupon, the witness was sworn.) | 09:38:51 |
| 22 | COURT REPORTER:  Thank you very much. | 09:38:51 |
| 23 | Counsel, you may proceed. | 09:38:51 |
| 24 | EXAMINATION BY KENNETH KUWAYTI | 09:38:52 |
| 25 | Q.  Good morning, Mr. Wen. | 09:38:52 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                         7

| | | |
|---|---|---|
| 1 | A.   Yes. | 09:38:55 |
| 2 | Q.   You understand that you're testifying here | 09:38:57 |
| 3 | today under oath? | 09:38:58 |
| 4 | A.   Yes, I do. | 09:39:00 |
| 5 | Q.   And do you understand that your testimony | 09:39:00 |
| 6 | may be used in court in this case? | 09:39:02 |
| 7 | A.   Yes, I do. | 09:39:06 |
| 8 | Q.   Let's mark our first exhibit. | 09:39:10 |
| 9 | (Court Reporter clarification.) | 09:39:26 |
| 10 | MR. KUWAYTI:  Exhibit 1, yeah.  I think I | 09:39:26 |
| 11 | may only have three copies today.  Some of these | 09:39:28 |
| 12 | documents were very large. | 09:39:30 |
| 13 | (Whereupon, Wen Exhibit 01 was marked for | 09:39:39 |
| 14 | identification.) | 09:39:39 |
| 15 | COURT REPORTER:  I've handed the witness | 09:39:40 |
| 16 | Exhibit 1. | 09:39:42 |
| 17 | By MR. KUWAYTI: | 09:39:43 |
| 18 | Q.   In Exhibit 1, please go ahead and | 09:39:43 |
| 19 | familiarize yourself with the document.  You can | 09:39:45 |
| 20 | read it. | 09:39:47 |
| 21 | And, for the record, Exhibit 1 is the | 09:39:48 |
| 22 | declaration of Wen Shih-Chieh, also known as Ricky | 09:39:50 |
| 23 | Wen, in support of Defendants Rivos, Incorporated, | 09:39:55 |
| 24 | and Wen Shih-Chieh's Opposition to Apple's Ex Parte | 09:40:00 |
| 25 | Motion for Temporary Restraining Order, Expedited | 09:40:04 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                              8

| | | |
|---|---|---|
| 1 | Discovery, and Order to Show Cause.  This is dated | 09:40:06 |
| 2 | June 3rd, 2022. | 09:40:12 |
| 3 | I want to direct your attention to the last | 09:42:23 |
| 4 | page of the document, page three.  Is that your | 09:42:24 |
| 5 | signature on page three? | 09:42:27 |
| 6 | A.   It is. | 09:42:32 |
| 7 | Q.   And immediately on top of your signature it | 09:42:32 |
| 8 | says, "I declare, under penalty of perjury under the | 09:42:35 |
| 9 | laws of the State of California, that the foregoing | 09:42:37 |
| 10 | is true and correct." | 09:42:40 |
| 11 | Did you understand when you were signing | 09:42:42 |
| 12 | this declaration that you were signing under penalty | 09:42:43 |
| 13 | of perjury? | 09:42:46 |
| 14 | A.   Yes, I do. | 09:42:49 |
| 15 | Q.   You understood that it was important to be | 09:42:49 |
| 16 | as truthful and accurate as possible; correct? | 09:42:51 |
| 17 | A.   Yes. | 09:42:56 |
| 18 | Q.   I want to direct your attention to page | 09:42:58 |
| 19 | five of your declaration. | 09:43:00 |
| 20 | A.   Page five? | 09:43:07 |
| 21 | Q.   I'm sorry.  Paragraph 5 on page one of your | 09:43:08 |
| 22 | declaration.  In paragraph five it says, "On August | 09:43:12 |
| 23 | 2nd, 2021, I gave Apple notice that I was leaving | 09:43:15 |
| 24 | the company.  Before leaving Apple, I transferred | 09:43:18 |
| 25 | files from my Apple-issued devices onto three | 09:43:22 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                                    9

| 1 | external hard drives that I purchased to backup | 09:43:26 |
|---|---|---|
| 2 | personal files.  I did not intend to transfer any | 09:43:29 |
| 3 | Apple data to my external hard drives.  I only | 09:43:32 |
| 4 | wanted to backup personal files and photos before | 09:43:36 |
| 5 | returning any Apple-issued devices to Apple." | 09:43:38 |
| 6 | "Before resigning, I transferred an entire | 09:43:45 |
| 7 | folder from my Apple-issued laptop onto one of the | 09:43:48 |
| 8 | external hard drives.  At the time, I thought the | 09:43:51 |
| 9 | folder I transferred only contained personal | 09:43:53 |
| 10 | documents, photos, and videos." | 09:43:56 |
| 11 | Do you see that, sir? | 09:43:58 |
| 12 | A.   Yes. | 09:43:59 |
| 13 | Q.   And that statement, that paragraph was not, | 09:44:01 |
| 14 | in fact, true, was it? | 09:44:04 |
| 15 | MR. EISEMAN:  Objection as to form. | 09:44:06 |
| 16 | THE WITNESS:  I don't -- I don't understand | 09:44:13 |
| 17 | the question. | 09:44:18 |
| 18 | By MR. KUWAYTI: | 09:44:19 |
| 19 | Q.   Is everything in that paragraph true, | 09:44:19 |
| 20 | Mr. Wen? | 09:44:22 |
| 21 | MR. EISEMAN:  Objection as to form. | 09:44:22 |
| 22 | THE WITNESS:  Yes. | 09:44:30 |
| 23 | By MR. KUWAYTI: | 09:44:30 |
| 24 | Q.   So sitting here today, you wouldn't make | 09:44:31 |
| 25 | any corrections to this paragraph under oath? | 09:44:33 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                          10

| | | |
|---|---|---|
| 1 | A.   No. | 09:44:39 |
| 2 | Q.   Okay.  Well, let's ask about some of the | 09:44:40 |
| 3 | individual sentences here.  So you say that you, | 09:44:43 |
| 4 | before resigning, you transferred an entire folder | 09:44:51 |
| 5 | from your Apple-issued laptop onto one of the | 09:44:54 |
| 6 | external hard drives. | 09:44:57 |
| 7 | What is the folder that you transferred? | 09:45:00 |
| 8 | A.   The desktop screen. | 09:45:01 |
| 9 | Q.   The desktop screen? | 09:45:02 |
| 10 | A.   Uh-huh. | 09:45:04 |
| 11 | Q.   And you also transferred your download | 09:45:04 |
| 12 | folder? | 09:45:08 |
| 13 | A.   Yes. | 09:45:09 |
| 14 | Q.   So that's at least two folders; right? | 09:45:11 |
| 15 | MR. EISEMAN:  Objection as to form. | 09:45:14 |
| 16 | THE WITNESS:  Right. | 09:45:18 |
| 17 | By MR. KUWAYTI: | 09:45:18 |
| 18 | Q.   And you also transferred your documents | 09:45:18 |
| 19 | folder? | 09:45:20 |
| 20 | A.   Correct. | 09:45:25 |
| 21 | Q.   So when you say you transferred an entire | 09:45:26 |
| 22 | folder, that is not the complete picture, is it, | 09:45:29 |
| 23 | sir? | 09:45:32 |
| 24 | MR. EISEMAN:  Objection as to form. | 09:45:33 |
| 25 | THE WITNESS:  Correct. | 09:45:37 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                                    11

| | | |
|---|---|---|
| 1 | By MR. KUWAYTI: | 09:45:37 |
| 2 |    Q.   And you also had a photos folder on your | 09:45:37 |
| 3 | laptop; right? | 09:45:40 |
| 4 |    A.   I don't recall. | 09:45:42 |
| 5 |    Q.   You don't recall? | 09:45:43 |
| 6 |       Where did you store your photos and | 09:45:45 |
| 7 | videos? | 09:45:46 |
| 8 |    A.   A lot of them is on my desktop screen. | 09:45:49 |
| 9 |    Q.   Okay.  And do you recall that you also had | 09:45:51 |
| 10 | a folder -- even if you can't remember the name -- | 09:45:55 |
| 11 | where you stored a lot of your photos and videos -- | 09:45:57 |
| 12 |       MR. EISEMAN:  Objection as to form. | 09:46:01 |
| 13 | By MR. KUWAYTI: | 09:46:02 |
| 14 |    Q.   -- that was separate? | 09:46:02 |
| 15 |    A.   I don't recall. | 09:46:03 |
| 16 |    Q.   Okay.  So you recall having your photos and | 09:46:04 |
| 17 | videos on the desktop folder.  Did you have them | 09:46:07 |
| 18 | anywhere else? | 09:46:11 |
| 19 |    A.   I don't recall. | 09:46:16 |
| 20 |    Q.   What types of personal documents did you | 09:46:22 |
| 21 | believe your desktop folder contained? | 09:46:25 |
| 22 |    A.   It's a desktop screen.  And there's many | 09:46:30 |
| 23 | Zoom meeting, we called -- we called it by my wife | 09:46:38 |
| 24 | for her nonvolunteer -- sorry -- nonprofit | 09:46:41 |
| 25 | organization event.  It also has picture, screenshot | 09:46:44 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                     13

| | | |
|---|---|---|
| 1 | A.   No. | 09:47:58 |
| 2 | Q.   You also had video of meetings that took | 09:48:02 |
| 3 | place at Apple on your device; isn't that true? | 09:48:08 |
| 4 | A.   Correct. | 09:48:14 |
| 5 | Q.   And you transferred those to your hard | 09:48:15 |
| 6 | drive when you transferred these materials; | 09:48:19 |
| 7 | correct? | 09:48:22 |
| 8 | A.   I didn't know. | 09:48:24 |
| 9 | Q.   Well, did you make any effort to separate | 09:48:28 |
| 10 | out the videos that you had that were concerned | 09:48:30 |
| 11 | Apple meetings? | 09:48:32 |
| 12 | A.   I didn't. | 09:48:33 |
| 13 | Q.   And you had videos of Apple meetings that | 09:48:38 |
| 14 | were confidential; correct? | 09:48:41 |
| 15 | MR. EISEMAN:  Objection as to form. | 09:48:42 |
| 16 | THE WITNESS:  Sorry.  Could you repeat the | 09:48:45 |
| 17 | question? | 09:48:46 |
| 18 | By MR. KUWAYTI: | 09:48:47 |
| 19 | Q.   Yes.  You had videos of Apple meetings | 09:48:47 |
| 20 | where confidential information was discussed on your | 09:48:49 |
| 21 | laptop -- on your iMac? | 09:48:52 |
| 22 | MR. EISEMAN:  Objection as to form. | 09:48:56 |
| 23 | THE WITNESS:  Yes. | 09:48:58 |
| 24 | By MR. KUWAYTI: | 09:48:58 |
| 25 | Q.   And when you transferred your desktop | 09:48:58 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                              58

| | | |
|---|---|---|
| 1 | up. | 11:05:43 |
| 2 | By MR. KUWAYTI: | 11:05:46 |
| 3 | Q. Are there other parts of this document to | 11:05:46 |
| 4 | which you contributed? | 11:05:48 |
| 5 | A. 4.6. | 11:05:53 |
| 6 | Q. The power-gating sequence? | 11:06:02 |
| 7 | A. Correct. | 11:06:04 |
| 8 | Q. Did you contribute to a lot of Section | 11:06:05 |
| 9 | 4.6? | 11:06:08 |
| 10 | MR. EISEMAN: Objection as to form. | 11:06:10 |
| 11 | By MR. KUWAYTI: | 11:06:19 |
| 12 | Q. Let me ask a better question. | 11:06:19 |
| 13 | Did you contribute to multiple sections of | 11:06:21 |
| 14 | 4.6? | 11:06:23 |
| 15 | A. Yes. | 11:06:24 |
| 16 | ███████████████████████ | 11:06:24 |
| 17 | ████████████████ | 11:06:26 |
| 18 | █████████████████████ | 11:06:28 |
| 19 | █████████████████████ | 11:06:31 |
| 20 | ██████ | 11:06:34 |
| 21 | ██████████████████████ | 11:06:34 |
| 22 | ████████████████ | 11:06:38 |
| 23 | █████ | 11:06:39 |
| 24 | ███████████████████████ | 11:06:41 |
| 25 | ███████████████████████ | 11:06:47 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                              59

| | | |
|---|---|---|
| 1 | ███████████████████ | 11:06:50 |
| 2 | ████████████████████████████ | 11:06:53 |
| 3 | ████████████████████ | 11:06:56 |
| 4 | ███████████ | 11:06:59 |
| 5 | ██████████████████████████████ | 11:06:59 |
| 6 | █████████████████ | 11:07:03 |
| 7 | ████████████████████████ | 11:07:04 |
| 8 | ████████████████████████ | 11:07:09 |
| 9 | ████████████ | 11:07:11 |

10   By MR. KUWAYTI:                                   11:07:15

11       Q.   And can you describe what you mean by    11:07:15

12   "superoptimized?"                                 11:07:17

13       A.   It took every possible chance to sleep the  11:07:23

14   CPU.                                              11:07:29

15       Q.   And power management is something that has  11:07:46

16   to be done on any type of SoC; correct?           11:07:48

17           MR. EISEMAN:  Objection as to form.       11:07:51

18           THE WITNESS:  I don't know.               11:07:55

19   By MR. KUWAYTI:                                   11:07:57

20       Q.   Is power management dependent on the ISA?  11:07:57

21           MR. EISEMAN:  Objection as to form.       11:08:01

22           THE WITNESS:  To my best knowledge, it does  11:08:04

23   not.                                              11:08:05

24   By MR. KUWAYTI:                                   11:08:12

25       Q.   Would you --                             11:08:12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Shih-Chieh Wen

Conducted on March 17, 2023                               60

| | | |
|---|---|---|
| 1 | A.   Sorry.  If I can change my answer. | 11:08:14 |
| 2 | To my best knowledge, it has minimum | 11:08:17 |
| 3 | dependency on the ISA. | 11:08:21 |
| 4 | Q.   Can you describe why it has minimum | 11:08:26 |
| 5 | dependency on the ISA? | 11:08:29 |
| 6 | A.   I only work on -- to my best knowledge, | 11:08:34 |
| 7 | there are only two instructions related to power | 11:08:39 |
| 8 | management out of a lot of instructions in the | 11:08:42 |
| 9 | entire ISA space. | 11:08:45 |
| 10 | Q.   What are those two instructions? | 11:08:57 |
| 11 | A.   The ISA is code for the WFI and WFE. | 11:09:02 |
| 12 | Q.   What do those stand for? | 11:09:14 |
| 13 | A.   WFI stands for wait for interrupt.  WFE | 11:09:17 |
| 14 | stands for wait for event. | 11:09:23 |
| 15 | Q.   Would you agree with me that the ▮▮▮▮▮ | 11:09:41 |
| 16 | user specification provides a very detailed overview | 11:09:46 |
| 17 | of the design for the ▮▮▮▮▮ | 11:09:53 |
| 18 | MR. EISEMAN:  Objection as to form. | 11:09:56 |
| 19 | THE WITNESS:  Sorry. | 11:09:59 |
| 20 | By MR. KUWAYTI: | 11:10:00 |
| 21 | Q.   Would you agree with me that the ▮▮▮▮▮ | 11:10:00 |
| 22 | user specification provides a very detailed overview | 11:10:04 |
| 23 | of the design for the ▮▮▮▮▮? | 11:10:08 |
| 24 | MR. EISEMAN:  Objection as to form. | 11:10:12 |
| 25 | THE WITNESS:  Yes. | 11:10:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                           78

| | | |
|---|---|---|
| 1 | MR. EISEMAN:  Objection as to form. | 11:33:57 |
| 2 | THE WITNESS:  I don't want to guess. | 11:33:58 |
| 3 | By MR. KUWAYTI: | 11:34:01 |
| 4 | Q.  Were you ever told why? | 11:34:01 |
| 5 | A.  I don't recall. | 11:34:05 |
| 6 | Q.  Let's mark as our next exhibit Exhibit 4. | 11:34:27 |
| 7 | (Whereupon, Wen Exhibit 04 was marked for | 11:34:42 |
| 8 | identification.) | 11:34:42 |
| 9 | COURT REPORTER:  I've handed the witness | 11:34:42 |
| 10 | Exhibit 4. | 11:34:44 |
| 11 | By MR. KUWAYTI: | 11:35:09 |
| 12 | Q.  For the record, Exhibit 4 is Defendant | 11:35:09 |
| 13 | Rivos's Second Supplemental Objections and Responses | 11:35:12 |
| 14 | to Apple's First Set of Interrogatories. | 11:35:16 |
| 15 | This is an interrogatory response prepared | 11:35:26 |
| 16 | by Rivos. ███████████████████ | 11:35:27 |
| 17 | ███████████████████████████ | 11:35:32 |
| 18 | ██████████ | 11:35:39 |
| 19 | ██████████████████████ | 11:35:55 |
| 20 | ███████████████████████████ | 11:35:56 |
| 21 | ███████████████████████ | 11:35:59 |
| 22 | ████████████ | 11:36:02 |
| 23 | █ ██████████████████████ | 11:36:02 |
| 24 | ███████████████████████████ | 11:36:04 |
| 25 | ██████ | 11:36:10 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                                    79

| | | |
|---|---|---|
| 1 | | 11:38:18 |
| 2 | | 11:38:23 |
| 3 | | 11:38:24 |
| 4 | | 11:38:25 |
| 5 | | 11:38:33 |
| 6 | | 11:38:35 |
| 7 | | 11:38:35 |
| 8 | | 11:38:41 |
| 9 | | 11:38:45 |
| 10 | | 11:38:49 |
| 11 | | 11:38:56 |
| 12 | | 11:38:59 |
| 13 | | 11:39:05 |
| 14 | | 11:39:09 |
| 15 | | 11:39:12 |
| 16 | | 11:39:19 |
| 17 | | 11:39:20 |
| 18 | | 11:39:22 |
| 19 | | 11:39:26 |
| 20 | | 11:39:29 |
| 21 | | 11:39:34 |
| 22 | | 11:39:36 |
| 23 | | 11:39:38 |
| 24 | | 11:39:41 |
| 25 | | 11:39:45 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                        80

| | | |
|---|---|---|
| 1 | ████ ████████████████ | 11:39:53 |
| 2 | █████████████████████████ | 11:39:57 |
| 3 | ██████ | 11:40:00 |
| 4 | ███ █████████ | 11:40:01 |
| 5 | ███ █████████████████ | 11:40:01 |
| 6 | ████████████████████████████ | 11:40:04 |
| 7 | ███████ | 11:40:07 |
| 8 | ███ ███ | 11:40:07 |
| 9 | ███ ████████████ | 11:40:08 |
| 10 | ███ █████████████████████ | 11:40:14 |
| 11 | ████████ | 11:40:18 |
| 12 | ███ ████████████████████ | 11:40:19 |
| 13 | ████████████████████ | 11:40:21 |
| 14 | ███ ██████ | 11:40:25 |
| 15 | ███ █████████████████████████ | 11:40:33 |
| 16 | ███████████████████████████ | 11:40:36 |
| 17 | ██████ | 11:40:38 |
| 18 | ███ ██████████ | 11:40:41 |
| 19 | ███ ████████████████ | 11:40:44 |
| 20 | █████ | 11:40:46 |
| 21 | ███ ████████████ | 11:40:46 |
| 22 | ███ ████████████████████ | 11:40:52 |
| 23 | ████████████████████ | 11:41:01 |
| 24 | ██████ | 11:41:07 |
| 25 | ███ ████ | 11:41:07 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023

81

| # | | Time |
|---|---|---|
| 1 | ██ ████████████████ | 11:41:08 |
| 2 | ████████████████████ | 11:41:10 |
| 3 | ████ | 11:41:16 |
| 4 | ██ ██ | 11:41:19 |
| 5 | ██ ████████████ | 11:41:19 |
| 6 | ██ ███████ | 11:41:22 |
| 7 | ██ ████████████ | 11:41:25 |
| 8 | ████████ | 11:41:28 |
| 9 | ██ ███████ | 11:41:29 |
| 10 | ██ ██████████████ | 11:41:30 |
| 11 | ███████ | 11:41:35 |
| 12 | ██ ██ | 11:41:37 |
| 13 | ██ █████████████ | 11:41:43 |
| 14 | ████████████████ | 11:41:45 |
| 15 | ██████████████ | 11:41:49 |
| 16 | ████████████████ | 11:41:52 |
| 17 | ████████████████ | 11:41:54 |
| 18 | ██████████████ | 11:41:59 |
| 19 | ██ ██ | 11:42:03 |
| 20 | ██ ██████ | 11:42:05 |
| 21 | ██ ███████ | 11:42:13 |
| 22 | ██ ███████ | 11:42:15 |
| 23 | ██ █████ | 11:42:17 |
| 24 | ██ █████████████ | 11:42:19 |
| 25 | ███████████ | 11:42:21 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                          82

| | |
|---|---|
| 1 | 11:42:27 |
| 2 | 11:42:28 |
| 3 | 11:42:36 |
| 4 | 11:42:41 |
| 5 | 11:42:42 |
| 6 | 11:42:44 |
| 7 | 11:42:44 |
| 8 | 11:42:45 |
| 9 | 11:42:46 |
| 10 | 11:42:48 |
| 11 | 11:42:52 |
| 12 | 11:42:55 |
| 13 | 11:42:58 |
| 14 | 11:43:04 |
| 15 | 11:43:07 |
| 16 | 11:43:14 |
| 17 | 11:43:19 |
| 18 | 11:43:23 |
| 19 | 11:43:26 |

20     Q.   Was it shortly after you started work at    11:43:29

21 Rivos?                                                11:43:33

22     A.   Yes.                                         11:43:33

| | |
|---|---|
| 23 | 11:43:40 |
| 24 | 11:43:46 |
| 25 | 11:43:55 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                                      83

| | | |
|---|---|---|
| 1 | ████████████████████████ | 11:43:57 |
| 2 | ████████████ | 11:43:58 |
| 3 | █ ████████████████████████ | 11:43:58 |
| 4 | ████████ | 11:44:02 |
| 5 | █  ████ | 11:44:03 |

6      Q.   And when did you transfer the TAR files          11:44:06

7    from your Google Drive to your home directory on the     11:44:10

8    Rivos NFS?                                               11:44:15

9      A.   I don't recall.                                   11:44:21

10      Q.   Was it also shortly after you started            11:44:22

11    working at Rivos?                                       11:44:25

12      A.   Yes.                                             11:44:26

13      Q.   Why did you transfer the TAR files to your       11:44:28

14    email and your work laptop -- your Rivos email and      11:44:36

15    your Rivos laptop and your Rivos home directory, why    11:44:40

16    did you transfer it to all three places?                11:44:47

17      A.   I don't know.  Some of them is redundant.        11:44:53

18    I don't know.                                           11:44:55

19      Q.   You -- sitting here today, you just can't        11:45:01

20    think of why you sent it to three different             11:45:05

21    places?                                                 11:45:08

22      A.   No, I can't remember.                            11:45:09

23      Q.   Did you do it at the same time?                  11:45:13

24      A.   I don't remember.                                11:45:17

25    █  ████████████████████                                 11:45:29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                              84

| | |
|---|---|
| 1 | 11:45:32 |
| 2 | 11:45:36 |
| 3 | 11:45:40 |
| 4 | 11:45:44 |
| 5 | 11:45:50 |
| 6 | 11:45:54 |
| 7 | 11:46:01 |
| 8 | 11:46:05 |
| 9 | 11:46:11 |
| 10 | 11:46:14 |

11    Q.   Let's take that one step at a time.  I          11:46:23

12  think you said you hated yourself months after the      11:46:27

13  lawsuit was filed --                                    11:46:30

14         MR. EISEMAN:  Objection as to form.              11:46:31

15  By MR. KUWAYTI:                                         11:46:32

16    Q.   -- is that what you said?                        11:46:32

17    A.   Yes.                                             11:46:36

18                                                          11:46:37

19                                                          11:46:44

20                                                          11:46:52

21    Q.   And you knew you had files that you              11:46:56

22  shouldn't have taken; right?                            11:46:57

23    A.   After I learned the lawsuit.                     11:47:02

24    Q.   You knew you had files that you shouldn't        11:47:06

25  have taken?                                             11:47:08

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                           87

1   preserved under the Unix environment and I hated                11:49:54
2   myself, I don't want to see it on my laptop.                    11:49:59
3       Q.   So you thought it would be preserved in the            11:50:14
4   Unix environment?                                               11:50:16
5       A.   Yes.                                                   11:50:17
6   ██ ███████████████████████████████████████                     11:50:33
7   ████████████████████████████████████████████                   11:50:36
8   ████████████████████████████████████████████                   11:50:39
9         ███████████████████████████████                          11:50:43
10        █████████████████████                                    11:50:55
11  By MR. KUWAYTI:                                                 11:51:07
12      Q.   How did the TAR files get onto your four               11:51:07
13  gigabyte thumb drive?                                           11:51:12
14      A.   From my iMac at home.                                  11:51:17
15      Q.   So the two TAR files were also on your iMac            11:51:22
16  at home?                                                        11:51:26
17      A.   Yes.                                                   11:51:29
18      Q.   Are they still there today?                            11:51:30
19      A.   I think so, but I don't have my iMac.                  11:51:34
20      Q.   Okay.  So -- so far, from what I                       11:51:45
21  understand, the two TAR files in their entirety were            11:51:48
22  on your personal Google Drive associated with your             11:51:52
23  personal email account; correct?                               11:51:56
24      A.   Correct.                                              11:51:58
25      Q.   They were on -- they were on your Rivos                11:51:59

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                                    89

| | | |
|---|---|---|
| 1 | THE WITNESS:  The trash bin is cleared, I | 11:53:12 |
| 2 | don't want to see it anymore. | 11:53:13 |
| 3 | By MR. KUWAYTI: | 11:53:18 |
| 4 | Q.   So you copied over a new -- a new copy of | 11:53:18 |
| 5 | the TAR files onto your Rivos laptop? | 11:53:24 |
| 6 | A.   Correct. | 11:53:27 |
| 7 | Q.   When did you do that? | 11:53:28 |
| 8 | A.   The same day after I got home. | 11:53:30 |
| 9 | Q.   The same day that you deleted the original | 11:53:35 |
| 10 | file? | 11:53:38 |
| 11 | A.   Correct. | 11:53:38 |
| 12 | | 11:53:44 |
| 13 | | 11:53:46 |
| 14 | | 11:53:48 |
| 15 | | 11:53:49 |
| 16 | | 11:53:50 |
| 17 | | 11:53:54 |
| 18 | | 11:53:54 |
| 19 | | 11:53:59 |
| 20 | | 11:53:59 |
| 21 | | 11:54:00 |
| 22 | | 11:54:03 |
| 23 | | 11:54:04 |
| 24 | | 11:54:04 |
| 25 | | 11:54:08 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                                    90

| | | |
|---|---|---|
| 1 | ███████████████ | 11:54:12 |
| 2 | ██████████████████████ | 11:54:13 |
| 3 | ██ | 11:54:15 |
| 4 | ██████████████████████ | 11:54:15 |
| 5 | █████████████████ | 11:54:16 |
| 6 | ██████ | 11:54:20 |
| 7 | █ ████████ | 11:54:20 |
| 8 | █ ████████ | 11:54:24 |
| 9 | ████████████████████ | 11:54:25 |
| 10 | █████████████ | 11:54:27 |
| 11 | █████████ | 11:54:28 |
| 12 | ██████ | 11:54:44 |
| 13 | █ ████████████ | 11:54:44 |
| 14 | █ ██ | 11:54:50 |
| 15 | █ ███████████ | 11:55:08 |
| 16 | ██████████████ | 11:55:10 |
| 17 | █ ███ | 11:55:15 |

18    Q.   Okay.  The purpose of all of these          11:55:17

19  transfers to your Rivos email, your Rivos laptop,   11:55:20

20  your Rivos home directory was so that you could use 11:55:25

21  files that were in those TAR files; right?          11:55:29

22    A.   I can use the configuration file to set up   11:55:32

23  my virtual machine.                                 11:55:35

24    Q.   Right.  And you wanted to use those files    11:55:37

25  in the TAR files for your work at Rivos?            11:55:39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                    119

| | | |
|---|---|---|
| 1 | begins at Bates stamp Rivos_0110194 and continues | 12:53:07 |
| 2 | through to Rivos_110334.  That appears to be a  that | 12:53:14 |
| 3 | has some metadata attached at the back. | 12:53:27 |
| 4 | Is this a Verilog file, sir? | 12:53:33 |
| 5 | A.   Yes, it is. | 12:53:36 |
| 6 | ██████████████████████ | 12:53:37 |
| 7 | ████████████████████████████████████ | 12:53:39 |
| 8 | ██████████████████████████████████ | 12:53:43 |
| 9 | ██████████████████████████ | 12:53:46 |
| 10 | ████████████████████████████ | 12:53:48 |
| 11 | ██████████████████████████ | 12:53:55 |
| 12 | ████████████████████████████████ | 12:53:57 |
| 13 | ██████████████████████████████████ | 12:54:03 |
| 14 | █████████████████ | 12:54:06 |
| 15 | ██████████████████████████ | 12:54:08 |
| 16 | ████████████████ | 12:54:13 |
| 17 | By MR. KUWAYTI: | 12:54:14 |
| 18 | Q.   It's taking the design and telling you how | 12:54:14 |
| 19 | to lay out the design in the hardware; correct? | 12:54:16 |
| 20 | A.   Yes. | 12:54:21 |
| 21 | Q.   And so if there are trade secrets in the | 12:54:21 |
| 22 | design, a Verilog document is going to show you what | 12:54:25 |
| 23 | those trade secrets are; correct? | 12:54:29 |
| 24 | MR. EISEMAN:  Objection -- objection as to | 12:54:31 |
| 25 | form. | 12:54:33 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                    180

1    documents?                                          15:40:02

2          MR. EISEMAN:  Objection as to form.           15:40:03

3          THE WITNESS:  Yes.                            15:40:15

4    By MR. KUWAYTI:                                     15:40:22

5    ███████████████████████████████                    15:40:22

6    ██████████████████████████████                     15:40:26

7    ████████████████████████████████                   15:40:29

8    ███                                                 15:40:33

9    ████████████████████                               15:40:33

10   ██████████████████████                             15:40:34

11   ████                                               15:40:35

12   ██████                                             15:40:35

13   ████████████████████████████                       15:40:35

14   █████████████████████████████████                  15:40:38

15   ██████                                             15:40:41

16   ████████████████████████                           15:40:42

17   ████████████████████████████                       15:40:45

18   ██████                                             15:40:47

19   ██████                                             15:40:49

20   ████████████████████                               15:40:49

21   ████████                                           15:40:51

22   ███████████████                                    15:40:54

23   █████████████████████████████████                  15:40:56

24   █████████████████                                  15:40:58

25   ████                                               15:41:07

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                                    257

| | | |
|---|---|---|
| 1 | MR. EISEMAN:  Objection as to form. | 17:57:35 |
| 2 | THE WITNESS:  I wouldn't put it that way. | 17:57:41 |
| 3 | No, I don't think so. | 17:57:43 |
| 4 | By MR. KUWAYTI: | 17:57:44 |
| 5 | ████████████████████████████████████ | 17:57:44 |
| 6 | █████████████ | 17:57:48 |
| 7 | ████████████████████████████████ | 17:57:49 |
| 8 | ██████████████████████ | 17:57:51 |
| 9 | ████████ | 17:57:53 |
| 10 | ████████████████ | 17:57:53 |
| 11 | ████████████████ | 17:57:56 |
| 12 | ████████████████████████████ | 17:58:03 |
| 13 | ████████████████████████████████████ | 17:58:08 |
| 14 | ██████████████████ | 17:58:13 |
| 15 | Q.  And then if you will turn to the following | 17:58:30 |
| 16 | page, you have "Employee Comments from | 17:58:33 |
| 17 | Self-Assessment."  And you -- that -- you wrote that | 17:58:35 |
| 18 | portion of this, right, that begins with, "I'm | 17:58:41 |
| 19 | grateful to have the chance"? | 17:58:44 |
| 20 | A.  Correct. | 17:58:46 |
| 21 | Q.  And when you described your major | 17:58:46 |
| 22 | contributions, did you try to describe those | 17:58:49 |
| 23 | accurately? | 17:58:52 |
| 24 | A.  Not really. | 17:58:58 |
| 25 | Q.  Not really?  You weren't trying to be | 17:59:00 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                                    265

1      A.   I later learned that there's some metadata.        18:29:17

2  I don't want to mess it up.                                 18:29:21

3      Q.   When did you learn that?                           18:29:24

4      A.   After someone, I don't know who, examined         18:29:29

5  my hard drive.                                              18:29:38

6      Q.   So when was that in relation to these court       18:29:40

7  orders?                                                     18:29:44

8      A.   I don't remember.                                  18:29:46

9      Q.   Was it a couple of months after?                  18:29:48

10     A.   I don't recall exactly when.                       18:29:56

11     Q.   But it wasn't at the time of the order;           18:29:57

12 right?                                                      18:29:59

13          MR. EISEMAN:  Objection as to form.               18:30:00

14          THE WITNESS:  I don't remember.                   18:30:02

15 By MR. KUWAYTI:                                             18:30:02

16     Q.   Because at that time you hadn't turned over       18:30:02

17 your devices to somebody, right, to a vendor?              18:30:07

18          MR. EISEMAN:  Objection as to form.               18:30:09

19          THE WITNESS:  I don't know.                        18:30:12

20 By MR. KUWAYTI:                                             18:30:13

21  ██    ████████████████████████████████████               18:30:13

22  ██████████████████████████████████████                    18:30:16

23  █████████████████████████████████████████                 18:30:20

24  █████████████████████████████████████████                 18:30:24

25  ███████████████████████████                                18:30:28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                           266

| # | | Time |
|---|---|---|
| 1 | ███████████████ | 18:30:30 |
| 2 | ████████████████ | 18:30:33 |
| 3 | ██████████ | 18:30:34 |
| 4 | ████████ | 18:30:35 |
| 5 | █ ████████████ | 18:30:35 |
| 6 | ██████████████ | 18:30:38 |
| 7 | █████████ | 18:30:40 |
| 8 | ███████████ | 18:30:41 |
| 9 | ████████ | 18:30:42 |
| 10 | █ ███████████ | 18:30:42 |
| 11 | █████████ | 18:30:45 |
| 12 | ███████ | 18:30:46 |
| 13 | ████████ | 18:30:47 |
| 14 | █ ████████████ | 18:30:47 |
| 15 | ███████████████ | 18:30:50 |
| 16 | ███████████████ | 18:30:53 |
| 17 | █████████ | 18:30:58 |
| 18 | ███████████ | 18:30:59 |
| 19 | ████████████ | 18:31:00 |
| 20 | ███████████ | 18:31:03 |
| 21 | ████████████ | 18:31:06 |
| 22 | ███ | 18:31:07 |
| 23 | ██████ | 18:31:08 |
| 24 | █ █████████████ | 18:31:08 |
| 25 | ███████████████ | 18:31:10 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                                    267

1   ████████████████████████████████████         18:31:13
2   ██████████████████                            18:31:15
3   ██  ███████████████████████                   18:31:23
4   ████████████████████                          18:31:26
5   ██  ███████████████████                        18:31:30
6   ████                                          18:31:32
7   ████████████████████                          18:31:37
8   ███████████████                               18:31:42
9   ██████████                                    18:31:48
10  ██  █████████████████████████                 18:31:48
11  ███████████████████████████                   18:31:54
12  ██████████████████████████                    18:31:58
13  ████████████████████████████████             18:32:05
14  █████████████████                             18:32:09
15  ███████████████                               18:32:11
16  ███████                                       18:32:12
17  ██  █████                                     18:32:12
18  █████████████████                             18:32:13
19  ██████████████████████████                    18:32:25
20  ████████████████████████████████             18:32:26
21  █████████████████████                         18:32:29
22  ██████                                        18:32:35
23  ██  ████████████████████                      18:32:35
24  █████████████████████████                     18:32:37
25  ███████████████████████████████              18:32:39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Shih-Chieh Wen
Conducted on March 17, 2023                                           268

| | | |
|---|---|---|
| 1 | ████████████████████ | 18:32:47 |
| 2 | ████████████████ | 18:32:51 |
| 3 | ██████████████ | 18:32:53 |
| 4 | ████████ | 18:32:54 |
| 5 | ██████ | 18:32:55 |
| 6 | █ ████████████████ | 18:32:55 |
| 7 | ████████████████████ | 18:32:57 |
| 8 | ███████████████████ | 18:33:00 |
| 9 | ████████████████████ | 18:33:03 |
| 10 | ██████ | 18:33:07 |
| 11 | ██████████████ | 18:33:10 |
| 12 | ██████████████ | 18:33:13 |
| 13 | ███ | 18:33:17 |
| 14 | ████████ | 18:33:18 |
| 15 | ██████ | 18:33:20 |
| 16 | █ ██████ | 18:33:20 |
| 17 | ████████████ | 18:33:22 |
| 18 | ██████████████ | 18:33:24 |

19          MR. KUWAYTI:  The next exhibit, Exhibit 24.          18:33:47

20       (Whereupon, Wen Exhibit 24 was marked for              18:34:05

21                  identification.)                            18:34:05

22          COURT REPORTER:  I've handed the witness            18:34:05

23     Exhibit 24.                                              18:34:07

24          MR. KUWAYTI:  Exhibit 24, for the record,           18:34:11

25     is Mr. Wen's Supplemental Objections and Responses       18:34:14