# EXHIBIT 7

| | |
|---|---|
| **From:** | Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com> |
| **Sent:** | Monday, October 17, 2022 5:00 PM |
| **To:** | Vicki Parker; deLacy, Shaun Patrick; Witchey, Matt; Brown, Jake; Tatineni, Isaac |
| **Cc:** | QE-Apple-Rivos; MoFo Apple Rivos |
| **Subject:** | RE: Apple v. Rivos - Wen Protocol and Inspection |
| **Attachments:** | Apple Rivos Stipulated Forensics Protocol - Wen - 2407669.DOCX |
| | |
| **Categories:** | DM, #130950075 : 10684 : 0000738 : CDF1, #130853545 : 10684 : 0000738 : NMA2 |

**External Email**

Good evening, Vicki, Shaun and Matthew.

This afternoon I reviewed the attached file "**Apple Rivos Stipulated Forensics Protocol - Wen - 2407669**" emailed from Mary Prendergast to Dave Freskos on June 30, 2022.

Confirming FTI has not received custodian Wen's data nor has FTI performed collections of custodian Wen's cloud data.

Particularly, FTI has not received items listed in paragraph 2 sections a through e in attached:

- personal 1TB Seagate FreeAgent FW portable hard drive
- personal 3TB Seagate Backup + Desk portable hard drive
- personal 5TB Seagate One Touch portable hard drive
- personal 4GB generic flash drive

Also, as noted in paragraph 4, FTI has not received credentials necessary for FTI to forensically collect the files in custodian Wen's personal iCloud Drive accounts and Google Drive accounts (███████████, ███████████, and ███████████).

Finally, We have not received authorization from custodian Wen to perform remote cloud collections of custodian's data as noted in paragraph 5.

Please advise on next steps.

Regards,
Johnathan


**Johnathan Bridbord**
Managing Director

**Digital Insights & Risk Management
FTI Consulting Technology LLC**

+1.202.346.8859 T | +1.703.474.1563 M
Johnathan.Bridbord@fticonsulting.com

555 12th St NW, Suite 700

Washington, DC 20004
www.ftitechnology.com

---

**From:** Vicki Parker <vickiparker@quinnemanuel.com>
**Sent:** Friday, October 14, 2022 2:15 PM
**To:** deLacy, Shaun Patrick <SdeLacy@mofo.com>; Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** [EXTERNAL] RE: Apple v. Rivos - Wen Protocol and Inspection

Shaun,

We are available at 9 am on Monday.

Vicki

---

**From:** deLacy, Shaun Patrick <SdeLacy@mofo.com>
**Sent:** Friday, October 14, 2022 9:30 AM
**To:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

**[EXTERNAL EMAIL from sdelacy@mofo.com]**

---

Vicki –

We are available on Monday morning and propose a 9am PT call.  Please confirm that your team can join the call with FTI then.

Thanks,
Shaun

---

**From:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>
**Sent:** Thursday, October 13, 2022 15:33
**To:** deLacy, Shaun Patrick <SdeLacy@mofo.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

**External Email**

Hi Shaun,

Confirming the FTI team will be available next week both Monday and Tuesday between 9am and 11am PDT.

Thanks,

2

Johnathan

**Johnathan Bridbord**
Managing Director

**Digital Insights & Risk Management**
**FTI Consulting Technology LLC**

+1.202.346.8859 T | +1.703.474.1563 M
Johnathan.Bridbord@fticonsulting.com

555 12th St NW, Suite 700
Washington, DC 20004
www.ftitechnology.com

---

**From:** deLacy, Shaun Patrick <SdeLacy@mofo.com>
**Sent:** Thursday, October 13, 2022 3:22 PM
**To:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** [EXTERNAL] RE: Apple v. Rivos - Wen Protocol and Inspection

Thanks for the heads up, Johnathan. We'll circle back and propose a new time. Is FTI available during the same window on Tuesday morning as well?

---

**From:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>
**Sent:** Thursday, October 13, 2022 15:17
**To:** deLacy, Shaun Patrick <SdeLacy@mofo.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

**External Email**

---

Hi Shaun,

Unfortunately, the team has a scheduling conflict tomorrow between 9am and 11am PDT.

Will be available during the same time frame on Monday.

Regards,
Johnathan

**Johnathan Bridbord**
Managing Director

**Digital Insights & Risk Management**
**FTI Consulting Technology LLC**

+1.202.346.8859 T | +1.703.474.1563 M
Johnathan.Bridbord@fticonsulting.com

555 12th St NW, Suite 700
Washington, DC 20004
www.ftitechnology.com

---

**From:** deLacy, Shaun Patrick <SdeLacy@mofo.com>
**Sent:** Thursday, October 13, 2022 3:03 PM
**To:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** [EXTERNAL] Apple v. Rivos - Wen Protocol and Inspection

Hi Johnathan –

The parties recently agreed to search terms for the Wen forensic inspection, pursuant to the protocol ordered by the Court.  Is your team available for a call with the MoFo and Quinn teams between 9am and 11am PT tomorrow (Friday) to discuss next steps for the Wen investigation?

Thanks,
Shaun

**Shaun P. deLacy** (he/him)
Associate
sdelacy@mofo.com
T +1 (212) 336-4255

**MORRISON FOERSTER**

mofo.com | LinkedIn | Twitter

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.