# EXHIBIT 10

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
 5   APPLE INC., a California    )
     corporation,                )
 6                               )
                       Plaintiff,)
 7   vs.                         ) Case No. 5:22-cv-02637-EJD
                                 )
 8   RIVOS INC., a Delaware      )
     corporation; WEN SHIH-CHIEH )
 9   a/k/a RICKY WEN; BHASI      )
     KAITHAMANA; JIM HARDAGE;    )
10   WEIDONG YE; LAURENT PINOT;  )
     PRABHU RAJAMANI; and KAI    )
11   WANG,                       )
                                 )
12                    Defendants.)
     _____)
13
14                          VOLUME 2
15        Videotaped Deposition of PUNEET KUMAR
16             Wednesday, November 2, 2022
17                       1:04 p.m.
18
                           Held at:
19       QUINN EMANUEL URQUHART & SULLIVAN, LLP
                   555 Twin Dolphin Drive
20                      Fifth Floor
                Redwood Shores, California
21
22   Job No.: 469610
23   Pages: 108 - 201
24   Reported by: Susan DiFilippantonio,
25            RPR, CCR No. B-2125
```

```
1   Q.      And you mentioned the one experiment regarding     13:39:21
2   timestamps.  Is there anything else ongoing to your        13:39:23
3   knowledge?                                                 13:39:28
4   A.      Yes.                                               13:39:32
5   Q.      What -- what is ongoing?                           13:39:32
6   A.      The investigations of any data related to any of   13:39:34
7   the letters that were sent to Rivos' employees.            13:39:39
8   Q.      Has the investigation to date identified any       13:39:42
9   Apple information that was retained by any former Apple    13:39:45
10  employees who are now working at Rivos?                    13:39:49
11          MR. EISEMAN:  Objection as to form.                13:39:51
12          THE WITNESS:  I have to answer that with           13:39:53
13  an explanation if you will allow me to.                    13:40:01
14  BY MR. WILSON:
15  Q.      Sure.                                              13:40:03
16  A.      I'm not aware of any Apple information; however,   13:40:04
17  I do believe that the investigation has.  Based on         13:40:10
18  search terms that we used, they have located four files    13:40:17
19  in our systems that there -- that are under further        13:40:21
20  investigation.                                             13:40:26
21  Q.      What are those four files?                         13:40:29
22  A.      I don't know.                                      13:40:31
23  Q.      Do you know when they were located?                13:40:32
24  A.      I don't know the exact date.                       13:40:36
25  Q.      What's the approximate date?                       13:40:39
```

| | | |
|---|---|---|
| 1 | A. Sometime between May and August. | 13:40:44 |
| 2 | Q. Do you know where they were located? | 13:40:47 |
| 3 | A. On our file system. | 13:40:51 |
| 4 | Q. Do you know if they were associated with any | 13:40:52 |
| 5 | specific individual? | 13:40:54 |
| 6 | A. No. | 13:40:56 |
| 7 | Q. Do you know the general subject matter? | 13:40:56 |
| 8 | A. No. | 13:40:58 |
| 9 | Q. Do you know the size of the files? | 13:41:01 |
| 10 | A. No. | 13:41:04 |
| 11 | Q. Do you know what types of files they are? | 13:41:05 |
| 12 | A. No. | 13:41:07 |
| 13 | Q. Do you have any other information about those | 13:41:08 |
| 14 | files? | 13:41:10 |
| 15 | A. All I know is that they matched the terms, and | 13:41:12 |
| 16 | they are being investigated. | 13:41:15 |
| 17 | Q. Are the terms that you referred to the terms | 13:41:18 |
| 18 | that were provided by Apple, do you know? Or some other | 13:41:21 |
| 19 | search terms? | 13:41:23 |
| 20 | A. No, I believe it was Quinn Emanuel's search | 13:41:25 |
| 21 | terms. | 13:41:29 |
| 22 | Q. Have those files been removed from the servers? | 13:41:29 |
| 23 | A. I don't know that. I can offer, though, that | 13:41:36 |
| 24 | they have been what is called isolated, however, I don't | 13:41:41 |
| 25 | know if that has been done. | 13:41:45 |