# EXHIBIT 11

| | |
|---|---|
| **From:** | Elle Wang <ellewang@quinnemanuel.com> |
| **Sent:** | Tuesday, November 8, 2022 1:22 PM |
| **To:** | Liu, Stephen Jung Hoon; QE-Apple-Rivos |
| **Cc:** | MoFo Apple Rivos; Wilson, Bryan |
| **Subject:** | RE: Apple v. Rivos - Correspondence |

**External Email**

Stephen,

Contrary to Apple's suggestion in its letter, Rivos and the individual defendants are complying with their preservation obligations and prior commitment to investigate Apple's allegations, and to sequester any Apple confidential information located during that investigation. Apple's reliance on Dr. Kumar's claimed lack of knowledge on certain issues during his deposition—a deposition that Judge Cousins limited to the topics in Dr. Kumar's previous declaration and which Judge Cousins ruled was not a 30(b)(6) deposition—is misplaced.

We will respond more fully to Apple's letter in due course.

Best,
Elle

**From:** Liu, Stephen Jung Hoon <SLiu@mofo.com>
**Sent:** Monday, November 7, 2022 10:01 PM
**To:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>
**Cc:** MoFo Apple Rivos <MoFoAppleRivos@mofo.com>; Wilson, Bryan <BWilson@mofo.com>
**Subject:** Apple v. Rivos - Correspondence

**[EXTERNAL EMAIL from sliu@mofo.com]**

Counsel,

Please see the attached correspondence.

Best,
Stephen

**STEPHEN LIU**

Associate | Morrison & Foerster LLP

755 Page Mill Road | Palo Alto, CA 94304-1018
**P:** +1 (650) 813-6493
mofo.com | LinkedIn | Twitter

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.