# EXHIBIT 19

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4
     APPLE INC.,                    )   CV-22-2637-EJD
 5                                  )
                 PLAINTIFF,         )   SAN JOSE, CALIFORNIA
 6                                  )
            VS.                     )   MARCH 2, 2023
 7                                  )
     RIVOS, INC. ET AL,             )   PAGES 1-80
 8                                  )
                 DEFENDANT.         )
 9                                  )
     _____)
10
                     TRANSCRIPT OF PROCEEDINGS
11           BEFORE THE HONORABLE EDWARD J. DAVILA
                 UNITED STATES DISTRICT JUDGE
12
                       A P P E A R A N C E S
13

14     FOR THE PLAINTIFF:    BY:  KENNETH ALEXANDER KUWAYTI
                                  BRYAN WILSON
15                           MORRISON & FOERSTER LLP
                             755 PAGE MILL ROAD
16                           PALO ALTO, CA 94304

17

18     FOR THE DEFENDANT:    BY:  DAVID EISEMAN, IV
                                  ELLE WANG
19                           QUINN EMANUEL URQUHART & SULLIVAN
                             50 CALIFORNIA STREET, 22ND FLOOR
20                           SAN FRANCISCO, CA 94111

21

22             APPEARANCES CONTINUED ON THE NEXT PAGE

23     OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

```
1    BUT WE WILL IF WE HAVE TO, IF YOU WANT TO HEAR ABOUT IT.  BUT
2    THE SIMPLE POINT IS, THEY HAVEN'T PLEADED ANYTHING ABOUT WHAT
3    MR. PINOT DID OR DID NOT DO THAT THEY CLAIMED HE SAID OR DIDN'T
4    SAY IN HIS DEPOSITION.  SO IT'S NOT A BASIS TO AVOID THE MOTION
5    TO DISMISS.
6         AND THEN ON THE HARM POINT WITH RESPECT TO BREACH OF
7    CONTRACT, I CITED TO THE KLA-TENCOR CASE.  I ALSO WOULD REMIND
8    THE COURT THAT WE CITED TO LEE V. LE, A CENTRAL DISTRICT OF
9    CALIFORNIA CASE, WHERE MOTION TO DISMISS A CONTRACT CLAIM WAS
10   GRANTED, WHERE THE ONLY ALLEGATION OF DAMAGES WAS "THAT THE
11   DISCLOSURE OF CONFIDENTIAL INFORMATION" CAUSED DAMAGES "IN AN
12   AMOUNT TO BE DETERMINED AT TRIAL."  THAT'S WHAT APPLE ALLEGES
13   HERE.
14        AND THEN THE AGUILERA V. PIRELLI ARMSTRONG CASE, WHERE THE
15   COURT SAID "UNDER CALIFORNIA LAW, A BREACH OF CONTRACT CLAIM
16   REQUIRES A SHOWING OF APPRECIABLE AND ACTUAL DAMAGES."
17        SO WE THINK THEY FAILED ON THE HARM ELEMENT OF THE BREACH
18   OF CONTRACT CLAIM.
19             ==LET ME JUST BRIEFLY ADDRESS LEAVE TO AMEND.  THEY HAVE HAD
20   THREE CHANCES, THEY HAVEN'T PLEADED A CLAIM YET.  THE FEDERAL
21   RULES AND THE POLICIES UNDER THE FEDERAL RULES SAY YOU STATE A
22   CLAIM AND THEN YOU CONDUCT DISCOVERY.==
23             ==BUT THEY HAVE TURNED THIS WHOLE PROCESS ON ITS HEAD.  THEY
24   HAVE TRIED THREE TIMES TO STATE A CLAIM AND THEY HAVEN'T.  AND
25   YET THEY WANT TO DO MORE AND MORE DISCOVERY.==
```

1           ==AND WE ARE BASICALLY GOING TO BE IN A SITUATION, IF YOU==
2  ==GRANT THEM LEAVE TO AMEND, WHERE THEY ARE GOING TO SPEND SIX==
3  ==MONTHS OR TWELVE MONTHS TAKING DISCOVERY, AND WE ARE GOING TO==
4  ==KEEP HAVING NEW COMPLAINTS FILED, AND WE THINK THEY WILL KEEP==
5  ==GETTING DISMISSED.  AND THAT'S NOT HOW THIS PROCESS IS SUPPOSED==
6  ==TO WORK.==
7           ==AND SO THEY HAVE HAD THEIR CHANCES, THE MOTION SHOULD BE==
8  ==GRANTED WITHOUT LEAVE TO AMEND.  AND THAT'S BOTH MOTIONS,==
9  ==YOUR HONOR, WE BELIEVE.  BUT BECAUSE I WANT TO BE CAREFUL, I==
10 ==ALSO WANT TO SAY THAT IF FOR ANY REASON YOU ARE CONTEMPLATING==
11 ==GIVING THEM LEAVE TO AMEND, I THINK THERE SHOULD BE TWO==
12 ==CONDITIONS HERE.==
13          ==ONE IS THAT THE DISCOVERY SHOULD BE STAYED UNTIL THEY FILE==
14 ==A THIRD AMENDED COMPLAINT, AND WE EITHER ANSWER IT, BECAUSE==
15 ==SOMEHOW WE THINK THEY HAVE CONVINCED US THEY HAVE STATED A==
16 ==CLAIM, OR WE MOVE TO DISMISS AND THAT MOTION IS DECIDED BY==
17 ==YOUR HONOR.  SO DISCOVERY SHOULD BE STAYED.==
18          ==AND THE SECOND THING IS IF YOU ARE GOING TO GRANT THEM==
19 ==LEAVE TO AMEND, WE THINK YOUR ORDER SHOULD SAY THAT THIS WILL==
20 ==BE THE LAST TIME AND THAT THEY GET ONE MORE CHANCE, AND IF THEY==
21 ==CAN'T PLEAD VALID CLAIMS, THEN THE CASE WILL BE DISMISSED WITH==
22 ==PREJUDICE.==
23          THE COURT:  OKAY.
24          MR. EISEMAN:  THANK YOU, YOUR HONOR.
25          THE COURT:  AS TO THOSE LAST TWO POINTS, THAT IS THE