# EXHIBIT 20

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4
       APPLE, INC.,                    )  CV-22-2637
 5                                     )
                    PLAINTIFF,         )  SAN JOSE, CALIFORNIA
 6                                     )
              VS.                      )  MARCH 8, 2023
 7                                     )
       RIVOS, INC., ET AL,             )  PAGES 1-24
 8                                     )
                    DEFENDANT.         )
 9                                     )
       _____ )
10
```

### ELECTRONIC TRANSCRIPT OF PROCEEDINGS
FROM AUDIO RECORDING
BEFORE THE HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S

```
        FOR THE PLAINTIFF:     BY:  BRYAN JOSEPH WILSON
                                    KENNETH ALEXANDER KUWAYTI
                               MORRISON & FOERSTER LLP
                               755 PAGE MILL ROAD
                               PALO ALTO, CA 94304


        FOR THE DEFENDANT:     BY:  ELLE XUEMENG WANG
                                    DAVID EISEMAN
                               QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP
                               50 CALIFORNIA STREET, 22ND FLOOR
                               SAN FRANCISCO, CA 94111

                APPEARANCES CONTINUED ON THE NEXT PAGE

        OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185

           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1          BUT THIS MORNING, WE UNDERSTAND FROM APPLE, IS THAT THEY
 2   ARE STILL UNWILLING TO WAIT FOR TWO TO THREE WEEKS FOR MORE
 3   DOCUMENTS TO COME.
 4          AND SO WE MADE CLEAR THAT, YOU KNOW, IF YOU INSIST ON
 5   TAKING MR. WEN'S DEPOSITION, YOU KNOW, RIGHT NOW, BEFORE HIS
 6   DOCUMENT PRODUCTION IS COMPLETED, WE ARE FINE WITH THAT, WE
 7   OFFER NEXT WEEK, WE OFFER NEXT FRIDAY, BUT THEN THAT'S APPLE'S
 8   CHANCE WITH HIM.  APPLE DOES NOT GET TO CALL HIM BACK KNOWING
 9   THERE ARE MORE DOCUMENTS COMING IN A FEW WEEKS.
10          SO, YOU KNOW, FROM --
11              THE COURT:  I'M INTERRUPTING.
12          I'M NOT UNDERSTANDING -- I'M NOT HEARING A DISPUTE WHETHER
13   THERE IS GOING TO BE ANOTHER DEPOSITION LATER, THE DEFENSE
14   RAISED IN THE BRIEF THAT, AND I'M RULING UPON, ==I WANT TO KNOW
15   WHY THE DEPOSITION DIDN'T OCCUR ON FEBRUARY 28TH AND WHY I
16   SHOULDN'T SANCTION YOUR SIDE.==
17          SO YOU MAY CONTINUE, BUT I'M NOT INTERESTED IN HEARING
18   ABOUT THAT ISSUE.
19              MS. WANG:  SO YOUR HONOR, WE ARE JUST -- WE JUST
20   THINK IT'S A LOGICAL PROCESS TO, YOU KNOW, TO WAIT UNTIL WE
21   HAVE FINISHED PRODUCING HIS DOCUMENTS BEFORE MAKING HIM
22   AVAILABLE.
23          BUT, YOU KNOW, NOW WE HAVE OFFERED A DATE BEFORE DOCUMENT
24   PRODUCTION CAN BE -- BEFORE DOCUMENT PRODUCTION IS COMPLETED,
25   AND WE JUST DON'T THINK IT'S NECESSARY TO HAVE MR. WEN, YOU
```