# EXHIBIT 23

| | |
|---|---|
| **From:** | Vicki Parker <vickiparker@quinnemanuel.com> |
| **Sent:** | Thursday, October 20, 2022 9:09 PM |
| **To:** | deLacy, Shaun Patrick; Bridbord, Johnathan; Witchey, Matt; Brown, Jake; Tatineni, Isaac |
| **Cc:** | QE-Apple-Rivos; MoFo Apple Rivos |
| **Subject:** | RE: Apple v. Rivos - Wen Protocol and Inspection |
| | |
| **Categories:** | DM, #130950078 : 10684 : 0000738 : CDF1, #130904602 : 10684 : 0000738 : NMA2 |

**External Email**

Shaun,

Thanks for sending over Appendix A.  We will ask Mr. Wen to execute it.

Any delay in providing FTI Mr. Wen's materials was an oversight.  We do not believe, however, that this timing had any impact on FTI's investigation.  As you know, the parties just reached agreement on the search terms, so FTI could not have started its inspection any earlier regardless.  Further, as I said in my October 19 email, Mr. Wen has not had access to the drives and accounts since they were collected, well before the protocol was finalized.  Thus, the data remains preserved and unaltered.

Vicki

**From:** deLacy, Shaun Patrick <SdeLacy@mofo.com>
**Sent:** Thursday, October 20, 2022 4:58 PM
**To:** Vicki Parker <vickiparker@quinnemanuel.com>; Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

**[EXTERNAL EMAIL from sdelacy@mofo.com]**

Vicki –

Thank you for these additional details.  A word copy of Appendix A is attached.

Paragraph 2 of the stipulated forensic protocol (ECF No. 67) required Mr. Wen to promptly turn over his devices to FTI for inspection after the protocol was entered as an order on July 1.  Can you please explain why Mr. Wen did not turn over images of his devices to FTI for more than 3.5 months after the protocol was entered?

Regards,
Shaun

**From:** Vicki Parker <vickiparker@quinnemanuel.com>
**Sent:** Wednesday, October 19, 2022 17:15
**To:** deLacy, Shaun Patrick <SdeLacy@mofo.com>; Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

**External Email**

Shaun,

The images of the drives and accounts were collected between May 25 and June 1, 2022, and Mr. Wen has not had access to the drives and accounts since. This will be the first time they are being shipped to FTI.

The stipulated protocol references an Appendix A, but neither the as-filed version nor the drafts we received include Appendix A. Please provide it so Mr. Wen may execute it.

Thanks,
Vicki

**From:** deLacy, Shaun Patrick <SdeLacy@mofo.com>
**Sent:** Wednesday, October 19, 2022 12:35 PM
**To:** Vicki Parker <vickiparker@quinnemanuel.com>; Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

[EXTERNAL EMAIL from sdelacy@mofo.com]

Vicki,

Following up on my question from yesterday, can you please confirm today that this is the first time Mr. Wen is providing his devices (or images thereof) to FTI.

Can you please also confirm today that the drive you shipped to FTI includes the requisite credentials pursuant to paragraph 4 (or let us know when and how such credentials will otherwise be provided) and that FTI has Mr. Wen's authorization to remotely collect from cloud accounts pursuant to paragraph 5 of the stipulated protocol? Finally, we would also appreciate it if, today, you could send to FTI and Apple Mr. Wen's executed copy of Appendix A to the stipulated protocol.

Thanks,
Shaun

**From:** Vicki Parker <vickiparker@quinnemanuel.com>
**Sent:** Wednesday, October 19, 2022 14:10
**To:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; deLacy, Shaun Patrick <SdeLacy@mofo.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>

2

**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

**External Email**

Johnathan,

The FedEx Tracking number is:  770242752725.

The password when you receive it is: ███████████

Thanks,
Vicki

**From:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>
**Sent:** Wednesday, October 19, 2022 10:50 AM
**To:** deLacy, Shaun Patrick <SdeLacy@mofo.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Vicki Parker <vickiparker@quinnemanuel.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

**[EXTERNAL EMAIL from johnathan.bridbord@fticonsulting.com]**

Shaun, et al.

Confirming receipt of the search terms and related instructions for the Wen investigation protocol.

Will advise when our San Francisco team is in receipt of the Wen data drives.

Regards,
Johnathan


**Johnathan Bridbord**
Managing Director

**Digital Insights & Risk Management**
**FTI Consulting Technology LLC**

+1.202.346.8859 T | +1.703.474.1563 M
Johnathan.Bridbord@fticonsulting.com

555 12th St NW, Suite 700
Washington, DC 20004
www.ftitechnology.com

**From:** deLacy, Shaun Patrick <SdeLacy@mofo.com>
**Sent:** Wednesday, October 19, 2022 1:40 PM
**To:** Witchey, Matt <Matt.Witchey@fticonsulting.com>; Vicki Parker <vickiparker@quinnemanuel.com>; Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** [EXTERNAL] RE: Apple v. Rivos - Wen Protocol and Inspection

FTI Team –

Please see below for the parties' agreed search terms and related instructions for the Wen investigation.

- For the avoidance of doubt, all searches should be limited to the time period from April 22, 2008 to Present per paragraph 9 of the stipulated forensic protocol.

- After excluding system files, application files, and cached files, the following search terms shall be used to search file content of the Collected Files from the Devices, the Preserved iCloud Data, and the New iCloud Data, or forensic images thereof, to determine the Review Set:

    o (Apple w/15 (confidential! OR propriet! OR secret OR "need to know" OR distribut! OR sensitive OR nonpublic OR restricted OR ▮▮▮▮)) OR (Apple AND (▮▮▮▮▮▮▮▮▮▮▮▮))

    o Each of the terms "▮▮▮▮" and "▮▮▮▮▮▮▮▮▮▮▮▮" should be formatted such that they capture hits only where the term is followed by a space, comma, period, semicolon, underscore, question mark, exclamation point, or forward/backward slash.

- After excluding system files, application files, and cached files, the following search terms shall be used to search the file content and filenames of Collected Files from the Devices, the Preserved iCloud Data, and the New iCloud Data, or forensic images thereof, to determine the Review Set:

    o 

    o Each of the terms "▮▮▮▮▮▮▮▮▮▮▮▮▮▮" should be formatted such that they capture hits only where the term is followed by a space, comma, period, semicolon, underscore, question mark, exclamation point, or forward/backward slash.

- Again, for the avoidance of doubt, FTI shall provide the resulting Review Set to Wen's counsel seven business days prior to providing any files or artifacts obtained from the devices to Apple's counsel, per paragraph 11 of the stipulated forensic protocol.

Best,
Shaun

---

**From:** deLacy, Shaun Patrick <SdeLacy@mofo.com>
**Sent:** Tuesday, October 18, 2022 16:30
**To:** Witchey, Matt <Matt.Witchey@fticonsulting.com>; Vicki Parker <vickiparker@quinnemanuel.com>; Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

Vicki –

Can you please confirm whether this is the first time Mr. Wen has provided his devices (or images thereof) to FTI?

Thanks,
Shaun

---

**From:** Witchey, Matt <Matt.Witchey@fticonsulting.com>
**Sent:** Tuesday, October 18, 2022 15:58
**To:** Vicki Parker <vickiparker@quinnemanuel.com>; Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; deLacy, Shaun Patrick <SdeLacy@mofo.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** Re: Apple v. Rivos - Wen Protocol and Inspection

**External Email**

Hi Vicki,

Please address the drives to:

Lyall Rogers

50 California Street | Suite 1900

San Francisco, CA 94111 USA

Thank you.

**Matt Witchey**
FTI Consulting
T: 646.576.8160 | M: 718.715.8431
Matt.Witchey@fticonsulting.com

---

**From:** Vicki Parker <vickiparker@quinnemanuel.com>
**Sent:** Tuesday, October 18, 2022 3:35 PM
**To:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; deLacy, Shaun Patrick <SdeLacy@mofo.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** [EXTERNAL] RE: Apple v. Rivos - Wen Protocol and Inspection

Johnathan,

Thank you for the update. Could you please confirm the address to which the drives should be shipped? They will go out tomorrow.

Thanks, Vicki

**From:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>
**Sent:** Monday, October 17, 2022 5:00 PM
**To:** Vicki Parker <vickiparker@quinnemanuel.com>; deLacy, Shaun Patrick <SdeLacy@mofo.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

**[EXTERNAL EMAIL from johnathan.bridbord@fticonsulting.com]**

Good evening, Vicki, Shaun and Matthew.

This afternoon I reviewed the attached file "**Apple Rivos Stipulated Forensics Protocol - Wen - 2407669**" emailed from Mary Prendergast to Dave Freskos on June 30, 2022.

Confirming FTI has not received custodian Wen's data nor has FTI performed collections of custodian Wen's cloud data.

Particularly, FTI has not received items listed in paragraph 2 sections a through e in attached:

- personal 1TB Seagate FreeAgent FW portable hard drive
- personal 3TB Seagate Backup + Desk portable hard drive
- personal 5TB Seagate One Touch portable hard drive
- personal 4GB generic flash drive

Also, as noted in paragraph 4, FTI has not received credentials necessary for FTI to forensically collect the files in custodian Wen's personal iCloud Drive accounts and Google Drive accounts (████████████, ████████████, and ████████████).

Finally, We have not received authorization from custodian Wen to perform remote cloud collections of custodian's data as noted in paragraph 5.

Please advise on next steps.

Regards,
Johnathan

**Johnathan Bridbord**
Managing Director

**Digital Insights & Risk Management**
**FTI Consulting Technology LLC**

+1.202.346.8859 T | +1.703.474.1563 M
Johnathan.Bridbord@fticonsulting.com

555 12th St NW, Suite 700
Washington, DC 20004
www.ftitechnology.com

**From:** Vicki Parker <vickiparker@quinnemanuel.com>
**Sent:** Friday, October 14, 2022 2:15 PM
**To:** deLacy, Shaun Patrick <SdeLacy@mofo.com>; Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** [EXTERNAL] RE: Apple v. Rivos - Wen Protocol and Inspection

Shaun,

We are available at 9 am on Monday.

Vicki

**From:** deLacy, Shaun Patrick <SdeLacy@mofo.com>
**Sent:** Friday, October 14, 2022 9:30 AM
**To:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

**[EXTERNAL EMAIL from sdelacy@mofo.com]**

Vicki –

We are available on Monday morning and propose a 9am PT call. Please confirm that your team can join the call with FTI then.

Thanks,
Shaun

**From:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>
**Sent:** Thursday, October 13, 2022 15:33
**To:** deLacy, Shaun Patrick <SdeLacy@mofo.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

**External Email**

Hi Shaun,

Confirming the FTI team will be available next week both Monday and Tuesday between 9am and 11am PDT.

Thanks,
Johnathan

7

**Johnathan Bridbord**
Managing Director

**Digital Insights & Risk Management**
**FTI Consulting Technology LLC**

+1.202.346.8859 T | +1.703.474.1563 M
Johnathan.Bridbord@fticonsulting.com

555 12th St NW, Suite 700
Washington, DC 20004
www.ftitechnology.com

---

**From:** deLacy, Shaun Patrick <SdeLacy@mofo.com>
**Sent:** Thursday, October 13, 2022 3:22 PM
**To:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** [EXTERNAL] RE: Apple v. Rivos - Wen Protocol and Inspection

Thanks for the heads up, Johnathan.  We'll circle back and propose a new time.  Is FTI available during the same window on Tuesday morning as well?

---

**From:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>
**Sent:** Thursday, October 13, 2022 15:17
**To:** deLacy, Shaun Patrick <SdeLacy@mofo.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>; Tatineni, Isaac <Isaac.Tatineni@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** RE: Apple v. Rivos - Wen Protocol and Inspection

<mark>External Email</mark>

---

Hi Shaun,

Unfortunately, the team has a scheduling conflict tomorrow between 9am and 11am PDT.

Will be available during the same time frame on Monday.

Regards,
Johnathan


**Johnathan Bridbord**
Managing Director

**Digital Insights & Risk Management**
**FTI Consulting Technology LLC**

+1.202.346.8859 T | +1.703.474.1563 M
Johnathan.Bridbord@fticonsulting.com

555 12th St NW, Suite 700
Washington, DC 20004
www.ftitechnology.com

**From:** deLacy, Shaun Patrick <SdeLacy@mofo.com>
**Sent:** Thursday, October 13, 2022 3:03 PM
**To:** Bridbord, Johnathan <Johnathan.Bridbord@fticonsulting.com>; Witchey, Matt <Matt.Witchey@fticonsulting.com>; Brown, Jake <Jake.Brown2@fticonsulting.com>
**Cc:** QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>; MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** [EXTERNAL] Apple v. Rivos - Wen Protocol and Inspection

Hi Johnathan –

The parties recently agreed to search terms for the Wen forensic inspection, pursuant to the protocol ordered by the Court. Is your team available for a call with the MoFo and Quinn teams between 9am and 11am PT tomorrow (Friday) to discuss next steps for the Wen investigation?

Thanks,
Shaun

**Shaun P. deLacy** (he/him)
Associate
sdelacy@mofo.com
T +1 (212) 336-4255

**MORRISON FOERSTER**

mofo.com | LinkedIn | Twitter

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about

Morrison & Foerster LLP's Privacy Policy.
.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.