# EXHIBIT 25

| | |
|---|---|
| **From:** | Elle Wang <ellewang@quinnemanuel.com> |
| **Sent:** | Tuesday, March 21, 2023 12:16 PM |
| **To:** | Kuwayti, Kenneth A.; QE-Apple-Rivos |
| **Cc:** | MoFo Apple Rivos |
| **Subject:** | RE: Apple v. Rivos: Employees with continuing access to Apple confidential information |

**External Email**



Ken,

Rivos' current understanding is that the following devices and accounts contain documents that may reflect material Apple alleges is its confidential information: Mr. Pinot's personal laptop, Mr. Wen's personal directory on Rivos' NFS system and Google Drive, Mr. Ye's personal iCloud account, and Mr. Rajamani's personal iCloud account.

These individuals are not accessing, and have been told they are not permitted to access, any of the documents that Apple contends contain its confidential information.  And no one besides these individuals even has the technical capability to access the individuals' respective personal devices and accounts.

Apple's position that these documents should not exist on these devices is contradicted by its position over the last several months.  Defendants have repeatedly requested—including but not limited to in correspondence dated January 17, January 26, February 21, and February 22—that they be permitted to remediate these devices and accounts to resolve any complaints Apple may have.  But Apple has steadfastly refused to allow for remediation based on purported concerns about the remediation process.  And when we asked Apple to propose a remediation process that would be acceptable to Apple, we have been met with silence.  Please provide us with a remediation protocol that is acceptable to Apple for us to review so we can remediate documents from these devices and accounts without further delay, and so these individuals can use their devices and accounts that they need for their personal and professional lives.

In the meantime, if Apple would prefer that these devices and accounts be segregated pending remediation, please propose a process that would be acceptable to Apple under which the materials on these devices and accounts that the individuals need for their work and personal lives can be transitioned to new devices and accounts.

Thank you,
Elle

**From:** Kuwayti, Kenneth A. <KKuwayti@mofo.com>
**Sent:** Tuesday, March 21, 2023 10:13 AM
**To:** Elle Wang <ellewang@quinnemanuel.com>; QE-Apple-Rivos <qe-apple-rivos@quinnemanuel.com>
**Cc:** MoFo Apple Rivos <MoFoAppleRivos@mofo.com>
**Subject:** Apple v. Rivos: Employees with continuing access to Apple confidential information

**[EXTERNAL EMAIL from kkuwayti@mofo.com]**

Elle: During yesterday's meet and confer you informed us that there are Rivos employees who continue to have access to Apple confidential information on their devices and accounts. As we told you, this is completely unacceptable. We asked you to identify by noon today all of the individuals who continue to have access to devices or accounts or to any part of the Rivos network that contain Apple confidential information and commit to immediately segregating all such devices and accounts and information on the Rivos network.

Regards,

Ken

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](Privacy Policy).
.