# EXHIBIT 26

```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


APPLE, INC.,                        )   CV-22-2637-EJD
                                    )
              PLAINTIFF,            )   SAN JOSE, CALIFORNIA
                                    )
         VS.                        )   JULY 7, 2022
                                    )
RIVOS, INC., ET AL,                 )   PAGES 1-24
                                    )
              DEFENDANT.            )
                                    )
_____     )

          TRANSCRIPT OF ELECTRONICALLY RECORDED PROCEEDINGS
            BEFORE THE HONORABLE NATHANAEL M. COUSINS
                  UNITED STATES MAGISTRATE JUDGE


                        A P P E A R A N C E S


     FOR THE PLAINTIFF:       BY:  DIEK VAN NORT
                                   BRYAN JOSEPH WILSON
                              MORRISON & FOERSTER LLP
                              755 PAGE MILL ROAD
                              PALO ALTO, CA 94304



     FOR THE DEFENDANT:       BY:  DAVID EISEMAN, IV
                              QUINN EMANUEL URQUHART & SULLIVAN
                              50 CALIFORNIA STREET, 22ND FLOOR
                              SAN FRANCISCO, CA 94111


              APPEARANCES CONTINUED ON THE NEXT PAGE

     OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                                   CERTIFICATE NUMBER 13185



          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1    DON'T KNOW WHAT PROTECTIONS ARE IN PLACE TO PROTECT IT.  WE GET
 2    SHIFTING INFORMATION FROM RIVOS.  AT THE LAST HEARING, THEY
 3    SAID IT'S ALL BEEN IMAGES, IT'S ALL BEEN PRESERVED, YOU HAVE
 4    NOTHING TO WORRY ABOUT.  NOW WE UNDERSTAND THAT'S NOT REALLY
 5    THE CASE.
 6         THIS IS WHAT WE ARE -- WE HAVE ALREADY PROVIDED THE
 7    INFORMATION WE CAN, AND THIS IS WHY WE NEED EXPEDITED
 8    DISCOVERY, TO SEE WHAT MORE IS THERE.
 9         THE COURT:  ALL RIGHT.
10         AND WHY ISN'T ROTHMAN GOOD ENOUGH?
11         MR. EISEMAN:  BECAUSE -- AND I NEED TO BACK UP AT
12    THIS POINT.  WE FILED MOTIONS TO DISMISS LAST WEEK.
13         THE COURT:  YES.
14         MR. EISEMAN:  THEY ARE AT DOCKETS -- 65 AND 66, I
15    DON'T KNOW IF YOUR HONOR HAS HAD A CHANCE TO REVIEW THEM.  WE
16    DON'T BELIEVE THAT APPLE HAS STATED A CLAIM FOR TRADE SECRET
17    MISAPPROPRIATION AGAINST OTHER DEFENDANTS OR FOR BREACH OF
18    CONTRACT AGAINST MR. WEN, THAT'S NUMBER ONE.
19         NUMBER TWO IS, AND WE PUT THIS IN OUR PAPERS, APPLE HAS
20    HAD MUCH OF THIS INFORMATION FOR EIGHT MONTHS, BEFORE THEY EVEN
21    FILED A LAWSUIT, AND THEN THEY FILED A TRO THREE WEEKS LATER.
22    THERE SIMPLY IS NO URGENCY HERE.
23         SO THE COMBINATION OF OUR ATTACK ON THEIR COMPLAINT AND
24    THE LACK OF URGENCY MEANS THEY SHOULDN'T GET ANY EXPEDITED
25    DISCOVERY.  ==BUT NOTWITHSTANDING THAT'S OUR POSITION, AS WE HAVE==
```

1    ==OUTLINED IN OUR PAPERS, WE HAVE BENT OVER BACKWARDS, WE HAVE==
2    ==INTERVIEWED ALL THE EMPLOYEES, WE HAVE IMAGED THEIR RIVOS==
3    ==ISSUED DEVICES.  WE HAVE ANSWERED DISCOVERY THAT WE WERE NOT==
4    ==OBLIGATED TO ANSWER, BECAUSE IT WAS PROPOSED DISCOVERY BEFORE==
5    ==THE RULE 26(F) CONFERENCE.==
6           WE BENT OVER BACKWARDS TO TRY TO GAIN INFORMATION, AND
7    ENOUGH BASICALLY IS ENOUGH, BECAUSE OF THE LACK OF ALLEGATIONS
8    IN THEIR COMPLAINT AND BECAUSE OF THE LACK OF URGENCY, THEY
9    HAVEN'T MET THE STANDARD FOR EXPEDITED DISCOVERY IN THE FIRST
10   PLACE.
11          AND SO, YOU KNOW, THIS IS LIKE A SLIPPERY SLOPE WHERE YOU
12   FOCUS ON EACH LITTLE INDIVIDUAL PIECE, THAT'S FINE.  BUT WHERE
13   WE ARE RIGHT NOW IS THE RULE 26(F) CONFERENCE HAPPENED
14   YESTERDAY, DISCOVERY IS OPEN, THAT'S HOW WE SHOULD PROCEED FROM
15   HERE.  THERE'S NO NEED FOR EXPEDITED DISCOVERY, AND WE ARE NOT
16   ASKING FOR A STAY OF DISCOVERY PENDING OUR MOTIONS TO DISMISS
17   BEING DECIDED, BUT THE FACT OF THE MATTER IS THE FEDERAL RULES
18   SHOULD GOVERN.
19          AND I WANT TO MAKE ONE LAST POINT, WHICH IS DURING THE
20   RULE 26(F) CONFERENCE YESTERDAY, APPLE'S LAWYERS TOLD US THAT
21   THEY INTEND TO AMEND THEIR COMPLAINT TO TRY TO MOOT OUR MOTIONS
22   TO DISMISS.  NOW PRESUMABLY THEY ARE DOING THAT WITH THE
23   INFORMATION WE HAVE PROVIDED SO FAR IN THE EXPEDITED DISCOVERY
24   THAT WE HAVE PROVIDED.
25          AND THAT'S NOT HOW THIS SYSTEM IS SUPPOSED TO WORK.  THEY