# EXHIBIT 27



CRA No. D36727

March 31, 2023

Kenneth Kuwayti
Apple, Inc.
One Infinite Loop, MS 3-ITS
Cupertino, CA 94104

kkuwayti@mofo.com

**Re**: **Professional Services on behalf of Apple Incorporated in connection with preparing a declaration in support of a motion for sanctions**

Dear Kenneth,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period March 1, 2023 through March 31, 2023 in connection with preparing a declaration in support of a motion for sanctions.

If you have any questions, please do not hesitate to contact me at 312-357-1000 or drose-lee@crai.com.

Sincerely,

Denise Lee
Billing Analyst

Enclosure



CRA No. D36727

March 31, 2023

Kenneth Kuwayti
Apple, Inc.
One Infinite Loop, MS 3-ITS
Cupertino, CA 94104

kkuwayti@mofo.com

CRA Invoice Number:         1085078

**Re:      Professional Services on behalf of Apple Incorporated in connection with preparing a declaration in support of a motion for sanctions**

Activity Dates: March 1, 2023 through March 31, 2023

|  |  |
|---|---|
| Professional Fees | 14,601.30 |
| **Total Invoice:** | **USD 14,601.30** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#: 1139714659 | Account#: 1139714659 | PO Box 845960 |
| ABA#: 011500120 | ABA#: 211070175 | Boston, MA  02284-5960 |
| SWIFT#: CTZIUS33 | RBS Citizens Bank |  |
| RBS Citizens Bank | 1 Citizens Dr |  |
| 1 Citizens Dr | Riverside, RI 02915 |  |
| Riverside, RI 02915 |  |  |

NOTE:    CRA International's United States Federal Taxpayer Identification Number is 04-2372210.
             CRA International's Canadian Business Number is 860548858.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

1201 F Street, N.W., Suite 800, Washington, DC 20004-1204

CRA No. D36727

March 31, 2023

Kenneth Kuwayti
Apple, Inc.
One Infinite Loop, MS 3-ITS
Cupertino, CA 94104

kkuwayti@mofo.com

**CRA Invoice Number:**     **1085078**

**Re:     Professional Services on behalf of Apple Incorporated in connection with preparing a declaration in support of a motion for sanctions**

PROFESSIONAL SERVICES FOR THE PERIOD MARCH 1, 2023 THROUGH MARCH 31, 2023

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Roffman, Dan | 17.85 | 705.50 | 12,593.18 |
| Whitfield, Lee | 4.50 | 446.25 | 2,008.12 |
| TOTAL PROFESSIONAL FEES | 22.35 | | USD 14,601.30 |

|  |  |
|---|---|
| **TOTAL INVOICE** | **USD 14,601.30** |