# EXHIBIT 28



# AIPLA 2021
## Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org

# AIPLA Law Practice Management 2021 Economic Survey Participants

We would like to thank those who helped put together and review
this year's AIPLA Economic Survey:

**Arlene Neal**: Neal Bilbo, LLC – Chair of LPM Committee

**Nicholas Camillo**: Finnegan – Vice Chair of LPM Committee

**Ryan Dean**: Umberg Zipser, LLP, Co-Chair – Economic Survey Subcommittee

**John Gorecki**: Anderson Gorecki, LLP, Co-Chair – Economic Survey Subcommittee

**Anthony Venturino**: Vorys Sater Seymour and Pease, LLP – Board Liaison

## Economic Survey Subcommittee Members:

**Ryan Dean**: Umberg Zipser, LLP – Co-Chair

**John Gorecki**: Anderson Gorecki, LLP – Co-Chair

| | |
|---|---|
| **Ashraf Abdul-Mohsen**: ARI | **Megan Kirkegaard**: ARI |
| **Kaitlin Drake**: AIPLA | **Meghan Donohoe**: AIPLA |

©2021 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

PROVIDED DIGITALLY TO MEMBERS COMPLIMENTARY
PRINTED COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $75 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
1400 CRYSTAL DRIVE, SUITE 600
ARLINGTON VA 22202
(703) 415-0780
WWW.AIPLA.ORG

**Private Firm, Equity Partner**

## Average hourly billing rate in 2020 (Q33)

*Private Firm,  Equity Partner*

|  |  | Average hourly billing rate in 2020 ||||||
|---|---|---|---|---|---|---|---|
|  |  | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 253 | $558 | $344 | $400 | $500 | $650 | $887 |
| Years of IP Law Attorney Experience | 7-9 | 7 | $372 | ISD | $290 | $375 | $401 | ISD |
| | 10-14 | 31 | $545 | $341 | $395 | $480 | $625 | $889 |
| | 15-24 | 89 | $532 | $340 | $398 | $495 | $614 | $757 |
| | 25-34 | 82 | $577 | $377 | $424 | $530 | $680 | $899 |
| | 35 or More | 36 | $648 | $340 | $450 | $593 | $855 | $1,100 |
| Location | Boston CMSA | 6 | $637 | ISD | $464 | $600 | $831 | ISD |
| | NYC CMSA | 19 | $712 | $400 | $500 | $600 | $980 | $1,150 |
| | Philadelphia CMSA | 6 | $726 | ISD | $528 | $700 | $861 | ISD |
| | Washington, DC CMSA | 31 | $633 | $400 | $460 | $525 | $847 | $962 |
| | Other East | 12 | $523 | $315 | $385 | $488 | $528 | $1,046 |
| | Metro Southeast | 15 | $564 | $358 | $375 | $500 | $590 | $1,026 |
| | Other Southeast | 5 | $453 | ISD | $368 | $410 | $559 | ISD |
| | Chicago CMSA | 10 | $586 | $329 | $469 | $640 | $700 | $736 |
| | Minne.-St. Paul PMSA | 19 | $530 | $295 | $360 | $500 | $675 | $875 |
| | Other Central | 56 | $453 | $300 | $368 | $415 | $544 | $665 |
| | Texas | 23 | $549 | $339 | $415 | $498 | $700 | $900 |
| | Los Angeles CMSA | 14 | $657 | $372 | $443 | $613 | $780 | $1,200 |
| | San Francisco CMSA | 5 | $665 | ISD | $463 | $595 | $903 | ISD |
| | Other West | 32 | $513 | $308 | $356 | $470 | $613 | $787 |
| IP Technical Specialization (>=50%) | Biotechnology | 10 | $569 | $400 | $402 | $473 | $700 | $1,015 |
| | Chemical | 7 | $430 | ISD | $350 | $450 | $500 | ISD |
| | Computer Software | 27 | $546 | $320 | $375 | $450 | $560 | $1,004 |
| | Electrical | 21 | $603 | $302 | $398 | $498 | $838 | $1,073 |
| | Mechanical | 51 | $492 | $342 | $380 | $460 | $560 | $700 |
| | Medical/ Health Care | 15 | $541 | $298 | $400 | $600 | $685 | $702 |
| | Other areas | 4 | $481 | ISD | $406 | $463 | $575 | ISD |
| Age | Younger than 35 | 4 | $364 | ISD | $305 | $376 | $412 | ISD |
| | 35-39 | 13 | $498 | $366 | $385 | $425 | $553 | $900 |
| | 40-44 | 32 | $513 | $297 | $375 | $450 | $634 | $831 |
| | 45-49 | 29 | $616 | $350 | $400 | $520 | $750 | $1,100 |
| | 50-54 | 48 | $517 | $349 | $400 | $475 | $594 | $710 |
| | 55-59 | 57 | $546 | $350 | $400 | $500 | $617 | $806 |
| | 60 or Older | 64 | $614 | $308 | $429 | $528 | $748 | $1,100 |
| Gender | Male | 208 | $563 | $350 | $400 | $500 | $650 | $903 |
| | Female | 32 | $510 | $340 | $381 | $450 | $583 | $735 |
| | Prefer not to respond | 6 | $500 | ISD | $375 | $475 | $638 | ISD |
| Highest Non-Law Degree | Bachelor's Degree | 187 | $563 | $350 | $401 | $500 | $650 | $879 |
| | Master's Degree | 44 | $571 | $300 | $400 | $525 | $700 | $933 |
| | Doctorate Degree | 21 | $489 | $261 | $360 | $460 | $613 | $748 |
| Ethnicity | White/Caucasian | 200 | $548 | $350 | $400 | $500 | $642 | $873 |
| | Black/African American | 3 | $463 | ISD | ISD | $400 | ISD | ISD |
| | Hispanic/Latino | 4 | $570 | ISD | $424 | $558 | $729 | ISD |
| | Asian/Pacific Islander | 14 | $578 | $340 | $400 | $625 | $716 | $776 |
| | Blended | 4 | $681 | ISD | $469 | $600 | $975 | ISD |
| | Prefer not to respond | 19 | $612 | $300 | $400 | $510 | $750 | $1,250 |
| | Other | 3 | $412 | ISD | ISD | $350 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $406 | $284 | $353 | $400 | $500 | $530 |
| | 3-5 | 29 | $441 | $340 | $383 | $420 | $483 | $625 |
| | 6-10 | 28 | $486 | $323 | $400 | $463 | $569 | $713 |
| | 11-25 | 57 | $508 | $340 | $380 | $435 | $598 | $750 |
| | 26-50 | 33 | $585 | $329 | $435 | $525 | $685 | $1,016 |
| | 51-100 | 47 | $686 | $415 | $520 | $600 | $850 | $1,100 |
| | 101-150 | 17 | $606 | $347 | $498 | $600 | $693 | $860 |
| | More than 150 | 15 | $822 | $441 | $560 | $795 | $1,100 | $1,240 |

## Average hourly billing rate in 2020 (Q33)

*Private Firm, Partner-Track Attorney*

| | | Average hourly billing rate in 2020 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 74 | $432 | $275 | $320 | $390 | $500 | $650 |
| Years of IP Law Attorney Experience | Fewer than 5 | 13 | $375 | $233 | $263 | $340 | $443 | $676 |
| | 5-6 | 6 | $338 | ISD | $267 | $308 | $421 | ISD |
| | 7-9 | 20 | $446 | $287 | $329 | $390 | $515 | $738 |
| | 10-14 | 19 | $490 | $300 | $320 | $425 | $550 | $950 |
| | 15-24 | 12 | $412 | $308 | $335 | $385 | $450 | $599 |
| Location | Boston CMSA | 6 | $540 | ISD | $366 | $508 | $728 | ISD |
| | NYC CMSA | 3 | $717 | ISD | ISD | $755 | ISD | ISD |
| | Philadelphia CMSA | 3 | $482 | ISD | ISD | $515 | ISD | ISD |
| | Washington, DC CMSA | 11 | $424 | $260 | $320 | $421 | $500 | $584 |
| | Other East | 4 | $325 | ISD | $284 | $320 | $371 | ISD |
| | Metro Southeast | 4 | $413 | ISD | $366 | $410 | $461 | ISD |
| | Other Southeast | 5 | $399 | ISD | $311 | $400 | $488 | ISD |
| | Minne.-St. Paul PMSA | 7 | $354 | ISD | $285 | $340 | $360 | ISD |
| | Other Central | 9 | $324 | ISD | $288 | $325 | $373 | ISD |
| | Texas | 6 | $486 | ISD | $354 | $450 | $593 | ISD |
| | San Francisco CMSA | 3 | $737 | ISD | ISD | $910 | ISD | ISD |
| | Other West | 10 | $376 | $227 | $267 | $350 | $508 | $547 |
| IP Technical Specialization (>=50%) | Chemical | 4 | $384 | ISD | $284 | $405 | $463 | ISD |
| | Computer Software | 13 | $419 | $240 | $315 | $450 | $503 | $624 |
| | Electrical | 7 | $458 | ISD | $300 | $365 | $595 | ISD |
| | Mechanical | 13 | $422 | $260 | $305 | $360 | $500 | $816 |
| | Pharmaceutical | 4 | $449 | ISD | $273 | $368 | $706 | ISD |
| Age | Younger than 35 | 13 | $381 | $243 | $263 | $325 | $450 | $684 |
| | 35-39 | 22 | $422 | $240 | $296 | $365 | $456 | $847 |
| | 40-44 | 14 | $546 | $358 | $399 | $488 | $653 | $905 |
| | 45-49 | 12 | $390 | $268 | $320 | $363 | $488 | $514 |
| | 50-54 | 6 | $414 | ISD | $330 | $405 | $511 | ISD |
| | 55-59 | 4 | $397 | ISD | $316 | $393 | $480 | ISD |
| Gender | Male | 57 | $450 | $289 | $335 | $400 | $513 | $711 |
| | Female | 16 | $373 | $218 | $256 | $330 | $414 | $641 |
| Highest Non-Law Degree | Bachelor's Degree | 41 | $433 | $275 | $309 | $395 | $500 | $724 |
| | Master's Degree | 15 | $428 | $247 | $310 | $377 | $510 | $784 |
| | Doctorate Degree | 17 | $434 | $290 | $333 | $400 | $515 | $638 |
| Ethnicity | White/Caucasian | 56 | $419 | $275 | $325 | $383 | $494 | $590 |
| | Black/African American | 3 | $497 | ISD | ISD | $400 | ISD | ISD |
| | Asian/Pacific Islander | 10 | $520 | $300 | $319 | $463 | $674 | $946 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 3 | $265 | ISD | ISD | $275 | ISD | ISD |
| | 3-5 | 5 | $377 | ISD | $293 | $375 | $463 | ISD |
| | 6-10 | 3 | $350 | ISD | ISD | $375 | ISD | ISD |
| | 11-25 | 20 | $377 | $254 | $305 | $364 | $444 | $510 |
| | 26-50 | 12 | $397 | $256 | $300 | $363 | $408 | $808 |
| | 51-100 | 14 | $496 | $275 | $355 | $483 | $546 | $863 |
| | 101-150 | 7 | $428 | ISD | $340 | $380 | $400 | ISD |
| | More than 150 | 7 | $640 | ISD | $500 | $585 | $810 | ISD |