# EXHIBIT 29

| | |
|---|---|
| **From:** | Ang, Nicole Mary |
| **Sent:** | Thursday, March 23, 2023 2:30 PM |
| **To:** | Elle Wang |
| **Cc:** | QE-Apple-Rivos; MoFo Apple Rivos |
| **Subject:** | Apple v. Rivos: Questions About Forensic Images |

Hi Elle,

Per our discussion on today's meet and confer, below are questions we had about the forensic images:

1. How many devices or systems were imaged prior to the Nov. 2022 on-site remediation? On our meet and confer today, you told us that there is one image from end-May/June 2022 that was taken. We would like to know if there are others.
2. For Mr. Pinot's personal laptop, between the May/June 2022 image and the Nov. 2022 image, was the laptop returned to Mr. Pinot's possession or was it segregated from him? If it was not, where was the laptop kept?
3. Between that May/June 2022 image and Nov 2022 image of Mr. Pinot's personal laptop, was any remediation conducted prior to the on-site remediation done on Nov. 2022?  Same question for the remaining images.
4. How many copies of each image are there? Can you provide us with a list of devices/platforms/data that were imaged, the employees to whom they belonged or were assigned, when these were imaged, and how many copies are there?
5. You told us on the meet and confer today that you instructed Setec to make backups after the hard drive failure. When did this instruction occur, and which devices were backed up and which were not?
6. How were these backups made? For example, if the first image was stored on a hard drive, was that hard drive just copied to another hard drive, or were multiple images made at the same time?
7. Where are all images currently stored? For example, are they all on external hard drives, on Setec's "main computers," in a data warehouse, etc.? Who previously had or currently have access to these images?

Thanks,
Nicole

**Nicole M. Ang** (she/her/hers)
Associate
nang@mofo.com
T +1 (202) 778-1656
M +1 (202) 751-1947

**MORRISON FOERSTER**