1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:22-cv-02637-EJD |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE THE BRIEFING SCHEDULE FOR APPLE'S MOTION FOR SANCTIONS** |
| v. | |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | Ctrm:      4 |
| | Judge:    Hon. Edward J. Davila |
| Defendants. | Action Filed:  April 29, 2022 |

1  Pursuant to Civil L.R. 6-2 and 7-12, and subject to the Court's approval, Plaintiff Apple

2  Inc. ("Apple") and Defendants Rivos Inc. and Wen Shih-Chieh (a/k/a Ricky Wen) ("Defendants")

3  submit this Joint Stipulation to Revise the Briefing Schedule for Apple's Motion for Sanctions

4  (the "Motion").

5  WHEREAS, Apple filed the Motion against Defendants and their counsel on April 1,

6  2023 (Dkt. 171);

7  WHEREAS, the deadline for Defendants and their counsel to file their Oppositions to the

8  Motion currently is April 17, 2023;

9  WHEREAS, the deadline for Apple to file its Reply in support of the Motion currently is

10 April 24, 2023;

11 WHEREAS, the hearing on Apple's Motion is currently set for August 31, 2023;

12 WHEREAS, the parties would benefit from additional time to prepare their briefs and

13 therefore propose to modify the briefing schedule; and

14 WHEREAS, the parties' proposed modifications to the briefing schedule will not affect or

15 alter any other scheduled dates, events, or deadlines in this case;

16 IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective

17 counsel, subject to the Court's approval, that:

18 • the deadline for Defendants and their counsel to file their Oppositions to the Motion is

19    extended to June 30, 2023; and

20 • the deadline for Apple to file its Reply in support of the Motion is extended to August

21    4, 2023.

22 **IT IS SO STIPULATED.**

23

24

25

26

27

28

1 | DATED: April 10, 2023

2 |                                         MORRISON & FOERSTER LLP

3

4 |                                         By: */s/ **Bryan Wilson**_____

5
   |                                         Bryan Wilson
6 |                                         BWilson@mofo.com
   |                                         Kenneth A. Kuwayti
7 |                                         KKuwayti@mofo.com
   |                                         Morrison & Foerster LLP
8 |                                         755 Page Mill Road
   |                                         Palo Alto, California 94304-1018
9 |                                         Telephone: 650-813-5600
   |                                         Fax: 650-494-0792
10
   |                                         Arturo J. Gonzalez
11 |                                        AGonzalez@mofo.com
   |                                         Diek O. Van Nort
12 |                                        DVanNort@mofo.com
   |                                         Morrison & Foerster LLP
13 |                                        425 Market Street
   |                                         San Francisco, California 94105-2482
14 |                                        Telephone: 415-268-7000
   |                                         Fax: 415-268-7522
15
   |                                         Mary Prendergast
16 |                                        MPrendergast@mofo.com
   |                                         Morrison & Foerster LLP
17 |                                        2100 L Street, NW, Suite 900
   |                                         Washington, District of Columbia 20037
18 |                                        Telephone: 202-887-1500
   |                                         Fax: 202-887-0763
19
   |                                         Attorneys for Plaintiff
20 |                                        Apple Inc.

21

22

23

24

25

26

27

28

1

Dated:          April 10, 2023                    QUINN EMANUEL URQUHART &
                                                  SULLIVAN, LLP

2

3

By: */s/ David Eiseman*
_____

4

David Eiseman

5

davideiseman@quinnemanuel.com
Victoria Parker

6

vickiparker@quinnemanuel.com
50 California Street, 22nd Floor

7

San Francisco, California 94111-4788
Telephone: 415-875-6600

8

Fax: 415-875-6700

9

Ryan Landes
ryanlandes@quinnemanuel.com

10

865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

11

Telephone: 213-443-3000
Fax: 213-443-3100

12

Attorneys for Defendants

13

Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen,
Jim Hardage, Weidong Ye, Laurent Pinot,

14

Prabhu Rajamani and Kai Wang

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Dated: _____               _____
                                           Honorable Edward J. Davila
                                           United States District Judge

1

## ATTESTATION OF CONCURRENCE IN FILING

2

3

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this

document has been obtained from each of the signatories listed above.

4

5

6                                        /s/ *David Eiseman*_____
                                         David Eiseman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28