UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>RIVOS, INC., et al.,<br><br>        Defendants. | Case No. 5:22-cv-02637 EJD<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 169, 171 |

    Pursuant to Civil Local Rule 72-1, this matter is referred to United States Magistrate Judge Nathanael M. Cousins for a report and recommendation on Apple Inc.'s Motion for Sanctions (ECF No. 169/171). Any date for hearing on this matter previously noticed on the undersigned's calendar is VACATED.

    The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

    **IT IS SO ORDERED.**

Dated: April 11, 2023

_____
EDWARD J. DAVILA
United States District Judge