UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>  Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**ORDER REGARDING ESI PROTOCOL** |

The deadline for the Parties to agree to an ESI Protocol is extended to April 14, 2023 12:00pm. In the event the Parties cannot come to an agreement regarding the ESI Protocol, the Parties will brief the remaining disputes as to the ESI Protocol in the April 14, 2023, joint discovery statement.

SO ORDERED.

Dated: April 11, 2023

_____
Honorable N
United States

GRANTED
Judge Nathanael M. Cousins