| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
| | BWilson@mofo.com |
| 2 | KENNETH A. KUWAYTI (CA SBN 145384) |
| | KKuwayti@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
| 6 | ARTURO J. GONZALEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 8 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 9 | Facsimile: 415.268.7522 |
| 10 | MARY PRENDERGAST (CA SBN 272737) |
| | MPrendergast@mofo.com |
| 11 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW, Suite 900 |
| 12 | Washington, District of Columbia 20037 |
| | Telephone: 202.887.1500 |
| 13 | Facsimile: 202.887.0763 |
| 14 | Attorneys for Plaintiff |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:22-cv-02637-EJD |
| Plaintiff, | **NOTICE OF APPEARANCE OF MATTHEW STEPHENS** |
| v. | Courtroom:  4 |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | Judge:  Hon. Edward J. Davila |
| | Action Filed:  April 29, 2022 |
| Defendants. | |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Matthew Stephens of the law firm of Morrison & Foerster LLP, as counsel of record for and on behalf of Plaintiff Apple Inc., in the above-entitled matter. The Court and counsel for defendants are respectfully requested to add Matthew Stephens to the service list for this action, and to send copies of all pleadings and notices to the following address:

> Matthew Stephens
> MORRISON & FOERSTER LLP
> 701 Brazos Street, Suite 1100
> Austin, Texas, 78701
> Telephone: 737.309.0770
> Facsimile: 737.910.0730
> E-mail: MStephens@mofo.com

Matthew Stephens is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court of the Northern District of California.

Dated: April 12, 2023

MORRISON & FOERSTER LLP

By: /s/ Matthew Stephens
   MATHHEW STEPHENS

Attorneys for Plaintiff
APPLE INC.