UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>    Defendants. | Case No.   5:22-cv-02637-EJD-NC<br><br>**ORDER REGARDING DISCOVERY HEARING** |

1  The discovery hearing, currently set for May 1, 2023 at 11:00 AM in person, is postponed
2  to May 8, 2023 at 11:00 AM in person.  In the event the Parties cannot come to an agreement
3  regarding outstanding discovery issues, the Parties will brief the remaining disputes in a joint
4  update by May 5, 2023 at noon.

6  SO ORDERED.
7  Dated:  April 28, 2023

8  Honorable Nathanael M. Cousins
9  United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins