| | |
|---|---|
| BRYAN WILSON (CA SBN 138842)<br>BWilson@mofo.com<br>KENNETH A. KUWAYTI (CA SBN 145384)<br>KKuwayti@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br><br>ARTURO J. GONZALEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>MEREDITH L. ANGUEIRA (CA SBN 333222)<br>MAngueira@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 202.887.0763<br><br>MARY PRENDERGAST (CA SBN 272737)<br>MPrendergast@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, District of Columbia 20037<br>Telephone: 202.887.1500<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiff<br>APPLE INC. | DAVID EISEMAN (CA SBN 114758)<br>davideiseman@quinnemanuel.com<br>VICTORIA B. PARKER (CA SBN 290862)<br>vickiparker@quinnemanuel.com<br>ELLE XUEMENG WANG (CA SBN 328839)<br>ellewang@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br><br>RYAN LANDES (CA SBN 252642)<br>ryanlandes@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: 213.443.3000<br>Facsimile: 213.443.3100<br><br>Attorneys for Defendants RIVOS INC.; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENCE PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendant. | Case No. 5:22-cv-02637-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME**<br>***AS MODIFIED*** <br><br>Courtroom: 4<br>Judge: Hon. Edward J. Davila<br>Action Filed: April 29, 2022 |

STIP. AND [PROPOSED] ORDER CHANGING TIME
CASE NO. 5:22-CV-02637-EJD

Pursuant to Civil Local Rules 6-2, 7-12, and 37-3, Plaintiff Apple Inc. ("Apple") and Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Kai Wang, Laurent Pinot, Prabhu Rajamani, and Weidong Ye (collectively, "Defendants"), by and through their respective counsel, stipulate to and respectfully request that the Court modify the deadlines in the case schedule as set forth below:

WHEREAS, on July 19, 2022, the Court entered a case management order establishing the current fact discovery cut-off date of June 30, 2023 (ECF 87);

WHEREAS, on January 1, 2023, the Court continued the trial setting conference originally set for May 25, 2023 to June 8, 2023 (ECF 138);

WHEREAS, on April 3, 2023, the Court ordered the parties to substantially complete their document productions on all discovery that had previously been served by May 12, 2023 (ECF 174);

WHEREAS, on April 28, 2023, the Court approved the Parties' stipulation governing the production of Electronically Stored Information ("ESI Order") (ECF 194);

WHEREAS, the Parties are continuing to meet and confer on search terms for custodians per the terms of the Parties ESI Order;

WHEREAS, the Parties previously agreed to appoint FTI Consulting, Inc. ("FTI") as a neutral third party to conduct certain forensic inspections and analyses in connection with this Action (ECF 45, 67, and 91);

WHEREAS, the Parties are continuing to meet and confer on protocols for additional inspections and analyses by FTI in connection with this action;

WHEREAS, neither party has previously requested time modifications in this case;

WHEREAS, the Parties do not make this request for delay or any other improper purpose;

NOW THEREFORE, the Parties hereby stipulate to and request that the Court order that all deadlines in this action through the hearing on anticipated dispositive motions are extended by 60 days as set forth in the chart below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Trial Setting Conference | 11:00 a.m. on June 8, 2023 | 11:00 am on ~~August 7, 2023, or a date thereafter convenient for the Court. The joint trial setting conference statement shall be due ten days before.~~ October 12, 2023 |
| Fact Discovery Cutoff | June 30, 2023 | August 30, 2023 |
| Designation of Opening Experts with Reports | July 27, 2023 | September 25, 2023 |
| Designation of Rebuttal Experts with Reports | August 17, 2023 | October 16, 2023 |
| Expert Discovery Cutoff | August 31, 2023 | October 30, 2023 |
| Deadline for Filing Dispositive Motions | September 25, 2023 | November 17, 2023 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on November 16, 2023 | 9:00 a.m. on ~~January 24, 2023, or a date thereafter convenient for the Court.~~ January 25, 2024 |

Joint Trial Setting Conference Statement due by September 28, 2023.

Dated: May 15, 2023

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Bryan Wilson
    Bryan Wilson

Attorney for Plaintiff
APPLE INC.

Dated: May 15, 2023

QUINN EMMANUEL URQUHART & SULLIVAN, LLP

By: /s/ David Eiseman

Attorneys for Defendants
Rivos Inc.; Wen Shih-Chieh a/k/a Ricky Wen; Jim Hardage; Weidong Ye; Laurent Pinot; Prabhu Rajamani; and Kai Wang

STIP. AND [P~~ROPOSED~~] ORDER CHANGING TIME
CASE NO. 5:22-CV-02637-EJD

2

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: May 15, 2023

                                          */s/ Bryan Wilson*
                                          Bryan Wilson

**ORDER**

IT IS **SO ORDERED, AS MODIFIED**.

Dated: May 16, 2023

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE