1   BRYAN WILSON (CA SBN 138842)
    BWilson@mofo.com
2   KENNETH A. KUWAYTI (CA SBN 145384)
    KKuwayti@mofo.com
3   MORRISON & FOERSTER LLP
    755 Page Mill Road
4   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
5   Facsimile: 650.494.0792

6   ARTURO J. GONZALEZ (CA SBN 121490)
    AGonzalez@mofo.com
7   MEREDITH L. ANGUEIRA (CA SBN 333222)
    MAngueira@mofo.com
8   MORRISON & FOERSTER LLP
    425 Market Street
9   San Francisco, California 94105-2482
    Telephone: 415.268.7000
10  Facsimile: 415.268.7522

11  MARY PRENDERGAST (CA SBN 272737)
    MPrendergast@mofo.com
12  MORRISON & FOERSTER LLP
    2100 L Street, NW, Suite 900
13  Washington, District of Columbia 20037
    Telephone: 202.887.1500
14  Facsimile: 202.887.0763

15  Attorneys for Plaintiff
    APPLE INC.

    DAVID EISEMAN (CA SBN114758)
    davideiseman@quinnemanuel.com
    VICTORIA B. PARKER (CA SBN 290862)
    vickiparker@quinnemanuel.com
    ELLE XUEMENG WANG (CA SBN 328839)
    ellewang@quinnemanuel.com
    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
    50 California Street, 22nd Floor
    San Francisco, California 94111-4788
    Telephone: (415) 875-6600
    Facsimile:  (415) 875-6700

    RYAN LANDES (Bar No. 252642)
    ryanlandes@quinnemanuel.com
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017-2543
    Telephone: (213) 443-3000
    Facsimile:  (213) 443-3100

    Attorneys for Defendants
    RIVOS INC., WEN SHIH-CHIEH A/K/A
    RICKY WEN, JIM HARDAGE, WEIDONG
    YE, LAURENT PINOT, PRABHU
    RAJAMANI and KAI WANG

16

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                        SAN JOSE DIVISION

20   APPLE INC., a California corporation,        Case No.   5:22-cv-02637-EJD

21                  Plaintiff,                    **STIPULATION AND [PROPOSED]
                                                  ORDER SETTING FORENSIC
22          v.                                    INSPECTION PROTOCOL**

23   RIVOS, INC., a Delaware corporation; WEN     Ctrm:    4
     SHIH-CHIEH a/k/a RICKY WEN; JIM              Judge:   Hon. Edward J. Davila
24   HARDAGE; WEIDONG YE; LAURENT
     PINOT; PRABHU RAJAMANI; and KAI              Action Filed:  April 29, 2022
25   WANG,

26                  Defendants.

27

28

Plaintiff Apple Inc. ("Apple") and Defendants Rivos Inc., Wen Shih-Chieh, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang (collectively, the "Parties"), by and through their respective counsel, agree to the following protocol for forensic inspections and analyses.

## 1   RECITALS

**1.1**        WHEREAS, the Parties listed above are parties to the action entitled *Apple Inc. v. Rivos Inc., et al.*, pending in the United States District Court for the Northern District of California, Case No. 5:22-CV-2637-EJD (the "Action"), involving causes of action for trade secret misappropriation and breach of contract;

**1.2**        WHEREAS, certain of the Parties previously agreed to appoint FTI Consulting, Inc. ("FTI") as a neutral third party to conduct certain forensic inspections and analyses in connection with the Action (*see* ECF 45, 67 & 91);

**1.3**        WHEREAS, Defendants were ordered on April 3, 2023, to provide to FTI by April 13, 2023, forensic images of devices and storage accounts that were used to store or transmit Apple confidential information (ECF 174; "Order");

**1.4**        WHEREAS, Defendants delivered forensic images to FTI on April 13, 2023 pursuant to the Order;

**1.5**         "Apple confidential information" shall be defined for purposes of this protocol only as any document created by or on behalf of Apple, created by Apple employees in the course of their jobs at Apple, or containing non-public Apple information.

**1.6**        WHEREAS, the Parties have agreed to appoint FTI as a neutral third party to conduct forensic inspections and analyses with respect to all additional images that Defendants provide to FTI pursuant to the Order and any agreements between the Parties;

**1.7**        WHEREAS, this Agreement is intended to apply to any former employees subpoenaed by Apple who provide images to FTI; and

**1.8**     WHEREAS, the Court denied Apple's request to compel forensic images from former Apple employees subpoenaed by Apple on April 3, 2023 (ECF 174).

THEREFORE, the Parties agree as follows:

## 2   AGREEMENT

**2.1**     The Parties hereby appoint FTI Consulting, Inc. ("FTI") as a neutral party to conduct forensic inspections and analyses as described in this Agreement, and FTI accepts such appointment.  FTI agrees to act as a neutral pursuant to this Agreement and other instructions agreed to by the Parties.

**2.2**     FTI (or any successor to FTI) will not have any *ex parte* communications with either party or either party's experts without the other side being given reasonable notice and an opportunity to be present for said communication.  All parties must be copied on requests to FTI,

**2.3**     The protocol set forth herein shall apply to any forensic images that Defendants or former Apple employees subpoenaed by Apple provide to FTI.

## 3   FTI'S INITIAL PROCESSING OF IMAGES

**3.1**     At all times, FTI shall maintain at least two unaltered copies of each image that it receives on two different storage devices.

**3.2**     FTI shall attempt to recover any deleted files on each image through reasonable means.

**3.2.1**   **Attachment A** details the list of file types and file extensions that FTI shall include in its search and recovery efforts.  For avoidance of doubt, the list file types and extensions contained within **Attachment A** is non-exhaustive.  At any time, either Party may request that FTI add to the list of file types and extensions in **Attachment A**.  FTI will maintain a list of all deleted files and artifacts that it was able to recover ("Deleted File List").  For simplicity, artifacts shall be deemed "files" henceforth.

**3.2.2**   The active files obtained from the images, together with files recovered pursuant to Paragraph 3.2.1, are referred to herein as the "Collected Files."

**3.3**      Where possible, FTI shall perform an analysis of each image or account to identify data transfers and data deletions. Specifically, FTI should conduct an analysis of (1) any USB device connections and any file transfers that took place as a result of the USB device connection, (2) any AirDrop transfers, (3) transfers of data through iCloud Drive or any other cloud storage service, either by web browser or via installed applications, (4) any use of email to transfer files potentially containing Apple material, (5) any transfer of data through other synchronization, including but not limited to the synchronization of iMessage data, (6) use of any file transfer tools such as FTP applications, (7) mass deletions of files, including by analyzing FS Events and other logs, and (8) use of any file wiping utilities.  FTI shall provide a summary of this information to Apple's counsel and Defendants' counsel as soon as the information is available for a particular image.

## 4   FTI'S PRODUCTION OF FILES TO APPLE

**4.1**      For each image or device individually, on a rolling basis, as quickly as practicable, FTI shall prepare a complete file listing that FTI shall export from Cellebrite Inspector (formerly known as BlackBag's Blacklight), including files and folders together with the metadata fields identified in **Attachment B**.  FTI shall provide the complete file listing to Defendants' counsel. FTI shall provide the same file listing to Apple's counsel, however for files representing email communications, FTI shall exclude the email subject lines, if present in the file listing, from the file listing provided to Apple's counsel only.

**4.2**      Defendants' counsel shall have ten calendar days, or as modified by the parties, to identify to FTI for redaction any email communication subject lines containing privileged information or PII from the complete filing listing and produce to Apple a redaction log consistent with the requirements of Federal Rule of Civil Procedure 26.

**4.3**     Then, FTI shall promptly provide a supplemental file listing with information identified in the paragraph 4.2 above redacted to Apple's counsel, copying Defendants' counsel. Apple may identify any of the documents contained in the file listing to be included in the Review Set described below.

**4.4**     For each image individually, on a rolling basis, as quickly as practicable, FTI shall generate a set of files ("Search Term Review Set") as follows:

**4.5**     First, FTI shall remove all system files, application files, and cached files from the Collected Files.  Then, FTI shall search the files using the search terms agreed to by the parties.

**4.6**     During its searches, should FTI happen to identify any communications between Defendants and attorneys, FTI shall immediately cease review of those communications and notify Defendants' and Apple's counsel.  FTI shall not disclose the contents of any such communications to Apple's counsel or to Apple.

**4.7**     The search procedures that FTI shall employ shall preserve all metadata and duplicates.  FTI should confirm that their search and production allows them to produce iWork files.  FTI shall preserve and produce all metadata fields identified in **Attachment B** for the Search Term Review Set and Production Set.  At any time, Apple may request that FTI produce or search for additional document or system metadata fields not currently identified in **Attachment B**.

**4.8**     FTI shall compile (1) system logs concerning the use of the device ("System Logs"), (2) forensic artifacts concerning the use of the Search Term Review Set ("Forensic Artifacts"), and (3) the hash value of all documents, files, and forensic artifacts, to the extent available.  The System Logs contain information about how the computer system was used, independent of how a particular file was used.  For example, the System Logs will contain information about USB device connections, regardless of what files were contained on that USB. The Forensic Artifacts contain information about how specific files were used.  For example, the Forensic Artifacts tell whether a file was printed. FTI will only provide Forensic Artifacts for files in the Search Term Review Set.  The System Logs and Forensic Artifacts are defined further

in **Attachment C**.  The Parties agree that FTI may compile the System Logs and Forensic Artifacts in an industry standard format consistent with the export options from the forensic tools available to them to allow the Parties' respective forensic experts to analyze them natively (e.g. FTI may export and produce a parsed Forensic Artifact to Excel format so that the Parties' forensic experts may sort and filter that Excel file). At any time, Apple may request that FTI produce or search for additional artifacts not listed in Attachment C.

**4.9**    FTI shall then provide the Search Term Review Set, System Logs, Forensic Artifacts, any additional documents Apple's counsel identified from the complete file listings, and their hash values (the "Review Set") to Defendants' counsel.  Defendants' counsel shall have ten business days to review for privilege and to identify Apple confidential information and any other Apple business operational information relating to any former Apple's employee's employment at Apple (the "Responsive Set").

**4.10**    If ten business days have elapsed from the date of Defendants' counsel's receipt of the Search Term Review set from FTI and Defendants' counsel have not notified FTI and Apple's counsel of any privilege claim or non-responsive documents, then all of the documents in the Review Set a file listing thereof, System Logs, and Forensic Artifacts shall be included in the "Production Set," together with any documents identified by Apple for production from the file listings that were provided.

**4.11**    If Defendants' counsel does notify FTI of a privilege claim or non-responsive documents as described in paragraph 4.9, then FTI shall promptly create a Production Set that consists of the Responsive Set, minus the documents that Defendants' counsel identified as privileged.  Defendants' counsel shall have fifteen business days from the date of Defendants' counsel's receipt of the Review Set from FTI to provide a privilege log consistent with the requirements of Federal Rule of Civil Procedure 26.

**4.12**    Then, FTI shall promptly provide the Production Set to Apple's counsel, copying Defendants' counsel.  In addition, FTI shall inform Apple's counsel and Defendants' counsel as to which files in the Production Set were among the files in the Deleted File List (for the

particular image at issue) or otherwise explain how that information can be determined from the metadata in the Production Set.

**4.13**    Apple agrees to treat any information it receives as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order entry in the Action for thirty days.  Within 30 days of FTI's production of information, Defendants' counsel must identify any file listings or files that Defendants' counsel contend should not be shared with Apple's in-house counsel and personnel.

**4.14**    Notwithstanding Paragraph 4.13, Apple's counsel is permitted at any time to share with Apple's in-house counsel and personnel any files identified in Mr. Daniel Roffman's declarations or that appear on their face to contain Apple confidential information and originated at Apple (such as bearing an "Apple confidential" header or any similar header, footer, or stamp).

**4.15**    Apple may request that FTI modify the search terms at any time, provided that the Parties agree on the modification, or the Court orders a change.  By stipulating to entry of this protocol, Apple does not waive any right it otherwise would have to seek relief, including evidentiary and terminating sanctions, in the event that Defendants fail to comply with the Court's Order.

**4.16**    By stipulating to entry of this protocol, Defendants do not make any admission of liability, wrongdoing, or possession of Apple confidential information or trade secrets.

1

2          Respectfully submitted,

3      Dated:      May 25, 2023          MORRISON & FOERSTER LLP

4                                        By: */s/ Kenneth A. Kuwayti*
5                                            Kenneth A. Kuwayti

6                                        Attorney for Plaintiff
                                         APPLE INC.
7

8      Dated:      May 25, 2023          QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
9

10

11                                       By: */s/ Ryan Landes*
                                             Ryan Landes
12
                                         Attorney for Defendants
13                                       RIVOS INC., WEN SHIH-CHIEH A/K/A
                                         RICKY WEN, JIM HARDAGE, WEIDONG
14                                       YE, LAURENT PINOT, PRABHU
                                         RAJAMANI and KAI WANG
15

16     Dated:      May 25, 2023          FTI CONSULTING, INC.

17

18                                       By: */s/ Johnathan Bridbord*
                                             Johnathan Bridbord
19                                           Managing Director

20

21                     **ATTESTATION OF CONCURRENCE**

22          I, Kenneth A. Kuwayti, am the ECF User whose ID and password are being used to file

23     this Stipulation.  In compliance with Local Rule 5-1(h)(3), I hereby attest that Ryan Landes and

24     Johnathan Bridbord have concurred in this filing.

25

26     Dated: May 25, 2023                              */s/ Kenneth A. Kuwayti*
                                                         Kenneth A. Kuwayti
27

28

1

**ORDER**

2        IT IS SO ORDERED.

3

4    Dated: _____        _____
                                            UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTACHMENT A**

2

**File Extensions for Recovery of Deleted Files**

3

| Extension | Description |
|-----------|-------------|
| 123 | Lotus 123 |
| 7z | 7-zip |
| ABW | AbiWord Document File (The AbiSource Community) |
| ADOC | Authentica Secure Office Protected Word Document (Authentica) |
| adx | Lotus Approach ADX File |
| ami | Lotus Ami Pro |
| APPT | Authentica Secure Office Protected PowerPoint Document (Authentica) |
| asc | ASCII |
| AWD | FaxView Document (Microsoft) |
| AXLS | Authentica Secure Office Protected Excel Document (Authentica) |
| BAK | Backup file |
| bk! | WordPerfect Backup |
| bk1 | WordPerfect Timed Backup |
| bk2 | WordPerfect Timed Backup |
| bk3 | WordPerfect Timed Backup |
| bk4 | WordPerfect Timed Backup |
| bk5 | WordPerfect Timed Backup |
| bk6 | WordPerfect Timed Backup |
| bk7 | WordPerfect Timed Backup |
| bk8 | WordPerfect Timed Backup |
| bk9 | WordPerfect Timed Backup |
| BKF | Backup file |
| BPS | Works Document (Microsoft) |
| bv1 | WordPerfect Overflow (Doc1) |
| bv2 | WordPerfect Overflow (Doc2) |
| bv3 | WordPerfect Overflow (Doc3) |
| bv4 | WordPerfect Overflow (Doc4) |
| bv5 | WordPerfect Overflow (Doc5) |
| bv6 | WordPerfect Overflow (Doc6) |
| bv7 | WordPerfect Overflow (Doc7) |
| bv8 | WordPerfect Document(Doc8) |
| bv9 | WordPerfect Document (Doc9) |
| c | |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Extension | Description |
|---|---|
| CCA | CC Mail |
| CCH | Corel Chart |
| CDX | Corel PhotoPaint Compressed |
| Compound Document File | **Alias Code |
| CON | WordPerfect Document Concordance (Corel Corporation) |
| cov | MS Office Fax Cover |
| cpe | MS Office Fax Cover |
| cpp | |
| CPY | eCopy Scanned Document (eCopy, Inc.) |
| csv | Comma Delimited File |
| CW3 | Claris Works Win 3 Document |
| cwk | ClarisWorks Document |
| cws | ClarisWorks Stationery |
| d | |
| dbx | Outlook Express Email Folder |
| DIF | Microsoft Excel File |
| doc | Microsoft Word Document |
| DOCHTML | Word HTML Document (Microsoft) |
| docm | Microsoft Word File |
| DOCMHTML | Word HTML Document (Microsoft) |
| docx | Microsoft Word File |
| dot | Microsoft Word Template |
| dotm | Word 2007 XML Macro-Enabled Template |
| dotx | Microsoft Word File |
| DOX | Word Text Document (Microsoft) |
| ds4 | Micrografix Designer 4 |
| dtd | XML DTD |
| dwg | |
| DX | MultiMate Word Processor Document |
| dxf | |
| edb | Microsoft Exchange Server Email. |
| edif | |
| efx | eFax file format |
| EFX | eFax Fax Document (j2 Global Communications, Inc.) |
| eml | Outlook Express Electronic Mail |
| Emlx | |
| Emlxpart | |
| Eudora Email Message | **Alias Code |

| Extension | Description |
|---|---|
| EWF | EpicWriter Document (Epic) (Trollzsoft) |
| f | |
| fm3 | Lotus 123 v3 FMT File |
| fmt | Lotus 123 v4 FMT File |
| gds | |
| gdsii | |
| Generic Email Message | **Alias Code |
| gph | Lotus 123 Graph |
| gra | Microsoft Graph Chart |
| graffle | |
| GUL | Korean Word Processor |
| gz | Compressed file archive created by GZIP (GNU zip) |
| GZIP | Container |
| h | |
| hdr | Voicemail |
| HEIC | |
| hier | |
| htm | Hypertext Markup document |
| html | Hypertext Markup Language document |
| HWP | Hangul Word Processor File (Haansoft) |
| idx | Outlook Express Mail File -- Comment out |
| JPG | |
| key | Keynote Files |
| Log | |
| Lotus Notes Data File2 | |
| Lotus Notes Database Template | **Alias Code |
| lss | Legato |
| lvp | Voicemail |
| MailDB | MailDB |
| MBOX | Mbox |
| Mbox | **Alias Code |
| MBX | Mbox |
| md | |
| mdz | Microsoft Access Template |
| mht | Archived web page file |
| Microsoft Outlook Express | **Alias Code |
| mov | |

| Extension | Description |
|---|---|
| MSF | MSF |
| MSG | Microsoft Mail Message |
| MW | MacWrite II Text Document (Apple) |
| Netscape Email Message | **Alias Code |
| NS2 | NS2 |
| NS3 | NS3 |
| NS4 | NS4 |
| nsf | Lotus Notes Storage File |
| ntf | Lotus Notes Database Template |
| numbers | Numbers Files |
| o | |
| oasis | |
| obd | Microsoft Office Binder Document |
| odf | OpenOffice Format |
| odg | OpenOffice Format |
| odp | OpenOffice Format |
| ods | OpenOffice Format |
| odt | OpenOffice Format |
| OFT | Outlook 2007 File Type |
| one | Microsoft OneNote section |
| onepkg | Microsoft OneNote Package |
| OST | Outlook Offline Mail File |
| otg | OpenOffice Format |
| otp | OpenOffice Format |
| ots | OpenOffice Format |
| ott | OpenOffice Format |
| out | |
| Outlook Express Email Message | **Alias Code |
| Outlook Express Email Storage File | **Alias Code |
| Outlook Personal Folder | **Alias Code |
| Outlook Pst File | **Alias Code |
| pages | Pages Files |
| params | |
| pdf | Adobe Portable Document Format |
| pl | |
| plist | |

| Extension | Description |
|---|---|
| png | |
| pot | PowerPoint Template |
| potm | PowerPoint 2007 Macro-Enabled XML Template |
| POTX | Microsoft Powerpoint File |
| ppam | PowerPoint 2007 Macro-Enabled XML Add-In |
| pps | Microsoft PowerPoint Slide Show |
| PPSX | Microsoft Powerpoint File |
| ppt | Microsoft PowerPoint file |
| pptm | PowerPoint 2007 Macro-Enabled XML Presentation |
| pptx | PowerPoint File |
| PRN | Microsoft Excel File |
| pst | Microsoft Outlook Personal Filestore |
| PSW | Pocket Word Document (Microsoft) |
| PWD | Pocket Word Document (Microsoft) |
| Py | Python File |
| py | |
| rar | Compressed file archive created by RAR |
| rpt | Report Format |
| rtf | Rich Text Format |
| rtfd | |
| s | |
| sam | Microsoft Office File |
| sample | |
| SDW | OpenOffice.org Text Document (OpenOffice.org) |
| SH | |
| sht | Webpage File |
| SNM | SNM |
| stc | OpenOffice Format |
| sti | OpenOffice Format |
| stm | OpenOffice Format |
| stw | OpenOffice Format |
| swift | |
| sxc | OpenOffice Format |
| sxd | OpenOffice Format |
| sxg | OpenOffice Format |
| sxi | OpenOffice Format |
| sxw | OpenOffice Format |
| sync | |

| Extension | Description |
|---|---|
| tar | Compressed file archive created by TAR |
| testy | UTF-8 Document File |
| tgz | Container |
| TIF | TIFF |
| TIFF | TIFF |
| tv1 | WordPerfect Insert Overflow - Doc 1 |
| tv2 | WordPerfect Insert Overflow - Doc 2 |
| tv3 | WordPerfect Insert Overflow - Doc 3 |
| tv4 | WordPerfect Insert Overflow - Doc 4 |
| tv5 | WordPerfect Insert Overflow - Doc5 |
| tv6 | WordPerfect Insert Overflow - Doc 6 |
| tv7 | WordPerfect Insert Overflow - Doc 7 |
| tv8 | WordPerfect Insert Overflow - Doc 8 |
| tv9 | WordPerfect Insert Overflow - Doc 9 |
| txt | Text |
| v | |
| vcf | vCard |
| vh | |
| vs | Visio |
| vsd | Visio |
| vst | Visio Template |
| wbk | Microsoft Word Backup |
| WIZ | MS Word Wizard |
| wk1 | Lotus 123 v1.2 |
| wk3 | Lotus 123 v 3 |
| wk4 | Lotus 123 v 4 |
| wke | Lotus 123 - Educational |
| wkq | Quatro Worksheet |
| wks | Lotus / Microsoft Works |
| wp | WordPerfect v5 or v6 |
| wp5 | WordPerfect |
| WPD | Word Perfect Document |
| WPF | Word Perfect Document |
| wps | Microsoft Works |
| wpt | WordPerfect Template |
| wri | Windows Write |
| wrk | Symphony Spreadsheet |
| WS | Wordstar Document |

| Extension | Description |
|---|---|
| xlam | Excel 2007 XML Macro-Enabled Add-In |
| xlb | MS Excel Workbook |
| xlc | Microsoft Excel Chart |
| xls | Microsoft Excel Spreadsheet |
| XLSB | Microsoft Excel File |
| XLSM | Microsoft Excel File |
| xlsx | Excel File |
| xlt | Microsoft Excel Workbook Template |
| XLTM | Microsoft Excel File |
| XLTX | Microsoft Excel File |
| xlw | Microsoft Excel Workspace |
| xml | Extensible Markup Language |
| xps | XPS File |
| XSL | XML Stylesheet |
| Yahoo Webmail | **Alias Code |
| Yaml | |
| yml | |
| zip | Zip Files |

1

2

**ATTACHMENT B**

**Metadata Fields for FTI's Production of Files to Apple**

3
Name

4
Path

5
Size

6
Extension

7
Date Created

8
Date Changed

9
Date Modified

10
Date Accessed

11
Date Added

12
Directory

13
MD5

14
Kmditemlastuseddate

15
Kmditemusecount

16
kMDItemWhereFroms

17
kMDItemUsedDates

18
kMDItemDateAdded

19

20

21

22

23

24

25

26

27

28

**ATTACHMENT C**

**System Logs**:

- Parsed Finder Plist, including last "move and copy destinations"

- Recent volume names

- Daily disk logs (/private/var/log/daily.out)

- USB connection activity as identified in Unified Logs or other artifacts (KnowledgeC.db, Recent Volumes, etc.)

- Bash history

- Information about backups, including:

  o Dates, times and other details pertaining to Time Machine backups, as contained in the Time Machine Plist

  o Dates and device information for backups of mobile devices

- Information about the usage of iCloud Drive, including:

  o Email addresses used to synchronize iCloud Drive

  o Whether iCloud Drive is currently synchronized to the Laptop in the '~/Library/Mobile Documents' folder.

  o Date created and date added for any iCloud Drive archive folders present

- FS events pertaining to the mass deletion of files

- List of applications that are installed that have the ability to transfer or erase data, along with associated logs or artifacts (e.g. KnowledgeC.db entries)

- Internet browser history related to cloud storage websites, including the URL, title, and date

- Whether any virtual machines are present

**Forensic Artifacts**:

- Responsive Recent Items, including Shared File Lists

- Print Jobs

- File System (FS) Events

- Parsed DS Store files

- Internet browser download history

- Quarantine file information

- Air-Drop activity identified in spotlight or unified logs

- Spotlight shortcuts

- Quicklook thumbcache

- If present, other Windows artifacts that could exist on non-MacOS devices such as an external thumb drive or hard drive, including link files