**MORRISON FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

May 26, 2023

Writer's Direct Contact
+1 (650) 813-5603
BWilson@mofo.com

By ECF

Honorable Nathanael Cousins
United States District Court
San Jose Courthouse, Courtroom 5 - 4th Floor
280 South 1st Street
San Jose, CA 95113

Re: *Apple Inc. v. Rivos Inc., et al.*
No. 5:22-cv-02637-EJD-NC

Dear Judge Cousins:

Per the May 5, 2023, Clerk's Notice, the Parties write to provide an update on discovery issues. *See* Dkt. 198.

Per the May 16, 2023, Court order, all deadlines in this action through the hearing on anticipated dispositive motions are extended 60 days. *See* Dkt. 98.

The Parties have continued to meet and confer to make progress on resolving various discovery issues and do not have any disputes to report to the Court at this time.

Subject to the Court's approval, the Parties stipulate to postpone the discovery hearing, currently set for May 31, 2023 at 11:00 AM in person, to June 19, 2023 at 11:00 AM in person, subject to the Court's availability. In the event the Parties cannot come to an agreement regarding outstanding discovery issues, the Parties will brief the remaining disputes in a joint update (no longer than 10 pages) by June 16, 2023 at noon.

Respectfully submitted,

| MORRISON & FOERSTER LLP | QUINN EMMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| */s/ Bryan Wilson* | */s/ David Eiseman* |
| Bryan Wilson | David Eiseman |
| *Attorneys for Plaintiff Apple Inc.* | *Attorneys for Defendants Rivos Inc., et al.* |

## ATTESTATION OF CONCURRENCE

  I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: May 25, 2023
                */s/ Bryan Wilson*
                Bryan Wilson