UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>        Defendants. | Case No.   5:22-cv-02637-EJD-NC<br><br>**ORDER REGARDING DISCOVERY HEARING** |

The discovery hearing, currently set for June 21, 2023, at 11:00 AM in person, is postponed to June 28, 2023, at 11:00 AM in person. In the event the Parties cannot come to an agreement regarding outstanding discovery issues, the Parties shall brief the remaining disputes in a joint update (no longer than 10 pages) by June 26, 2023, at noon.

SO ORDERED.

Dated: June 20, 2023

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins