QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

  Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:    (213)-443-3000
Facsimile:     (213)-443-3100

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI and KAI WANG <br><br> Defendants. | Case No. 5:22-CV-2637-EJD (NMC) <br><br> **DECLARATION OF DAVID EISEMAN IN SUPPORT OF JOINT STIPULATION TO REVISE THE BRIEFING SCHEDULE FOR APPLE'S MOTION FOR SANCTIONS** <br><br> Ctrm:   5 <br> Judge:  Hon. Nathanael Cousins <br><br> Action Filed: April 29, 2022 |

# DECLARATION OF DAVID EISEMAN

I, David Eiseman, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice in this Court. I am a partner in the law firm Quinn Emanuel Urquhart & Sullivan, LLP and I represent Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang (the "Rivos Defendants") in this case.

2. I make this declaration in support of the parties' Joint Stipulation to Revise the Briefing Schedule for Apple's Motion for Sanctions (the "Motion"). The facts stated in this declaration are true and correct based on my personal knowledge and, if called and sworn in as a witness, I could and would testify competently to those facts.

3. On April 1, 2023, Apple filed the Motion against Defendants Rivos Inc. and Wen Shih-Chieh (a/k/a Ricky Wen) ("Defendants") and their counsel (Dkt. 171).

4. The parties previously jointly stipulated to revise the briefing schedule on April 10, 2023 (Dkt. 177), which the Court granted the same day (Dkt. 179).

5. The current deadline for Defendants and their counsel to file their Oppositions to the Motion is June 30, 2023 (Dkt. 179). The current deadline for Apple to file its Reply in support of the Motion is August 4, 2023 (Dkt. 179). The hearing on the motion is currently set for August 30, 2023 (Dkt. 184).

6. The parties are jointly stipulating to extend the deadline for the Opposition to July 14, 2023. The parties believe that they will benefit from the additional time to brief the issues presented in the Motion.

7. The proposed modifications to the briefing schedule on the Motion will not affect any other dates in the case schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

//

//

-1-

Executed this 23rd day of June, 2023 in Kentfield, California.

                                                    */s/ David Eiseman*
                                                    DAVID EISEMAN

EISEMAN DECLARATION ISO STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE
CASE NO. 5:22-cv-02637-EJD