UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>              Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**JOINT STIPULATION AND ORDER TO REVISE THE BRIEFING SCHEDULE FOR APPLE'S MOTION FOR SANCTIONS**<br><br>Ctrm:   5<br>Judge:   Hon. Nathanael Cousins<br><br>Action Filed: April 29, 2022 |

1    Pursuant to Civil L.R. 6-2 and 7-12, and subject to the Court's approval, Plaintiff Apple
2  Inc. ("Apple") and Defendants Rivos Inc. and Wen Shih-Chieh (a/k/a Ricky Wen) ("Defendants")
3  submit this Joint Stipulation to Revise the Briefing Schedule for Apple's Motion for Sanctions
4  (the "Motion").
5    WHEREAS, Apple filed the Motion against Defendants and their counsel on April 1,
6  2023 (Dkt. 171);
7    WHEREAS, the deadline for Defendants and their counsel to file their Oppositions to the
8  Motion currently is June 30, 2023 (Dkt. 179);
9    WHEREAS, the deadline for Apple to file its Reply in support of the Motion currently is
10 August 4, 2023 (Dkt. 179);
11   WHEREAS, the hearing on Apple's Motion is currently set for August 30, 2023 (Dkt.
12 184);
13   WHEREAS, the parties would benefit from additional time to prepare their briefs and
14 therefore propose to modify the briefing schedule;
15   WHEREAS, the parties' proposed modifications to the briefing schedule will not affect or
16 alter any other scheduled dates, events, or deadlines in this case; and
17   WHEREAS, the parties have previously requested modification on April 10, 2023 (Dkt.
18 177);
19   IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective
20 counsel, subject to the Court's approval, that:
21   • the deadline for Defendants and their counsel to file their Oppositions to the Motion is
22     extended to July 14, 2023;
23   • the deadline for Apple to file its Reply remains set for August 4, 2023 (Dkt. 179); and
24   • the hearing on Apple's Motion remains set for August 30, 2023 (Dkt. 184).
25   **IT IS SO STIPULATED**.

1 | Dated: June 23, 2023

2 | MORRISON & FOERSTER LLP

4 | By: */s/ Bryan Wilson*

Bryan Wilson
BWilson@mofo.com
Kenneth A. Kuwayti
KKuwayti@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Fax: 650-494-0792

Arturo J. Gonzalez
AGonzalez@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Fax: 415-268-7522

Mary Prendergast
MPrendergast@mofo.com
Morrison & Foerster LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202-887-1500
Fax: 202-887-0763

Attorneys for Plaintiff
Apple Inc.

| | | |
|---|---|---|
|1| Dated: June 23, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By: */s/ David Eiseman*

David Eiseman
davideiseman@quinnemanuel.com
Victoria Parker
vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Ryan Landes
ryanlandes@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: 213-443-3000
Fax: 213-443-3100

Attorneys for Defendants
Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Dated: _____June 26, 2023_____          _____
                                            Honorable Nathanael M. Cousins
                                            United States Magistrate Judge



| 1 | **ATTESTATION OF CONCURRENCE IN FILING** |

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

　　　　　　　　　　　　　　　　　　　　　*/s/ David Eiseman*
　　　　　　　　　　　　　　　　　　　　　David Eiseman