|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation, | Case No.   5:22-cv-02637-EJD-NC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER REGARDING DISCOVERY HEARING** |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | |

The discovery hearing, currently set for July 12, 2023, at 11:00 AM in person, is postponed to July 26, 2023, at 11:00 AM in person. In the event the Parties cannot come to an agreement regarding outstanding discovery issues, the Parties shall brief the remaining disputes in a joint update (no longer than 10 pages) by July 24, 2023, at noon.

SO ORDERED.

Dated: _____

                                  Honorable Nathanael M. Cousins
                                  United States Magistrate Judge