1
2
3
4
5
6
7

8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN JOSE DIVISION

11 | APPLE INC., a California corporation,   Case No.   5:22-cv-02637-EJD-NC

12 | Plaintiff,

13 | v.   **ORDER REGARDING DISCOVERY HEARING**

14 | RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,

17 | Defendants.

The discovery hearing, currently set for July 12, 2023, at 11:00 AM in person, is postponed to July 26, 2023, at 11:00 AM in person. In the event the Parties cannot come to an agreement regarding outstanding discovery issues, the Parties shall brief the remaining disputes in a joint update (no longer than 10 pages) by July 24, 2023, at noon.

SO ORDERED.

Dated:   July 10, 2023

Honorable
United States

*GRANTED*
*Judge Nathanael M. Cousins*