| | |
|---|---|
| BRYAN WILSON (CA SBN 138842) <br> BWilson@mofo.com <br> KENNETH A. KUWAYTI (CA SBN 145384) <br> KKuwayti@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California 94304-1018 <br> Telephone: 650.813.5600 <br> Facsimile: 650.494.0792 <br><br> ARTURO J. GONZALEZ (CA SBN 121490) <br> AGonzalez@mofo.com <br> MEREDITH L. ANGUEIRA (CA SBN 333222) <br> MAngueira@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 202.887.0763 <br><br> MARY PRENDERGAST (CA SBN 272737) <br> MPrendergast@mofo.com <br> MORRISON & FOERSTER LLP <br> 2100 L Street, NW, Suite 900 <br> Washington, District of Columbia 20037 <br> Telephone: 202.887.1500 <br> Facsimile: 415.268.7522 <br><br> Attorneys for Plaintiff <br> APPLE INC. | DAVID EISEMAN (CA SBN 114758) <br> davideiseman@quinnemanuel.com <br> VICTORIA B. PARKER (CA SBN 290862) <br> vickiparker@quinnemanuel.com <br> ELLE XUEMENG WANG (CA SBN 328839) <br> ellewang@quinnemanuel.com <br> QUINN EMANUEL URQUHART & <br> SULLIVAN, LLP <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111-4788 <br> Telephone: 415.875.6600 <br> Facsimile: 415.875.6700 <br><br> RYAN LANDES (CA SBN 252642) <br> ryanlandes@quinnemanuel.com <br> QUINN EMANUEL URQUHART & <br> SULLIVAN, LLP <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, California 90017-2543 <br> Telephone: 213.443.3000 <br> Facsimile: 213.443.3100 <br><br> Attorneys for Defendants RIVOS INC.; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENCE PINOT; PRABHU RAJAMANI; and KAI WANG, <br><br> Defendant. | Case No. 5:22-cv-02637-EJD <br><br> **STIPULATION AND [PROPOSED] ORDER CHANGING TIME** <br><br> Courtroom: 4 <br> Judge:    Hon. Edward J. Davila <br><br> Action Filed:    April 29, 2022 |

1    Pursuant to Civil Local Rules 6-2, 7-12, and 37-3, Plaintiff Apple Inc. ("Apple") and
2  Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Kai Wang, Laurent
3  Pinot, Prabhu Rajamani, and Weidong Ye (collectively, "Defendants"), by and through their
4  respective counsel, stipulate to and respectfully request that the Court modify the deadlines in the
5  case schedule as set forth below:

6    WHEREAS, on July 19, 2022, the Court entered a case management order establishing
7  the current fact discovery cut-off date of June 30, 2023 (Dkt. 87);

8    WHEREAS, on January 1, 2023, the Court continued the trial setting conference
9  originally set for May 25, 2023 to June 8, 2023 (Dkt. 138);

10   WHEREAS, on April 3, 2023, the Court ordered the parties to substantially complete their
11 document productions on all discovery that had previously been served by May 12, 2023 (ECF
12 174);

13   WHEREAS, on April 28, 2023, the Court approved the Parties' stipulation governing the
14 production of Electronically Stored Information ("ESI Order") (Dkt. 194);

15   WHEREAS on May 15, 2023, the Court approved as modified the Parties' stipulation to
16 change time (Dkt. 200);

17   WHEREAS, the Parties previously agreed to appoint FTI Consulting, Inc. ("FTI") as a
18 neutral third party to conduct forensic inspections and analyses in connection with this Action
19 (Dkt. 45, 67, and 91);

20   WHEREAS the parties previously agreed to a protocol for inspecting devices that
21 Defendants or former employees subpoenaed by Apple delivered to FTI (Dkt. 203);

22   WHEREAS FTI is continuing to conduct forensic inspections and analyses in connection
23 with the protocol agreed to by the parties (Dkt. 203);

24   WHEREAS, the Parties do not make this request for delay or any other improper purpose;

25   NOW THEREFORE, the Parties hereby stipulate to and request that the Court order that
26 all deadlines in this action through the hearing on anticipated dispositive motions are extended as
27 set forth in the chart below:

28

STIP. AND [PROPOSED] ORDER CHANGING TIME
CASE NO. 5:22-cv-02637-EJD

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Trial Setting Conference | 11:00 a.m. on October 12, 2023 | 11:00 am on December 21, 2023, or a date thereafter convenient for the Court. The joint trial setting conference statement shall be due ten days before. |
| Fact Discovery Cutoff | August 30, 2023 | October 25, 2023 |
| Designation of Opening Experts with Reports | September 25, 2023 | December 1, 2023 |
| Joint Trial Setting Conference Statement | September 28, 2023 | December 4, 2023 |
| Designation of Rebuttal Experts with Reports | October 16, 2023 | December 18, 2023 |
| Expert Discovery Cutoff | October 30, 2023 | January 22, 2024 |
| Deadline for Filing Dispositive Motions | November 17, 2023 | February 9, 2024 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on January 25, 2024 | 9:00 a.m. on March 25, 2024, or a date thereafter convenient for the Court. |

Dated: July 11, 2023                                Respectfully submitted,

MORRISON & FOERSTER LLP


By:  */s/ Bryan Wilson*
         Bryan Wilson

         Attorney for Plaintiff
         APPLE INC.

Dated: July 11, 2023                                QUINN EMMANUEL URQUHART & SULLIVAN, LLP


By: */s/ David Eiseman*
        David Eiseman

        Attorneys for Defendants
        Rivos Inc.; Wen Shih-Chieh a/k/a Ricky Wen; Jim Hardage; Weidong Ye; Laurent Pinot; Prabhu Rajamani; and Kai Wang

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: July 11, 2023

                                                */s/ Bryan Wilson*
                                                Bryan Wilson

**ORDER**

IT IS **SO ORDERED**.

Dated: _____, 2023

_____
UNITED STATES DISTRICT JUDGE