BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 202.887.0763

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

DAVID EISEMAN (CA SBN 114758)
davideiseman@quinnemanuel.com
VICTORIA B. PARKER (CA SBN 290862)
vickiparker@quinnemanuel.com
ELLE XUEMENG WANG (CA SBN 328839)
ellewang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415.875.6600
Facsimile: 415.875.6700

RYAN LANDES (CA SBN 252642)
ryanlandes@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: 213.443.3000
Facsimile: 213.443.3100

Attorneys for Defendants RIVOS INC.; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENCE PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendant. | Case No. 5:22-cv-02637-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME**<br>**\* AS MODIFIED \***<br><br>Courtroom: 4<br>Judge: Hon. Edward J. Davila<br><br>Action Filed: April 29, 2022 |

Pursuant to Civil Local Rules 6-2, 7-12, and 37-3, Plaintiff Apple Inc. ("Apple") and Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Kai Wang, Laurent Pinot, Prabhu Rajamani, and Weidong Ye (collectively, "Defendants"), by and through their respective counsel, stipulate to and respectfully request that the Court modify the deadlines in the case schedule as set forth below:

WHEREAS, on July 19, 2022, the Court entered a case management order establishing the current fact discovery cut-off date of June 30, 2023 (Dkt. 87);

WHEREAS, on January 1, 2023, the Court continued the trial setting conference originally set for May 25, 2023 to June 8, 2023 (Dkt. 138);

WHEREAS, on April 3, 2023, the Court ordered the parties to substantially complete their document productions on all discovery that had previously been served by May 12, 2023 (ECF 174);

WHEREAS, on April 28, 2023, the Court approved the Parties' stipulation governing the production of Electronically Stored Information ("ESI Order") (Dkt. 194);

WHEREAS on May 15, 2023, the Court approved as modified the Parties' stipulation to change time (Dkt. 200);

WHEREAS, the Parties previously agreed to appoint FTI Consulting, Inc. ("FTI") as a neutral third party to conduct forensic inspections and analyses in connection with this Action (Dkt. 45, 67, and 91);

WHEREAS the parties previously agreed to a protocol for inspecting devices that Defendants or former employees subpoenaed by Apple delivered to FTI (Dkt. 203);

WHEREAS FTI is continuing to conduct forensic inspections and analyses in connection with the protocol agreed to by the parties (Dkt. 203);

WHEREAS, the Parties do not make this request for delay or any other improper purpose;

NOW THEREFORE, the Parties hereby stipulate to and request that the Court order that all deadlines in this action through the hearing on anticipated dispositive motions are extended as set forth in the chart below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Trial Setting Conference | 11:00 a.m. on October 12, 2023 | 11:00 am on December ~~21,~~ **14** 2023~~, or a date thereafter convenient for the Court. The joint trial setting conference statement shall be due ten days before.~~ |
| Fact Discovery Cutoff | August 30, 2023 | October 25, 2023 |
| Designation of Opening Experts with Reports | September 25, 2023 | December 1, 2023 |
| Joint Trial Setting Conference Statement | September 28, 2023 | December 4, 2023 |
| Designation of Rebuttal Experts with Reports | October 16, 2023 | December 18, 2023 |
| Expert Discovery Cutoff | October 30, 2023 | January 22, 2024 |
| Deadline for Filing Dispositive Motions | November 17, 2023 | February 9, 2024 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on January 25, 2024 | 9:00 a.m. on March ~~25,~~ **28,** 2024~~, or a date thereafter convenient for the Court.~~ |

Dated: July 11, 2023

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Bryan Wilson
    Bryan Wilson

    Attorney for Plaintiff
    APPLE INC.

Dated: July 11, 2023

QUINN EMMANUEL URQUHART & SULLIVAN, LLP

By: /s/ David Eiseman
    David Eiseman

    Attorneys for Defendants
    Rivos Inc.; Wen Shih-Chieh a/k/a Ricky Wen; Jim Hardage; Weidong Ye; Laurent Pinot; Prabhu Rajamani; and Kai Wang

**ORDER**

IT IS **SO ORDERED**.

Dated:  July 12, 2023

_____
UNITED STATES DISTRICT JUDGE

STIP. AND [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER CHANGING TIME
CASE NO. 5:22-cv-02637-EJD

4