UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>    Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE THE BRIEFING SCHEDULE FOR APPLE'S MOTION FOR SANCTIONS**<br><br>Ctrm:   5<br>Judge:   Hon. Nathanael Cousins<br><br>Action Filed:  April 29, 2022 |

Pursuant to Civil L.R. 6-2 and 7-12, and subject to the Court's approval, Plaintiff Apple Inc. ("Apple") and Defendants Rivos Inc. and Wen Shih-Chieh (a/k/a Ricky Wen) ("Defendants") submit this Joint Stipulation to Revise the Briefing Schedule for Apple's Motion for Sanctions (the "Motion").

WHEREAS, Apple filed the Motion against Defendants and their counsel on April 1, 2023 (Dkt. 171);

WHEREAS, the deadline for Defendants and their counsel to file their Oppositions to the Motion currently is July 14, 2023 (Dkt. 209);

WHEREAS, the deadline for Apple to file its Reply in support of the Motion currently is August 4, 2023 (Dkt. 209);

WHEREAS, the hearing on Apple's Motion is currently set for August 30, 2023 (Dkt. 184);

WHEREAS, the parties would benefit from additional time to prepare their briefs and therefore propose to modify the briefing schedule;

WHEREAS, the parties' proposed modifications to the briefing schedule will not affect or alter any other scheduled dates, events, or deadlines in this case; and

WHEREAS, the parties have previously requested modifications on April 10, 2023 (Dkt. 177) and June 23, 2023 (Dkt. 207);

IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel, subject to the Court's approval, that:

- the deadline for Defendants and their counsel to file their Oppositions to the Motion is extended to July 21, 2023;
- the deadline for Apple to file its Reply is extended to August 11, 2023; and
- the hearing on Apple's Motion remains set for August 30, 2023 (Dkt. 184).

**IT IS SO STIPULATED**.

| | |
|---|---|
| 1 | Dated: July 12, 2023 |
| 2 | MORRISON & FOERSTER LLP |
| 3 | |
| 4 | By: */s/ Bryan Wilson* |
| 5 | |
| 6 | Bryan Wilson<br>BWilson@mofo.com<br>Kenneth A. Kuwayti<br>KKuwayti@mofo.com<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650-813-5600<br>Fax: 650-494-0792 |

Dated: July 12, 2023

MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*

Bryan Wilson
BWilson@mofo.com
Kenneth A. Kuwayti
KKuwayti@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Fax: 650-494-0792

Arturo J. Gonzalez
AGonzalez@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Fax: 415-268-7522

Mary Prendergast
MPrendergast@mofo.com
Morrison & Foerster LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202-887-1500
Fax: 202-887-0763

Attorneys for Plaintiff
Apple Inc.

| | | |
|---|---|---|
| 1 | Dated: July 12, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By: */s/ David Eiseman* |
| 4 | | David Eiseman |
| 5 | | davideiseman@quinnemanuel.com Victoria Parker |
| 6 | | vickiparker@quinnemanuel.com 50 California Street, 22nd Floor |
| 7 | | San Francisco, California 94111-4788 Telephone: 415-875-6600 |
| 8 | | Fax: 415-875-6700 |
| 9 | | Ryan Landes ryanlandes@quinnemanuel.com |
| 10 | | 865 S. Figueroa Street, 10th Floor Los Angeles, CA 90017-2543 |
| 11 | | Telephone: 213-443-3000 Fax: 213-443-3100 |
| 12 | | |
| 13 | | Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, |
| 14 | | Prabhu Rajamani and Kai Wang |

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Dated: _____        _____
                                      Honorable Nathanael M. Cousins
                                      United States Magistrate Judge

# ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

>                                 */s/ David Eiseman*
>                                 David Eiseman