1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   David Eiseman (Bar No. 114758)
2  davideiseman@quinnemanuel.com
   Victoria B. Parker (Bar No. 290862)
3  vickiparker@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
5  Facsimile:    (415) 875-6700

6    Ryan Landes (Bar No. 252642)
     ryanlandes@quinnemanuel.com
7  865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017-2543
8  Telephone:    (213)-443-3000
   Facsimile:    (213)-443-3100

9
   Attorneys for Defendants Rivos Inc., Wen Shih-
10 Chieh a/k/a Ricky Wen, Jim Hardage, Weidong
   Ye, Laurent Pinot, Prabhu Rajamani and Kai
11 Wang

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                                SAN JOSE DIVISION

15

16 | APPLE INC.,                              | Case No. 5:22-CV-2637-EJD (NMC)
17 |         Plaintiff,                       | **DECLARATION OF DAVID EISEMAN IN SUPPORT OF JOINT STIPULATION TO REVISE THE BRIEFING SCHEDULE FOR APPLE'S MOTION FOR SANCTIONS**
18 |         vs.                              |
19 | RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI and KAI WANG | Ctrm:   5
20 |                                          | Judge:  Nathanael Cousins
21 |         Defendants.                      | Action Filed: April 29, 2022

---

EISEMAN DECLARATION ISO STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE
CASE NO. 5:22-cv-02637-EJD

# DECLARATION OF DAVID EISEMAN

I, David Eiseman, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice in this Court. I am a partner in the law firm Quinn Emanuel Urquhart & Sullivan, LLP and I represent Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang (the "Rivos Defendants") in this case.

2. I make this declaration in support of the parties' Joint Stipulation to Revise the Briefing Schedule for Apple's Motion for Sanctions (the "Motion"). The facts stated in this declaration are true and correct based on my personal knowledge and, if called and sworn in as a witness, I could and would testify competently to those facts.

3. On April 1, 2023, Apple filed the Motion against Defendants Rivos Inc. and Wen Shih-Chieh (a/k/a Ricky Wen) ("Defendants") and their counsel (Dkt. 171).

4. The parties previously jointly stipulated to revise the briefing schedule on April 10, 2023 (Dkt. 177), which the Court granted the same day (Dkt. 179), and on June 23, 2023 (Dkt. 207), which the Court granted on June 26, 2023 (Dkt. 209).

5. The current deadline for Defendants and their counsel to file their Oppositions to the Motion is July 14, 2023 (Dkt. 209). The current deadline for Apple to file its Reply in support of the Motion is August 4, 2023 (Dkt. 209). The hearing on the motion is currently set for August 30, 2023 (Dkt. 184).

6. The parties are jointly stipulating to extend the deadline for Defendants to file their Opposition to July 21, 2023, and the deadline for Apple to file its Reply to August 11, 2023. The parties believe that they will benefit from the additional time to brief the issues presented in the Motion.

7. The proposed modifications to the briefing schedule on the Motion will not affect any other dates in the case schedule.

//

//

-1-

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of July, 2023 in San Francisco, California.

*/s/ David Eiseman*
DAVID EISEMAN