1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**JOINT STIPULATION AND ORDER TO REVISE THE BRIEFING SCHEDULE FOR APPLE'S MOTION FOR SANCTIONS**<br><br>Ctrm:   5<br>Judge:   Hon. Nathanael Cousins<br><br>Action Filed:  April 29, 2022 |

1    Pursuant to Civil L.R. 6-2 and 7-12, and subject to the Court's approval, Plaintiff Apple
2 Inc. ("Apple") and Defendants Rivos Inc. and Wen Shih-Chieh (a/k/a Ricky Wen) ("Defendants")
3 submit this Joint Stipulation to Revise the Briefing Schedule for Apple's Motion for Sanctions
4 (the "Motion").

5    WHEREAS, Apple filed the Motion against Defendants and their counsel on April 1,
6 2023 (Dkt. 171);

7    WHEREAS, the deadline for Defendants and their counsel to file their Oppositions to the
8 Motion currently is July 14, 2023 (Dkt. 209);

9    WHEREAS, the deadline for Apple to file its Reply in support of the Motion currently is
10 August 4, 2023 (Dkt. 209);

11    WHEREAS, the hearing on Apple's Motion is currently set for August 30, 2023 (Dkt.
12 184);

13    WHEREAS, the parties would benefit from additional time to prepare their briefs and
14 therefore propose to modify the briefing schedule;

15    WHEREAS, the parties' proposed modifications to the briefing schedule will not affect or
16 alter any other scheduled dates, events, or deadlines in this case; and

17    WHEREAS, the parties have previously requested modifications on April 10, 2023 (Dkt.
18 177) and June 23, 2023 (Dkt. 207);

19    IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective
20 counsel, subject to the Court's approval, that:

21    • the deadline for Defendants and their counsel to file their Oppositions to the Motion is
22       extended to July 21, 2023;
23    • the deadline for Apple to file its Reply is extended to August 11, 2023; and
24    • the hearing on Apple's Motion remains set for August 30, 2023 (Dkt. 184).
25    **IT IS SO STIPULATED**.

| | |
|---|---|
| 1 | Dated: July 12, 2023 |
| 2 | MORRISON & FOERSTER LLP |
| 3 | |
| 4 | By: */s/ Bryan Wilson* |
| 5 | |
| 6 | Bryan Wilson<br>BWilson@mofo.com<br>Kenneth A. Kuwayti<br>KKuwayti@mofo.com<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650-813-5600<br>Fax: 650-494-0792 |
| | Arturo J. Gonzalez<br>AGonzalez@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415-268-7000<br>Fax: 415-268-7522 |
| | Mary Prendergast<br>MPrendergast@mofo.com<br>Morrison & Foerster LLP<br>2100 L Street, NW, Suite 900<br>Washington, District of Columbia 20037<br>Telephone: 202-887-1500<br>Fax: 202-887-0763 |
| | Attorneys for Plaintiff<br>Apple Inc. |

| | |
|---|---|
| Dated: July 12, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| | By: */s/ David Eiseman* |
| | |
| | David Eiseman<br>davideiseman@quinnemanuel.com<br>Victoria Parker<br>vickiparker@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: 415-875-6600<br>Fax: 415-875-6700 |
| | Ryan Landes<br>ryanlandes@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: 213-443-3000<br>Fax: 213-443-3100 |
| | Attorneys for Defendants<br>Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang |

1 **PURSUANT TO STIPULATION, IT IS ORDERED.**

Dated: July 12, 2023



_____
Honorable Nathanael M. Cousins
United States Magistrate Judge

# ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

*/s/ David Eiseman*
David Eiseman