QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
865 S Figueroa St.
Los Angeles, CA 90017
Telephone:    (213) 443-3145
Facsimile:    (213) 443-3100

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:22-CV-2637-EJD |
| Plaintiff, | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| vs. | |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI, AND KAI WANG, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants move this Court to consider whether portions of the Opposition to Apple's Motion for Sanctions and certain exhibits to the Declaration of Victoria B. Parker in Support of same should be sealed. Pursuant to Civil Local Rules 79-5(f), Defendants identify the following as containing information that has been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Apple:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Defendants' Opposition to Apple's Motion for Sanctions | Blue Highlighted Portions | Apple |
| Exhibit B to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit F to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit G to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit H to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit I to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit J to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit L to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |

In compliance with Civil Local Rule 79-5(d), unredacted versions of the above listed documents accompany this Administrative Motion. Pursuant to Civil Local Rule 79-5(f), Defendants expect Apple, as the Designating Party, will file a declaration in support of this Administrative Motion.

DATED: July 21, 2023

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ David Eiseman*

DAVID EISEMAN
RYAN LANDES
VICTORIA B. PARKER

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang