1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., | Case No. 5:22-CV-2637-EJD |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| vs. | |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | |

**[PROPOSED] ORDER**

Before the Court is Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Motion") in connection with the Opposition to Apple's Motion for Sanctions. Having considered the Motion and other papers on file, and good cause having been found, the Court **ORDERS** that the following shall be filed under seal:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Opposition to Apple's Motion for Sanctions | Blue Highlighted Portions | Apple |
| Exhibit B to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit F to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit G to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit H to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit I to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit J to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |
| Exhibit L to the Parker Declaration in Opposition to Apple's Motion for Sanctions | All | Apple |

**SO ORDERED.**

DATED: _____

HON. NATHANAEL COUSINS
United States Magistrate Judge