# EXHIBIT B

# FILED PROVISIONALLY UNDER SEAL