# EXHIBIT F

# FILED PROVISIONALLY UNDER SEAL