# EXHIBIT G

# FILED PROVISIONALLY UNDER SEAL