# EXHIBIT H

# FILED PROVISIONALLY UNDER SEAL