# EXHIBIT I

# FILED PROVISIONALLY UNDER SEAL