# EXHIBIT J

# FILED PROVISIONALLY UNDER SEAL