# EXHIBIT L

# FILED PROVISIONALLY UNDER SEAL