# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, CA 94111.

On July 21, 2023, I served true and correct copies of the following document(s) described as:

- **[SEALED] OPPOSITION TO APPLE'S MOTION FOR SANCTIONS**
- **[SEALED] EXHIBITS B, F, G, H, I, J, AND L TO DECLARATION OF VICTORIA B. PARKER IN OPPOSITION OF APPLE'S MOTION FOR SANCTIONS**

on the interested parties in this action as follows:

BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 202.887.0763

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile: 415.268.7522

**BY ELECTRONIC MAIL TRANSMISSION:** I personally transmitted to the person(s) named in the attached service list who has/have previously consented in writing to receive documents via electronic mail, to the email address(es) shown on the list, delivered on the date listed below, originating from an electronic e-mail address affiliated with Quinn Emanuel Urquhart & Sullivan. A true and correct copy of the above-described document(s) was transmitted by electronic transmission through the Quinn Emanuel Urquhart & Sullivan mail server, which did not report any error in sending the transmission.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 21, 2023.

                */s/ Elle X. Wang*
                 Elle X. Wang