1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     David Eiseman (Bar No. 114758)
2    davideiseman@quinnemanuel.com
     Victoria B. Parker (Bar No. 290862)
3    vickiparker@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
5  Facsimile:     (415) 875-6700

6    Ryan Landes (Bar No. 252642)
     ryanlandes@quinnemanuel.com
7  865 S Figueroa St.
   Los Angeles, CA 90017
8  Telephone:     (213) 443-3145
   Facsimile:     (213) 443-3100
9
   Attorneys for Defendants Rivos Inc., Wen Shih-
10 Chieh a/k/a Ricky Wen, Jim Hardage, Weidong
   Ye, Laurent Pinot, Prabhu Rajamani and Kai
11 Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., | Case No. 5:22-CV-2637-EJD |
|---|---|
| Plaintiff, | **DECLARATION OF ANDREW CRAIN IN OPPOSITION TO APPLE'S MOTION FOR SANCTIONS** |
| vs. | |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINO, PRABHU RAJAMANI, AND KAI WANG, | Date:  August 30, 2023<br>Time:  11:00 a.m.<br>Courtroom: 5<br>Judge:  The Hon. Nathanael M. Cousins |
| Defendants. | Trial Date: None Set |

# DECLARATION OF ANDREW CRAIN

I, Andrew Crain, declare:

## I.   Background

1. I have been retained as a forensics consultant in the above-captioned matter by Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Rivos Inc. ("Rivos"), Wen Shih-Chieh a/k/a Ricky Wen ("Wen"), Jim Hardage ("Hardage"), Weidong Ye ("Ye"), Laurent Pinot ("Pinot"), Prabhu Rajamani ("Rajamani"), and Kai Wang ("Wang") (collectively, "Defendants").

2. I am providing this declaration in support of Defendants' Opposition to Apple's Motion for Sanctions. The facts stated in this declaration are true and correct based on my personal knowledge, and if called and sworn in as a witness, I could and would testify competently to those facts.

3. I understand that this is a trade secret case. Specifically, I understand that Apple alleges that former Apple employees exfiltrated and/or retained certain documents that Apple contends contain its trade secrets and/or confidential information prior to their leaving their employment at Apple, and accessed, used or disclosed those documents while working for another company, Rivos.

4. I have been asked by counsel for Defendants to examine a forensic image of Mr. Wen's Rivos-issued Macbook computer.

5. In preparing this declaration, I reviewed and considered the following materials:

   a) A forensic image, taken June 9, 2022, of a computer I understand to be Mr. Wen's Rivos-issued MacBook computer[1] (the "Wen Laptop");

   b) Apple's Motion for Sanctions, filed April 1, 2023 (the "Motion");

   c) The Declaration of Daniel Roffman in Support of Apple's Motion for Sanctions, filed April 1, 2023 (the "Roffman Decl.");

---

[1] Based on the acquisition documentation, MacBook bears serial number FVFG44BJQ05F and the MD5 hash value of the image is B40E6A7E896468C97F6A424FB9CF1631.

    d)  The Declaration of Kenneth A. Kuwayti in Support of Apple Inc.'s Sur-Reply in Opposition to Defendants' Motions to Dismiss (the "Kuwayti Decl.").

6. My analysis in this matter remains ongoing and I reserve the right to amend, alter, or supplement my findings based on new evidence that may be uncovered or becomes available to me, or if further research or analysis warrants. I reserve the right to amend, alter, or supplement this declaration in light of opinions offered by other experts in this matter. I further reserve the right to create any additional exhibits or materials, including demonstratives, to aid in any testimony that I may provide in this case.

7. BRG is being compensated for my work in this matter at the rate of $573.75 per hour. My compensation is not dependent upon the outcome of this matter or the opinions that I reach.

## II. Qualifications

8. Attached as **Exhibit A** is my curriculum vitae. It contains a full description of my educational background, professional achievements, qualifications, publications, and prior expert testimony.

9. Since 2018, I have worked as a Managing Director for Berkeley Research Group, LLC ("BRG"), a global consulting firm based in Emeryville, California. BRG assists clients in the areas of disputes and investigations, corporate finance, and strategy and operations.

10. I have more than 20 years of experience performing forensic imaging and analysis of computer hard drives and other electronic storage media, advising clients regarding e-discovery and forensics issues, and providing expert testimony. Prior to joining BRG, during 2017-2018, I served as the Vice President of Forensics at Lighthouse eDiscovery, based in Seattle, Washington. Prior to that, I held the same job at Discovia since 2009, which was another forensics and electronic discovery consulting firm based in San Francisco, California. Lighthouse acquired Discovia in May 2017. Prior to Discovia, I worked as the Forensics Litigation Director for Bridge City Legal, based in Portland, Oregon, from 2007-2009. Prior to that, I worked as the Computer Forensics Lab Director at SafirRosetti, a security consulting, investigative and intelligence firm based in San Francisco, from 2001-2007.

11. I hold a J.D. from the University of Colorado School of Law, and I am admitted to the California bar. I also hold private investigator licenses in both California and Texas. During the past twenty years, I have earned various computer forensics certifications and completed computer forensics training courses offered by New Technologies, Inc., Guidance Software, AccessData, Blackbag, and Cellebrite, all of which are recognized leaders in the computer forensics industry.

12. Over the course of my career, I have led and conducted hundreds of computer forensics investigations—often involving numerous computers, devices, and massive amounts of data in a single case. These investigations have been in the context of a wide range of legal matters, including employment, intellectual property, trade secrets, and securities regulation. These investigations have involved, among other things, analysis of Windows, Mac and Linux computers, external storage media, mobile devices, cloud storage platforms (*e.g.*, iCloud, Google Drive, and Evernote), logging from data loss prevention tools, enterprise databases, and source code repositories. I have provided reports and executed affidavits and declarations describing my computer forensics analysis, and I have given both deposition and trial testimony. I have also served as a court-appointed neutral computer forensics examiner and spoken at seminars and lectures regarding computer forensics and the use of electronic evidence in legal proceedings and investigations.

### III.   Background on Mr. Wen's Rivos-Issued Laptop

13. I have reviewed Apple's pending Motion. Apple focuses substantially on the actions of Mr. Wen with respect to a particular archive file referred to as the "unix.tar" file.[2] In particular, I understand that Mr. Wen transferred the unix.tar file, which contains many files within it, to his Rivos-reimbursed Macbook and then, in or around May 2022, deleted the folder containing the unix.tar file.[3] I further understand that Mr. Wen subsequently transferred a

---

[2] *See, e.g.,* Motion at 3.

[3] *See, e.g.,* Motion at 3-4.

replacement copy of the unix.tar file to the Rivos-reimbursed Macbook,[4] in what appears to be an effort to restore the files to where they had previously existed.

14. Apple contends that Mr. Wen's actions destroyed the metadata regarding any access to the original unix.tar file and any sensitive Apple Verilog files that it contained or that were extracted therefrom.[5] Specifically, Apple argues that replacing unix.tar and other extracted files with copies cannot recover the metadata associated with the original, now-deleted copies of the files.[6]

15. The declaration of Apple's forensic expert Mr. Roffman discusses at some length the MacOS feature called "Spotlight," including several of the metadata fields associated with files on the computer that can be stored within Spotlight.[7] In particular, Mr. Roffman identifies the forensic value of the metadata fields in Spotlight such as "kMDItemLastUsedDate" and "kMDItemUsedDates," which can be used by a forensic examiner to help determine when a particular file was opened.

### IV.  Sensitive Apple Verilog Files

16. I understand that Apple specifically points to "Verilog" files, with a ".v" extension, within the unix.tar file as reflective of Apple's confidential and trade secret documents, and I understand that there are six (6) such files that Apple has identified in the unix.tar file.[8]

17. My understanding is that Verilog files are functionally just text files,[9] and as such, can be opened using a variety of text editors (as opposed to a proprietary file format that is designed to work only with a certain type of software). I understand from counsel that Rivos, as with many other semiconductor companies, also utilizes Verilog files for its design, engineering, and testing processes. During my team's analysis of the Wen Laptop, we observed a number of "SystemVerilog" files, with a ".sv" extension, originating in Rivos-related folders. SystemVerilog

---

[4] See Motion at 4.
[5] See. e.g., Roffman Decl. at ¶¶ 6-7.
[6] See id.; see also Motion at 4.
[7] See, e.g., Roffman Decl. at ¶ 15.
[8] See, e.g., Kuwayti Decl. at ¶ 10.
[9] See https://www.intel.com/content/www/us/en/programmable/quartushelp/17.0/reference/glossary/def_v.htm

1  has been described as just a "more advanced version" of Verilog, which incorporates additional

2  functionality.[10]

3    18.    My team and I identified that Mr. Wen used two text editing applications while at

4  Rivos in order to open SystemVerilog files on the Wen Laptop: programs called 'Vim' and

5  'MacVim.' In brief summary, Vim is a command-line text editing tool that is generally available

6  by default on MacOS and *nix systems, and MacVim is a text editor with a graphical user

7  interface (more akin to Microsoft Word).

8    19.    As discussed in greater detail below, forensic artifacts associated with both of these

9  programs contain information regarding the files that were opened using each application. These

10 artifacts on the Wen Laptop show numerous references to SystemVerilog files that Mr. Wen

11 opened over time, but neither shows any opening of Apple's alleged confidential Verilog files.

12 Importantly, based on our testing, these particular artifacts likely would not have been affected by

13 Mr. Wen's deletion of the unix.tar file or files extracted therefrom.

14 **V.    No Evidence of Apple Verilog Files Opened using Vim**

15   20.    As mentioned previously, Vim is a command-line text editing tool that is generally

16 available by default on MacOS and *nix systems. Vim stores a running log called .viminfo,[11]

17 which contains things like the history of executed commands or actions associated with opening

18 and navigating around within a document, and .viminfo includes references to the filename being

19 acted upon. At least one of these categories of information in .viminfo[12] on Mr. Wen's computer

20 stretches back to September 22, 2021, which I understand is shortly after he began working at

21 Rivos.

22   21.    At my direction, my team confirmed via testing that filenames recorded in

23 .viminfo, by virtue of having been opened or edited using Vim, were *not* deleted from .viminfo

24 following the deletion of the referenced filename from the computer. Accordingly, .viminfo gives

---

[10] *See* https://chipedge.com/know-the-difference-between-verilog-and-systemverilog/.
[11] *See, e.g.*, /Data/Users/shwen/.viminfo.
[12] This category appears under the header "History of marks within files" within .viminfo. The timestamps that appear in this file are stored as Unix Epoch time and can be converted to human-readable time using publicly available tools such as https://www.epochconverter.com/#tools.

us a good view into Mr. Wen's history of opening files using Vim and in Mr. Wen's case, includes more than 40 references to SystemVerilog files. Importantly, .viminfo contains no evidence of interactions with Apple's sensitive Verilog files.

### VI. No Apple Verilog Files Opened According to "Most Recently Used" Artifacts, Including Programs Specifically Utilized for Verilog-type Files

22. The Mac operating system records and stores information about certain document openings in artifacts that are generically referred to as "most recently used" ("MRU") values, which exist in several system files on the computer, several of which are called "shared file lists."[13]  Importantly, the log data contained in these artifacts (*i.e.*, which documents were opened) generally survives even if the underlying documents that were opened are later deleted from the computer. In the case of Mr. Wen, many of these MRU type artifacts remain available on the Wen Laptop, and none of them contain any indication that any of the sensitive Apple Verilog files were ever opened.

23. Specifically, one MRU artifact tracks information about files opened using the MacVim program, which is a text editor with a graphical user interface (in contrast to Vim, which is a command-line tool).[14] This MRU for MacVim[15] on Mr. Wen's computer is configured to store the last 10 documents opened; however, in Mr. Wen's case, the MRU list only contains five (5) entries, for files opened between September 27, 2021 and April 2022. Four of the five files were SystemVerilog-type files and none of the files opened in MacVim are the sensitive Apple Verilog files alluded to in the Motion. My team further specifically tested the operation of the MacVim MRU list and confirmed that files recorded on the MRU list were not removed from that list after deleting the underlying file from the file system.

---

[13] *See, e.g.*, https://eforensicsmag.com/what-files-were-recently-accessed-by-justin-boncaldo/.
[14] Our testing indicates that using the command line to opening files using MacVim are logged in the .viminfo previously referenced. In contrast, the MRU file discussed here appears to be tracking file openings executed via the MacVim graphical user interface, which is not logged in .viminfo.
[15] /Data/Users/shwen/Library/Application Support/com.apple.sharedfilelist/com.apple.LSSharedFileList.ApplicationRecentDocuments/org.vim.macvim.sfl2.

24. Another MRU artifact tracks information about files opened using TextEdit, which is a standard text editing program commonly used with MacOS. This MRU is configured on Mr. Wen's computer to store the last 10 documents opened, but on the Wen Laptop, the MRU list contains only seven entries, dated between September 28, 2021 and March 28, 2022.[16] None of them are the sensitive Apple Verilog files alluded to in the Motion.

**VII.  Forensic Evidence on the Wen Laptop Shows that SystemVerilog Files Do Not Reliably Contain Spotlight "Last Used" Fields**

25. In the case of the Wen Laptop, our analysis revealed that SystemVerilog files that Mr. Wen opened (as evidenced by .viminfo and/or MRU), did *not* always populate the kMDItemLastUsedDate or kMDItemUsedDates fields within Spotlight. Specifically, two different pieces of evidence on the Wen Laptop show that the SystemVerilog file "chip_earlgrey_nexysvideo.sv"[17] was opened on September 27, 2021 at 20:08 UTC[18] using one program and then opened again on September 27, 2021 at 20:25 UTC[19] using a different program. This file was never deleted from the computer,[20] yet despite being opened twice, the Spotlight metadata for this file shows *no* kMDItemLastUsedDate and *no* kMDItemUsedDates, as evidenced by the below screenshot.

---

[16] The MRU list contains one entry with an anomalous date from before Mr. Wen joined Rivos. This entry is associated with the config.ovpn file associated with configuring the Tunnelblick VPN, where the Date Added value for this file shows it was added to the computer on August 23, 2021.

[17] /Data/Users/shwen/RIVOS_WORK/ROTC/EarlGrey/design/ROTC/rtl/chip_earlgrey_nexysvideo.sv, including conversion of the timestamp as discussed herein. This is not one of the six Apple Verilog files Apple references in its motion, and does not appear to be an Apple file at all.

[18] *See* /Data/Users/shwen/Library/Application Support/com.apple.sharedfilelist/com.apple.LSSharedFileList.ApplicationRecentDocuments/org.vim.macvim.sfl2. This shared file list is associated with the MacVim program; MacVim, shared file lists, and more generally Most Recently Used (or MRU) lists, are discussed in more depth below in this declaration.

[19] *See* /Data/Users/shwen/.viminfo (containing a reference to this filename, a timestamp, and a history of actions within the file).

[20] *See* Date Added of September 27, 2021 at 20:08 UTC for this file, /Data/Users/shwen/RIVOS_WORK/ROTC/EarlGrey/design/ROTC/rtl/chip_earlgrey_nexysvideo.sv.

| Spotlight | |
|---|---|
| kMDItemContentCreationDate: | 2021-09-27 20:08:04 (UTC) |
| kMDItemContentCreationDate_Ra... | 2021-09-27 00:00:00 (UTC) |
| kMDItemContentModificationDate: | 2021-09-27 20:08:04 (UTC) |
| kMDItemContentModificationDat... | 2021-09-27 00:00:00 (UTC) |
| kMDItemContentType: | dyn.ah62d4rv4ge81g7u |
| kMDItemContentTypeTree[0]: | public.item |
| kMDItemContentTypeTree[1]: | dyn.ah62d4rv4ge81g7u |
| kMDItemContentTypeTree[2]: | public.data |
| kMDItemDateAdded: | 2021-09-27 20:08:04 (UTC) |
| kMDItemDateAdded_Ranking: | 2021-09-27 00:00:00 (UTC) |
| kMDItemDisplayName: | chip_earlgrey_nexysvideo.sv |
| kMDItemDocumentIdentifier: | 0 |
| kMDItemInterestingDate_Ranking: | 2021-09-27 00:00:00 (UTC) |
| kMDItemKind: | Document |
| kMDItemLogicalSize: | 37272 |
| kMDItemPhysicalSize: | 40960 |
| _kMDItemContentChangeDate: | 2021-09-27 20:08:04 (UTC) |
| _kMDItemContentIndexVersion: | 1 |
| _kMDItemCreationDate: | 2021-09-27 20:08:04 (UTC) |
| _kMDItemCreatorCode: | |
| _kMDItemDisplayNameWithExten... | chip_earlgrey_nexysvideo.sv |
| _kMDItemFileName: | chip_earlgrey_nexysvideo.sv |
| _kMDItemFinderFlags: | 0 |
| _kMDItemFinderLabel: | 0 |
| _kMDItemFromImporter: | true |
| _kMDItemGroupId: | 18 |
| _kMDItemInterestingDate: | 2021-09-27 20:08:04 (UTC) |
| _kMDItemIsExtensionHidden: | false |
| _kMDItemOwnerGroupID: | 20 |
| _kMDItemOwnerUserID: | 501 |
| _kMDItemSnippet: | // Copyright lowRISC contributors. // Licensed under the Apache License |
| _kMDItemStaticInterestScore: | 1 |
| _kMDItemTextContentIndexExists: | true |
| _kMDItemTextContentLength: | 37272 |
| _kMDItemTextEncodingHint: | 134217984 |
| _kMDItemTypeCode: | |

(1 of 220)  -  /Data/Users/shwen/RIVOS_WORK/ROTC/EarlGrey/design/ROTC/rtl/chip_earlgrey_nexysvideo.sv

*Figure 1- Screenshot of Spotlight properties for chip_earlgrey_nexysvideo.sv, as viewed in the forensic tool Inspector. Note that no kMDItemLastUsedDate or kMDItemUsedDates fields are seen.*

26. This indicates that Spotlight metadata related to file opening of the sensitive Apple Verilog files on the Wen Laptop may never have even existed – even assuming hypothetically that such opening occurred, it may never have been recorded in Spotlight.

**VIII. Testing Confirms that Opening Verilog Files Using Vim or MacVim Does Not Always Populate Spotlight Metadata Fields Related to Document Opening**

27. Following our analysis of the Spotlight metadata for the SystemVerilog files on the Wen Laptop, my team at BRG attempted to replicate this behavior of Spotlight as to the kMDItemLastUsedDate or kMDItemUsedDates fields that are discussed by Mr. Roffman. At my direction, my team acquired a publicly available Verilog file for a random number generator[21]; what follows below are a series of screenshots detailing our testing process. The result of our testing was that a Verilog file opened and edited *multiple times* using both Vim and MacVim programs did *not* populate the Spotlight kMDItemLastUsedDate or kMDItemUsedDates fields (*i.e.*, the opening was not recorded in Spotlight).

28. Figure 2 below shows a screenshot of the rand_num_generator.v file shortly after it was copied to our testing computer. Note that, as expected, this file does not show any kMDItemLastUsedDate or kMDItemUsedDates fields, because the file has not been used yet on this computer.

---

[21] File named "rand_num_generator.v" downloaded from the internet at https://bitbucket.org/pythondsp/verilogguide/downloads/.

*Figure 2 - Screenshot of newly-copied rand_num_generator.v file, along with accompanying Spotlight metadata prior to any opening or editing.  Note that no kMDItemLastUsedDate or kMDItemUsedDates fields are shown.*

29. Figure 3 below shows a screenshot of the rand_num_generator.v file open on the testing computer using the program Vim.

*Figure 3 - Screenshot of rand_num_generator.v file open on computer using Vim application.*

30. The rand_num_generator.v file was then closed out of the Vim program, and the Spotlight properties were again queried. Figure 4 below shows those Spotlight properties, and notably, Spotlight still does not record any information about kMDItemLastUsedDate or kMDItemUsedDates, despite the file having been opened.



*Figure 4 - Screenshot of Spotlight metadata after closing rand_num_generator.v from the Vim program. Note that kMDItemLastUsedDate or kMDItemUsedDates fields are still not populated with the opening activity.*

31. My team then re-opened the file using Vim, made edits, and saved the rand_num_generator.v file (activity not pictured), and queried the Spotlight properties again. Figure 5 below shows a screenshot of the Spotlight properties for this file after having been opened (twice), edited, and re-saved. Note that Spotlight still contains no record of any information in kMDItemLastUsedDate or kMDItemUsedDates.

*Figure 5 - Screenshot of Spotlight metadata after opening, editing, and closing rand_num_generator.v from the Vim program. Note that kMDItemLastUsedDate or kMDItemUsedDates fields are still not populated with the opening and editing activity.*

32. My team then repeated the same sequence – opening, closing (without edits), re-opening, editing, and saving the rand_num_generator.v file – except this time using the program MacVim. The file open on the computer using MacVim is shown in Figure 6 below. And Figure 7 below shows that the end result was the same: Spotlight still *did not populate* kMDItemLastUsedDate or kMDItemUsedDates, despite having now been opened at least 4 times and edited twice, using two different programs.

*Figure 6 - Screenshot of rand_num_generator.v open on computer using MacVim program.*

[Figure 7 screenshot: Terminal output of `mdls /Users/forensics/Documents/V\ Spotlight\ Testing/rand_num_generator.v` showing metadata fields including kMDItemContentCreationDate, kMDItemContentModificationDate, kMDItemDateAdded, etc., with annotation: "After opening and closing using MacVim, then re-opening, editing, and closing using MacVim, still no kMDItemLastUsedDate or kMDItemUsedDates fields appear in Spotlight"]

Figure 7 - Screenshot of Spotlight properties of rand_num_generator.v after opening/closing/opening/editing/closing using MacVim. Note that kMDItemLastUsedDate or kMDItemUsedDates fields are still not populated with the opening and editing activity.

33. This testing confirms that opening actions using Vim and MacVim – the two programs shown by the evidence to have been used by Mr. Wen to access Verilog-type files – are not reliably recorded and stored within Spotlight.

34. In contrast to the non-updating behavior of Spotlight shown above when using Vim and MacVim, my team's testing revealed that using the program TextEdit (another text editing program available by default on MacOS), the kMDItemLastUsedDate and kMDItemUsedDates fields *do* get updated within Spotlight. In the below Figure 8, these fields are readily apparent

from the screenshot of the Spotlight metadata. As discussed previously, however, the Wen Laptop shows no evidence of opening Verilog or SystemVerilog files using TextEdit.

*Figure 8 - Screenshot of Spotlight properties of a "control" version of rand_num_generator.v opened using the TextEdit program. Note that now, kMDItemLastUsedDate and kMDItemUsedDates fields now appear and have information populated to reflect this activity.*

IX.     **Forensic Records of Printing**

35.     Mac operating systems also record information about what files were printed using that computer. For the Wen Laptop, my analysis revealed that 14 files were printed using that computer between November 4, 2021 and June 1, 2022, and none of them match to the filenames of the allegedly sensitive Apple Verilog files.[22]

---

[22] /Data/private/var/spool/cups/cache/job.cache.

### X. Other File System Metadata on the Wen Laptop Would Likely Either Be of Limited Value Or Duplicative Of the File Opening Artifacts Discussed Above

36. File system metadata, including such fields as "Last Modified" or "Last Accessed," pertaining to original copies of files of sensitive Apple files on the Wen Laptop would either be (1) of limited value to determine file opening or (2) duplicative of other forensic artifacts discussed herein which persist beyond the deletion of the original file. For example, "Last Accessed" metadata on a Mac computer is quite fragile and susceptible to update, either by one or more user-initiated actions (such as copying, opening, emailing, printing, etc.) or by any number of system-caused actions (such as Spotlight, the thumbnail generation service called Quicklook, etc.), and thus is of limited value by itself as to the question of file usage. Alternatively, if a file system "Last Modified" date reflects a date and time *after* the file was copied to the Wen Laptop – thus suggestive of Mr. Wen's editing of that file – I would also expect to find that file referenced in one of the file opening artifacts discussed above such as the MacVim MRU or the .viminfo file, which persists beyond the deletion of the underlying file.

//
//
//
//
//
//
//
//
//
//
//
//

1  Executed on this 19th day of July, 2023, at Lake Oswego, Oregon.  I declare under oath
2  and penalty of perjury under the laws of the State of California that the foregoing is true and
3  correct.

/s/ Andrew Crain
Andrew Crain