QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
865 S Figueroa St.
Los Angeles, CA 90017
Telephone:     (213) 443-3145
Facsimile:     (213) 443-3100

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINO, PRABHU RAJAMANI, AND KAI WANG, <br><br> Defendants. | Case No. 5:22-CV-2637-EJD <br><br> **DECLARATION OF VICTORIA B. PARKER IN OPPOSITION TO APPLE'S MOTION FOR SANCTIONS** <br><br> Date:        August 30, 2023 <br> Time:        11:00 a.m. <br> Courtroom: 5 <br> Judge:       The Hon. Nathanael M. Cousins <br><br> Trial Date:  None Set |

# DECLARATION OF VICTORIA B. PARKER

I, Victoria B. Parker declare:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan LLP, counsel of record for Defendants in this matter. The facts stated in this declaration are true and correct based on my personal knowledge, and if called and sworn in as a witness, I could and would testify competently to those facts.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from Plaintiff Apple Inc.'s Memorandum of Points and Authorities in Support of its Motion for Sanctions for Destruction of Evidence dated December 14, 2022, filed in the case *Apple Inc. v. Gerard Williams III*, Case No. 19-CV-352866, in the Superior Court of the State of California, County of Santa Clara.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of Shih-Chieh ("Ricky") Wen, taken in this action on March 17, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of the errata provided to Planet Depos following the deposition of Mr. Wen, dated June 20, 2023.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email from Ryan Malloy, counsel for Apple, to counsel for Defendants dated April 22, 2023.

6. Attached hereto as **Exhibit E** is a true and correct copy of an email from Matthew R. Stephens, counsel for Apple, to counsel for Defendants dated April 28, 2023.

7. Attached hereto as **Exhibit F** is a true and correct copy of a document produced in this action bearing Bates Number RIVOS_0240444. This document appears on the list of documents Apple identified as its trade secrets more than 30 times.

8. Attached hereto as **Exhibit G** is a true and correct copy of a document produced in this action bearing Bates Number RIVOS_0136012. This document appears on the list of documents Apple identified as its trade secrets more than 30 times.

9. Attached hereto as **Exhibit H** is a true and correct copy of a document produced in this action bearing Bates Number RIVOS_0135996. Versions of this document appear on the list of documents Apple identified as its trade secrets at least 800 times.

1      10.     Attached hereto as **Exhibit I** is a true and correct copy of a document produced in this action bearing Bates Number RIVOS_0136405.  The document appears on the list of documents Apple identified as its trade secrets and can be identified on GitHub via a simple Google search.

       11.     Attached hereto as **Exhibit J** is a true and correct copy of Defendant Rivos Inc.'s Second Supplemental Objections and Responses to Apple Inc.'s First Set of Interrogatories.

       12.     Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the transcript of the March 8, 2023 hearing in this action before the Honorable Nathanael M. Cousins.

       13.     Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the deposition of Laurent Pinot, taken in this action on February 16, 2023.

       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 21st day of July, 2023 at San Francisco, California.

                                                             */s/ Victoria B. Parker*
                                                             Victoria B. Parker

**ATTESTATION**

I, David Eiseman, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria B. Parker has concurred in the filing of the above document.

By */s/ David Eiseman*
David Eiseman