# EXHIBIT C



March 24, 2023

David Eiseman, Esquire
Quinn, Emanuel, Urquhart & Sullivan, LLP - (San Francisco)
50 California Street 22nd Floor
San Francisco, CA 94111


Re: Deposition of **Shih-Chieh Wen**
　　Date: 3/17/2023
　　Case: Apple, Inc. -v- Rivos Inc., et al.


Dear Sir/Madam,

Attached please find the above-referenced deposition transcript. If applicable, signature is required within 30 days from the date of this letter.

In accordance with the disposition of signature at the deposition or the pertinent jurisdictional rules, the deponent should follow these instructions to complete the Errata Sheet:

(1) Read the transcript and indicate any corrections or changes in ink on the enclosed Errata Sheet. Please include page and line numbers. If more space is needed for corrections, please use a blank sheet of paper. If no corrections or changes are necessary, please indicate "no corrections" or "no changes" on the Errata Sheet.

(2) Sign and date the Errata Sheet and Acknowledgement of Deponent/Affiant pages.

(3) Please return the executed Errata Sheet and Acknowledgement pages to the address indicated below, submit via fax (888-503-3767) or email (transcripts@planetdepos.com).

A copy of this letter and the returned signature pages, if any, will be distributed to counsel.


Sincerely,


Production Department
Planet Depos, LLC
451 Hungerford Drive
Suite 400
Rockville, Maryland 20850


No. 484751

No. 484751

Re:     Deposition of Shih-Chieh Wen
        Date: 3/17/2023
        Case: Apple, Inc. -v- Rivos Inc., et al.
        Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|---|---|---|
| 11 | 23 | "we called -- we called it" =>hosted / clarification |
| 19 | 17 | "copied in my" => copied my / clarification |
| 19 | 24 | "you will show" => it will show / clarification |
| 27 | 15 | "LAN" => them / transcription error |
| 52 | 13 | "For this" => Is this the full list? / transcription error |
| 55 | 9 | "the use" => the user / transcription error |
| 55 | 10 | "some on the Ellis team" => some other Apple team / transcription error |
| 68 | 20 | "I followed" => I TAR'ed / transcription error |
| 72 | 11 | "I started" => I studied / transcription error |
| 73 | 24 | "type of a document" => type of document / transcription error |
| 74 | 14 | "ProForce" => Perforce / transcription error |
| 75 | 6 | "Unix connect" => Unix command / transcription error |
| 75 | 19 | "is set up" => set up / transcription error |
| 75 | 22 | "P.A. Semi --" => P.A. Semi settings / clarification |
| 80 | 18 | "Shwena" => shwenr / transcription error |
| 80 | 21 | "S-h-w-e-n-a" => "s-h-w-e-n-r" / transcription error |
| 84 | 19 | "intentionally" => unintentionally / transcription error |
| 86 | 11 | "an answer" => access / transcription error |
| 86 | 25 | "one of the reasons"=> one of the reasons, / clarification |
| 92 | 4 | "file called capital X" => file called .X / clarification |
| 104 | 25 | "iCloud-check" => eyeball check / transcription error |

_6/20/23_
(Date)

_[signature]_
(Signature)

No. 484751

Re:  Deposition of Shih-Chieh Wen
     Date: 3/17/2023
     Case: Apple, Inc. -v- Rivos Inc., et al.
     Return to: transcripts@planetdepos.com

| 121 | 24 | "labeled" => level / transcription error |
| 122 | 2 | "it would protect" => it represents / transcription error |
| 122 | 4 | "it would protect" => it represents / transcription error |
| 125 | 20 | "you extract older" => it extract all / transcription error |
| 125 | 20 | "the VI" => I VI / transcription error |
| 154 | 21 | "component A" => component A is / clarification |
| 165 | 13 | "component" => components / clarification |
| 167 | 18 | "Quite simple" => An example / transcription error |
| 170 | 4 | "in the clock" => and the clock / transcription error |
| 170 | 10 | "in the clock" => and the clock / transcription error |
| 172 | 4 | "designed for means" => designed for, it means / clarification |
| 172 | 5 | "malicious"=> malicious usage / clarification |
| 190 | 11/12 | "I don't know who," => I don't know / clarification |
| 194 | 24 | "I didn't of" => I didn't have / transcription error |
| 199 | 8 | "tied" => TAR'ed / transcription error |
| 199 | 9/10 | "on thought" => unTAR'ed / transcription error |
| 201 | 15 | "AOM" => AON / transcription error |
| 202 | 22 | "root of a trust" => root of trust / transcription error |
| 211 | 16 | "why that is currently the plan"=> what exactly the plan is / transcription error |
| 214 | 15 | "thought process" => unTar / transcription error |

6/20/23
(Date)

(Signature)

No. 484751

Re:   Deposition of **Shih-Chieh Wen**
      Date: 3/17/2023
      Case: Apple, Inc. -v- Rivos Inc., et al.
      Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
| 216  | 1    | "Bolt" => Board / transcription error |
| 216  | 13   | "as input" => as important / transcription error |
| 230  | 4    | "desk" => Dad's / transcription error |
| 236  | 9    | "let everybody" => read a letter I / transcription error |
| 249  | 19   | "co-interface" => core-interface / transcription error |
| 249  | 21   | "Co-interface" => Core-interface / transcription error |
| 256  | 5    | "As" = it / transcription error |

6/20/23
(Date)

_[signature]_
(Signature)

No. 484751

Re:   Deposition of **Shih-Chieh Wen**
      Date: 3/17/2023
      Case: Apple, Inc. -v- Rivos Inc., et al.
      Return to: transcripts@planetdepos.com

```
                    ACKNOWLEDGMENT OF DEPONENT


         I, Shih-Chieh Wen, do hereby acknowledge

    that I have read and examined the foregoing

    testimony, and the same is a true, correct and

    complete transcription of the testimony given by me

    and any corrections appear on the attached Errata

    sheet signed by me.


         6/20/23                  [signature]
         _____              _____
           (Date)                    (Signature)
```