BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>      v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>                    Defendants. | Case No. 22-cv-02637-EJD<br><br>**DECLARATION OF MARY PRENDERGAST IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Mary Prendergast, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 218). Defendants have proposed sealing certain highlighted portions of their Opposition to Apple's Motion for Sanctions (Dkt. 218-2) and certain exhibits to the Declaration of Victoria B. Parker in Opposition to Apple's Motion for Sanctions ("Parker Declaration") (Dkt. 219-5). Apple agrees that portions of these documents should be sealed to the extent specified below.

3. The information that Apple seeks to seal contains its asserted trade secrets and other Apple confidential information, is narrowly tailored, and is not generally known by the public. This information includes confidential business information that would harm Apple's competitive standing if released.

4. In accordance with Civil Local Rule 79-5(e), below is an identification of documents that Apple asserts contain confidential information:

| ECF No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| 218-5 | Parker Declaration Ex. B | Yellow-highlighted portions as set forth in Exhibit A attached hereto (pp. 273-275, 288-289). | The exhibit contains confidential Apple information, including an identification of documents and information that Apple has asserted as trade secrets in this litigation. Public disclosure of this information would cause harm to Apple. |
| 218-15 | Parker Declaration Ex. J | Yellow-highlighted portions as set forth in Exhibit C attached hereto (p. 6). | The exhibit contains confidential Apple information, including an internal code name that Apple uses for one of its SoC projects. |

PRENDERGAST DECL. ISO DEFENDANTS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 22-CV-02637-EJD

1

| ECF No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| 218-17 | Parker Declaration Ex. L | Yellow-highlighted portions as set forth in Exhibit E attached hereto (pp. 102-103, 117-118, 135). | The exhibit contains confidential Apple information, including an identification of documents and information that Apple has asserted as trade secrets in this litigation. Public disclosure of this information would cause harm to Apple. |

3. I have reviewed Exhibits B, J, and L to the Parker Declaration, and confirm that the portions identified in the table above contain technical details of Apple's business, including confidential file names, document excerpts, and internal project code names of Apple's highly confidential engineering projects that relate to proprietary technology Apple has asserted in this case as trade secrets. If such information is made public, details regarding Apple's proprietary projects will be released, which would harm Apple's competitive standing. *See, e.g.*, *Bofi Fed. Bank v. Erhart*, No. 15-cv-02353-BAS, 2016 WL 4595536, at *2-3 (S.D. Cal. June 22, 2016) (granting motion to seal declaration containing file names which revealed confidential information regarding business operations and movant's technology infrastructure); *see also, e.g.*, *In re Google Inc. Gmail Litig.*, No. 13-MD-02430- LHK, 2013 WL 5366963 (N.D. Cal. Sept. 25, 2013) (granting motion to seal sensitive materials relating to how Google technology operates); *Transperfect Global, Inc. v. Motionpoint Corp.*, No. C 10-2590 CW, 2013 WL 209678 (N.D. Cal. Jan. 17, 2013) (granting motion to seal exhibits that contained proprietary information about the sealing party's internal business operations and technology). This information warrants sealing.

4. Attached as **Exhibit A** to this declaration is a copy of Exhibit B to the Parker Declaration with the portions for which Apple requests sealing highlighted in yellow, but otherwise unredacted.

5. Attached as **Exhibit B** to this declaration is a redacted copy of Exhibit B to the Parker Declaration applying Apple's proposed redactions.

6. Attached as **Exhibit C** to this declaration is a copy of Exhibit J to the Parker Declaration with the portions for which Apple requests sealing highlighted in yellow, but

PRENDERGAST DECL. ISO DEFENDANTS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 22-CV-02637-EJD

2

otherwise unredacted.

7. Attached as **Exhibit D** to this declaration is a redacted copy of Exhibit J to the Parker Declaration applying Apple's proposed redactions.

8. Attached as **Exhibit E** to this declaration is a copy of Exhibit L to the Parker Declaration with the portions for which Apple requests sealing highlighted in yellow, but otherwise unredacted.

9. Attached as **Exhibit F** to this declaration is a redacted copy of Exhibit L to the Parker Declaration applying Apple's proposed redactions.

10. Attached as **Exhibit G** to this declaration is a proposed order granting Defendants' Administrative Motion to the extent necessary to protect the Apple information identified and discussed above.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, District of Columbia on this 28th day of July, 2023.

*/s/ Mary Prendergast*
Mary Prendergast

PRENDERGAST DECL. ISO DEFENDANTS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 22-CV-02637-EJD

3

**ATTESTATION OF E-FILED SIGNATURE**

I, Bryan Wilson, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mary Prendergast has concurred in this filing.

Dated: July 28, 2023

*/s/ Bryan Wilson*
Bryan Wilson

PRENDERGAST DECL. ISO DEFENDANTS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 22-CV-02637-EJD

4