|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN JOSE DIVISION | |

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:22-cv-02637-EJD |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS'** |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| Defendants. | |

Having considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed and the Declaration of Mary Prendergast in Support of Defendants' Administrative Motion, the Court GRANTS the motion as to the portions below:

| ECF No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| 218-5 | Parker Declaration Ex. B | Yellow-highlighted portions as set forth in Exhibit A to the Prendergast Declaration (pp. 273-275, 288-289). | The exhibit contains confidential Apple information, including an identification of documents and information that Apple has asserted as trade secrets in this litigation. Public disclosure of this information would cause harm to Apple. |
| 218-15 | Parker Declaration Ex. J | Yellow-highlighted portions as set forth in Exhibit C to the Prendergast Declaration (p. 6). | The exhibit contains confidential Apple information, including an internal code name that Apple uses for one of its SoC projects. |
| 218-17 | Parker Declaration Ex. L | Yellow-highlighted portions as set forth in Exhibit E to the Prendergast Declaration (pp. 102-103, 117-118, 135). | The exhibit contains confidential Apple information, including an identification of documents and information that Apple has asserted as trade secrets in this litigation. Public disclosure of this information would cause harm to Apple. |

IT IS SO ORDERED.  The Clerk of the Court shall file under seal the identified documents.

Dated: _____

                        Honorable Edward J. Davila
                        United States District Judge