| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
|   | BWilson@mofo.com |
| 2 | KENNETH A. KUWAYTI (CA SBN 145384) |
|   | KKuwayti@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile:  650.494.0792 |
| 6 | ARTURO J. GONZALEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 7 | MEREDITH L. ANGUEIRA (CA SBN 333222) |
|   | MAngueira@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 9 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 10 | Facsimile:  415.268.7522 |
| 11 | MARY PRENDERGAST (CA SBN 272737) |
|    | MPrendergast@mofo.com |
| 12 | MORRISON & FOERSTER LLP |
|    | 2100 L Street, NW, Suite 900 |
| 13 | Washington, District of Columbia 20037 |
|    | Telephone: 202.887.1500 |
| 14 | Facsimile:  202.887.0763 |
| 15 | Attorneys for Plaintiff |
|    | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:22-CV-2637-EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Judge:  Hon. Edward J. Davila |
| RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | Action Filed:  April 29, 2022 |
| Defendants. | |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of:

- **EXHIBIT A TO THE PRENDERGAST DECLARATION [*SUBMITTED UNDER SEAL*]**

- **EXHIBIT C TO THE PRENDERGAST DECLARATION [*SUBMITTED UNDER SEAL*]**

- **EXHIBIT E TO THE PRENDERGAST DECLARATION [*SUBMITTED UNDER SEAL*]**

☑   **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>David Eiseman<br>Victoria B. Parker<br>Elle Xuemeng Wang<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Email: qe-apple-rivos@quinnemanuel.com | *Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang* |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 28, 2023, at Hayward, California.

| Cynthia D. Fix | /s/ Cynthia D. Fix |
|---|---|
| (typed) | (signature) |

**ATTESTATION OF E-FILED SIGNATURE**

I, Bryan Wilson, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mary Prendergast has concurred in this filing.

Dated: July 28, 2023

*/s/ Bryan Wilson*
Bryan Wilson