# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

# CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** August 9, 2023 | **Time:** 1 hour, 34 mins | **Judge:** NATHANAEL M. COUSINS |
| **Case No.:** 22-cv-02637-EJD | **Case Name:** Apple Inc. v. Rivos, Inc. | |

**Attorneys for Plaintiff**: Bryan Wilson, Meredith Angueira, Ryan Mallory, Ken Kuwait, with in-house counsel Diek van Nort.

**Attorneys for Defendant**: David Eiseman, Vicki Parker, with in-house counsel Brian Wallenfelt.

| | |
|---|---|
| **Deputy Clerk:** Lili Harrell | **Liberty Recording:** 11:13-11:55am, 2:04-2:55pm, 3:05-3:06pm |

# PROCEEDINGS

**Discovery Hearing as to issues presented in ECF [225]:**

Apple Issue 1 (asserted waiver re Ricky Wen communications): Apple's request to compel denied for the reasons stated.

Apple Issue 2/Rivos Issue 3 (deposition limits): Court modified discovery limits for deposition times as follows – up to 90 total hours per side for 30(b)(1) fact depositions, with no limit on the number of depositions; plus up to 21 additional hours per side for 30(b)(6) depositions.

Apple Issue 3 (documents and information regarding third parties working with Rivos): Apple's request to compel as to RFP 69 and Rog 21 granted for the reasons stated, with production subject to protective order.

Rivos discovery requests: By 3:00 p.m. 8/11/23, Rivos to file proposed order in support of its discovery requests set forth in the letter brief, as modified at or before the hearing; also by 3:00 pm on 8/11/23, Apple may file materials (requests and responses and meet and confer as to RFP 113, 114, 116, 120, and 121), declaration attesting to burden, and brief not to exceed 5 pages; Rivos may respond with a brief not to exceed 5 pages and declaration filed by 8/15. Court will rule on the papers.

Further discovery status conference set 9/6/23, at 11:00 a.m. in person; joint update due by 9/1; parties to confer with each other by 8/29.  No fees or costs awarded.