UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIVOS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 5:22-cv-02637-EJD<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: ECF No. 146 |

Presently before the Court is Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Sealing Motion"). ECF No. 146. Because Plaintiff is seeking to seal documents that have been designated by Defendants as "Highly Confidential – Attorneys' Eyes Only," Defendants were required to file a "specific statement of the applicable legal standard and the reasons for keeping [the] document[s] under seal" by March 6, 2023, pursuant to Civil L.R. 79-5(c) and 79-5(f). As of the date of this Order, Defendants have filed no such statement. Accordingly, the Court DENIES the Sealing Motion WITHOUT PREJUDICE.

Pursuant to Civil L.R. 79-5(g), the Court is permitted to "order any other disposition it deems proper" when it denies a motion to seal. Because the Court has denied Plaintiff's underlying motion for sur-reply (ECF No. 229) without considering any of the sealed exhibits that are the subject of the instant Sealing Motion, the Court will permit the sealed exhibits to remain under seal without further action from Defendants. However, Defendants are warned that future failures to comply with Civil L.R. 79-5(f) may result in unsealing without further notice.

**IT IS SO ORDERED.**

Dated: August 11, 2023

　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:22-cv-02637-EJD
ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL