1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792

6  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
7  MEREDITH L. ANGUEIRA (CA SBN 333222)
   MAngueira@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile: 415.268.7522

11 MARY PRENDERGAST (CA SBN 272737)
   MPrendergast@mofo.com
12 MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
13 Washington, District of Columbia 20037
   Telephone: 202.887.1500
14 Facsimile: 202.887.0763

15 Attorneys for Plaintiff
   APPLE INC.
16

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                          SAN JOSE DIVISION

20 APPLE INC., a California corporation,          Case No. 5:22-cv-02637-EJD

21                Plaintiff,                      **APPLE INC.'S ADMINISTRATIVE
                                                  MOTION TO FILE UNDER SEAL
22        v.                                      PORTIONS OF ITS REPLY IN
                                                  SUPPORT OF APPLE'S MOTION FOR
23 RIVOS, INC., a Delaware corporation; WEN       SANCTIONS AND CERTAIN
   SHIH-CHIEH a/k/a RICKY WEN; JIM                EXHIBITS TO THE DECLARATION
24 HARDAGE; WEIDONG YE; LAURENT                   OF BRYAN WILSON**
   PINOT; PRABHU RAJAMANI; and KAI
25 WANG,                                          Date:  August 30, 2023
                                                  Time:  9:00 a.m.
26                Defendants.                     Courtroom:  5, 4th Floor
                                                  Judge:  Hon. Nathanael M. Cousins
27
                                                  Action Filed:  April 29, 2022
28

APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY
CASE NO. 5:22-CV-02637-EJD

1   Pursuant to Civil Local Rules 7-11 and 79-5, and this Court's Civil Standing Order,

2   Plaintiff Apple Inc. requests that the Court permit Apple to file under seal portions of its Reply in

3   Support of Its Motion for Sanctions Against Defendants Rivos, Inc., Wen Shih-Chieh, and

4   Counsel for Defendants Stephen Swedlow, David Eiseman and Quinn Emanuel, as well as

5   Exhibits 3A, 33, 36, 37, 38, 39, 40, 41, and 42 to the Declaration of Bryan Wilson in Support of

6   Apple's Reply.  The reasons for sealing are described herein and in the accompanying

7   Declaration of Mary Prendergast in Support of Apple's Administrative Motion to File Under

8   Seal.

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| - | Apple Inc.'s Reply in Support of Its Motion for Sanctions Against Defendants Rivos, Inc., Wen Shih-Chieh, and Counsel for Defendants Stephen Swedlow, David Eiseman and Quinn Emanuel | Blue highlighted portions on pp. 6 and 12, and the yellow highlighted portion on p. 6. | These portions reference information contained in Dkt. 145-4, which was previously filed under seal, Apple confidential file and internal project code names, information that is Apple trade secret, proprietary, or confidential, and deposition testimony of Ricky Wen, Michael Kunkel, and I-Shuan Tsung that all parties have designated as Highly Confidential—Attorney's Eyes Only. |
| Exhibit 3A to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Excerpts of the Transcript of the March 17, 2023 Deposition of Shih-Chieh Wen a/k/a/ Ricky Wen | In full. | This portion contains deposition testimony of Ricky Wen, which the parties have designated as Highly Confidential—Attorney's Eyes Only. |
| Exhibit 33 to the Declaration of Bryan Wilson in | Excerpts of the Transcript of the June 22, 2023 Deposition of Setec Security Technologies, Inc. | In full. | This portion contains deposition testimony of Michael Kunkel, which the parties have designated as |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Support of Apple's Reply Brief in Support of Motion for Sanctions | through its Designated Representative, Michael Kunkel. | | Highly Confidential—Attorney's Eyes Only. |
| Exhibit 36 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Excerpts of the Transcript of the July 19, 2023 Deposition of I-Shuan Tsung. | In full. | This portion contains deposition testimony of I-Shuan Tsung, which the parties have designated as Highly Confidential—Attorney's Eyes Only. |
| Exhibit 37 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0381343. | Blue highlighted portions on p. 1. | These portions contain mention of a confidential Apple project code name as well as information that is Apple trade secret, proprietary, or confidential. |
| Exhibit 38 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0381683. | Blue highlighted portions on p. 3. | This portion contains mention of a confidential Apple project code name. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Exhibit 39 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0382087. | Blue highlighted portion on p. 3. | This portion contains mention of a confidential Apple project code name. |
| Exhibit 40 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0382133. | Blue highlighted portion on p. 2. | This portion contains mentions of confidential Apple project code names. |
| Exhibit 41 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0381690. | Blue highlighted portion on p. 4. | This portion contains mention of a confidential Apple project code name. |
| Exhibit 42 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in | Document entitled "CAD Rules_1SjIWneitI9DDdWudcwk4 ZivVRckfNrjV5Kbyv-rpv50.docx," produced by Defendant Rivos, Inc. in discovery on April 28, 2023, bearing Bates number RIVOS_0298707 | Blue highlighted portions on pp. 2, 4-6, | These portions contain information that are Apple trade secret, proprietary, or confidential. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| | Support of Motion for Sanctions | | |

3.     Good cause exists to warrant sealing the highlighted portions of Apple's Reply, as well as Exhibits 3A, 33, 36, 37, 38, 39, 40, 41, and 42 to the Declaration of Bryan Wilson.  These portions reflect technical details of Apple's business, including confidential internal project code names of Apple's highly confidential engineering projects that relate to proprietary technology Apple has asserted in this case as trade secrets.  Portions of Apple's Reply also reference Dkt. 145-4, the Declaration of Ken Kuwayti in Support of Apple Inc.'s Sur-Reply in Opposition to Defendants' Motion to Dismiss, which was filed under seal.  As explained in the Declaration of Mary Prendergast, if made public, this information would harm Apple's competitive standing by revealing detail regarding its proprietary projects. *See, e.g.*, *Bofi Fed. Bank v. Erhart*, No. 15-cv-02353-BAS, 2016 WL 4595536, at *2-3 (S.D. Cal. June 22, 2016) (granting motion to seal declaration containing file names which revealed confidential information regarding business operations and movant's technology infrastructure); *see also, e.g.*, *In re Google Inc. Gmail Litig*., No. 13-MD-02430- LHK, 2013 WL 5366963 (N.D. Cal. Sept. 25, 2013) (granting motion to seal sensitive materials relating to how Google technology operates); *Transperfect Global, Inc. v. Motionpoint Corp.*, No. C 10-2590 CW, 2013 WL 209678 (N.D. Cal. Jan. 17, 2013) (granting motion to seal exhibits that contained proprietary information about the sealing party's internal business operations and technology). Such information warrants sealing.

For the foregoing reasons, Apple respectfully requests that this Court order portions of Apple's Reply and Exhibits 3A, 33, 36, 37, 38, 39, 40, 41, and 42 to the Declaration of Bryan Wilson be filed under seal.

1

Dated: August 11, 2023                         Respectfully submitted,

2                                                             MORRISON & FOERSTER LLP

3

4                                                             By: */s/ Mary Prendergast*
                                                                    Mary Prendergast
5
                                                                    *Attorneys for Plaintiff*
6                                                                    APPLE INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28