BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile:  650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendants. | Case No. 22-cv-02637-EJD<br><br>**DECLARATION OF MARY PRENDERGAST IN SUPPORT OF APPLE'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SANCTIONS**<br><br>Date:   August 30, 2023<br>Time:   9:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge:  Hon. Nathanael M. Cousins<br><br>Action Filed:  April 29, 2022 |

I, Mary Prendergast, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto. I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Apple's Reply in Support of Its Motion for Sanctions Against Defendants Rivos, Inc., Wen Shih-Chieh, and Counsel for Defendants Stephen Swedlow, David Eiseman and Quinn Emanuel, as well as Exhibits 3A, 33, 36, 37, 38, 39, 40, 41, and 42 to the Declaration of Bryan Wilson in Support of Apple's Reply.

2. Apple seeks to seal information that relates to its asserted trade secrets and other Apple confidential information, is narrowly tailored, and is not generally known by the public. In accordance with Civil Local Rule 79.5, below is an identification of the confidential information Apple seeks to seal on that basis:

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| - | Apple Inc.'s Reply in Support of Its Motion for Sanctions Against Defendants Rivos, Inc., Wen Shih-Chieh, and Counsel for Defendants Stephen Swedlow, David Eiseman and Quinn Emanuel | Blue highlighted portions on pp. 6 and 12, and the yellow highlighted portion on p. 6. | These portions reference information contained in Dkt. 145-4, which was previously filed under seal, Apple confidential file and internal project code names, information that is Apple trade secret, proprietary, or confidential, and deposition testimony of Ricky Wen, Michael Kunkel, and I-Shuan Tsung that all parties have designated as Highly Confidential—Attorney's Eyes Only. |
| Exhibit 3A to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of | Excerpts of the Transcript of the March 17, 2023 Deposition of Shih-Chieh Wen a/k/a/ Ricky Wen | In full. | This portion contains deposition testimony of Ricky Wen, which the parties have designated as Highly Confidential—Attorney's Eyes Only. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Motion for Sanctions | | | |
| Exhibit 33 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Excerpts of the Transcript of the June 22, 2023 Deposition of Setec Security Technologies, Inc. through its Designated Representative, Michael Kunkel. | In full. | This portion contains deposition testimony of Michael Kunkel, which the parties have designated as Highly Confidential—Attorney's Eyes Only. |
| Exhibit 36 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Excerpts of the Transcript of the July 19, 2023 Deposition of I-Shuan Tsung. | In full. | This portion contains deposition testimony of I-Shuan Tsung, which the parties have designated as Highly Confidential—Attorney's Eyes Only. |
| Exhibit 37 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0381343. | Blue highlighted portions on p. 1. | These portions contain mention of a confidential Apple project code name as well as information that is Apple trade secret, proprietary, or confidential. |
| Exhibit 38 to the Declaration of Bryan | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery | Blue highlighted portions on p. 3. | This portion contains mention of a confidential Apple project code name. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | on May 20, 2023, bearing Bates number RIVOS_0381683. | | |
| Exhibit 39 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0382087. | Blue highlighted portion on p. 3. | This portion contains mention of a confidential Apple project code name. |
| Exhibit 40 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0382133. | Blue highlighted portion on p. 2. | This portion contains mentions of confidential Apple project code names. |
| Exhibit 41 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0381690. | Blue highlighted portion on p. 4. | This portion contains mention of a confidential Apple project code name. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Exhibit 42 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Document entitled "CAD Rules_1SjIWneitI9DDdWudcwk4ZivVRckfNrjV5Kbyv-rpv50.docx," produced by Defendant Rivos, Inc. in discovery on April 28, 2023, bearing Bates number RIVOS_0298707 | Blue highlighted portions on pp. 2, 4-6 | These portions contain information that are Apple trade secret, proprietary, or confidential. |

3.  I have reviewed Apple's Motion for Sanctions, as well as Exhibits 3A, 33, 36, 37, 38, 39, 40, 41, and 42 to the Declaration of Bryan Wilson, and confirm that the highlighted portions of the documents contain technical details of Apple's business, including confidential internal project code names of Apple's highly confidential engineering projects that relate to proprietary technology Apple has asserted in this case as trade secrets. Portions of Apple's Reply also reference Dkt. 145-4, the Declaration of Ken Kuwayti in Support of Apple Inc.'s Sur-Reply in Opposition to Defendants' Motion to Dismiss, which was filed under seal. If such information is made public, details regarding Apple's proprietary projects will be released, which would harm Apple's competitive standing. *See, e.g.*, *Bofi Fed. Bank v. Erhart*, No. 15-cv-02353-BAS, 2016 WL 4595536, at *2-3 (S.D. Cal. June 22, 2016) (granting motion to seal declaration containing file names which revealed confidential information regarding business operations and movant's technology infrastructure); *see also, e.g.*, *In re Google Inc. Gmail Litig.*, No. 13-MD-02430-LHK, 2013 WL 5366963 (N.D. Cal. Sept. 25, 2013) (granting motion to seal sensitive materials relating to how Google technology operates); *Transperfect Global, Inc. v. Motionpoint Corp.*, No. C 10-2590 CW, 2013 WL 209678 (N.D. Cal. Jan. 17, 2013) (granting motion to seal exhibits that contained proprietary information about the sealing party's internal business operations and technology). Such information warrants sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, District of Columbia on this 11th day of August, 2023.

*/s/ Mary Prendergast*
Mary Prendergast