UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>　　　　　　　Defendants. | Case No.   5:22-cv-02637-EJD<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS**<br><br>Date: August 30, 2023<br>Time: 9:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Nathanael M. Cousins<br><br>Action Filed:  April 29, 2022 |

Having considered Apple's Administrative Motion to File Under Seal, and the Declaration of Mary Prendergast in Support of Apple's Administrative Motion to File Under Seal, as summarized below:

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| - | Apple Inc.'s Reply in Support of Its Motion for Sanctions Against Defendants Rivos, Inc., Wen Shih-Chieh, and Counsel for Defendants Stephen Swedlow, David Eiseman and Quinn Emanuel | Blue highlighted portions on pp. 6 and 12, and the yellow highlighted portion on p. 6. | These portions reference information contained in Dkt. 145-4, which was previously filed under seal, Apple confidential file and internal project code names, information that is Apple trade secret, proprietary, or confidential, and deposition testimony of Ricky Wen, Michael Kunkel, and I-Shuan Tsung that all parties have designated as Highly Confidential—Attorney's Eyes Only. |
| Exhibit 3A to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Excerpts of the Transcript of the March 17, 2023 Deposition of Shih-Chieh Wen a/k/a/ Ricky Wen | In full. | This portion contains deposition testimony of Ricky Wen, which the parties have designated as Highly Confidential—Attorney's Eyes Only. |
| Exhibit 33 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Excerpts of the Transcript of the June 22, 2023 Deposition of Setec Security Technologies, Inc. through its Designated Representative, Michael Kunkel. | In full. | This portion contains deposition testimony of Michael Kunkel, which the parties have designated as Highly Confidential—Attorney's Eyes Only. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Exhibit 36 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Excerpts of the Transcript of the July 19, 2023 Deposition of I-Shuan Tsung. | In full. | This portion contains deposition testimony of I-Shuan Tsung, which the parties have designated as Highly Confidential—Attorney's Eyes Only. |
| Exhibit 37 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0381343. | Blue highlighted portions on p. 1. | These portions contain mention of a confidential Apple project code name as well as information that is Apple trade secret, proprietary, or confidential. |
| Exhibit 38 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0381683. | Blue highlighted portions on p. 3. | This portion contains mention of a confidential Apple project code name. |
| Exhibit 39 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0382087. | Blue highlighted portion on p. 3. | This portion contains mention of a confidential Apple project code name. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Support of Motion for Sanctions | | | |
| Exhibit 40 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0382133. | Blue highlighted portion on p. 2. | This portion contains mentions of confidential Apple project code names. |
| Exhibit 41 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0381690. | Blue highlighted portion on p. 4. | This portion contains mention of a confidential Apple project code name. |
| Exhibit 42 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Document entitled "CAD Rules_1SjIWneitI9DDdWudcwk4ZivVRckfNrjV5Kbyv-rpv50.docx," produced by Defendant Rivos, Inc. in discovery on April 28, 2023, bearing Bates number RIVOS_0298707 | Blue highlighted portions on pp. 2, 4-6, | These portions contain information that are Apple trade secret, proprietary, or confidential. |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 5: 22-cv-02637-EJD

3

1     IT IS HEREBY ORDERED that Apple's Administrative Motion is GRANTED. The
2 Clerk of the Court shall file under seal the identified documents.
3
4 Dated: _____
5                                               Honorable Nathanael Cousins
                                              United Staanctes Magistrate Judge