| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
|   | BWilson@mofo.com |
| 2 | KENNETH A. KUWAYTI (CA SBN 145384) |
|   | KKuwayti@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile:  650.494.0792 |
| 6 | ARTURO J. GONZALEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 7 | MEREDITH L. ANGUEIRA (CA SBN 333222) |
|   | MAngueira@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 9 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 10 | Facsimile:  415.268.7522 |
| 11 | MARY PRENDERGAST (CA SBN 272737) |
|   | MPrendergast@mofo.com |
| 12 | MORRISON & FOERSTER LLP |
|   | 2100 L Street, NW, Suite 900 |
| 13 | Washington, District of Columbia 20037 |
|   | Telephone: 202.887.1500 |
| 14 | Facsimile:  202.887.0763 |
| 15 | Attorneys for Plaintiff |
|   | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:22-cv-02637-EJD |
| Plaintiff, | |
| v. | **APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | Date: August 30, 2023<br>Time: 9:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Nathanael M. Cousins |
| Defendants. | Action Filed: April 29, 2022 |

Pursuant to Civil Local Rules 7-11 and 79-5, and this Court's Civil Standing Order, Plaintiff Apple Inc. requests that the Court permit Apple to file under seal portions of its Reply in Support of Its Motion for Sanctions Against Defendants Rivos, Inc., Wen Shih-Chieh, and Counsel for Defendants Stephen Swedlow, David Eiseman and Quinn Emanuel, as well as Exhibits 31, 32, 34, 36, 37, 38, 39, 40, 41, 42, 43, and 44 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Its Motion for Sanctions. These Exhibits have been designated by Defendants as "Highly Confidential – Attorney's Eyes Only" under the Protective Order in this case. Apple is obligated to file such information under seal.

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| - | Apple Inc.'s Reply in Support of Its Motion for Sanctions Against Defendants Rivos, Inc., Wen Shih-Chieh, and Counsel for Defendants Stephen Swedlow, David Eiseman and Quinn Emanuel | Green highlighted portions on pp. 1, 2, 4, 6, 7, 11, and 13, and the yellow highlighted portion on p. 6. | These portions cite from the Exhibits listed below and filed with the Reply which Defendants have designated as Highly-Confidential—Attorney's Eyes Only under the Protective Order. |
| Exhibit 31 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Email dated February 2023, from Brian Wallenfelt of Rivos to David Eiseman and Melissa Neri, counsel for Rivos, with the subject line "Fwd: [Attorney Client Privileged] my follow up on the tar file," that was originally produced by Defendant Rivos, Inc. in discovery on July 31, 2023, bearing Bates number RIVOS_0418739. | In full. | Defendant Rivos has designated this document as Highly-Confidential—Attorney's Eyes Only under the Protective Order. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Exhibit 32 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Email dated June 2, 2022, from Ricky Wen to Quinn Emanuel's email distribution list copying Brian Wallenfelt of Rivos, with the subject line ".tar files," that was produced by Defendant Rivos, Inc. in discovery on August 4, 2023, bearing Bates number RIVOS_0418741. | In full. | Defendant Rivos has designated this document as Highly-Confidential—Attorney's Eyes Only under the Protective Order. |
| Exhibit 34 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Exhibit 1 to the Transcript of the June 22, 2023 Deposition of Setec Security Technologies, Inc. through its Designated Representative, Michael Kunkel ("Kunkel Deposition"). | In full. | The parties designated this transcript and its exhibits Highly Confidential—Attorney's Eyes Only. |
| Exhibit 36 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Excerpts of the Transcript of the July 19, 2023 Deposition of I-Shuan Tsung. | In full. | This portion contains deposition testimony of I-Shuan Tsung, which the parties have designated as Highly Confidential—Attorney's Eyes Only. |
| Exhibit 37 to the Declaration of Bryan Wilson in | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0381343. | In full. | Defendant Rivos has designated this document as Highly- |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Support of Apple's Reply Brief in Support of Motion for Sanctions | | | Confidential—Attorney's Eyes Only under the Protective Order. |
| Exhibit 38 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0381683. | In full. | Defendant Rivos has designated this document as Highly-Confidential—Attorney's Eyes Only under the Protective Order. |
| Exhibit 39 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0382087. | In full. | Defendant Rivos has designated this document as Highly-Confidential—Attorney's Eyes Only under the Protective Order. |
| Exhibit 40 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0382133. | In full. | Defendant Rivos has designated this document as Highly-Confidential—Attorney's Eyes Only under the |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| for Sanctions | | | Protective Order. |
| Exhibit 41 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Google chat between Rivos employees that was produced by Defendant Rivos, Inc. in discovery on May 20, 2023, bearing Bates number RIVOS_0381690. | In full. | Defendant Rivos has designated this document as Highly-Confidential—Attorney's Eyes Only under the Protective Order. |
| Exhibit 42 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Document entitled "CAD Rules_1SjIWneitI9DDdWudcwk4ZivVRckfNrjV5Kbyv-rpv50.docx," produced by Defendant Rivos, Inc. in discovery on April 28, 2023, bearing Bates number RIVOS_0298707. | In full. | Defendant Rivos has designated this document as Highly-Confidential—Attorney's Eyes Only under the Protective Order. |
| Exhibit 43 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Excerpts from Rivos Inc.'s June 22, 2023 Third Supplemental Objections and Responses to Apple Inc.'s First Set of Interrogatories. | In full. | Defendant Rivos has designated this document as Highly-Confidential—Attorney's Eyes Only under the Protective Order. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Exhibit 44 to the Declaration of Bryan Wilson in Support of Apple's Reply Brief in Support of Motion for Sanctions | Document entitled "Rivos New Hire Information," produced by Defendant Rivos, Inc. in discovery on December 1, 2022, bearing Bates number RIVOS_0000969. | In full. | Defendant Rivos has designated this document as Highly-Confidential—Attorney's Eyes Only under the Protective Order. |

Dated: August 11, 2023

MORRISON & FOERSTER LLP

By: */s/ Mary Prendergast*
　　　Mary Prendergast

Attorneys for Plaintiff
APPLE INC.