# EXHIBIT 3A

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED