# EXHIBIT 20A

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4
     APPLE, INC.,                    )  CV-22-2637
 5                                   )
                  PLAINTIFF,         )  SAN JOSE, CALIFORNIA
 6                                   )
             VS.                     )  MARCH 8, 2023
 7                                   )
     RIVOS, INC., ET AL,             )  PAGES 1-24
 8                                   )
                  DEFENDANT.         )
 9                                   )
     _____)
10
                 ELECTRONIC TRANSCRIPT OF PROCEEDINGS
11                      FROM AUDIO RECORDING
             BEFORE THE HONORABLE NATHANAEL M. COUSINS
12                 UNITED STATES MAGISTRATE JUDGE

13

                          A P P E A R A N C E S
14

15
         FOR THE PLAINTIFF:     BY:  BRYAN JOSEPH WILSON
16                                   KENNETH ALEXANDER KUWAYTI
                                 MORRISON & FOERSTER LLP
17                               755 PAGE MILL ROAD
                                 PALO ALTO, CA 94304
18

19       FOR THE DEFENDANT:     BY:  ELLE XUEMENG WANG
                                     DAVID EISEMAN
20                               QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP
21                               50 CALIFORNIA STREET, 22ND FLOOR
                                 SAN FRANCISCO, CA 94111
22
                  APPEARANCES CONTINUED ON THE NEXT PAGE
23
         OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
24                                   CERTIFICATE NUMBER 13185

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER
```

1    AVAILABLE, BUT THAT'S REALLY LOGISTICS ISSUES, WE WILL TAKE
2    CARE OF THAT.
3         BUT WE JUST WANT TO MAKE CLEAR THAT WE HAVE NEVER REFUSED
4    TO MAKE MR. WEN AVAILABLE.  WE WANT TO AVOID THE SITUATION
5    WHERE WE HAVE TO PUT MR. WEN UNNECESSARILY THROUGH A SERIES OF
6    MULTIPLE DEPOSITIONS, WHICH, YOU KNOW, APPLE MADE CLEAR IS WHAT
7    THEY INTEND TO DO.
8         SO THEY NOTICED HIS DEPOSITION --
9              THE COURT:  BUT WHY THEN DIDN'T THE DEPOSITION TAKE
10   PLACE ON FEBRUARY 28TH?  THAT WAS THE LAST TIME.
11             MS. WANG:  RIGHT.
12        YOUR HONOR, SO I'M JUST GOING TO GO BACK A LITTLE BIT JUST
13   TO PREFACE THAT.
14        THEY FIRST NOTICED HIS DEPOSITION ON FEBRUARY 7TH, AND WE
15   AGREED WE WERE PREPARING HIM FOR THAT.  BUT IN CONNECTION WITH
16   HIS PREPARATION, WE DISCOVERED THERE WERE MORE DEVICES THAT MAY
17   CONTAIN APPLE DOCUMENTS, SO WE ALERTED APPLE IMMEDIATELY, AND
18   THEN WE IMMEDIATELY COLLECTED THOSE DEVICES, IMAGED THEM AND
19   CONDUCTED A SEARCH, AND OBVIOUSLY, ALSO SEGREGATED THOSE
20   DEVICES AND CUT OFF MR. WEN'S ACCESS TO THOSE DEVICES.
21        SO WE WERE DOING THAT, AND THEN WE WERE HOPING TO
22   PRODUCE -- WE ARE HOPING TO PRODUCE DOCUMENTS IN ADVANCE OF
23   THIS DEPOSITION.  BUT THE DOCUMENTS WERE MORE VOLUMINOUS THAN
24   WE FIRST THOUGHT, SO IT'S JUST TAKING US LONGER THAN EXPECTED.
25        ==AND WE HAVE KEPT APPLE APPRISED EVERY STEP OF THE WAY.==

```
 1         WHEN WE REALIZED WE COULDN'T DO HIS DEPOSITION A WEEK
 2   AFTER FEBRUARY 7TH, WE TOLD THEM.  AND THEN WE REALIZED THERE
 3   IS YET MORE DOCUMENTS THAT NEED TO BE REVIEWED, SO WE TOLD
 4   APPLE AGAIN THAT, YOU KNOW, THIS PROCESS IS TAKING REALLY LONG,
 5   WE ARE NOT DELAYING OR STALLING, IT'S JUST THAT THERE IS SO
 6   MANY DOCUMENTS AND THESE DOCUMENTS HAVE A VARIETY OF TECHNICAL
 7   ISSUES THAT WE ARE TRYING TO RESOLVE ON OUR END.
 8         SO IT IS TAKING LONGER THAN WHEN WE EXPECTED, AND WE THINK
 9   THE LOGICAL PROCEDURE IS TO, YOU KNOW, WAIT UNTIL WE PRODUCE
10   ALL THE DOCUMENTS SO THAT APPLE CAN DEPOSE MR. WEN WITH A FULL
11   SET OF HIS CUSTODIAL DOCUMENTS, AND THEN THEY CAN HAVE THEIR
12   DAY WITH MR. WEN.
13         WE ARE NEVER -- WE HAVE NEVER REFUSED TO MAKE MR. WEN
14   AVAILABLE.  AND IN FACT, OUR TIMELINE IS CONSISTENT WITH FTI,
15   THE NEUTRAL THIRD PARTY THAT APPLE APPOINTED.
16         SO YESTERDAY, FTI INFORMED US THAT IT WILL TAKE THEM WEEKS
17   TO JUST COLLECT AND IMAGE ALL THESE DEVICES, WHICH IS EXACTLY
18   HOW LONG IT'S BEEN TAKING US.  AND WE NOT ONLY IMAGED AND
19   COLLECTED THESE DEVICES, WE ARE ALSO REVIEWING, TROUBLESHOOTING
20   TECHNICAL ISSUES, PRODUCING THEM ON A ROLLING BASIS.
21         AND JUST ON MONDAY, WE INFORMED THEM, THAT WE WILL BE, YOU
22   KNOW, WE EXPECT THAT WE WILL FINISH PRODUCING MR. WEN'S
23   CUSTODIAL DOCUMENTS WITHIN THE NEXT TWO TO THREE WEEKS, AND YOU
24   KNOW, WE ARE HAPPY TO MAKE MR. WEN AVAILABLE A WEEK AFTER WE
25   COMPLETE THIS PRODUCTION.
```