# EXHIBIT 33

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED