# EXHIBIT 34

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED