# EXHIBIT 35

| | |
|---|---|
| **From:** | Egorova, Elizaveta |
| **To:** | MoFo Apple Rivos; QE-Apple-Rivos |
| **Cc:** | TechProject_Portal |
| **Subject:** | RE: Apple v. Rivos - Jim Hardage USB |
| **Date:** | Friday, August 4, 2023 1:30:37 PM |
| **Attachments:** | F10193-1-WW1-E025-DF_JimHardage_carved_complete.csv |

**External Email**



Good afternoon, QE and MoFo,

FTI completed populating the Attachment A signatures for file types not included in Cellebrite Inspector.

Attached is the complete file listings for Attachment A recovered file types for Jim Hardage 30GB flash drive (F10193-1-WW1-E025-DF_JimHardage_carved.csv).

We ran the recovery process for Attachment A file types on Ricky Wen's Rivos MacBook evidence (F10193-1-IT1-E007) and *no data was recovered.*

Team is currently processing Ricky Wen's Rivos MacBook evidence (F10193-1-IT1-E007) for Attachment C logs and artifacts. We anticipate completing QC by early next week and providing data thereafter.

FTI is awaiting outstanding evidence item (Ye, Weidong  F10193-1-WW1-E021) and return of redactions for Attachment B file listing from QE.

Please, let us know when we should expect a *list of priority custodians* and devices to plan for the data extraction phase.

Thanks,
Liza


**Elizaveta Egorova**
Senior Director, Technology, Risk & Compliance

**FTI Consulting**
+01.202.312.9119 T | +01.240.935.3937 M
elizaveta.egorova@fticonsulting.com

555 12th St NW | Suite 700,
Washington, DC, 20004, United States
www.fticonsulting.com

**From:** Egorova, Elizaveta <Elizaveta.Egorova@fticonsulting.com>
**Sent:** Tuesday, August 1, 2023 7:48 PM
**To:** Angueira, Meredith Lauren <MAngueira@mofo.com>