1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile:  650.494.0792

6  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
7  MEREDITH L. ANGUEIRA (CA SBN 333222)
   MAngueira@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile:  415.268.7522

11 MARY PRENDERGAST (CA SBN 272737)
   MPrendergast@mofo.com
12 MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
13 Washington, District of Columbia 20037
   Telephone: 202.887.1500
14 Facsimile:  202.887.0763

15 Attorneys for Plaintiff
   APPLE INC.
16

17              UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA
19                    SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendants. | Case No.   5:22-CV-2637-EJD<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. Edward J. Davila<br><br>Date:  August 30, 2023<br>Time:  9:00 a.m.<br>Courtroom:  5, 4th Floor<br>Judge:  Hon. Nathanael M. Cousins<br><br>Action Filed:  April 29, 2022 |

## CERTIFICATE OF SERVICE

I, Cynthia Fix, declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of:

*<u>Unredacted Versions of:</u>*

- **REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AGAINST DEFENDANTS RIVOS, INC., WEN SHIH-CHIEH, AND COUNSEL FOR DEFENDANTS STEPHEN SWEDLOW, DAVID EISEMAN AND QUINN EMANUEL**

- **Exhibits 3A, 31, 32, 33, 34, 36, 37, 38, 39, 40, 41, 42, 43, and 44 to the Declaration of Bryan Wilson in Support of Apple's Reply**

☑ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>David Eiseman<br>Victoria B. Parker<br>Elle Xuemeng Wang<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Email: qe-apple-rivos@quinnemanuel.com | *Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang* |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 11, 2023, at Castro Valley, California.

_____Cynthia Fix_____   _____(signature)_____
           (typed)