1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   David Eiseman (Bar No. 114758)
2  davideiseman@quinnemanuel.com
   Victoria B. Parker (Bar No. 290862)
3  vickiparker@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
5  Facsimile:    (415) 875-6700

6    Ryan Landes (Bar No. 252642)
     ryanlandes@quinnemanuel.com
7  865 S Figueroa St.
   Los Angeles, CA 90017
8  Telephone:    (213) 443-3145
   Facsimile:    (213) 443-3100

9
   Attorneys for Defendants Rivos Inc., Wen Shih-
10 Chieh a/k/a Ricky Wen, Jim Hardage, Weidong
   Ye, Laurent Pinot, Prabhu Rajamani and Kai
11 Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:22-CV-2637-EJD |
| Plaintiff, | **ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT AUGUST 30, 2023 HEARING ON APPLE'S MOTION FOR SANCTIONS** |
| vs. | |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI, AND KAI WANG, | Date:     August 30, 2023<br>Time:     11:00 a.m.<br>Courtroom: 5<br>Judge:    The Hon. Nathanael Cousins |
| Defendants. | Trial Date: None Set |

1  Judge Stephen Swedlow and Brian Wallenfelt, in house counsel for Rivos Inc., respectfully
2  request permission to appear remotely at the August 30, 2023 hearing on Apple's Motion for
3  Sanctions against Defendants Rivos Inc., Wen Shih-Chieh, and Counsel for Defendants, Stephen
4  Swedlow, David Eiseman and Quinn Emanuel.  Such permission is sought because (i) Judge
5  Swedlow is presiding over cases in Chicago and would incur significant disruption to his docket if
6  required to attend in person; and (ii) Mr. Wallenfelt has a previously planned family vacation in
7  Northern Minnesota that prevents him from attending in person.  Quinn Emanuel will attend the
8  hearing in person.

9  Counsel for Apple has indicated it does not oppose this request.

10  Respectfully submitted,

11  DATED:  August 16, 2023    QUINN EMANUEL URQUHART & SULLIVAN, LLP

14  By    */s/ David Eiseman*

15  DAVID EISEMAN
16  RYAN LANDES
   VICTORIA B. PARKER

18  Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang