UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI and KAI WANG ,<br><br>          Defendants. | Case No. 5:22-CV-2637-EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT AUGUST 30, 2023 HEARING ON APPLE'S MOTION FOR SANCTIONS**<br><br>Action Filed: April 29, 2022<br><br>Trial Date:   None Set |

**[PROPOSED] ORDER**

Good cause appearing, the Court hereby orders that Judge Stephen Swedlow and Brian Wallenfelt may appear remotely at the August 30, 2023 hearing on Apple's Motion for Sanctions against Defendants Rivos Inc., Wen Shih-Chieh, and Counsel for Defendants, Stephen Swedlow, David Eiseman and Quinn Emanuel.

**SO ORDERED.**

DATED: _____

HON. NATHANAEL M. COUSINS
United States Magistrate Judge