QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
865 S Figueroa St.
Los Angeles, CA 90017
Telephone:     (213) 443-3145
Facsimile:     (213) 443-3100

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI, AND KAI WANG, <br><br> Defendants. | Case No. 5:22-CV-2637-PCP <br><br> **ADDITIONAL INFORMATION IN SUPPORT OF ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT AUGUST 30, 2023 HEARING ON APPLE'S MOTION FOR SANCTIONS** <br><br> Date:         August 30, 2023 <br> Time:         11:00 a.m. <br> Courtroom: 5 <br> Judge:        The Hon. Nathanael Cousins <br><br> Trial Date:   None Set |

Pursuant to the Court's request for additional information (Dkt. 243), Rivos Inc. responds as follows:

Mr. Wallenfelt will only be observing the hearing. Judge Swedlow will not be lead counsel arguing in opposition to Apple's motion for sanctions, but because he is personally named in the motion, he may make a brief statement during the hearing, if necessary and permitted. He also will be prepared to answer any questions from the Court.

Respectfully submitted,

DATED: August 22, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ David Eiseman*

DAVID EISEMAN
RYAN LANDES
VICTORIA B. PARKER

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang