|   |   |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:22-cv-02637-PCP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 227)** |
| v. | |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts<br><br>Trial Date: None Set |
| Defendants. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Before the Court is Apple's Motion for Relief from a Non-Dispositive Pretrial Order from Magistrate Judge Cousins. On August 9, 2023, after hearing oral arguments from the parties regarding their Joint Discovery Report (Dkt. 225), Judge Cousins denied Apple's motion to compel production of communications pursuant to a privilege waiver by Defendants Ricky Wen and Rivos related to (1) Wen's deletion and restoration of unix.tar; and (2) alleged instructions to Wen by Rivos and also by Wen's counsel, Quinn Emanuel, regarding preservation of evidence for litigation. (Dkt. 239 (hearing transcript); Dkt. 227 (minute order)). On August 23, 2023, Apple lodged objections to these portions of Judge Cousins' Order. Finding that Judge Cousins erred in denying these requests in Apple's motion, the Court hereby orders as follows:

1. Defendants Wen and Rivos, and their counsel Quinn Emanuel, shall produce all communications regarding Wen's deletion and restoration of the unix.tar archive on his Rivos laptop, including communications regarding any investigation into the deletion and any impact of such actions on forensic artifacts and metadata, by **September 13, 2023**;

2. Defendants Wen and Rivos, and their counsel Quinn Emanuel, shall produce all communications reflecting instructions to Wen regarding document preservation for this litigation, and all related communications, by **September 13, 2023**;

3. Defendants Wen and Rivos, and their counsel Quinn Emanuel, shall produce a privilege log identifying any other relevant communications they continue to withhold on the basis of attorney-client privilege or work product doctrine by **September 13, 2023**.

**SO ORDERED.**

DATED: _____

HON. P. CASEY PITTS
United States District Judge