UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVOS, INC., et al.,<br><br>    Defendants. | Case No. 22-cv-02637-PCP<br><br>**ORDER DIRECTING RESPONSE** |

Defendants are directed to submit a response to plaintiff Apple Inc.'s Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Docket No. 247). The response shall not exceed five pages and shall be submitted no later than Aug. 28, 2023.

**IT IS SO ORDERED.**

Dated: August 24, 2023

_____
P. CASEY PITTS
United States District Judge