1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:22-cv-02637-PCP |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S SECOND AMENDED COMPLAINT** |
| v. | |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | Ctrm:    8<br>Judge:   Hon. P. Casey Pitts |
| Defendants. | Action Filed:  April 29, 2022 |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S SECOND AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

1      Pursuant to Civil L.R. 6-2 and 7-12, and subject to the Court's approval, Plaintiff Apple Inc. ("Apple"), on the one hand, and Defendants Wen Shih-Chieh (a/k/a Ricky Wen), Jim Hardage, Laurent Pinot, Prabhu Rajamani, and Kai Wang, on the other hand, submit this Joint Stipulation to extend the time to respond to Apple's Second Amended Complaint (the "SAC").

WHEREAS, Apple filed the SAC on August 30, 2022 (Dkt. 93), asserting claims for alleged violation of the Defend Trade Secrets Act ("DTSA") against Rivos Inc. ("Rivos"), Wen, Hardage, Weidong Ye, Pinot, and Rajamani; and claims for alleged breach of contract against Wen, Hardage, Ye, Pinot, Rajamani, and Wang (together, the "Individual Defendants").

WHEREAS, Rivos and the Individual Defendants each filed a Motion to Dismiss all claims in the SAC on September 27, 2022 (Dkts. 100, 101).

WHEREAS, on August 11, 2023, the Court granted Rivos' motion with leave to amend, and granted in part the Individual Defendants' motion with leave to amend (Dkt. 229);

WHEREAS, pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, the deadline for Wen, Hardage, Pinot, Rajamani, and Wang to respond to Apple's SAC is August 25, 2023;

WHEREAS, Apple has indicated that it intends to file a third amended complaint;

WHEREAS, the parties wish to avoid the need for Defendants to submit multiple, piecemeal responsive pleadings and thus propose to extend the time for all Defendants to respond until after Apple files its anticipated third amended complaint;

WHEREAS, the parties' proposed extension of time will not affect or alter any other scheduled dates, events, or deadlines in this case; and

IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel, subject to the Court's approval, that:

- the deadline for Wen, Hardage, Pinot, Rajamani, and Wang to respond to Apple's SAC shall be extended to fourteen days after Apple files its anticipated third amended complaint.

**IT IS SO STIPULATED**.


Case 5:22-cv-02637-PCP   Document 250   Filed 08/25/23   Page 3 of 6

Dated: August 24, 2023

MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*

Bryan Wilson
BWilson@mofo.com
Kenneth A. Kuwayti
KKuwayti@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Fax: 650-494-0792

Arturo J. Gonzalez
AGonzalez@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Fax: 415-268-7522

Mary Prendergast
MPrendergast@mofo.com
Morrison & Foerster LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202-887-1500
Fax: 202-887-0763

Attorneys for Plaintiff
Apple Inc.


JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S SECOND AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

2

1  Dated: August 24, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ David Eiseman*

David Eiseman
davideiseman@quinnemanuel.com
Victoria Parker
vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Ryan Landes
ryanlandes@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: 213-443-3000
Fax: 213-443-3100

Attorneys for Defendants
Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S SECOND AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

3

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Dated: __August 25, 2023_____

_____
Honorable P. Casey Pitts
United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S SECOND AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

4

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

>*/s/ David Eiseman*
>David Eiseman

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S SECOND AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

5