UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI and KAI WANG ,<br><br>　　　　Defendants. | Case No. 5:22-CV-2637-PCP<br><br>**[PROPOSED] ORDER DENYING APPLE INC.'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 227)**<br><br>Courtroom:　8<br>Judge:　　　Hon. P. Casey Pitts<br><br>Trial Date:　None Set |

1 **[PROPOSED] ORDER**

2 Before the Court is Plaintiff Apple Inc.'s Motion for Relief from Non-Dispositive Pretrial
3 Order of Magistrate Judge (Dkt. 227) (the "Motion").  Having considered the Motion, the Court
4 finds no error and hereby DENIES the Motion.

5

6 **SO ORDERED.**

7

8 DATED: _____

HON. P. CASEY PITTS
9 United States District Judge