UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>RIVOS, INC., and others,<br><br>         Defendants. | Case No. 22-cv-02637 PCP (NC)<br><br>**ORDER IN PREPARATION FOR AUGUST 30 HEARING**<br><br>Re: ECF 171 |

As the parties have already provided 389 pages of briefs and supporting materials, not counting voluminous motions to seal, the Court will limit argument to 15 minutes per side for the August 30 11:00 a.m. zoom hearing on Apple's motion for sanctions. Apple, as the moving party, will argue first.

**IT IS SO ORDERED.**

Dated: August 29, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge