UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

             Plaintiff,

      v.

RIVOS, INC., et al.,

             Defendants.

Case No.  22-cv-02637-PCP

**ORDER DENYING RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Re: Dkt. No. 247

Having considered the August 9, 2023 discovery order by Judge Cousins, plaintiff Apple's motion for relief from that order, and defendant Rivos's response to Apple's motion, the Court finds no clear error or ruling contrary to law in Judge Cousins's conclusion that Rivos's defensive disclosure of certain privileged communications in response to Apple's motion for sanctions did not result in a broad waiver covering all otherwise privileged communications relating to the subjects on which Apple seeks to compel disclosure. Accordingly, Apple's motion is denied. *See* 28 U.S.C. § 636(b)(1)(A) (permitting reconsideration only "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law").

      **IT IS SO ORDERED.**

Dated: August 29, 2023

P. CASEY PITTS
United States District Judge