1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile:  650.494.0792

6  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
7  MEREDITH L. ANGUEIRA (CA SBN 333222)
   MAngueira@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile:  415.268.7522

11 MARY PRENDERGAST (CA SBN 272737)
   MPrendergast@mofo.com
12 MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
13 Washington, District of Columbia 20037
   Telephone: 202.887.1500
14 Facsimile:  202.887.0763

15 Attorneys for Plaintiff
   APPLE INC.
16

17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19                          SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | Case No.   5:22-cv-02637-PCP-NMC |
| 21           Plaintiff, | |
| 22      v. | **APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS THIRD AMENDED COMPLAINT** |
| 23  RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| 26           Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, and this Court's Civil Standing Order, Plaintiff Apple Inc. requests that the Court permit Apple to file under seal portions of its Third Amended Complaint and exhibits thereto. The reasons for sealing are described herein and in the accompanying Declaration of Stephen Liu in Support of Apple's Administrative Motion to File Under Seal ("Liu Declaration").

| Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|
| Apple's Third Amended Complaint | Yellow and blue highlighted portions of Ex. A to the Liu Declaration. | These portions contain confidential Apple information, including an identification of documents, contents of documents, internal nomenclature, descriptions of code, and other information that Apple has asserted as trade secrets in this litigation. They also include information about the confidential operations of Apple's business. Public disclosure of this information would cause harm to Apple. |
| Ex. G – Redline of Apple's Third Amended Complaint against Apple's Second Amended Complaint | Yellow and blue highlighted portions of Ex. B to the Liu Declaration. | These portions contain confidential Apple information, including an identification of documents, contents of documents, internal nomenclature, descriptions of code, and other information that Apple has asserted as trade secrets in this litigation. They also include information about the confidential operations of Apple's business. Public disclosure of this information would cause harm to Apple. |

3. Good cause exists to warrant sealing the yellow and blue highlighted portions of Apple's Third Amended Complaint and Redline of Apple's Third Amended Complaint against Apple's Second Amended Complaint. These portions reflect technical details of Apple's business, including confidential file names, document excerpts, descriptions of source code, and other information that relates to proprietary technology Apple has asserted in this case as trade secrets. They also include details about the internal operations, structure, and workflow of Apple's business, including internal project code names. As explained in the Liu Declaration, if made public, this information would harm Apple's competitive standing by revealing details regarding its proprietary projects. *See, e.g.*, *Bofi Fed. Bank v. Erhart*, No. 15-cv-02353-BAS, 2016 WL 4595536, at *2-3 (S.D. Cal. June 22, 2016) (granting motion to seal declaration

containing file names which revealed confidential information regarding business operations and movant's technology infrastructure); *see also, e.g.*, *In re Google Inc. Gmail Litig.*, No. 13-MD-02430- LHK, 2013 WL 5366963 (N.D. Cal. Sept. 25, 2013) (granting motion to seal sensitive materials relating to how Google technology operates); *Transperfect Global, Inc. v. Motionpoint Corp.*, No. C 10-2590 CW, 2013 WL 209678 (N.D. Cal. Jan. 17, 2013) (granting motion to seal exhibits that contained proprietary information about the sealing party's internal business operations and technology). Such information warrants sealing.

For the foregoing reasons, Apple respectfully requests that this Court order portions of Apple's Third Amended Complaint be filed under seal.

Dated: August 29, 2023

MORRISON & FOERSTER LLP

By: /s/ Bryan Wilson
Bryan Wilson

Attorneys for Plaintiff
APPLE INC.