| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
| | BWilson@mofo.com |
| 2 | KENNETH A. KUWAYTI (CA SBN 145384) |
| | KKuwayti@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 5 | Facsimile:  650.494.0792 |
| 6 | ARTURO J. GONZALEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 7 | MEREDITH L. ANGUEIRA (CA SBN 333222) |
| | MAngueira@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 9 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 10 | Facsimile:  415.268.7522 |
| 11 | MARY PRENDERGAST (CA SBN 272737) |
| | MPrendergast@mofo.com |
| 12 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW, Suite 900 |
| 13 | Washington, District of Columbia 20037 |
| | Telephone: 202.887.1500 |
| 14 | Facsimile:  202.887.0763 |
| 15 | Attorneys for Plaintiff |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 22-cv-02637-PCP-NMC |
| Plaintiff, | |
| v. | **DECLARATION OF STEPHEN LIU IN SUPPORT OF APPLE'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS THIRD AMENDED COMPLAINT** |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | |

I, Stephen Liu, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto. I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Apple's Third Amended Complaint.

2. Apple seeks to seal information that relates to its asserted trade secrets and other Apple confidential information, is narrowly tailored, and is not generally known by the public. In accordance with Civil Local Rule 79-5, below is an identification of the confidential information Apple seeks to seal on that basis:

| Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|
| Apple's Third Amended Complaint | Yellow and blue highlighted portions of Ex. A to this declaration. | These portions contain confidential Apple information, including an identification of documents, contents of documents, internal nomenclature, descriptions of code, and other information that Apple has asserted as trade secrets in this litigation. They also include information about the confidential operations of Apple's business. Public disclosure of this information would cause harm to Apple. |
| Ex. G – Redline of Apple's Third Amended Complaint against Apple's Second Amended Complaint | Yellow and blue highlighted portions of Ex. B to this declaration. | These portions contain confidential Apple information, including an identification of documents, contents of documents, internal nomenclature, descriptions of code, and other information that Apple has asserted as trade secrets in this litigation. They also include information about the confidential operations of Apple's business. Public disclosure of this information would cause harm to Apple. |

3. I have reviewed the Third Amended Complaint and Redline of Apple's Third Amended Complaint against Apple's Second Amended Complaint and confirm that the portions of those documents highlighted in yellow and blue contain technical details of Apple's business, including confidential file names, document excerpts, descriptions of source code, and other information that relates to proprietary technology Apple has asserted in this case as trade secrets.

They also include details about the internal operations, structure, and workflow of Apple's business, including internal project code names. If made public, this information would harm Apple's competitive standing by revealing detail regarding its proprietary projects. Such information warrants sealing. *See, e.g.*, *Bofi Fed. Bank v. Erhart*, No. 15-cv-02353-BAS, 2016 WL 4595536, at *2-3 (S.D. Cal. June 22, 2016) (granting motion to seal declaration containing file names which revealed confidential information regarding business operations and movant's technology infrastructure); *see also, e.g.*, *In re Google Inc. Gmail Litig.*, No. 13-MD-02430-LHK, 2013 WL 5366963 (N.D. Cal. Sept. 25, 2013) (granting motion to seal sensitive materials relating to how Google technology operates); *Transperfect Global, Inc. v. Motionpoint Corp.*, No. C 10-2590 CW, 2013 WL 209678 (N.D. Cal. Jan. 17, 2013) (granting motion to seal exhibits that contained proprietary information about the sealing party's internal business operations and technology).

      I declare under penalty of perjury that the foregoing is true and correct. Executed at Palo Alto, California on this 29th day of August, 2023.

                                        */s/ Stephen Liu*
                                        Stephen Liu

**ATTESTATION OF E-FILED SIGNATURE**

I, Bryan Wilson, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mary Prendergast has concurred in this filing.

Dated: August 29, 2023

*/s/ Bryan Wilson*
Bryan Wilson