|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No.   5:22-cv-02637-PCP-NMC |
|---|---|
| Plaintiff, |   |
| v. | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS THIRD AMENDED COMPLAINT** |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, |   |
| Defendants. |   |

Having considered Apple's Administrative Motion to File Under Seal, and the Declaration of Stephen Liu in Support of Apple's Administrative Motion to File Under Seal, the Court GRANTS the motion as to the portions below:

| Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|
| Apple's Third Amended Complaint | Yellow and blue highlighted portions of Ex. A to the Liu Declaration. | These portions contain confidential Apple information, including an identification of documents, contents of documents, internal nomenclature, descriptions of code, and other information that Apple has asserted as trade secrets in this litigation. They also include information about the confidential operations of Apple's business. Public disclosure of this information would cause harm to Apple. |
| Ex. G – Redline of Apple's Third Amended Complaint against Apple's Second Amended Complaint | Yellow and blue highlighted portions of Ex. B to the Liu Declaration. | These portions contain confidential Apple information, including an identification of documents, contents of documents, internal nomenclature, descriptions of code, and other information that Apple has asserted as trade secrets in this litigation. They also include information about the confidential operations of Apple's business. Public disclosure of this information would cause harm to Apple. |

IT IS SO ORDERED. The Clerk of the Court shall file under seal the identified documents.

Dated: _____

                                        Honorable P. Casey Pitts
                                        United States District Judge