| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
|   | BWilson@mofo.com |
| 2 | KENNETH A. KUWAYTI (CA SBN 145384) |
|   | KKuwayti@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile:  650.494.0792 |
| 6 | ARTURO J. GONZALEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 7 | MEREDITH L. ANGUEIRA (CA SBN 333222) |
|   | MAngueira@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 9 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 10 | Facsimile:  415.268.7522 |
| 11 | MARY PRENDERGAST (CA SBN 272737) |
|   | MPrendergast@mofo.com |
| 12 | MORRISON & FOERSTER LLP |
|   | 2100 L Street, NW, Suite 900 |
| 13 | Washington, District of Columbia 20037 |
|   | Telephone: 202.887.1500 |
| 14 | Facsimile:  202.887.0763 |
| 15 | Attorneys for Plaintiff |
|    | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:22-cv-02637-PCP-NMC |
| Plaintiff, | |
| v. | **APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, and this Court's Civil Standing Order, Plaintiff Apple Inc. requests that the Court permit Apple to file under seal portions of its Third Amended Complaint and exhibits thereto. These portions have been designated by Defendants as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in this case. Apple is obligated to file such information under seal.

| Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|
| Apple's Third Amended Complaint | Blue and green highlighted portions. | This is information that Defendants have designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order. |
| Redline of Apple's Third Amended Complaint against Apple's Second Amended Complaint | Blue and green highlighted portions. | This is information that Defendants have designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order. |

Dated: August 29, 2023

MORRISON & FOERSTER LLP

By:  /s/ Bryan Wilson
       Bryan Wilson

Attorneys for Plaintiff
APPLE INC.