QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

  Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
865 S Figueroa St.
Los Angeles, CA 90017
Telephone:     (213) 443-3145
Facsimile:      (213) 443-3100

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI, AND KAI WANG, <br><br> Defendants. | Case No. 5:22-CV-2637-PCP <br><br> **STATEMENT OF CLARIFICATION FOLLOWING AUGUST 30, 2023 HEARING ON APPLE'S MOTION FOR SANCTIONS** |

Yesterday afternoon following the hearing on Apple's Motion for Sanctions, Apple's counsel notified Rivos' counsel that Rivos' counsel had indicated to the Court during the hearing that Rivos has produced its Verilog files in discovery. Although Rivos has not yet received the transcript from the hearing, if Rivos' counsel made that statement, it was an error. Rivos' counsel intended to say (and believes that he did say) that Rivos has produced extensive technical specifications for its SOCs and related technical material. As to Verilog files, Rivos' counsel meant to say that Rivos *will* produce them. Apple only requested Rivos' Verilog files in its most recent Requests for Production, and Rivos' responses are not yet due. Rivos and its counsel apologize for any confusion.

Respectfully submitted,

DATED: August 31, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Ryan Landes*

DAVID EISEMAN
RYAN LANDES
VICTORIA B. PARKER

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang