QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
  Elle Xuemeng Wang (Bar No. 328839)
  ellewang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:     (213)-443-3000
Facsimile:     (213)-443-3100

Attorneys for Defendants Rivos Inc. and Wen
Shih-Chieh a/k/a Ricky Wen

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:22-CV-2637-PCP |
| Plaintiff, | **DEFENDANTS' RESPONSE TO APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 255)** |
| vs. | |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | Trial Date:        None Set |

1  Pursuant to Civil Local Rule 79-5, Defendants Rivos Inc. ("Rivos"), Jim Hardage, Weidong
2  Ye, Laurent Pinot, Prabhu Rajamani, Wen Shih-Chieh a/k/a Ricky Wen, and Kai Wang
3  (collectively, "Defendants") submit this response to Apple Inc.'s Administrative Motion to Consider
4  Whether Another Party's Material Should be Sealed in connection with Plaintiff Apple Inc.'s
5  ("Apple") Third Amended Complaint (the "TAC") (Dkt. 255).  Apple filed its TAC and Exhibit G
6  thereto with certain provisionally sealed material highlighted in blue and green.  Defendants do not
7  seek to seal any portion of the TAC or Exhibit G thereto.

8
9  Respectfully submitted,
10  DATED:  September 5, 2023    QUINN EMANUEL URQUHART & SULLIVAN,
11                              LLP
12
13  By    /s/ David Eiseman
14  DAVID EISEMAN
15  RYAN LANDES
    VICTORIA B. PARKER
16  ELLE X. WANG
17  Attorneys for Defendants Rivos Inc., Wen Shih-
    Chieh a/k/a Ricky Wen, Jim Hardage, Weidong
18  Ye, Laurent Pinot, Prabhu Rajamani and Kai
19  Wang
20
21
22
23
24
25
26
27
28

DEFENDANTS' RESPONSE TO APPLE'S MOTION TO SEAL