UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:22-cv-02637-EJD-NC |
| Plaintiff, | |
| v. | **ORDER REGARDING DISCOVERY HEARING** |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | |

1  The discovery hearing, currently set for September 13, 2023, at 11:00 AM in person, is
2  postponed to September 27, 2023, at 11:00 AM in person. In the event the Parties cannot come to
3  an agreement regarding outstanding discovery issues, the Parties shall brief the remaining
4  disputes in a joint update (no longer than 10 pages) by September 22, 2023, at noon.

SO ORDERED.

Dated:   September 12, 2023

Honorable N
United State

*[GRANTED — Judge Nathanael M. Cousins]*