UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>  Defendants. | Case No.   5:22-cv-02637-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT**<br><br>Ctrm:    8<br>Judge:   Hon. P. Casey Pitts<br><br>Action Filed:  April 29, 2022 |

1       Pursuant to Civil L.R. 6-2 and 7-12, and subject to the Court's approval, Plaintiff Apple Inc. ("Apple"), on the one hand, and Defendants Rivos Inc., Wen Shih-Chieh (a/k/a Ricky Wen), Jim Hardage, Laurent Pinot, Prabhu Rajamani, Weidong Ye, and Kai Wang, on the other hand, submit this Joint Stipulation to extend Defendants' time to respond to Apple's Third Amended Complaint (the "TAC").

      WHEREAS, Apple filed the TAC on August 29, 2023 (Dkt. 256), asserting claims for alleged violation of the Defend Trade Secrets Act ("DTSA") against Rivos Inc. ("Rivos"), Wen, Hardage, Pinot, and Rajamani, and claims for alleged breach of contract against Wen, Hardage, Ye, Pinot, Rajamani, and Wang (together, the "Individual Defendants").

      WHEREAS, Defendants have not previously requested an extension of time to respond to the TAC;

      WHEREAS, the parties agree that Defendants may have a 10-day extension of time until September 22, 2023 to respond to Apple's TAC;

      WHEREAS, the parties' proposed extension of time will not affect or alter any other scheduled dates, events, or deadlines in this case; and

      IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel, subject to the Court's approval, that the deadline for Defendants to respond to Apple's TAC shall be extended to September 22, 2023.

      **IT IS SO STIPULATED**.

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

1

| | |
|---|---|
| 1 | Dated: September 12, 2023 |
| 2 | MORRISON & FOERSTER LLP |
| 3 | |
| 4 | By: */s/ Bryan Wilson* |
| 5 | |
| 6 | Bryan Wilson<br>BWilson@mofo.com |
| 7 | Kenneth A. Kuwayti<br>KKuwayti@mofo.com |
|  | Morrison & Foerster LLP |
| 8 | 755 Page Mill Road<br>Palo Alto, California 94304-1018 |
| 9 | Telephone: 650-813-5600<br>Fax: 650-494-0792 |
| 10 | |
|  | Arturo J. Gonzalez |
| 11 | AGonzalez@mofo.com<br>Morrison & Foerster LLP |
| 12 | 425 Market Street<br>San Francisco, California 94105-2482 |
| 13 | Telephone: 415-268-7000<br>Fax: 415-268-7522 |
| 14 | |
|  | Mary Prendergast |
| 15 | MPrendergast@mofo.com<br>Morrison & Foerster LLP |
| 16 | 2100 L Street, NW, Suite 900<br>Washington, District of Columbia 20037 |
| 17 | Telephone: 202-887-1500<br>Fax: 202-887-0763 |
| 18 | |
|  | Attorneys for Plaintiff |
| 19 | Apple Inc. |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

2

| | |
|---|---|
| 1  Dated: September 12, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By: */s/ David Eiseman*

David Eiseman
davideiseman@quinnemanuel.com
Victoria Parker
vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Ryan Landes
ryanlandes@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: 213-443-3000
Fax: 213-443-3100

Attorneys for Defendants
Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

3

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                               Honorable P. Casey Pitts
                                               United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

4

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

/s/ David Eiseman
David Eiseman

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

5