QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:    (213)-443-3000
Facsimile:    (213)-443-3100

Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>　　　　Defendants. | Case No.  5:22-cv-02637-PCP<br><br>**DECLARATION OF DAVID EISEMAN IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT**<br><br>Ctrm:　　8<br>Judge:　　Hon. P. Casey Pitts<br><br>Action Filed: April 29, 2022 |

# DECLARATION OF DAVID EISEMAN

I, David Eiseman, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice in this Court. I am a partner in the law firm Quinn Emanuel Urquhart & Sullivan, LLP and I represent Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang (the "Defendants") in this case.

2. I make this declaration in support of the parties' Joint Stipulation to extend Defendants' time to respond to Apple's Third Amended Complaint (the "TAC"). The facts stated in this declaration are true and correct based on my personal knowledge and, if called and sworn in as a witness, I could and would testify competently to those facts.

3. On August 29, 2023, Apple filed the TAC, asserting claims for alleged violation of the Defend Trade Secrets Act ("DTSA") against Rivos Inc., Wen, Hardage, Pinot, and Rajamani, and claims for alleged breach of contract against Wen, Hardage, Ye, Pinot, Rajamani, and Wang (Dkt. 256).

4. The current deadline for Defendants to file their response to Apple's TAC is September 12, 2023.

5. Defendants have not previously requested an extension of time to respond to the TAC.

6. The parties agree that Defendants may have a 10-day extension of time until September 22, 2023 to respond to Apple's TAC.

7. The parties' proposed extension of time will not affect or alter any other scheduled dates, events, or deadlines in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

//

//

//

-1-

Executed this 12th day of September, 2023 in San Francisco, California.

                                                */s/ David Eiseman*
                                                DAVID EISEMAN