UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>                Defendants. | Case No.   5:22-cv-02637-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT**<br><br>Ctrm:    8<br>Judge:   Hon. P. Casey Pitts<br><br>Action Filed:  April 29, 2022 |

Pursuant to Civil L.R. 6-2 and 7-12, and subject to the Court's approval, Plaintiff Apple Inc. ("Apple"), on the one hand, and Defendants Rivos Inc., Wen Shih-Chieh (a/k/a Ricky Wen), Jim Hardage, Laurent Pinot, Prabhu Rajamani, Weidong Ye, and Kai Wang, on the other hand, submit this Joint Stipulation to extend Defendants' time to respond to Apple's Third Amended Complaint (the "TAC").

WHEREAS, Apple filed the TAC on August 29, 2023 (Dkt. 256), asserting claims for alleged violation of the Defend Trade Secrets Act ("DTSA") against Rivos Inc. ("Rivos"), Wen, Hardage, Pinot, and Rajamani, and claims for alleged breach of contract against Wen, Hardage, Ye, Pinot, Rajamani, and Wang (together, the "Individual Defendants").

WHEREAS, Defendants have not previously requested an extension of time to respond to the TAC;

WHEREAS, the parties agree that Defendants may have a 10-day extension of time until September 22, 2023 to respond to Apple's TAC;

WHEREAS, the parties' proposed extension of time will not affect or alter any other scheduled dates, events, or deadlines in this case; and

IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel, subject to the Court's approval, that the deadline for Defendants to respond to Apple's TAC shall be extended to September 22, 2023.

**IT IS SO STIPULATED**.

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

1

Dated: September 12, 2023

MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*

Bryan Wilson
BWilson@mofo.com
Kenneth A. Kuwayti
KKuwayti@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Fax: 650-494-0792

Arturo J. Gonzalez
AGonzalez@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Fax: 415-268-7522

Mary Prendergast
MPrendergast@mofo.com
Morrison & Foerster LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202-887-1500
Fax: 202-887-0763

Attorneys for Plaintiff
Apple Inc.

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

2

| | | |
|---|---|---|
| 1 | Dated: September 12, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By: */s/ David Eiseman* |
| 4 | | David Eiseman |
| 5 | | davideiseman@quinnemanuel.com |
| | | Victoria Parker |
| 6 | | vickiparker@quinnemanuel.com |
| | | 50 California Street, 22nd Floor |
| 7 | | San Francisco, California 94111-4788 |
| | | Telephone: 415-875-6600 |
| 8 | | Fax: 415-875-6700 |
| 9 | | Ryan Landes |
| | | ryanlandes@quinnemanuel.com |
| 10 | | 865 S. Figueroa Street, 10th Floor |
| | | Los Angeles, CA 90017-2543 |
| 11 | | Telephone: 213-443-3000 |
| | | Fax: 213-443-3100 |
| 12 | | |
| 13 | | Attorneys for Defendants Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 13, 2023

_____
Honorable P. Casey Pitts
United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO APPLE'S THIRD AMENDED COMPLAINT
CASE NO. 5:22-cv-02637-PCP

4