**MORRISON FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

September 21, 2023

Writer's Direct Contact
+1 (650) 813-5603
BWilson@mofo.com

By ECF

Honorable Nathanael Cousins
United States District Court
San Jose Courthouse, Courtroom 5 - 4th Floor
280 South 1st Street
San Jose, CA 95113

Re:   *Apple Inc. v. Rivos Inc., et al.*
      No. 5:22-cv-02637-PCP-NC

Dear Judge Cousins:

Per the September 12, 2023, Court order, the Parties write to provide an update on discovery issues and to jointly request the postponement of the discovery hearing currently scheduled for September 27, 2023.  *See* Dkt. 268.  The Parties are continuing to meet and confer to resolve discovery disputes and do not have disputes to report to the Court at this time.

Subject to the Court's approval, the Parties stipulate to postpone the discovery hearing, currently set for September 27, 2023, at 11:00 AM in person, to October 11, 2023, at 11:00 AM in person, subject to the Court's availability.  In the event the Parties cannot come to an agreement regarding outstanding discovery issues, the Parties will brief the remaining disputes in a joint update (no longer than 10 pages) by October 6, 2023, at noon.

Respectfully submitted,

| MORRISON & FOERSTER LLP | QUINN EMMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| */s/ Bryan Wilson* | */s/ David Eiseman* |
| Bryan Wilson | David Eiseman |
| *Attorneys for Plaintiff Apple Inc.* | *Attorneys for Defendants Rivos Inc., et al.* |

## ATTESTATION OF CONCURRENCE

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: September 21, 2023                           */s/ Bryan Wilson*
                                                                                  Bryan Wilson