UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:22-cv-02637-PCP-NC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER REGARDING DISCOVERY HEARING** |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | |

1  The discovery hearing, currently set for September 27, 2023, at 11:00 AM in person, is postponed to October 11, 2023, at 11:00 AM in person.  In the event the Parties cannot come to an agreement regarding outstanding discovery issues, the Parties shall brief the remaining disputes in a joint update (no longer than 10 pages) by October 6, 2023, at noon.

SO ORDERED.

Dated: _____

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge