QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
  Elle Xuemeng Wang (Bar No. 328839)
  ellewang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
865 S Figueroa St.
Los Angeles, CA 90017
Telephone:     (213) 443-3145
Facsimile:     (213) 443-3100

Attorneys for Defendants and Counterclaim Plaintiffs Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br> vs. <br><br> RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI, AND KAI WANG, <br><br> Defendants. | Case No. 5:22-CV-2637-PCP <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER APPLE'S MATERIAL SHOULD BE SEALED** <br><br> Courtroom: 8 <br> Judge: Hon. P. Casey Pitts <br><br> Date Action Filed: April 29, 2022 |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI, AND KAI WANG, <br><br> Counterclaim Plaintiffs. <br><br> vs. <br><br> APPLE INC., <br><br> Counterclaim Defendant, | |

1  Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants and Counterclaim Plaintiffs
2  Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu
3  Rajamani, and Kai Wang (together, "Counterclaim Plaintiffs") respectfully move this Court to
4  consider whether portions of Defendants and Counterclaim Plaintiffs' Answer and Affirmative
5  Defenses to Apple Inc.'s Third Amended Complaint, portions of Defendants and Counterclaim
6  Plaintiffs' Counterclaims Against Apple Inc., and Exhibit A thereto should be sealed.  Pursuant to
7  Civil Local Rules 79-5(f), Counterclaim Plaintiffs identify the following as containing information
8  that Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") has designated as
9  "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the
10 Agreed Protective Order (Dkt. 113):

| Document | Portion to be Filed Under Seal | Designating Party | Basis for Provisional Sealing |
|---|---|---|---|
| Defendants and Counterclaim Plaintiffs' Answer and Affirmative Defense to Apple Inc.'s Third Amended Complaint | The blue highlighted portions pending response by Apple | Apple | Apple has designated the information contained in the highlighted portions as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Agreed Protective Order. |
| Defendants and Counterclaim Plaintiffs' Counterclaims against Apple Inc. | The blue highlighted portions pending response by Apple | Apple | Apple has designated the information contained in the highlighted portions as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Agreed Protective Order. |

| Document | Portion to be Filed Under Seal | Designating Party | Basis for Provisional Sealing |
|---|---|---|---|
| Exhibit A to Defendants and Counterclaim Plaintiffs' Counterclaims against Apple Inc. | The entire document pending response by Apple | Apple | Apple has designated the document as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Agreed Protective Order. |

In compliance with Civil Local Rule 79-5(d), unredacted versions of the above listed documents accompany this Administrative Motion. Pursuant to Civil Local Rule 79-5(f), Defendants and Counterclaim Plaintiffs expects Apple, as the Designating Party, will file a declaration in support of this Administrative Motion.

Respectfully submitted,

DATED:  September 22, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ David Eiseman*

DAVID EISEMAN
RYAN LANDES
VICTORIA B. PARKER

Attorneys for Defendants and Counterclaim Plaintiffs Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang