UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br> vs. <br><br> RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI, AND KAI WANG, <br><br> Defendants. | Case No. 5:22-CV-2637-PCP <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER APPLE'S MATERIAL SHOULD BE SEALED** |
| RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI, AND KAI WANG, <br><br> Counterclaim Plaintiffs. <br> vs. <br> APPLE INC., <br><br> Counterclaim Defendant, | |

1   Before the Court is Defendants and Counterclaim Plaintiffs Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani and Kai Wang (together, "Counterclaim Plaintiffs") Administrative Motion to Consider Whether Plaintiff and Counterclaim Defendant Apple Inc.'s ("Apple") Materials Should Be Sealed (the "Motion").  Having found the identified portions of Defendants and Counterclaim Plaintiffs' Answer to Apple Inc.'s Third Amended Complaint, Defendants and Counterclaim Plaintiffs' Counterclaims Against Apple Inc., and Exhibit A thereto contain material that is sealable pursuant to Civil Local Rule 79-5, the Motion is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated: _____       _____

Honorable P. Casey Pitts

United States District Court Judge