BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

Attorneys for Plaintiff
APPLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., A CALIFORNIA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> RIVOS, INC., A DELAWARE CORPORATION; WEN SHIH-CHIEH A/K/A RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; AND KAI WANG, <br><br> Defendant. | Case No. 22-cv-02637-PCP-NMC <br><br> **DECLARATION OF BRYAN WILSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFF APPLE'S MATERIALS SHOULD BE SEALED** <br><br> Judge:  Hon. P. Casey Pitts <br><br> Action Filed:  April 29, 2023 |

I, Bryan Wilson, declare as follows:

1.      I am an attorney at the law firm of Morrison & Foerster LLP.  I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto.

2.      I submit this declaration in support of Defendants' Administrative Motion to Consider Whether Apple's Materials Should Be Sealed (Dkt. 275).  Defendants have proposed sealing certain highlighted portions of their Answer and Affirmative Defenses to Apple's Third Amended Complaint (Dkt. 275-2) and Counterclaims Against Apple (Dkt. 275-3), as well as Exhibit A to the Counterclaims (Dkt. 275-4) in its entirety.  Apple agrees that portions of the Counterclaims and Exhibit A to the Counterclaims should be sealed to the extent specified below. Apple does not seek to redact any portion of Defendants' Answer and Affirmative Defenses to Apple's Third Amended Complaint.

3.      The information that Apple seeks to seal contains its asserted trade secrets and other Apple confidential information, is narrowly tailored, and is not generally known by the public.  In accordance with Civil Local Rule 79-5, below is an identification of the confidential information Apple seeks to seal on that basis:

| Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|
| Defendants and Counterclaim Plaintiffs' Counterclaims against Apple Inc. (Dkt. 275-3) | Blue highlighted portions in paragraphs 38 and 42. | These portions contain information about the confidential operations of Apple's business.  Public disclosure of this information would cause harm to Apple. |
| Exhibit A to Defendants and Counterclaim Plaintiffs' Counterclaims against Apple Inc. (Dkt. 275-4) | Entire document. | This document contains information about the confidential operations of Apple's business.  Public disclosure of this information would cause harm to Apple. |

4.      I have reviewed both the Defendants and Counterclaim Plaintiffs' Counterclaims against Apple Inc., and Exhibit A to Defendants and Counterclaim Plaintiffs' Counterclaims

1   against Apple Inc., and confirm that the portions of those documents highlighted in blue

2   described above contain technical details of Apple's business, including details about the internal

3   operations, structure, and workflow of Apple's business.  If made public, this information would

4   harm Apple's competitive standing by revealing detail regarding Apple's business considerations,

5   decisions, and internal operations.  Such information warrants sealing.  *See, e.g.*, *Transperfect*

6   *Global, Inc. v. Motionpoint Corp.*, No. C 10-2590 CW, 2013 WL 209678 (N.D. Cal. Jan. 17,

7   2013) (granting motion to seal exhibits that contained proprietary information about the sealing

8   party's internal business operations).  A version with revised redactions to Defendants'

9   Counterclaims (reflecting only portions Apple seeks to seal in Dkt. 275-3) is filed concurrently

10  herewith as **Exhibit A**.

11          I declare under penalty of perjury that the foregoing is true and correct.  Executed at Palo

12  Alto, California on this 29th day of September, 2023.

13

14

15                                                  */s/ Bryan Wilson*

16                                                  Bryan Wilson

17

18

19

20

21

22

23

24

25

26

27

28