**MORRISON FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

October 13, 2023

Writer's Direct Contact
+1 (650) 813-5603
BWilson@mofo.com

By ECF

Honorable Nathanael Cousins
United States District Court
San Jose Courthouse, Courtroom 5 - 4th Floor
280 South 1st Street
San Jose, CA 95113

Re:   *Apple Inc. v. Rivos Inc., et al.*
      No. 5:22-cv-02637-EJD-NC

Dear Judge Cousins:

Per the October 11, 2023, Court order, the Parties write to provide an update on their meet and confer regarding deposition scheduling and the discovery schedule (Dkt. 286).

The Parties will file a joint stipulation today to extend the period for scheduling depositions that have already been scheduled or requested by either party to December 1, 2023. The Parties are continuing to meet and confer on deposition scheduling.

Respectfully submitted,

MORRISON & FOERSTER LLP

*/s/ Bryan Wilson*
Bryan Wilson
*Attorneys for Plaintiff Apple Inc.*

QUINN EMMANUEL URQUHART & SULLIVAN, LLP

*/s/ David Eiseman*
David Eiseman
*Attorneys for Defendants Rivos Inc., et al.*

**MORRISON FOERSTER**

### ATTESTATION OF CONCURRENCE

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: October 13, 2023                                  */s/ Bryan Wilson*
                                                                                Bryan Wilson