| | |
|---|---|
| BRYAN WILSON (CA SBN 138842)<br>BWilson@mofo.com<br>KENNETH A. KUWAYTI (CA SBN 145384)<br>KKuwayti@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Tel: 650.813.5600 \| Fax: 650.494.0792<br><br>ARTURO J. GONZALEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>BONNIE LAU (CA SBN 246188)<br>BLau@mofo.com<br>MARGARET A. WEBB (CA SBN 319269)<br>MWebb@mofo.com<br>MEREDITH L. ANGUEIRA (CA SBN 333222)<br>MAngueira@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Tel: 415.268.7000 \| Fax: 415.268.7522<br><br>MARY PRENDERGAST (CA SBN 272737)<br>MPrendergast@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, District of Columbia 20037<br>Tel: 202.887.1500 \| Fax: 202.887.0763<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>APPLE INC | DAVID EISEMAN (CA SBN 114758)<br>davideiseman@quinnemanuel.com<br>VICTORIA B. PARKER (CA SBN 290862)<br>vickiparker@quinnemanuel.com<br>ELLE XUEMENG WANG (CA SBN 328839)<br>ellewang@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br><br>RYAN LANDES (CA SBN 252642)<br>ryanlandes@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: 213.443.3000<br>Facsimile: 213.443.3100<br><br>Attorneys for Defendants and Counterclaim<br>Plaintiffs RIVOS INC.; WEN SHIH-CHIEH<br>a/k/a RICKY WEN; JIM HARDAGE;<br>WEIDONG YE; LAURENT PINOT;<br>PRABHU RAJAMANI; and KAI WANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>             Defendants. | Case No. 5:22-cv-02637-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADDRESS INCORRECT E-FILING EVENT FOR ECF 298**<br><br>Courtroom: 8<br>Judge: Hon. P. Casey Pitts<br><br>Action Filed: April 29, 2022 |

| | |
|---|---|
| 1 | RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, |
| 2 | |
| 3 | |
| 4 | Counterclaim Plaintiffs, |
| 5 | v. |
| 6 | APPLE INC., a California corporation, |
| 7 | Counterclaim Defendant. |

Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") and Defendants and Counterclaim Plaintiffs Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Kai Wang, Laurent Pinot, Prabhu Rajamani, and Weidong Ye (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 23, 2023, Apple inadvertently e-filed its Motion to Amend Case Schedule and Complaint ("Motion to Amend") as a "motion for administrative relief," which is the e-filing category for motions filed under Civil Local Rule 7-11 (*see* ECF 298);

WHEREAS, on October 27, 2023, Defendants filed an opposition brief (ECF 303) in which they identified that issue;

WHEREAS, on October 30, 2023, the parties emailed the Courtroom Deputy with a proposed stipulation for addressing the foregoing issue;

WHEREAS, on October 31, 2023, the Courtroom Deputy responded by email that the Court approved the parties' proposed stipulation;

WHEREAS, the stipulation set forth below is consistent with the proposed stipulation that the Court approved;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, to the following:

- The Motion to Amend shall be treated as an ordinary motion filed under Civil Local Rule 7-1.
- Civil Local Rule 7-3 shall apply to subsequent briefing on the Motion to Amend. For subsequent briefing purposes, the date of filing of the Motion to Amend shall be deemed to be the date that the Court grants the accompanying Proposed Order. Defendants shall be permitted to file a new opposition consistent with Civil Local Rule 7-3.
- A hearing on the Motion to Amend shall be set for Thursday, December 21, 2023, at 10 a.m. PT in Courtroom 8 on the 4th Floor of the Robert F. Peckham Courthouse, located at 280 South First Street, San Jose, California, 95113, or a date thereafter convenient for the Court.

Dated: October 31, 2023　　　　　Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*
　　Bryan Wilson

Attorney for Plaintiff and Counterclaim Defendant APPLE INC.

Dated: October 31, 2023　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ David Eiseman*
　　David Eiseman

Attorneys for Defendants and Counterclaim Plaintiffs Rivos Inc.; Wen Shih-Chieh a/k/a Ricky Wen; Jim Hardage; Weidong Ye; Laurent Pinot; Prabhu Rajamani; and Kai Wang

## [PROPOSED] ORDER

**IT IS SO ORDERED**.

Dated: _____, 2023

_____
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE**

    I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: October 31, 2023

                                                                   */s/ Bryan Wilson*
                                                                   Bryan Wilson