UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>RIVOS, INC., et al.,<br><br>        Defendants. | Case No. 22-cv-02637-PCP<br><br>**ORDER DENYING APPLICATION TO APPEAR PRO HAC VICE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 305 |

Attorney Kerry C. Jones has applied for leave to appear *pro hac vice* on behalf of plaintiff Apple Inc. Dkt. No. 305. Ms. Jones's application fails to include a true and correct copy of a certificate of good standing issued by the appropriate authority governing attorney admissions for the relevant bar, as required by Civil L. R. 11-3(a).

Accordingly, Ms. Jones's application is denied, without prejudice to resubmission with all the information required by the District's Local Rules.

**IT IS SO ORDERED.**

Dated: November 1, 2023

                                                P. Casey Pitts<br>                                                United States District Judge