BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Tel: 650.813.5600 | Fax: 650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
BONNIE LAU (CA SBN 246188)
BLau@mofo.com
MARGARET A. WEBB (CA SBN 319269)
MWebb@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 | Fax: 415.268.7522

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Tel: 202.887.1500 | Fax: 202.887.0763

Attorneys for Plaintiff and
Counterclaim Defendant
APPLE INC

DAVID EISEMAN (CA SBN 114758)
davideiseman@quinnemanuel.com
VICTORIA B. PARKER (CA SBN 290862)
vickiparker@quinnemanuel.com
ELLE XUEMENG WANG (CA SBN 328839)
ellewang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415.875.6600
Facsimile: 415.875.6700

RYAN LANDES (CA SBN 252642)
ryanlandes@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: 213.443.3000
Facsimile: 213.443.3100

Attorneys for Defendants and Counterclaim
Plaintiffs RIVOS INC.; WEN SHIH-CHIEH
a/k/a RICKY WEN; JIM HARDAGE;
WEIDONG YE; LAURENT PINOT;
PRABHU RAJAMANI; and KAI WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>        Defendants. | Case No. 5:22-cv-02637-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMOVE ECF 307**<br><br>Courtroom: 8<br>Judge: Hon. P. Casey Pitts<br><br>Action Filed: April 29, 2022 |

RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,

           Counterclaim Plaintiffs,

   v.

APPLE INC., a California corporation,

           Counterclaim Defendant.

Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") and Defendants and Counterclaim Plaintiffs Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Kai Wang, Laurent Pinot, Prabhu Rajamani, and Weidong Ye (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 24, 2023, Apple filed an administrative motion to consider whether another party's material should be sealed (ECF 297);

WHEREAS, on October 24, 2023, Apple filed an administrative motion to file under seal Apple confidential material (ECF 299);

WHEREAS, on October 30, 2023, Defendants filed a responsive declaration to ECF 297 attaching certain documents Apple had attached to ECF 297 (ECF 307);

WHEREAS, Apple contends that exhibits to ECF 307 contain Apple confidential information that was not previously identified in ECF 299;

WHEREAS, Apple does not contend that Defendants or their counsel violated the Agreed Protective Order (ECF 113) or any other obligation in their filing of ECF 307;

WHEREAS, Apple will be filing administrative motions to seal Apple material and to consider whether another party's material should be sealed that supersede ECF 297 and 299;

WHEREAS, Defendants reserve all rights regarding Apple's forthcoming motions;

WHEREAS, Apple asks for ECF 307 to be permanently removed from the docket;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, to the following:

- The Court shall permanently remove ECF 307 from the docket.

| | | |
|---|---|---|
| 1 | Dated: November 3, 2023 | Respectfully submitted, |
| 2 | | MORRISON & FOERSTER LLP |

By:  */s/ Bryan Wilson*
Bryan Wilson

Attorney for Plaintiff and Counterclaim Defendant APPLE INC.

Dated: November 3, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ David Eiseman*
David Eiseman

Attorneys for Defendants and Counterclaim Plaintiffs Rivos Inc.; Wen Shih-Chieh a/k/a Ricky Wen; Jim Hardage; Weidong Ye; Laurent Pinot; Prabhu Rajamani; and Kai Wang

**[PROPOSED] ORDER**

**IT IS SO ORDERED**.

Dated: _____, 2023

UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: November 3, 2023

                                                 */s/ Bryan Wilson*
                                                 Bryan Wilson