| | |
|---|---|
| BRYAN WILSON (CA SBN 138842) <br> BWilson@mofo.com <br> KENNETH A. KUWAYTI (CA SBN 145384) <br> KKuwayti@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California 94304-1018 <br> Tel: 650.813.5600 \| Fax: 650.494.0792 | MARY PRENDERGAST (CA SBN 272737) <br> MPrendergast@mofo.com <br> MORRISON & FOERSTER LLP <br> 2100 L Street, NW, Suite 900 <br> Washington, District of Columbia 20037 <br> Tel: 202.887.1500 \| Fax: 202.887.0763 |

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
BONNIE LAU (CA SBN 246188)
BLau@mofo.com
MARGARET A. WEBB (CA SBN 319269)
MWebb@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Tel: 415.268.7000 | Fax: 415.268.7522

Attorneys for Plaintiff and Counterclaim Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, <br><br> Defendants. <br><br> RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Counterclaim Defendant. | Case No. 5:22-cv-02637-PCP <br><br> **DECLARATION OF BONNIE LAU IN SUPPORT OF APPLE'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS** <br><br> Courtroom: 8 <br> Judge: Hon. P. Casey Pitts <br> Trial Date: Not Set <br> Action Filed: April 29, 2022 |

I, Bonnie Lau, declare as follows:

1. I am a partner of the law firm of Morrison & Foerster, counsel of record for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Motion to Dismiss Defendants' Amended Counterclaims. I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify to them under oath.

2. Attached as **Exhibit A** is a true and correct copy of APL-RIVOS_00000011, Apple's Confidentiality and Intellectual Property Agreement ("IPA") signed by Defendant and Counterclaim Plaintiff Weidong Ye on November 13, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Rafael, California on this 17th day of November, 2023.

                                          */s/ Bonnie Lau*
                                          Bonnie Lau