UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>        Defendants.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>        Counterclaim Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br>        Counterclaim Defendant. | Case No. 5:22-cv-2637-PCP<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS**<br><br>Courtroom: 8<br>Judge: Hon. P. Casey Pitts<br>Trial Date: Not Set<br>Date Action Filed: April 29, 2022 |

Before the Court is Plaintiff and Counterclaim Defendant Apple Inc.'s ("Apple") Motion to Dismiss the Amended Counterclaims filed by Defendants and Counterclaim Plaintiffs Rivos Inc., Wen Shih-Chieh a/k/a Ricky Wen, Jim Hardage, Weidong Ye, Laurent Pinot, Prabhu Rajamani, and Kai Wang (collectively, "Defendants"). Having considered the submissions of the parties, the arguments of counsel, the pleadings and papers on file in this action, and all other matters properly before the Court, and for good cause appearing:

IT IS HEREBY ORDERED that Apple's Motion to Dismiss is GRANTED and Defendants' Amended Counterclaims are DISMISSED WITH PREJUDICE.

**SO ORDERED.**

DATED: _____

HON. P. CASEY PITTS
United States District Judge