# EXHIBIT 14

# DOCUMENT FILED UNDER SEAL