| | |
|---|---|
| BRYAN WILSON (CA SBN 138842)<br>BWilson@mofo.com<br>KENNETH A. KUWAYTI (CA SBN 145384)<br>KKuwayti@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br><br>ARTURO J. GONZALEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>MEREDITH L. ANGUEIRA (CA SBN 333222)<br>MAngueira@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 202.887.0763<br><br>MARY PRENDERGAST (CA SBN 272737)<br>MPrendergast@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, District of Columbia 20037<br>Telephone: 202.887.1500<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiff<br>APPLE INC. | DAVID EISEMAN (CA SBN 114758)<br>davideiseman@quinnemanuel.com<br>VICTORIA B. PARKER (CA SBN 290862)<br>vickiparker@quinnemanuel.com<br>ELLE XUEMENG WANG (CA SBN 328839)<br>ellewang@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br><br>RYAN LANDES (CA SBN 252642)<br>ryanlandes@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: 213.443.3000<br>Facsimile: 213.443.3100<br><br>Attorneys for Defendants and Counterclaim<br>Plaintiffs RIVOS INC.; WEN SHIH-CHIEH<br>a/k/a RICKY WEN; JIM HARDAGE;<br>WEIDONG YE; LAURENT PINOT;<br>PRABHU RAJAMANI; and KAI WANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>        Defendants. | Case No. 5:22-cv-02637-PCP<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Courtroom: 8<br>Judge: Hon. P. Casey Pitts<br><br>Action Filed: April 29, 2022 |

IT IS HEREBY STIPULATED by Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") and Defendant and Counterclaim Plaintiff Wen Shih-Chieh a/k/a Ricky Wen ("Wen") that, subject to the approval of the Court, all of Apple's claims as to Wen in the above-captioned action are dismissed with prejudice, and all of Wen's counterclaims as to Apple in the above-captioned action are dismissed with prejudice. Each party will bear its own costs, fees, and expenses related to this litigation, including attorney and expert fees and expenses.

WHEREAS, Apple and Wen (collectively, the "Parties") stipulated to entry of an order enjoining Wen from "access[ing], us[ing], or disclos[ing], for any purposes, Apple confidential information including but not limited to any Apple confidential information that may be stored on any devices, drives, computers, tablets, phones, electronic media, emails and email accounts, and cloud storage – other than for purposes of identification and return to Apple" (Dkt. No. 055 (the "June 21, 2022 Stipulated Order") at ¶ 2) and subsequently entered into a settlement agreement, which includes an acknowledgment that Wen cooperated with a forensics investigation, has returned to Apple or deleted permanently Apple confidential information that Wen had in his possession, and to the extent he finds Apple confidential information he retained in the future will notify Apple, and delete under Apple's supervision, any Apple confidential information that Wen may have in his possession and the lawsuit will be dismissed with prejudice;

NOW, THEREFORE, it is hereby STIPULATED by and between Apple and Wen and hereby ORDERED by this Court that:

1. Apple's claims against Wen in the above-captioned case are hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);
2. Wen's counterclaims against Apple in the above-captioned case are hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);
3. Wen shall not access, use, or disclose, for any purposes, Apple confidential information including but not limited to any Apple confidential information that may be stored on any devices, drives, computers, tablets, phones, electronic media, emails and email accounts, and cloud storage, consistent with the June 21, 2022 Stipulated Order addressing the same; and

4. This Court shall retain exclusive and continuing jurisdiction over the Parties for purposes of enforcing and adjudicating any violations of this Order and the June 21, 2022 Stipulated Order (Dkt. No. 55).

Dated: January 8, 2024

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*
Bryan Wilson

Attorney for Plaintiff and Counterclaim Defendant
APPLE INC.

Dated: January 8, 2024

QUINN EMMANUEL URQUHART & SULLIVAN, LLP

By: */s/ David Eiseman*
David Eiseman

Attorney for Defendant and Counterclaim Plaintiff Wen Shih-Chieh a/k/a Ricky Wen

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2024

_____
Honorable P. Casey Pitts
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: January 8, 2024

                                               */s/ Bryan Wilson*
                                               Bryan Wilson