UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>      v.<br><br>RIVOS, INC.,<br><br>        Defendant. | Case No. 22-cv-02637-PCP<br><br>**SUPPLEMENTAL BRIEFING ORDER** |

On January 9, 2024, the Court granted the parties' stipulations to dismiss Apple's claims against Jim Hardage, Laurent Pinot, Prabhu Rajamani, Kai Wang, Ricky Wen, and Weidong Ye, and to dismiss those individuals' counterclaims against Apple. On January 23, 2024, the Court is scheduled to hear Apple's motion to dismiss the amended countercomplaint, which includes counterclaims asserted on behalf of both Rivos and the now-dismissed defendants/counter-claimants. The parties are directed to submit, by Tuesday, January 16, 2024, supplemental briefs of no more than two pages indicating their respective positions on how the dismissal of the individual defendants/counterclaimants affects Apple's pending motion to dismiss.

**IT IS SO ORDERED.**

Dated: January 9, 2024

P. Casey Pitts
United States District Judge