| | |
|---|---|
| BRYAN WILSON (CA SBN 138842)<br>BWilson@mofo.com<br>KENNETH A. KUWAYTI (CA SBN 145384)<br>KKuwayti@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br><br>ARTURO J. GONZALEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>MEREDITH L. ANGUEIRA (CA SBN 333222)<br>MAngueira@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 202.887.0763<br><br>MARY PRENDERGAST (CA SBN 272737)<br>MPrendergast@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, District of Columbia 20037<br>Telephone: 202.887.1500<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiff<br>APPLE INC. | DAVID EISEMAN (CA SBN 114758)<br>davideiseman@quinnemanuel.com<br>VICTORIA B. PARKER (CA SBN 290862)<br>vickiparker@quinnemanuel.com<br>ELLE XUEMENG WANG (CA SBN 328839)<br>ellewang@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br><br>RYAN LANDES (CA SBN 252642)<br>ryanlandes@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: 213.443.3000<br>Facsimile: 213.443.3100<br><br>Attorney for Defendant and Counterclaim<br>Plaintiff RIVOS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>　　　　　　Defendant. | Case No. 5:22-cv-02637-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION**<br><br>Courtroom: 4<br>Judge: Hon. P. Casey Pitts<br><br>Action Filed: April 29, 2022 |

1 | Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") and Defendant and Counterclaim Plaintiff Rivos Inc. ("Rivos"), by and through their respective counsel, hereby stipulate and request that the Court stay this action to allow the Parties to complete certain activities related to a potential settlement of this action;

WHEREAS, on April 29, 2022, Apple filed its Complaint alleging trade secret misappropriation and breach of contract claims (Dkt. 1);

WHEREAS, Apple's Motion to Amend the Case Schedule and Complaint has been fully briefed and is pending (Dkt. 298);

WHEREAS, Apple's Motion to Dismiss Rivos' Amended Counterclaims has been fully briefed and is pending (Dkt. 342);

WHEREAS, Apple's Motion for Sanctions has been fully briefed and is pending (Dkt. 169-3);

WHEREAS, the parties do not make this request for any improper purpose;

NOW THEREFORE, the Parties hereby stipulate to and request that the Court stay this action and vacate all pending case deadlines.

Dated: January 9, 2024

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Bryan Wilson
Bryan Wilson

Attorney for Plaintiff
APPLE INC.

1  Dated: January 9, 2024

QUINN EMMANUEL URQUHART & SULLIVAN, LLP

By: */s/ David Eiseman*
    David Eiseman

Attorneys for Defendant and Counterclaim Plaintiff RIVOS INC.

STIP. AND [PROPOSED] ORDER TO STAY ACTION
CASE NO. 5:22-CV-02637-PCP

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2023

_____
Honorable P. Casey Pitts
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: January 9, 2024

                                                        */s/ Bryan Wilson*
                                                        Bryan Wilson