UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIVOS, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-02637-PCP<br><br>**ORDER STAYING CASE**<br>Re: Dkt. No. 386 |

The parties have stipulated to stay all proceedings and deadlines in this matter in order to pursue a potential settlement. The parties' stipulated request for a stay is granted and all proceedings and deadlines in this case shall be stayed until February 25, 2024. All hearing dates and pending deadlines are vacated. The parties shall file a joint status report, including any request to extend the stay, by February 9, 2024.

**IT IS SO ORDERED.**

Dated: January 10, 2024

_____
P. Casey Pitts
United States District Judge