UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI, AND KAI WANG,<br><br>　　　　Defendants.<br><br>RIVOS INC., WEN SHIH-CHIEH a/k/a RICKY WEN, JIM HARDAGE, WEIDONG YE, LAURENT PINOT, PRABHU RAJAMANI, AND KAI WANG,<br><br>　　　　Counterclaim Plaintiffs.<br>　　vs.<br><br>APPLE INC.,<br><br>　　　　Counterclaim Defendant, | Case No. 5:22-cv-02637-PCP<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE'S MOTION TO AMEND CASE SCHEDULE AND COMPLAINT AND RELATED FILINGS**<br><br>Ctrm:　8<br>Judge:　Hon. P. Casey Pitts<br><br>Action Filed: April 29, 2022 |

Having considered the Parties' Joint Administrative Motion to File Under Seal Portions of Apple's Motion to Amend Case Schedule And Complaint And Related Filings, and the Malloy and Parker Declarations in Support of the Joint Administrative Motion, the Court GRANTS the motion as to the portions below:

| Document | Portion(s) to Seal | Basis for Sealing | Previous Court Action |
|---|---|---|---|
| Apple's Proposed Fourth Amended Complaint ("Fourth Amended Complaint") (previously filed at Dkts. 297-3; 298-2; 299-3; 317-8; 318-7) | Blue-highlighted portions of Ex. 1 to this Motion. | These portions contain confidential Apple information, including an identification of documents, contents of documents, internal nomenclature, descriptions of code, and other information that Apple has asserted as trade secrets in this litigation. They also include information about the confidential operations of Apple's business. Public disclosure of this information would cause harm to Apple. | The Court previously granted Apple's motion to seal the highlighted portions. *See* Dkts. 292; 254; 254-3; 254-4. |
| Redline of Apple's Proposed Fourth Amended Complaint against Apple's Third Amended Complaint ("Redline") (previously filed at Dkts. 297-8; 298-12; 299-4; 317-4; 318-8) | Blue-highlighted portions of Ex. 2 to this Motion. | These portions contain confidential Apple information, including an identification of documents, contents of documents, internal nomenclature, descriptions of code, and other information that Apple has asserted as trade secrets in this litigation. They also include information about the confidential operations of Apple's | The Court previously granted Apple's motion to seal the highlighted portions. *See* Dkts. 292; 254; 254-3; 254-4. |

| Document | Portion(s) to Seal | Basis for Sealing | Previous Court Action |
|---|---|---|---|
| | | business. Public disclosure of this information would cause harm to Apple. | |
| Transcript excerpts from the deposition of Chih-Chieh Lee, a Proposed Defendant, taken in this action on Oct. 3, 2023<br><br>Previously filed as Exhibit B to the Declaration of Meredith Angueira in Support of Apple's Motion to Amend Case Schedule and Complaint ("Angueira Declaration") (Dkts. 297-4; 317-5; 318-3; 332), and Exhibit 21 to the Declaration of Victoria B. Parker in Support of Defendants and Counterclaim Plaintiffs' Opposition to Apple's Motion to Amend Case Schedule and Complaint (the "Parker Declaration") (Dkts. 345-15; 354-13) | Blue- and purple-highlighted portions of Ex. 3 to this Motion. | These portions contain confidential Apple information that originated from Apple and includes technical details of Apple technology that Apple has asserted as trade secrets in this litigation. Because of the nature of Apple's claims in this case, disclosure of this information would permit the public, including competitors or potential competitors, to discern Apple's trade secrets and infer facts and details about Apple's highly confidential technology. | |
| | Purple-highlighted portions of Ex. 3 to this Motion. | This portion contains confidential Rivos information including technical details of Rivos' in-development SoCs, the disclosure of which would permit the public, including Rivos' competitors or potential competitors, to infer facts and details about Rivos' confidential technology. | |

| Document | Portion(s) to Seal | Basis for Sealing | Previous Court Action |
|---|---|---|---|
| Transcript excerpts from the deposition of Ryan Meek, taken in this action on Sept. 26, 2023<br><br>Previously filed as Exhibit C to the Angueira Declaration (Dkts. 297-5; 317-6; 318-4) and Exhibit 24 to the Parker Declaration (Dkts. 345-18; 346-25; 354-16) | Blue- and purple-highlighted portions of Ex. 4 to this Motion. | These portions contain confidential Apple information that originated from Apple and includes technical details of Apple technology that Apple has asserted as trade secrets in this litigation. Because of the nature of Apple's claims in this case, disclosure of this information would permit the public, including competitors or potential competitors, to discern Apple's trade secrets and infer facts and details about Apple's highly confidential technology. | |
| | Purple-highlighted portions of Ex. 4 to this Motion. | This portion contains confidential Rivos information including technical details of Rivos' in-development SoCs, the disclosure of which would permit the public, including Rivos' competitors or potential competitors, to infer facts and details about Rivos' confidential technology. | |
| Transcript excerpts from the deposition of Mahesh Reddy, a Proposed Defendant, taken in this action on Sept. 27, 2023 | Blue- and purple-highlighted portions of Ex. 5 to this Motion. | These portions contain confidential Apple information that originated from Apple and includes technical | |

| Document | Portion(s) to Seal | Basis for Sealing | Previous Court Action |
|---|---|---|---|
| Previously filed as Exhibit D to the Angueira Declaration (Dkts. 297-6; 317-7; 318-5; 332-1) and Exhibit 23 to the Parker Declaration (Dkts. 345-17; 346-24; 354-15) | | details of Apple technology that Apple has asserted as trade secrets in this litigation. Because of the nature of Apple's claims in this case, disclosure of this information would permit the public, including competitors or potential competitors, to discern Apple's trade secrets and infer facts and details about Apple's highly confidential technology. | |
| | Red- and purple-highlighted portions of Ex. 5 to this Motion. | These portions contain confidential Rivos information including technical details of Rivos' in-development SoCs, the disclosure of which would permit the public, including Rivos' competitors or potential competitors, to infer facts and details about Rivos' confidential technology. They also contain the names of individuals who are not otherwise relevant to this case. Rivos seeks to seal these names in the interest of privacy. | |
| Transcript excerpts from the deposition of Deepak Limaye, a Proposed | Blue- and purple-highlighted portions of Ex. 6 to this | These portions contain confidential Apple information that | |

-4-     Case No. 5:22-cv-02637-PCP
[Proposed] Order Granting Joint Admin. Mtn. To File Under Seal

| Document | Portion(s) to Seal | Basis for Sealing | Previous Court Action |
|---|---|---|---|
| Defendant, taken in this action on July 12, 2023<br><br>Previously filed as Exhibit E to the Angueira Declaration (Dkts. 297-7; 298-16; 317-8; 318-6; 332-2), and Exhibit 17 to the Parker Declaration (Dkts. 345-11; 346-18; 354-10) | Motion, except as specified in the next row. | originated from Apple and includes technical details of Apple technology that Apple has asserted as trade secrets in this litigation. Because of the nature of Apple's claims in this case, disclosure of this information would permit the public, including competitors or potential competitors, to discern Apple's trade secrets and infer facts and details about Apple's highly confidential technology. | |
| | Blue-highlighted portions at page 57, lines 23-25 of Ex. 6 to this Motion. | These portions name an individual whose identity is not otherwise related to this case.  Apple seeks to seal this individual's name in the interest of privacy. | |
| | Red- and purple-highlighted portions of Ex. 6 to this Motion. | These portions contain confidential Rivos information including technical details of Rivos' in-development SoCs, the disclosure of which would permit the public, including Rivos' competitors or potential competitors, to infer facts and details about Rivos' confidential technology.  They also | |

| Document | Portion(s) to Seal | Basis for Sealing | Previous Court Action |
|---|---|---|---|
| | | contain the names of individuals who are not otherwise relevant to this case.  Rivos seeks to seal these names in the interest of privacy. | |
| Defendant and Counterclaim Plaintiffs' Opposition to Apple's Motion to Amend Case Schedule and Complaint (previously filed at Dkts. 345-2; 350; 351; 354-1) | Blue-highlighted portions of Ex. 7 to this Motion. | These portions contain confidential Apple information including technical details of Apple technology that Apple has asserted as trade secrets in this litigation.  It also includes discussion of selective portions of public documents that are informed by Defendants' counsel's access to Apple's highly confidential information under the Protective Order in this case, from which, in the context in which they are discussed in the Opposition, competitors could infer facts and details about Apple's trade secrets, designs, and other highly confidential technology.  Public disclosure of this information would cause harm to Apple. | |
| Apple's Third Updated Trade Secret Disclosure for Discovery served on Sept. 1, 2023 | Blue-highlighted portions of Ex. 8 to this Motion. | These portions contain confidential Apple information including technical details of | |

| Document | Portion(s) to Seal | Basis for Sealing | Previous Court Action |
|---|---|---|---|
| Previously filed as Exhibit 1 to the Parker Declaration (Dkts. 345-3; 346-2; 354-2) | | Apple technology that Apple has asserted as trade secrets in this litigation.  Public disclosure of this information would cause harm to Apple. | |
| Apple's Sixth Updated Trade Secret Disclosure for Discovery served on Oct. 20, 2023<br><br>Previously filed as Exhibit 2 to the Parker Declaration (Dkts. 345-4; 346-3; 354-3) | Blue-highlighted portions of Ex. 9 to this Motion. | These portions contain confidential Apple information including technical details of Apple technology that Apple has asserted as trade secrets in this litigation.  Public disclosure of this information would cause harm to Apple. | |
| Transcript excerpts from the deposition of David Williamson, taken in this action on Nov. 8, 2023<br><br>Previously filed as Exhibit 3 to the Parker Declaration (Dkts. 345-5; 346-4; 354-4) | Blue-highlighted portions of Ex. 10 to this Motion. | These portions contain confidential Apple information including technical details of Apple technology that Apple has asserted as trade secrets in this litigation.  Public disclosure of this information would cause harm to Apple. | |
| Transcript excerpts from the deposition of Stephan Meier, taken in this action on Nov. 17, 2023<br><br>Previously filed as Exhibit 6 to the Parker Declaration (Dkts. 345-6; 346-7; 354-5) | Blue-highlighted portions of Ex. 11 to this Motion. | These portions contain confidential Apple information about the technical details of Apple technology that Apple has asserted as trade secrets in this litigation, as well as confidential information about Apple's designs development of its | |

| Document | Portion(s) to Seal | Basis for Sealing | Previous Court Action |
|---|---|---|---|
| | | SoCs, including contents of design documents and internal nomenclature. It also includes discussion of selective portions of public documents that are informed by Defendants' counsel's access to Apple's highly confidential information under the Protective Order in this case, and from which, in the context in which they are discussed in the deposition transcript, competitors could infer facts and details about Apple's trade secrets, designs, and other highly confidential technology.  Public disclosure of this information would cause harm to Apple. | |
| Transcript excerpts from the deposition of Muawya Al-Otoom, taken in this action on Oct. 5, 2023<br><br>Previously filed as Exhibit 13 to the Parker Declaration (Dkts. 345-7; 346-14; 354-6) | Blue-highlighted portions of Ex. 12 to this Motion. | These portions contain confidential Apple information about the technical details of Apple technology that Apple has asserted as trade secrets in this litigation, as well as confidential information about Apple's designs development of its SoCs, including contents of design | |

| Document | Portion(s) to Seal | Basis for Sealing | Previous Court Action |
|---|---|---|---|
| | | documents and internal nomenclature. Public disclosure of this information would cause harm to Apple. | |
| Apple's Fifth Updated Trade Secret Disclosure for Discovery served on Oct. 18, 2023<br><br>Previously filed as Exhibit 14 to the Parker Declaration (Dkts. 345-8; 346-15; 354-7) | Blue-highlighted portions of Ex. 13 to this Motion. | These portions contain confidential Apple information including technical details of Apple technology that Apple has asserted as trade secrets in this litigation. Public disclosure of this information would cause harm to Apple. | |
| Transcript excerpts from the deposition of Jean-Didier Allegrucci, taken in this action on Nov. 14, 2023<br><br>Exhibit 15 to the Parker Declaration (Dkts. 345-9; 346-16; 354-8) | Blue-highlighted portions of Ex. 14 to this Motion. | These portions contain confidential Apple information about the technical details of Apple technology that Apple has asserted as trade secrets in this litigation, as well as confidential information about Apple's designs development of its SoCs. Public disclosure of this information would cause harm to Apple. | |
| APL-RIVOS_00008905—APL-RIVOS_00008906, previously filed as Exhibit 16 to the Parker Declaration (Dkts. 345-10; 346-17; 354-9) | Blue-highlighted portions of Ex. 15 to this Motion. | These portions contain information about the confidential operations of Apple's business, including its internal organization and staffing decisions. Public disclosure of this information would | |

| Document | Portion(s) to Seal | Basis for Sealing | Previous Court Action |
|---|---|---|---|
| | | cause competitive harm to Apple. | |
| APL-RIVOS_00009348—APL-RIVOS_00009350, previously filed as Exhibit 19 to the Parker Declaration (Dkts. 345-13; 346-20; 354-11) | Blue-highlighted portions of Ex. 16 to this Motion. | These portions contain information about the confidential operations of Apple's business, including its internal organization and staffing decisions, as well as internal nomenclature for SoCs. Public disclosure of this information would cause competitive harm to Apple. These portions also name individuals whose identities are not otherwise related to this case. Apple seeks to seal their names in the interest of privacy. | |
| APL-RIVOS_00508337—APL-RIVOS_00508338, previously filed as Exhibit 25 to the Parker Declaration (Dkts. 345-19; 346-26; 354-17) | Blue-highlighted portions of Ex. 17 to this Motion. | These portions name individuals whose identities are not otherwise related to this case, or personal financial information. Apple seeks to seal this information in the interest of privacy. | |
| Exhibit A to the Declaration of Mary Prendergast in Support of Apple's Reply: email chain including an email from Defendants' counsel Vicki Parker to Apple counsel Meredith | Blue-highlighted portions of Ex. 18 to this Motion. | These portions discuss aspects of Apple technology that Apple has asserted as trade secrets in this litigation. Using the context under which this information is | |

| Document | Portion(s) to Seal | Basis for Sealing | Previous Court Action |
|---|---|---|---|
| Angueira dated October 5, 2023 (Dkts. 359-3; 360-1; 361-2) | | discussed in both the Reply and the Opposition brief to which the Reply responds, competitors could infer facts and details about Apple's trade secrets, designs, and other highly confidential technology. Public disclosure of this information would harm Apple. | |

IT IS SO ORDERED. The Clerk of the Court shall file under seal the identified documents.

Dated: _____    _____
                                                                    Honorable P. Casey Pitts
                                                                    United States District Court Judge