BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 202.887.0763

MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: 202.887.1500
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

DAVID EISEMAN (CA SBN 114758)
davideiseman@quinnemanuel.com
VICTORIA B. PARKER (CA SBN 290862)
vickiparker@quinnemanuel.com
ELLE XUEMENG WANG (CA SBN 328839)
ellewang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415.875.6600
Facsimile: 415.875.6700

RYAN LANDES (CA SBN 252642)
ryanlandes@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: 213.443.3000
Facsimile: 213.443.3100

Attorney for Defendant and Counterclaim
Plaintiff RIVOS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>Defendant. | Case No. 5:22-cv-02637-PCP<br><br>**JOINT UPDATE AND [PROPOSED] ORDER TO CONTINUE TO STAY ACTION**<br><br>Courtroom: 4<br>Judge: Hon. P. Casey Pitts<br><br>Action Filed: April 29, 2022 |

Pursuant to the Court's January 10, 2014 Order (Dkt. 387), Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") and Defendant and Counterclaim Plaintiff Rivos Inc. ("Rivos") jointly advise the Court that the parties signed an agreement that potentially settles the case. The agreement provides for remediation of Apple confidential information based on a forensic examination of Rivos systems and other activities. The parties currently are working through that process. The parties request that the Court continue to stay this action and vacate all pending deadlines through March 15, 2024, by which time the parties expect these activities to be completed.

Dated: February 9, 2024

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*
Bryan Wilson

Attorney for Plaintiff
APPLE INC.

Dated: February 9, 2024

QUINN EMMANUEL URQUHART & SULLIVAN, LLP

By: */s/ David Eiseman*
David Eiseman

Attorneys for Defendant and Counterclaim Plaintiff RIVOS INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2024

Honorable P. Casey Pitts
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: January 9, 2024

                                      */s/ Bryan Wilson*
                                      Bryan Wilson