| | |
|---|---|
| BRYAN WILSON (CA SBN 138842) <br> BWilson@mofo.com <br> KENNETH A. KUWAYTI (CA SBN 145384) <br> KKuwayti@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California 94304-1018 <br> Telephone: 650.813.5600 <br> Facsimile: 650.494.0792 <br><br> ARTURO J. GONZALEZ (CA SBN 121490) <br> AGonzalez@mofo.com <br> MEREDITH L. ANGUEIRA (CA SBN 333222) <br> MAngueira@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 202.887.0763 <br><br> MARY PRENDERGAST (CA SBN 272737) <br> MPrendergast@mofo.com <br> MORRISON & FOERSTER LLP <br> 2100 L Street, NW, Suite 900 <br> Washington, District of Columbia 20037 <br> Telephone: 202.887.1500 <br> Facsimile: 415.268.7522 <br><br> Attorneys for Plaintiff <br> APPLE INC. | DAVID EISEMAN (CA SBN 114758) <br> davideiseman@quinnemanuel.com <br> VICTORIA B. PARKER (CA SBN 290862) <br> vickiparker@quinnemanuel.com <br> ELLE XUEMENG WANG (CA SBN 328839) <br> ellewang@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111-4788 <br> Telephone: 415.875.6600 <br> Facsimile: 415.875.6700 <br><br> RYAN LANDES (CA SBN 252642) <br> ryanlandes@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, California 90017-2543 <br> Telephone: 213.443.3000 <br> Facsimile: 213.443.3100 <br><br> Attorney for Defendant and Counterclaim Plaintiff RIVOS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, <br><br> Defendant. | Case No. 5:22-cv-02637-PCP <br><br> **JOINT UPDATE AND [PROPOSED] ORDER TO CONTINUE TO STAY ACTION** <br><br> Courtroom: 4 <br> Judge: Hon. P. Casey Pitts <br><br> Action Filed: April 29, 2022 |

On February 9, 2024, the Court granted Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") and Defendant and Counterclaim Plaintiff Rivos Inc.'s ("Rivos") joint request to stay this action and vacate all pending deadlines through March 15, 2024. (Dkt. 393). The parties now jointly request that the Court continue to stay this action and vacate all pending deadlines through March 22, 2024. The parties have completed most forensics of Rivos systems and networks and remediation of identified Apple confidential information required under an agreement to settle the case but need additional time to complete these activities. The parties expect these activities to be completed before March 22, 2024, at which time they will jointly move for dismissal of this action.

Dated: March 15, 2024

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Bryan Wilson
Bryan Wilson

Attorney for Plaintiff
APPLE INC.

Dated: March 15, 2024

QUINN EMMANUEL URQUHART & SULLIVAN, LLP

By: /s/ David Eiseman
David Eiseman

Attorneys for Defendant and Counterclaim Plaintiff RIVOS INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2024

Honorable P. Casey Pitts
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: March 15, 2024

                                       */s/ Bryan Wilson*
                                       Bryan Wilson