| | |
|---|---|
| BRYAN WILSON (CA SBN 138842)<br>BWilson@mofo.com<br>KENNETH A. KUWAYTI (CA SBN 145384)<br>KKuwayti@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br><br>ARTURO J. GONZALEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>MEREDITH L. ANGUEIRA (CA SBN 333222)<br>MAngueira@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 202.887.0763<br><br>MARY PRENDERGAST (CA SBN 272737)<br>MPrendergast@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, District of Columbia 20037<br>Telephone: 202.887.1500<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiff<br>APPLE INC. | DAVID EISEMAN (CA SBN 114758)<br>davideiseman@quinnemanuel.com<br>VICTORIA B. PARKER (CA SBN 290862)<br>vickiparker@quinnemanuel.com<br>ELLE XUEMENG WANG (CA SBN 328839)<br>ellewang@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br><br>RYAN LANDES (CA SBN 252642)<br>ryanlandes@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: 213.443.3000<br>Facsimile: 213.443.3100<br><br>Attorney for Defendant and Counterclaim<br>Plaintiff RIVOS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>RIVOS INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN, BHASI KAITHAMANA; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG,<br><br>   Defendant. | Case No. 5:22-cv-02637-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION**<br><br>Courtroom: 4<br>Judge: Hon. P. Casey Pitts<br><br>Action Filed: April 29, 2022 |

IT IS HEREBY STIPULATED by Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") and Defendant and Counterclaim Plaintiff Rivos Inc. ("Rivos") that, subject to the approval of the Court, all of Apple's claims as to Rivos in the above-captioned action are dismissed with prejudice, and all counterclaims as to Apple in the above-captioned action are dismissed with prejudice.  Each party will bear its own costs, fees, and expenses related to this litigation, including attorney and expert fees and expenses.

WHEREAS, Apple and Rivos have entered into a settlement agreement that includes a forensic investigation and remediation of any Apple confidential or non-public proprietary information ("Apple Information") identified during the remediation; and

WHEREAS, the forensic investigation and remediation of Apple Information are now complete.

NOW, THEREFORE, it is hereby STIPULATED by and between Apple and Rivos and hereby ORDERED by this Court that:

1. The claims against Rivos in the above-captioned case are hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

2. The counterclaims against Apple in the above-captioned case are hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

3. Each party will bear its own costs, fees, and expenses related to this litigation, including attorney and expert fees and expenses;

4. Rivos shall not use or disclose, for any purposes, Apple Information including but not limited to any Apple Information that may be stored on any devices, drives, computers, tablets, phones, electronic media, emails and email accounts, and cloud storage that Rivos has access to; and

5. This Court shall retain exclusive and continuing jurisdiction over the Parties for purposes of enforcing and adjudicating any violations of this Order that are not addressed by dispute resolution provisions of the Parties settlement agreement.

| | | |
|---|---|---|
| 1 | Dated: March 19, 2024 | Respectfully submitted, |
| 2 | | MORRISON & FOERSTER LLP |
| 4 | | By: */s/ Bryan Wilson* |
| | | Bryan Wilson |
| 5 | | |
| 6 | | Attorney for Plaintiff APPLE INC. |
| 7 | Dated: March 19, 2024 | QUINN EMMANUEL URQUHART & SULLIVAN, LLP |
| 10 | | By: */s/ David Eiseman* |
| | | David Eiseman |
| 11 | | Attorneys for Defendant and Counterclaim Plaintiff RIVOS INC. |

STIP. AND [PROPOSED] ORDER TO DISMISS ACTION
CASE NO. 5:22-CV-02637-PCP

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____March 19_____, 2024

_____
Honorable P. Casey Pitts
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE**

I, Bryan Wilson, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from David Eiseman.

Dated: March 19, 2024

*/s/ Bryan Wilson*
Bryan Wilson