|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No.   5:22-cv-02637-EJD |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SANCTIONS** |
| RIVOS, INC., a Delaware corporation; WEN SHIH-CHIEH a/k/a RICKY WEN; JIM HARDAGE; WEIDONG YE; LAURENT PINOT; PRABHU RAJAMANI; and KAI WANG, | |
| Defendants. | |

Having considered Apple's Administrative Motion to File Under Seal, and the Declaration of Mary Prendergast in Support of Apple's Administrative Motion to File Under Seal, as summarized below:

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| - | Apple's Motion for Sanctions | Blue highlighted portions on pp. 4-5. | These portions reference information contained in Dkt. 22-3, which was previously filed under seal, personally identifiable information of a Defendant, and deposition testimony of Laurent Pinot that all parties have designated as Highly Confidential—Attorney's Eyes Only. |
| Exhibit 1 to the Declaration of Bryan Wilson in Support of Apple's Motion for Sanctions | February 23, 2023 email chain between Morrison & Foerster LLP and Elle Wang, Counsel for Defendants. | Blue highlighted portions on pp. 11, 18. | These portions contain Apple confidential file and internal project code names, as well as file path info confidential to Rivos, of documents and information that is Apple trade secret, proprietary, or confidential. *See* Prendergast Declaration. |
| Exhibit 3 to the Declaration of Bryan Wilson in Support of Apple's Motion for Sanctions | Excerpts of the transcript of the March 17, 2023 Deposition of Shih-Chieh Wen a/k/a/ Ricky Wen | Blue highlighted portion on p. 60, 80. | This portion contains personally identifiable information of a Defendant, as well as Apple confidential file and internal project code names. |
| Exhibit 7 to the Declaration of Bryan Wilson in Support of Apple's Motion for Sanctions | October 17, 2022 email chain between Johnathan Bridboard, Managing Director for FTI and counsel for Plaintiffs and Defendants. | Blue highlighted portions on p. 1. | These portions contain personally identifiable information of a Defendant. *See* Prendergast Declaration. |
| Exhibit 17 to the Declaration of Bryan Wilson in Support of | February 24, 2023 email chain between Elle Wang, counsel for Defendants, and Morrison & Foerster LLP. | Blue highlighted portion on p. 1. | This portion contains personally identifiable information of a Defendant. *See* Prendergast Declaration. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Apple's Motion for Sanctions | | | |
| Exhibit 22 to the Declaration of Bryan Wilson in Support of Apple's Motion for Sanctions | March 29, 2023 email chain from Morrison & Foerster to Melissa Neri, Counsel for Defendant. | Blue highlighted portions throughout the entire document. | These portions contain confidential Apple file names, as well as internal Apple project code names. *See* Prendergast Declaration. |
| Exhibit 23 to the Declaration of Bryan Wilson in Support of Apple's Motion for Sanctions | October 20, 2022 email chain from email chain from Vicki Parker, counsel for Defendants, to Morrison & Foerster LLP. | Blue highlighted portions on pp. 3, 4, and 6. | These portions contain the password to a device at issue; internal Apple project code names, as well as personally identifiable information of a Defendant. *See* Prendergast Declaration. |

IT IS HEREBY ORDERED that Apple's Administrative Motion is GRANTED. The Clerk of the Court shall file under seal the identified documents.

Dated:  March 19, 2024



Honorable
United

GRANTED
Judge Nathanael M. Cousins