# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4

 5   APPLE INC., a California     )
     corporation,                 )
 6                                )
             Plaintiff,           )
 7                                )
        VS.                       )  NO. 5:22-cv-02637-PCP
 8                                )
     RIVOS, INC., a Delaware      )
 9   corporation; WEN SHIH-CHIEH  )
     a/k/a RICKY WEN; JIM HARDAGE;)
10   WEIDONG YE; LAURENT PINOT;   )
     PRABHU RAJAMANI; and KAI     )
11   WANG,                        )
                                  )
12           Defendants.          )
     _____)
13
         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14

15                         VOLUME 3

16        Videotaped Deposition of RIVOS, INC.

17      By and through its Designated Representative

18                       PUNEET KUMAR

19             And in his Individual Capacity

20               Redwood Shores, California

21              Wednesday, November 29, 2023

22                        9:06 a.m.

23   Job No.: 515806

24   Pages: 202 - 301

25   Reported by: Derek L. Hoagland, CSR No. 13445
```

| | | |
|---|---|---|
| 1 | A.    I'm sorry.  Long question.  Could you repeat. | 12:24:09 |
| 2 | Q.    Yeah.  What was it about that litigation that | 12:24:14 |
| 3 | prompted you? | 12:24:18 |
| 4 | A.    The fact that he was being accused -- accused is | 12:24:18 |
| 5 | my recollection.  I don't know the full extent of the | 12:24:23 |
| 6 | case, is that there were some files that he had from his | 12:24:25 |
| 7 | time at Apple, and we didn't want that to be repeated. | 12:24:30 |
| 8 | Q.    Okay.  So you wanted to be extra sure that | 12:24:33 |
| 9 | nobody was bringing any Apple confidential information | 12:24:36 |
| 10 | to Rivos? | 12:24:38 |
| 11 | A.    That is correct. | 12:24:39 |
| 12 | Q.    Was that part of the reason you were thinking of | 12:24:39 |
| 13 | having people sign a second certification that they | 12:24:47 |
| 14 | weren't bringing confidential information? | 12:24:50 |
| 15 | A.    Maybe.  I would say the primary was just making | 12:24:52 |
| 16 | sure that they were not bringing stuff in, which is why | 12:25:08 |
| 17 | we would tell potential future employees to make sure | 12:25:11 |
| 18 | that they were clean before they came. | 12:25:14 |
| 19 | Q.    Did the interviewing and hiring process for | 12:25:16 |
| 20 | employees who were at Apple differ in any way from the | 12:25:23 |
| 21 | interviewing -- interview and hiring process for | 12:25:26 |
| 22 | employees who were coming from other companies? | 12:25:29 |
| 23 | A.    Only in the list of interviewers. | 12:25:31 |
| 24 | Q.    ==And why was that?== | 12:25:40 |
| 25 | A.    ==Because we did not want us to be accused of== | 12:25:41 |

| | | |
|---|---|---|
| 1 | solicitation. And second, we wanted to make sure that | 12:25:47 |
| 2 | we also had a good breadth of non-Apple people | 12:25:52 |
| 3 | interviewing so that the company culture would -- we | 12:26:01 |
| 4 | weren't trying to just bring Apple culture into our | 12:26:04 |
| 5 | company. | 12:26:08 |
| 6 | Q. Let's turn to topic 26, which is the identities, | 12:26:35 |
| 7 | facts, and circumstances of any acts of misappropriation | 12:26:46 |
| 8 | or misuse of Apple confidential information that Rivos | 12:26:50 |
| 9 | contends any former Apple engineer committed without its | 12:26:53 |
| 10 | knowledge, approval, or ratification. | 12:26:57 |
| 11 | Do you have any knowledge regarding this topic? | 12:26:59 |
| 12 | A. I'm not sure what you mean by if you have any | 12:27:01 |
| 13 | knowledge. Isn't that what the lawsuit was about? | 12:27:11 |
| 14 | Q. Does -- are you aware of any acts of | 12:27:14 |
| 15 | misappropriation or misuse of confidential information | 12:27:34 |
| 16 | by former Apple employees at Rivos? | 12:27:36 |
| 17 | A. No. | 12:27:41 |
| 18 | Q. So the only things you're aware of are the | 12:27:42 |
| 19 | specific things that we talked about earlier and what | 12:27:47 |
| 20 | may be disclosed in the interrogatory responses? | 12:27:50 |
| 21 | A. Correct. | 12:27:52 |
| 22 | Q. Have you talked with any investors or potential | 12:27:52 |
| 23 | investors about the litigation? | 12:28:12 |
| 24 | A. Yes. | 12:28:13 |
| 25 | Q. Have you disclosed to any of those investors or | 12:28:14 |

REPORTER'S CERTIFICATE

STATE OF CALIFORNIA         )   ss.

I, DEREK L. HOAGLAND, CSR #13445, State of California, do hereby certify:

That prior to being examined, the witness named in the foregoing proceeding was by me sworn to testify to the truth, the whole truth and nothing but the truth;

That said proceeding was taken down by me by stenotype at the time and place therein stated and thereafter transcribed under my direction into computerized transcription.

I further certify that I am not of counsel nor attorney for nor related to the parties hereto, nor am I in any way interested in the outcome of this action.

In compliance with section 8016 of the Business and Professions Code, I certify under penalty of perjury that I am a certified shorthand reporter with license number 13445 in full force and effect.

Witness my hand this 6th day of December, 2023.

_____
DEREK L. HOAGLAND, CSR #13445