# EXHIBIT 5


**Jon Tyler (WN74SPP9Q)**
Did you know Jim Hardage was named in this Rivos lawsuit?   8/26/2022, 5:28 PM UTC

**Dave Williamson (WNKTLTL5B)**
yes Ron mentioned that to me. I don't know any further details though   8/26/2022, 5:32 PM UTC

**Jon Tyler (WN74SPP9Q)**
this is very disturbing. Jim is like an old school man of honor. I can't believe he would do anything wrong.   8/26/2022, 5:33 PM UTC

We went through the exit process by the book.   8/26/2022, 5:34 PM UTC

**Dave Williamson (WNKTLTL5B)**

[Attorney Client Privilege]

/6/2022, 5:58 PM UTC

**Jon Tyler (WN74SPP9Q)**
ok. Yes, several people have made comments lately, worried their personal stuff is all tangled up with their work stuff. If Jim did something inadvertently wrong (and that's all I can think of, I really don't understand), it would probably be something 99% of the rest of us would also think is OK.   8/26/2022, 6:26 PM UTC