# EXHIBIT 10

# REDACTED VERSION OF EXHIBIT FILED UNDER SEAL AT DKT. 389-13

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN JOSE DIVISION
 3
      APPLE, INC.,                §
 4                                §
      PLAINTIFF,                  §  CASE NO. 5:22-CV-02637-PCP
 5                                §
      VS.                         §
 6                                §
      RIVOS INC., WEN             §
 7    SHIH-CHIEH A/K/A RICKY      §
      WEN, JIM HARDAGE,           §
 8    WEIDONG YE, LAURENT         §
      PINOT, PRABHU RAJAMANI,     §
 9    AND KAI WANG,               §
                                  §
10    DEFENDANTS.                 §
      -----------------------     §
11    RIVOS INC., WEN             §
      SHIH-CHIEH A/K/A RICKY      §
12    WEN, JIM HARDAGE,           §
      WEIDONG YE, LAURENT         §
13    PINOT, PRABHU RAJAMANI,     §
      AND KAI WANG,               §
14                                §
      COUNTERCLAIM                §
15    PLAINTIFFS,                 §
                                  §
16    VS.                         §
                                  §
17    APPLE, INC.                 §
                                  §
18    COUNTERCLAIM DEFENDANT.     §
19
20       **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
21         ORAL AND VIDEOTAPED 30(b)(1) and 30(b)(6)
                 DEPOSITION OF DAVID WILLIAMSON
22                    NOVEMBER 8, 2023
23
24
25    Job No. SF 6287623
```

Page 1

```
 1    it IEEE?
 2        A.    IEEE, yeah.
 3        Q.    System Verilog standard?
 4        A.    Yes.
 5        Q.    What is that?                                11:38
 6        A.    So IEEE has a lot of standards for things
 7    that are used in designs.  And the IEEE Verilog
 8    standard would just be the -- the standards for the
 9    Verilog syntax that they defined, IEEE has defined.
10        Q.    Do you know if ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓          11:38
11    ▓▓▓ are disclosed in the IEEE standard?
12        A.    I don't know if they are.  They could be.
13              I mean, ▓▓ is -- I mean, the fact that
14    you can do ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ would be part of
15    the Verilog standard.  I don't know what it says     11:39
16    about ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.  It might say something
17    about that too.
18        Q.    Do you know if anyone at Apple checked
19    whether ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ are disclosed in the
20    IEEE standard for system Verilog?                    11:39
21        A.    I don't know why someone would check that
22    or if they did.
23        Q.    And you don't know if anyone checked
24    whether ▓▓ was disclosed in the IEEE standard for
25    system Verilog?                                       11:39
```

```
 1       A.    I'm pretty sure -- certain that there
 2  would be something in the -- in the Verilog standard
 3  either from IEEE or just in the documentation, the
 4  other documentation for Verilog that -- that
 5  mentions how to do a -- a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮           11:39
 6  because that's part of the language.
 7       Q.    Okay.  And are you aware of other
 8  companies using ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in their
 9  code?
10       A.    Yes.                                    11:40
11       Q.    Are you thinking of any companies in
12  particular?
13       A.    Well, other company --
14             MR. MALLOY:  Is this going to be
15  third-party confidential, like, from another company 11:40
16  you worked at or -- because I might want to --
17             THE WITNESS:  I see.
18             I was thinking another company I
19  worked at, yeah.
20       Q.    Let me mark --                          11:40
21             MR. MALLOY:  And is that confidential
22  to that company?
23             THE WITNESS:  I don't think so, no.
24  I -- it's -- it's -- to me, it's -- it's similar to
25  saying would somebody use a Verilog assign          11:40
```

```
 1        That the witness, DAVID WILLIAMSON, was duly sworn
 2     by the officer and that the transcript of the oral
 3     deposition is a true record of the testimony given
 4     by the witness;
 5        That the original deposition was delivered to
 6     VICTORIA B. PARKER;
 7        That a copy of this certificate was served on all
 8     parties and/or the witness shown herein on
 9     _____.
10        I further certify that pursuant to FRCP No.
11     30(f)(i) that the signature of the deponent:
12        X   was requested by the deponent or a party
13     before the completion of the deposition and that the
14     signature is to be returned within 30 days from date
15     of receipt of the transcript.  If returned, the
16     attached Changes and Signature Page contains any
17     changes and the reasons therefor;
18            was not requested by the deponent or a party
19     before the completion of the deposition.
20        I further certify that I am neither counsel for,
21     related to, nor employed by any of the parties in
22     the action in which this proceeding was taken, and
23     further that I am not financially or otherwise
24     interested in the outcome of the action.
25
```

1  Certified to by me this 10th day of November, 2023.

*[signature]*

Tamara Chapman, CSR, RPR-CRR

CSR NO. 7248; Expiration Date: 12-31-23

Veritext Legal Solutions

Firm Registration No. 571

300 Throckmorton Street, Suite 1600

Fort Worth, Texas   76102

800-336-4000