# EXHIBIT 11

# REDACTED VERSION OF EXHIBIT FILED UNDER SEAL AT DKT. 389-14

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4                       --oOo--
 5   APPLE INC.,
 6                Plaintiff,
 7   vs.                              Case No.
                                      5:22-cv-02637-PCP
 8   RIVOS INC.; WEN SHIH-CHIEH a/k/a
     RICKY WEN; JIM HARDAGE; WEIDONG
 9   YE; LAURENT PINOT; PRABHU
     RAJAMANI; and KAI WANG,
10
                  Defendants,
11   _____/
12   AND RELATED COUNTERCLAIMS.
     _____/
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16
17       VIDEO-RECORDED DEPOSITION OF STEPHAN MEIER
18                 PALO ALTO, CALIFORNIA
19               FRIDAY, NOVEMBER 17, 2023
20
21
22
23   Reported by:
24   Anrae Wimberley, CSR No. 7778
25   Job No.  6309583
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              MR. KUWAYTI:  Objection; calls for a legal
    11:19:26AM
 2      conclusion.
 3              THE WITNESS:  Yeah, I should emphasize I'm an
 4      engineer and thus not qualified to speak on the
 5      specific boundaries between, you know, what defines
    11:19:37AM
 6      a trade secret and what is -- defines, you know,
 7      something that is not a trade secret.  So I have to
 8      leave it there.
 9      BY MS. WANG:
10          Q.   But certainly the content of -- certainly
    11:19:53AM
11      you understand the patent is something that's
12      publicly available?
13          A.   That is correct.  I will state that
14      Apple -- and we patent a lot of things, many of
15      which do not get implemented, many of which are
    11:20:09AM
16      ideas that may have seemed promising and then
17      abandoned later.
18              So . . . but, yes, I understand that the
19      patent record is public.
20          Q.   Thank you.  The title of the patent is
    11:20:26AM
21      "Access Map-Pattern Match Based Prefetch Unit For A
22      Processor."
23              The title is talking about an AMPM
24      prefetcher for a processor; correct?
25          A.   Yes.                                    11:20:40AM
```

Page 87

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    line 36 to 40, it says, and I read, "The FDMI unit

11:24:05AM

2    may be configured to fetch instructions for

3    execution by the processor, decode the instructions

4    into ops for execution, map the ops to speculative

5    resources (e.g. rename registers) to permit

11:24:23AM

6    out-of-order and/or speculative execution."

7        Do you see that?

8    A.   Yes.

9    Q.   So your patent -- well, I'm sorry.  Under

10   the "Processor Overview" section of your patent, it

11:24:37AM

11   actually talks about a processor that does

12   out-of-order execution; right?

13   A.   Yes.

14   Q.   Okay.  And if you can go to Column 8, the

15   last paragraph on Column 8, and it will actually go

11:24:57AM

16   to Column 9, but the last paragraph, Column 8,

17   starts line 64 -- it talks about something called a

18   wildcard symbol.

19       Do you see that?

20   A.   Yes.

11:25:12AM

21   Q.   It says, "a wildcard symbol may be

22   included in the patterns."

23       And then if you go to Column 9.

24   A.   Yeah.

25   Q.   It says, "The wildcard patterns may   11:25:24AM

```
1            Q.   Claim 15.
     12:32:13PM
2            A.   Um-hum.
3            Q.   Claim 15 says:  "The prefetch unit as
4       recited in Claim 11" -- and feel free to refer to
5       Claim 11 -- "wherein a first address stored
     12:32:22PM
6       corresponding to the at least two access maps is
7       compared to input addresses to the first memory to
8       output the access maps, and wherein a second address
9       corresponding to the at least two access maps
10      permits a page crossing in the stream."
     12:32:43PM
11               Do you see that?
12           A.   Yes.
13           Q.   So Claim 15 of your '422 patent, it
14      actually claims an AMPM prefetcher with page
15      crossing; correct?
     12:32:57PM
16           A.   Give me a minute.
17           MR. KUWAYTI:  Object to the extent that it
18      calls for legal conclusion.
19               You can answer.
20           THE WITNESS:  All right.  I will take a look.
     12:33:04PM
21      I need to look at Claim 11 here and make sure.
22      BY MS. WANG:
23           Q.   Of course.
24               (Witness reviews document.)
25           A.   Okay, I have reviewed that.  I mean, I       12:34:41PM
```

Page 122

```
 1      think what I can state is that the patent is
        12:34:44PM
 2      referring here to the fact that we have split the
 3      map table into -- that we have two half maps.  That
 4      is what Claim 11 describes, the first and the second
 5      memory.
        12:35:06PM
 6              And the claim here that then is being --
 7      in 15, it implies that there is some ability -- that
 8      without -- it's not describing a mechanism, but what
 9      it is saying is that it permits a page crossing in
10      the stream.  So it's implying that there's a way to
        12:35:35PM
11      handle page crossing without describing the
12      specifics of how that's actually being done.
13          Q.   Right.
14               But Claim 15 . . . so . . .
15               But Claim 15, it does state "page
        12:36:19PM
16      crossing"; correct?
17          A.   It uses the --
18          MR. KUWAYTI:  Objection; document speaks for
19      itself.
20          THE WITNESS:  It uses the term "page crossing,"
        12:36:28PM
21      but it's not actually . . . it's not actually
22      claiming a specific implementation.  It's noting
23      that page crossing is possible.
24      BY MS. WANG:
25          Q.   So this is a claim -- Claim 15 is claiming     12:36:50PM
```

Page 123

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      Aggressiveness in Low Power Modes."
        1:54:54PM
 2              But I actually just want to focus on -- or
 3      just want to direct your attention to Column 6.
 4         A.   Yes.
 5         Q.   And then line 62 to 64, it's on the
        1:55:13PM
 6      bottom -- towards the bottom of the page, and it
 7      says:  "In an embodiment, the AMPM prefetcher may be
 8      a primary prefetch circuit supported by one or more
 9      secondary prefetch circuits as described in more
10      detail below."
        1:55:40PM
11              Do you see that?
12         A.   Yes.
13         Q.   So your patent actually talks about an
14      embodiment with AMPM prefetcher being combined with
15      a secondary prefetcher; right?
        1:55:53PM
16         MR. KUWAYTI:  Object to the extent it calls for
17      a legal conclusion.
18         THE WITNESS:  It allows for the possibility
19      among -- that a prefetcher -- an AMPM prefetcher
20      could be combined with other prefetchers.
        1:56:11PM
21      BY MS. WANG:
22         Q.   That's what's written in your patent;
23      right?
24         A.   That is -- "one or more secondary as
25      described in more detail below."              1:56:27PM
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                "Furthermore, other embodiments" -- I
    1:56:39PM
 2     don't know where the details below are here,
 3     but . . .
 4                (Witness reads to self.)
 5          A.    I'm looking for the details below here
    1:57:24PM
 6     that relate to that point, but I haven't found them
 7     yet.  It's taking me a little while.  It's a long
 8     patent.
 9          Q.    Yes.
10          MR. KUWAYTI:  I'm going to object to this
    1:58:00PM
11     question as beyond the scope of the 30(b)(6) as
12     well.
13          THE WITNESS:  So they refer to Figure 11.
14                Okay.  So as per Figure 11 here --
15     BY MS. WANG:
    1:58:55PM
16          Q.    Um-hum.
17          A.    -- it does show that there can be a
18     subsequent prefetcher, large stride prefetcher here
19     that's receiving information from a primary prefetch
20     circuit.
    1:59:10PM
21                So I can confirm that this particular
22     patent does refer to the possibility of combining
23     the two prefetchers together.
24          Q.    So the two prefetchers with AMPM being the
25     primary prefetch circuit?  Again, that's Column 6,         1:59:28PM
```

Page 144

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1       a multi-level cache system.  The access patterns
         2:16:24PM
 2       that are matched to the access maps may include
 3       prefetches for different cache levels."
 4              Do you see that?
 5          A.   Yes.
         2:16:34PM
 6          Q.   So is it true that your patent, Exhibit 7,
 7       in fact, discloses an AMPM prefetcher that
 8       prefetches to different cache levels?
 9          MR. KUWAYTI:  Objection; outside the scope of
10       the 30(b)(6) and object to the extent it calls for a
         2:16:52PM
11       legal conclusion.
12          THE WITNESS:  So based on my interpretation of
13       the text here, speaking as an engineer, this does
14       say that this prefetcher described here is capable
15       of launching prefetches to different levels of the
         2:17:25PM
16       cache hierarchy.
17       BY MS. WANG:
18          Q.   Mr. Meier, are you aware of any
19       publications or literature disclosing an AMPM
20       prefetcher that can prefetch to multiple cache
         2:17:39PM
21       levels?
22          A.   I am not.
23          MS. WANG:  Let's go ahead and mark the next
24       exhibit.  This is Exhibit 8.
25              (Deposition Exhibit 8 was marked.)      2:17:59PM
```

Page 154

```
1                     █████████████████████████
       2:57:15PM
2                  ████████████████████████
3                  ███████████████
4          MR. KUWAYTI:  Objection; beyond the scope of
5      the 30(b)(6).
       2:57:32PM
6          THE WITNESS:  ███████████████████
7                  █████████████████████████
8                  ████████████████████████
9                  ████████████████████████
10                 ████████████████████████
       2:57:56PM
11     ████████
12     BY MS. WANG:
13         Q.  Thank you.  You can set that one aside.
14             I want to look back at Exhibit 3.  And now
15     we're on to No. 11 --
       2:58:26PM
16         A.  Exhibit --
17         Q.  -- page 3.
18         A.  Hang on.  I've got to find Exhibit 3 again
19     here.
20         Q.  Take your time.
       2:58:34PM
21         A.  3, okay.
22         Q.  ████████████████████████ █
23     █████████████████████████████
24     ████████████
25         A.  Oh, I'm sorry, excuse me.  I missed where     2:58:49PM
```

Page 165

```
1        you were here.
         2:58:51PM
2             Q.   Sorry.  Page 3.
3             A.   Page 3.
4             Q.   11.
5             A.   11.
         2:58:54PM
6             Q.   Yes.
7             A.   Thank you.
8             Q.   ███████████████████████
9        ███████████████████████████████████████████
10       ███████████████████████████████████████
         2:59:02PM
11       ███████████████████████████████
12                ███████████████
13            A.   ████
14            Q.   ████████████████████████████████
15            MR. KUWAYTI:  Object to --
         2:59:16PM
16            MS. WANG:  Sorry.
17            MR. KUWAYTI:  Sorry, go ahead.
18       BY MS. WANG:
19            Q.   ████████████████████████████████████
20            MR. KUWAYTI:  So object as beyond the scope of
         2:59:20PM
21       the 30(b)(6) and to the extent it calls for a legal
22       conclusion.
23                You can answer.
24            THE WITNESS:  Okay.  So as -- again, I'm not a
25       patent attorney or lawyer, but as a -- speaking as    2:59:31PM
```

Page 166

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      an engineer, my understanding of this sentence is
        2:59:35PM
 2      that the intention here is that we recognize that
 3      ████████████████████████████████████████████
 4      ████████████████████████████████████
 5      ████████████
        3:00:02PM
 6              ████████████████████████████████
 7      ████████████████████████████████████
 8      ████████████████████████████████████
 9      ██████████████████
10          ████████████████████████████████████
        3:00:19PM
11      ████████████████████████████████
12      ████████████████████████████████
13      ████████████████████████████████
14      ██████
15          ████████████████████████████
        3:00:39PM
16      ████████████████████████████████
17      ████████████████████████████████
18      ████████████████████████████████
19      ████████████████████████████████
20      ████████████████████████████████
        3:00:56PM
21      ████████████████████████████
22      ████████████████████████████
23      ████████████████████████████████
24      ████████████████████████████████
25      ████████████████████████████████    3:01:18PM
```

Page 167

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



```
 1       ███████████████████████████████
         3:01:20PM
 2       ████████████████████████
 3       ██████  ███████████████████████
 4       ████  █████████████████████
 5       ██████████████████████████
         3:01:34PM
 6       ████████████████████████████████
 7       ██████████████
 8            █████████████████████████
 9       ████████████████████████████████
10       ███████████████████████████
         3:01:50PM
11       ██████████████████████████████
12       ██████████████████████████████
13       █████████████████  ██████████████
14       ███████████████████████████████
15       ████████████
         3:02:09PM
16            ██████████████████████████
17       ██████████████████████████████
18       █  ████████████████████████
19       ██████████████████████████
20       ████████████████████████████
         3:02:23PM
21       ███████████████████████████████
22       ██████████████████████████████
23       ████████████████████████
24       ████
25            █████████████████████████    3:02:42PM
```

Page 168

```
 1       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
         3:02:45PM
 2       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 3       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 4       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 5       ▇▇▇▇▇▇
         3:03:02PM
 6             ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇
 7       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 8       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 9       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
10       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
         3:03:17PM
11       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14       ▇▇▇▇▇▇▇▇
15             ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
         3:03:33PM
16       ▇▇▇▇▇▇▇▇▇
17       BY MS. WANG:
18            Q.    You mentioned to ▇▇▇▇ the ▇▇▇▇▇▇.
19                 So do you mean you want a ▇▇▇▇▇ to be
20       ▇▇▇▇▇▇▇▇; right?
         3:03:45PM
21            A.    That is another way you could phrase that.
22       We do talk in the context of ▇▇▇▇▇ -- when we
23       say ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
24       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
25       ▇▇▇▇▇▇▇▇.                                    3:04:01PM
```

Page 169

```
1        came -- I can tell you it was developed quite
  3:14:05PM
2        rapidly after -- I think it came one year after ▇
3        I recall that.
4                So it would have been in the following
5        core, wherever ▇ went in, one year later we
  3:14:15PM
6        replaced it with ▇▇▇▇.
7           Q.   Now, we talked about ▇▇▇▇▇▇
8        ▇
9                Which one specifically is used to ▇▇
10       ▇▇▇▇
  3:14:36PM
11          A.   Actually in different ways all of the
12       above can ▇▇▇▇▇▇▇.  They all play a
13       role in different circumstances in ▇▇▇
14       ▇▇▇
15          Q.   The ▇▇▇▇ work together to ▇▇
  3:14:54PM
16       ▇▇▇
17          A.   I would just say they tackle different
18       pieces of the problem.
19                    ▇▇▇▇▇▇▇▇▇▇
20       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  3:15:09PM
21       ▇▇▇▇▇▇▇▇▇▇▇▇▇
22       ▇▇▇▇▇▇▇▇▇▇
23              ▇▇▇▇▇▇▇▇▇▇
24       ▇▇▇▇▇▇▇▇▇▇▇▇
25       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇        3:15:27PM
```

Page 176

```
1        BY MS. WANG:
     3:33:34PM
2            Q.   You see that?
3            A.   Yes.
4            Q.   And this patent is entitled "Prefetch
5        Throttling in a Multi-Core System."
     3:33:38PM
6                 See that?
7            A.   Yes.
8            Q.   Okay.  You can -- you know, if you want --
9        if you need time for context, feel free.
10           A.   Yeah, I will take a few minutes.  Thank
     3:33:51PM
11       you.
12                (Witness reviews document.)
13           A.   Okay.
14           Q.   If you can take a look at Column 14,
15       lines -- the paragraph starting from line 13.  It's
     3:36:24PM
16       a fairly short paragraph.  It says [as read]:  "A
17       pair of quality factors may be used to control
18       prefetch request generation for the data cache and
19       the external cache somewhat independently.  The
20       accuracy quality factor (AQF) may control the
     3:36:41PM
21       prefetch generations for the data cache and the
22       bandwidth quality factor (BQF) may control the
23       prefetch generation for the external cache."
24                You see that?
25           A.   Yes.                                    3:36:56PM
```

Page 188

```
 1           Q.     █████████████████████████
     3:36:57PM
 2                 █████████████████████████
 3           ████████
 4           A.    That's my understanding.
 5           Q.    Okay.  And if I recall correctly, ███████
     3:37:09PM
 6    ████████████████████████████████████; is
 7    that what we talked about?
 8           A.    No.  ████████████████████████
 9    ████████████████████████
10           Q.    Yes.  I know that.  I misspoke.
     3:37:27PM
11                 What I meant is ████████████████
12    ██████████████
13           A.    Ah.
14           Q.    ████████████████████████████;
15    right?
     3:37:36PM
16           A.    Yes.  ██████████████, yes.
17           Q.    Yes.  ████████████████████████
18    ██████████████████████████████; right?
19           A.    Yes, ████████████████, that is
20    correct.
     3:37:55PM
21           Q.    Okay.  You specified ████████████████.
22                 Why is that?
23           A.    I just want to distinguish from ████████
24    ██████████████████    ████████████████
25    ████████████████████████████████████        3:38:10PM
```

Page 189

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        recollection, harder to build and given that we had
          3:47:29PM
 2        already invented a mechanism we were happy with, I
 3        did look at this paper -- it was later than when we
 4        developed our mechanism -- to see if there was
 5        anything in here that we should, you know, adopt
          3:47:43PM
 6        later on to improve what we already had.
 7              And my recollection was that I skimmed
 8        this and didn't see anything that I thought was
 9        particularly useful to us.
10           Q.  So Apple does not own the mechanism
          3:48:02PM
11        disclosed in this paper; right?
12           A.  No.  Our mechanism is our own invention, I
13        can vouch for that.  I was one of the inventors of
14        it.  It's not based . . .
15           Q.  Now can you look at Exhibit 5.
          3:48:16PM
16           A.  Yes.
17           Q.  Just in the abstract.
18           A.  Okay.
19           Q.  And I'm reading starting from line 3 of
20        the abstract, "For each entry."
          3:48:27PM
21              Do you see that?
22           A.  Yes.
23           Q.  "For each entry, there may be at least one
24        'quality factor' (QF) that may control prefetch
25        request generation for that entry."              3:48:42PM
```

Page 194

```
1           A.   Yes.
    3:48:45PM
2           Q.   "A global quality factor (GQF) may control
3      generation of prefetch requests across the plurality
4      of entries."
5                You see that?
    3:48:54PM
6           A.   Yes.
7           Q.   ███████████████████████████████
8      ████████████████████████████████████████████
9      ████████████████████████████████████████████
10     ██████████████████████████████████████
    3:49:06PM
11          A.   ██████████████████████████████
12          Q.   Got it.
13          MR. KUWAYTI:  I'm going to object as outside
14     the scope of the 30(b)(6).
15     BY MS. WANG:
    3:49:18PM
16          Q.   And if you look at Column 1, the summary.
17     Column 1, line 60 starts by saying:  "The global
18     quality factor may help to ensure that the overall
19     number of prefetch requests is limited at times when
20     there are many prefetches outstanding."
    3:49:47PM
21               Do you see that?
22          A.   Yes.
23          Q.   This is what ███ -- this is what ███ does
24     ████████████████████████████; correct?
25          MR. KUWAYTI:  Objection; vague, calls for a       3:50:01PM
```

Page 195

1       I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4       That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript (X) was ( ) was not requested.
16      I further certify that I am neither
17  financially interested in the action nor a relative
18  or employee of any attorney of any party to this
19  action.
20      IN WITNESS WHEREOF, I have this date
21  subscribed my name. Dated:  November 21, 2023
22
23
24
25  ANRAE WIMBERLEY, CSR No. 7778