# EXHIBIT 12

# REDACTED VERSION OF EXHIBIT FILED UNDER SEAL AT DKT. 389-15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4              Case No.: 5:22-cv-02637-PCP
 5   APPLE INC.,
 6   Plaintiff,
     vs.
 7   RIVOS INC., WEN SHIH-CHIEH a/k/a
 8   RICKY WEN, JIM HARDAGE, WEIDONG
 9   YE, LAURENT PINOT, PRABHU
10   RAJAMANI, AND KAI WANG,
11   Defendants.
     _____)
12   RIVOS INC., WEN SHIH-CHIEH a/k/a
13   RICKY WEN, JIM HARDAGE, WEIDONG
14   YE, LAURENT PINOT, PRABHU
15   RAJAMANI, AND KAI WANG,
16   Counterclaim Plaintiffs.
     vs.
17   APPLE INC.,
18   Counterclaim Defendant.
     _____)
19       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
20
21      REMOTE VIDEO DEPOSITION OF MUAWYA AL-OTOOM
22              Taken on behalf of Defendants
                            * * *
23                 Thursday, October 5, 2023
24
     Reported by:
25   Rachel McRoy, RPR, Court Reporter


                                                    Page 1
```

| | | |
|---|---|---|
| 1 | Q. What are mega cells? | 10:12a |
| 2 | A. Mega cells are the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 10:12a |
| 3 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 10:12a |
| 4 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 10:12a |
| 5 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ But it is a basic | 10:13a |
| 6 | building block for building these structures. | 10:13a |
| 7 | Q. Does Apple ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 10:13a |
| 8 | A. I believe so. | 10:13a |
| 9 | Q. Is Apple -- are Apple's ▇▇▇▇▇▇▇▇▇ | 10:13a |
| 10 | ▇▇▇▇▇▇ | 10:13a |
| 11 | A. No. | 10:13a |
| 12 | Q. Does Apple sell ▇▇▇▇▇▇▇ commercially? | 10:13a |
| 13 | A. Say -- can you repeat that question? | 10:13a |
| 14 | Q. Does Apple sell ▇▇▇▇▇▇▇ to other companies | 10:13a |
| 15 | commercially? | 10:13a |
| 16 | A. Not that I'm aware of. | 10:13a |
| 17 | Q. Does Apple, you know, sell ▇▇▇▇▇▇▇ to | 10:13a |
| 18 | other companies in general? | 10:13a |
| 19 | A. No. | 10:13a |
| 20 | Q. Do you believe any other company would have | 10:13a |
| 21 | access to Apple's ▇▇▇▇▇▇▇ | 10:14a |
| 22 | A. I -- they shouldn't. | 10:14a |
| 23 | Q. Apple's ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 10:14a |
| 24 | ▇▇▇▇▇▇▇▇▇▇ correct? | 10:14a |
| 25 | A. Yes. | 10:14a |

| | | |
|---|---|---|
| 1 | Q. So if -- so if you have a mega cell with a | 10:22a |
| 2 | different size, would you have to reconfigure the ▮ | 10:22a |
| 3 | ▮ | 10:22a |
| 4 | MR. MALLOY: Objection. Incomplete | 10:22a |
| 5 | hypothetical. | 10:22a |
| 6 | THE WITNESS: Yeah. I would need to | 10:22a |
| 7 | reinvestigate what would be the right answer. | 10:22a |
| 8 | BY MS. WANG: | 10:22a |
| 9 | Q. And you would have to resimulate? | 10:22a |
| 10 | A. Yes. And rework the design. | 10:22a |
| 11 | Q. Now, when did you first -- sorry. | 10:22a |
| 12 | When was the first time that you, personally, | 10:23a |
| 13 | that you configure a ▮ | 10:23a |
| 14 | A. For Apple? | 10:23a |
| 15 | Q. For -- well, no, for any purposes. Like when did | 10:23a |
| 16 | you first learn, like, how to -- how to configure the | 10:23a |
| 17 | table to, like to optimize the performance? | 10:23a |
| 18 | A. Grad school. | 10:23a |
| 19 | Q. That is something that grad school will teach | 10:23a |
| 20 | you? That is a general skill that you gain in grad | 10:23a |
| 21 | school? | 10:23a |
| 22 | A. I would call it an understanding. | 10:23a |
| 23 | Q. Okay. | 10:23a |
| 24 | A. Yeah. | 10:23a |
| 25 | Q. So when you're at Apple, and when you're | 10:23a |

```
1    that, yes.                                                      12:13p
2         Q.  What was the ████████████████████████                  12:13p
3         A.  I want to say it was -- in which generation?           12:13p
4    Sorry.                                                          12:13p
5         Q.  The first one, the one in ████████                     12:13p
6         A.  It might have been ████████████  I remember we         12:13p
7    changed it in -- in ████████  So when we went from              12:13p
8    ████████ to ████████ we changed that.                           12:13p
9         Q.  It changed to -- what was it that size?                12:13p
10        A.  We ████████████████████████████████████ I              12:13p
11   think it's ████████                                             12:14p
12        Q.  What is the ████████ for ████████████                  12:14p
13        A.  It is ██████████████████████████████████               12:14p
14        Q.  Okay.  Is there --                                     12:14p
15        A.  If the previous one was ████████████████  If it        12:14p
16   is ██████████████████ you know.                                 12:14p
17        Q.  So why -- why was -- why was ████████████████          12:14p
18   ████ chosen for ████████████                                    12:14p
19        A.  From that design, working with the design team --      12:14p
20   and, by the way, I -- this predates me, so this was done        12:14p
21   before me.  I believe from the history I know by the team,      12:14p
22   they -- working with the design, like the constraint, like      12:14p
23   I say ████████████████████████████████████████████              12:14p
24   ████████████████████████████████████████████████ ████            12:14p
25   ████████████████████████████████████████████ yeah.              12:15p
```

Page 113

```
 1      Q.  So the -- your design choice was limited by the      12:15p
 2   ██████████████████████████████████████████████████████      12:15p
 3   correct?                                                    12:15p
 4      A.  The ████████████████████████████████████             12:15p
 5   ████████  yes.                                              12:15p
 6      Q.  Okay.  And then when you said you ████████ in        12:15p
 7   ████████ --                                                 12:15p
 8      A.  Uh-huh.                                              12:15p
 9      Q.  -- why did you ████████                              12:15p
10      A.  ████████████████████████████████████████████         12:15p
11   ████████████████████████████████████████████████ █          12:15p
12   ██████████████████████████████████████████████████          12:15p
13   ████████████████████████████████████████████                12:15p
14   ████████████████ ██████████████████                         12:15p
15   ████████████████████████████ ████████████                   12:16p
16   ██████████████████████████████████████                      12:16p
17   ████████████████████████████████                            12:16p
18         ████████████████████████████ ████████████             12:16p
19   ██████████████████████████████████████████                  12:16p
20   ██████████████████████████████ ████████████                 12:16p
21   ██████████████████████ ██████████████████████               12:16p
22   ████████████████████████                                    12:16p
23           So like coming back to the other questions you      12:16p
24   asked me about, you know, like, you know, sometimes ████    12:16p
25   ████████████████████████     But like all is more -- more   12:16p
```

Page 114

```
 1        Q.  Now I want to ask you about the ███████████    01:47p
 2   ██████████. So earlier we said from ███████████          01:47p
 3   there is ████████  Do you recall that?                    01:47p
 4        A.  Yes.                                             01:47p
 5        Q.  And then from ████████████████ there are ██      01:47p
 6   ███                                                       01:47p
 7        A.  Yes.                                             01:47p
 8        Q.  So can you explain why ████████████████          01:47p
 9   ███████████████████                                       01:47p
10        A.  So the -- when we design those, we have to ██    01:47p
11   ██████████████████████████████████ ██                     01:48p
12   ████████████████████████                                  01:48p
13            ████████████████████████████                     01:48p
14   █████████████████████████████████████████                 01:48p
15   █████████████████████████████████████                     01:48p
16   ██████████████████ ██████████████████████                 01:48p
17   ████ █████████████████████████████                        01:48p
18   ██████████████████████████████ ██████                     01:48p
19   █████████████████████████████████████                     01:48p
20   ██████ ██████████████████████████████                     01:48p
21   ██████████████████ ██████████████                         01:48p
22   █████████████████████████████████████████                 01:48p
23   █████████ ██████████████████████████ ████                 01:48p
24   █████████████████████████████████████████                 01:48p
25   ████████                                                  01:49p
```

Page 144

C E R T I F I C A T E

I, Rachel McRoy, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties herein before set forth, MUAWYA AL-OTOOM, appeared virtually before me at the time and place set forth in the caption hereof, that at said time and place I placed the witness under oath and all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 199, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Portland, Oregon, this 9th day of October, 2023.

*Rachel McRoy*

Rachel M. McRoy
Certified Shorthand Reporter
Certificate No. 22-0006