# EXHIBIT 13

# REDACTED VERSION OF EXHIBIT FILED UNDER SEAL AT DKT. 389-16

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   BRYAN WILSON (CA SBN 138842)
    BWilson@mofo.com
2   KENNETH A. KUWAYTI (CA SBN 145384)
    KKuwayti@mofo.com
3   MORRISON & FOERSTER LLP
    755 Page Mill Road
4   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
5   Facsimile: 650.494.0792

6   ARTURO J. GONZALEZ (CA SBN 121490)
    AGonzalez@mofo.com
7   MEREDITH L. ANGUEIRA (CA SBN 333222)
    MAngueira@mofo.com
8   MORRISON & FOERSTER LLP
    425 Market Street
9   San Francisco, California 94105-2482
    Telephone: 415.268.7000
10  Facsimile: 415.268.7522

11  MARY PRENDERGAST (CA SBN 272737)
    MPrendergast@mofo.com
12  MORRISON & FOERSTER LLP
    2100 L Street, NW, Suite 900
13  Washington, District of Columbia 20037
    Telephone: 202.887.1500
14  Facsimile: 202.887.0763

15  Attorneys for Plaintiff,
    APPLE INC.

16

17                  UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19

20  APPLE INC., a California corporation,          Case No. 5:22-cv-2637-PCP-NMC

21                  Plaintiff,

22          v.

23                                                 **PLAINTIFF APPLE'S FIFTH
    RIVOS INC., a Delaware corporation; WEN        UPDATED TRADE SECRET
24  SHIH-CHIEH a/k/a RICKY WEN; JIM                DISCLOSURE FOR DISCOVERY**
    HARDAGE; WEIDONG YE; LAURENT
25  PINOT; PRABHU RAJAMANI; and KAI
    WANG,
26
27                  Defendants.

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    Plaintiff Apple Inc. ("Apple") hereby updates its identification of the trade secrets at issue

2  for purposes of discovery based on the information that it has to date.

3    Apple incorporates its December 7, 2022, Second Updated Trade Secret Identification

4  Disclosure by reference as if fully stated herein.  The specific trade secret documents that Apple

5  is aware of that have been misappropriated by Defendants are listed in Apple's identification of

6  misappropriated trade secret documents served on September 29, 2023, which is incorporated by

7  reference as if fully stated herein.  Apple further identifies the following trade secrets:

8  ████████████

9    • The suitability of ███████████████ for optimizing performance in a

10     high-performance commercial processor

11    • A high-performance commercial processor containing ███████████████

12    ███████████████

13    • The suitability of ███████████████ for optimizing

14     performance in a high-performance commercial processor

15    • A high-performance commercial processor containing ███████████████

16    ███████████████

17    • The suitability of ███████████████

18     ███████ for optimizing performance in a high-performance commercial processor

19    • A high-performance commercial processor containing ███████████████

20    ███████████████

21    • A high-performance commercial processor containing ███████████████

22    ███████████████

23    ███████

24    • A high-performance commercial processor containing ███████████████

25    ███████████████

26    • The suitability of ███████████████ for

27     optimizing performance in a high-performance commercial processor

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    •   The suitability of █████████████████████████████

2    ██████████████████████████████ for optimizing

3    performance in a high-performance commercial processor

4    •   The suitability of ███████████████████████████

5    ████████ for optimizing performance in a high-performance commercial processor

6    •   The suitability of ██████████████████████████████

7    ████████████████ for optimizing performance in a high-performance

8    commercial processor

9    •   The ████████ circuit and method described in the ██████ specification for

10   Apple's ██ p-core

11 **Direct branch predictor**

12   •   A ████ branch predictor in which ████████████████████

13   •   A ████ branch predictor in which █████████████████████████

14   •   A ████ branch predictor in which ████████████

15   •   A ████ branch predictor in which ███████████████████████████

16   ██

17   •   A ████ branch predictor with any combination of two or more of the above (including

18   all of the above)

19   •   A ████ branch predictor with any combination of two or more of the above (including

20   all of the above) and having approximately ████

21   •   The direct branch predictor circuit and method described in the ██ specification for

22   Apple's ██ p-core

23 **Indirect branch predictor**

24   •   An ██████ branch predictor ██████████

25   •   An ██████ branch predictor in which ██████████████

26   •   An ██████ branch predictor in which ████████████████████

27   •   An ██████ branch predictor with any combination of two or more of the above

28   (including all of the above)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  • The indirect branch predictor circuit and method described in the ███ specification for

2  Apple's ███ p-core

3  • One or more of the above ███ branch predictors in combination with one or more of

4  the above ███ branch predictors

5  **Flush and restart**

6  • Apple's circuits and methods for handling flush and restart described in the specification

7  for Apple's ███ core

8  ███

9  • Apple's ███ system and method

10  • The advantages and disadvantages of ███

11  • A process flow tool having ████████████████

12  ████████████████

13  ████████████████

14  ████████████████

15  ████████████████

16  ████████

17  • ████████████████

18  ████████████████

19  ███

20  **Coding guidelines**

21  • The use of ████████████ in designing

22  SoCs relying on core reuse

23  • The use of ████████ across multiple cores in a multi-core chip

24  • The use of ████████ for design verification of a multi-core chip

25  • Apple's use of signal names in RTL that ████████

26  • Apple's use of ████████ in design modules

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 ███████████████

2 • Apple's implementation of ████ in its ██████████████ and Apple Neural

3 Engine

4

5 Dated:  October 18, 2023          MORRISON & FOERSTER LLP

6

7

8          By:  /s/ *Bryan Wilson*
               Bryan Wilson

9             Attorneys for Petitioner
              APPLE INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose

3

address is 755 Page Mill Road, Palo Alto, California 94304.  I am not a party to the within cause, and I am over the age of eighteen years.

4

I further declare that on the date hereof, I served a copy of:

5

- **PLAINTIFF APPLE'S FIFTH UPDATED TRADE SECRET DISCLOSURE FOR DISCOVERY**

6

7

☑ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system

8

to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

9

10

QUINN EMANUEL URQUHART &          *Attorneys for Defendants*

11

SULLIVAN, LLP                                         *Rivos Inc., Wen Shih-Chieh*
David Eiseman                                          *a/k/a Ricky Wen, Jim Hardage,*

12

Victoria B. Parker                                     *Weidong Ye, Laurent Pinot,*
Elle Xuemeng Wang                                 *Prabhu Rajamani, and Kai Wang*

13

50 California Street, 22nd Floor
San Francisco, California 94111-4788

14

Telephone: (415) 875-6600
Facsimile: (415) 875-6700

15

Email: qe-apple-rivos@quinnemanuel.com

16

17

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

18

October 18, 2023, in Mountain View, California.

19

| Stephen Liu | /s/ Stephen Liu |
|---|---|

20

| (typed) | (signature) |
|---|---|

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. 5:22-CV-2637-PCP-NMC
sf-5654202