# EXHIBIT 16

# REDACTED VERSION OF EXHIBIT FILED UNDER SEAL AT DKT. 389-19

**From:** John Mylius <mylius@apple.com>
**Subject:** Re: CPU Organization Announcement
**Received(Date):** Thu, 05 Aug 2021 17:59:40 -0700
**Cc:** Dan Murray <dmurray@apple.com>
**To:** Dave Williamson <dwilliamson@apple.com>
**Date:** Thu, 05 Aug 2021 17:59:40 -0700

---

There could be more fallout on CC's team. He built much of that org so there is certainly loyalty to CC (and Tse-Yu) that will have folks worried they are no longer represented. Also, they've always felt like too much of a support org (all the verif load, none of the fun work). Not sure what the options are to address this but worth a discussion.

BTW, I did get from [REDACTED] that he talked to Rivos but has made his decision to stay. Apparently he wasn't swayed by their product vision.

John

On Aug 5, 2021, at 12:52 PM, David Williamson <dwilliamson@apple.com> wrote:

Yes, that is precisely where [REDACTED] is helping. There is a presentation for [REDACTED] coming up soon and he is helping there. Aashish is helping Dan on [REDACTED] experiements since that's hardware we have and we're familiar with in Austin.

I'll fwd you the email CC sent but he's already asked to have [REDACTED] and Dan included for at least some of these meetings.

-dave

> On Aug 5, 2021, at 2:26 PM, John Mylius <mylius@apple.com> wrote:
>
> On Aug 5, 2021, at 5:48 AM, Dave Williamson <dwilliamson@apple.com> wrote:
>
> Cc's team will now report into [REDACTED]. [REDACTED] and I are working on how the org under him changes with Ishaun and cc's departure and that might take a little more time. For cc's direct work in the short term we are also getting some help from Aashish and [REDACTED] (we had a meeting last night that included [REDACTED] on this.).
>
> Yes, please utilize [REDACTED] and let us know how we can help. One immediate area I see … CC has represented the post-Si perf correlation in many exec meetings (ex: TAPP). I can get [REDACTED] added to all such meetings to work with [REDACTED] and others to make sure messaging is consistent.
>
> Jim has been working on what we do with Ricky's departure and we plan to close out early next week.

The direct teams know of the departures and probably many others know at this point. Dan and I were discussing if more notice than that should be sent out but we didn't really conclude on that.

-dave

On Aug 5, 2021, at 12:54 AM, John Mylius <mylius@apple.com> wrote:

> FYI - we've had 3 more resignations to Rivos: CC, I-Shuan, and Ricky.

Are all of these public knowledge now?
Is there a succession plan?

John

On Aug 3, 2021, at 10:15 AM, John Mylius <mylius@apple.com> wrote:

> On Aug 3, 2021, at 10:01 AM, Daniel Murray <dmurray@apple.com> wrote:
>
> I talked to Sri and he has no issue with the change. I assume we'll wait until we're through the comp planning cycle before doing the official change, but we can announce it earlier if you want.

Yes, I'll go ahead and announce it as it will make it easier to get [REDACTED] into the right conversations.

> FYI - we've had 3 more resignations to Rivos: CC, I-Shuan, and Ricky.

Ouch. Dave let me know this yesterday. At that point Ricky wasn't official.

> /Dan
>
> On Aug 2, 2021, at 8:48 AM, John Mylius <mylius@apple.com> wrote:
>
> I've talked to Steve about it. Let me know when Sri is aware.
> John
>
> On Aug 2, 2021, at 7:57 AM, Daniel Murray <dmurray@apple.com> wrote:
>
> Have you told Steve about this? I haven't mentioned it to Sri; I should give him a heads up before an announcement goes out.
> /Dan
>
> > On Jul 30, 2021, at 5:53 PM, John Mylius <mylius@apple.com> wrote:
> >
> > On Jul 30, 2021, at 5:41 PM, Daniel Murray <dmurray@apple.com> wrote:
> >
> > +Dave

On Jul 30, 2021, at 5:28 PM, John Mylius <mylius@apple.com> wrote:

Dan,
I'd like to send out an announcement for [REDACTED] switching to my team. Any concerns around that?

No concerns. What distribution do you plan?

Probably the CPU team plus SoC PA.

I guess we also need to decide if this is going to be a headcount transfer, or if you're filling a req on your team. I'm ok with just doing a HC transfer.

I'd prefer the HC transfer as he doesn't directly fill one of my open reqs.

I notice you didn't mention [REDACTED] here. Is that up in the air?

Yes. He would like to report direct to Dave, but I don't think that makes sense. I could rationalize putting him under [REDACTED] or Jim, or maybe other options.

/Dan

Thanks
John

On Jul 27, 2021, at 4:22 PM, Daniel Murray <dmurray@apple.com> wrote:

I am announcing a change today to the CPU design organization. Effective immediately, **Dave Williamson** will lead the combined CPU design team across Cupertino, Austin, and Portland. This encompasses the teams responsible for [REDACTED] for all classes of Apple designed CPUs: [REDACTED]. With this change, [REDACTED], **Jim Vash**, [REDACTED], and **CC Lee** will report to Dave, in addition to his current team. Dave will continue to report to me.

The CPU team at Apple has achieved incredible things over the past 13+ years, delivering continued improvements in performance and power efficiency that set the standard for the industry. These CPUs have powered our iPhone, iPad, and Apple Watch products, and have been a key enabling technology in moving the Mac to Apple Silicon. This change will bring increased synergy to the team as we work to meet the challenges ahead.

Please join me in supporting Dave and the rest of the CPU team leadership in this new organization.

/Dan