# EXHIBIT 17

# REDACTED VERSION OF EXHIBIT FILED UNDER SEAL AT DKT. 389-20

|  |  |
|---|---|
| **Subject:** | Fwd: CPU resignations |
| **From:** | "Johny Srouji" <srouji@apple.com> |
| **Received(Date):** | Sun, 06 Jun 2021 19:20:45 +0000 |
| **To:** | "Donna Cerny" <dcerny@apple.com> |
| **Date:** | Sun, 06 Jun 2021 19:20:45 +0000 |

Here you go … looks like we'll start another bleeding on the CPU front. We should watch this carefully and circle the wagons.

Begin forwarded message:

**From:** Johny Srouji < srouji@apple.com >

**Subject: Re: CPU resignations**

**Date:** June 6, 2021 at 12:19:55 PM PDT

**To:** Sribalan Santhanam < sribalan@apple.com >

**Cc:** Tim Millet < tmillet@apple.com >

Looks like Amarjit wants to repeat the exercise of funding another startup while targeting our team, and sell it a couple years later (as he did with Nuvia).

Let me know how I can help, but we should do our best to retain our CPU team members.

—- Johny.

> On Jun 6, 2021, at 10:40 AM, Sribalan Santhanam <sribalan@apple.com> wrote:
>
> Hi Johny
>
> We've had another round of CPU resignations this weekend.  Both regrettable, senior CPU engineers.
> Copying Tim so he is aware.
>
> 1) Po-Yung Chang - ICT6
> Po Yung is a direct report to Tse-Yu. Super strong CPU engineer in design and DV.
>     worked for Tse-Yu for 20+ years.  His main reason is to repeat his startup experience to build things from the ground up.  Believe or not we all know the founders of this company, Puneet  Kumar
>     and Mark Hayter (my co-founders @ PA Semi and who were at Apple for a bit before they left for Google)
>     Expectedly,  Amarjit Gill is the VC. Poyungs unvested RSU is ▓▓▓▓ .  Tseyu spent a couple of hours with him

yesterday and his mind is set. Poyung has been a Tse-Yu loyalist so this was truly unexpected.

2) Deepak Limaye - MGR3
Deepak is a direct report to Dave Williamson. Strong engineer who drives e-Core model and works in Austin.
He says he's happy with everything at Apple, including his role and comp.  He wasn't ac looking, but was recruited by his former mentor at Intel to join an early stage startup. He never worked at a startup, wants to try it out, and feels now is the right time.  Dan talked and admits it may be a bad financial decision but he wants to go.  (His unvested         is
The person  who recruited him is Belli Kuttana (who Tim interviewed I beleive for a role CPU) . I think
it is highly likely that it is the same startup as Mark/Puneet but I can't say for sure.

Right now, this is just an FYI - I plan to dig in some more but I am again concerned abou potential attrition in CPU and related teams if this is another round.  Mark and Puneet ha to other ex-Pasemi designe                                                                                     etc) and may pull.

/sri

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY